Kenneth I. Schacter
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Tel.: 212.705.7000
Fax: 212.752.5378

Joseph L. Kociubes
Frances S. Cohen
Carol E. Head
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 01120
Tel.: 617.951.8000

E. Macey Russell
**CHOATE HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Tel.: 617.248.5000

*Attorneys for*
*Massachusetts Mutual Life Insurance Company and*
*MassMutual Holding LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br>------------------------------------------------------------------<br>This Document Relates to Securities Actions<br>08 Civ. 11212 (TPG) | Master File No. 08-Civ. 11117 (TPG)<br><br>**Electronically Filed** |

**NOTICE OF MOTION BY MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY AND MASSMUTUAL HOLDING LLC TO DISMISS THE "SECURITIES ACTIONS" COMPLAINT**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, upon the Declaration of Kenneth I. Schacter and the exhibits annexed thereto, and the Memorandum of Law submitted herewith, defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC ("MassMutual"), by their counsel, Bingham McCutchen LLP and Choate, Hall & Stewart LLP, will move this Court before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice plaintiffs' claims against MassMutual for violation of section 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. § 78t(a)) (Count II), unjust enrichment (Count VII), and aiding and betting breach of fiduciary duty (Count IX).

PLEASE TAKE FURTHER NOTICE that opposition papers should be served on defendant MassMutual's counsel by the time stated in Local Rule 6.1.

Dated: New York, New York
May 20, 2009

**BINGHAM MCCUTCHEN LLP**

By: s/ Kenneth I. Schacter

Kenneth I. Schacter
399 Park Avenue
New York, NY 10022-4689
Tel.: 212.705.7000
Fax: 212.752.5378
kenneth.schacter@bingham.com

Joseph L. Kociubes
joe.kociubes@bingham.com
Frances S. Cohen
frances.cohen@bingham.com
Carol E. Head
carol.head@bingham.com
One Federal Street
Boston, MA 01120

Tel.: 617.951.8000
Fax: 617.951.8736

E. Macey Russell
**CHOATE HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Tel.:617.248.5000
mrussell@choate.com

*Attorneys for*
*Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC*