UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TREMONT SECURITIES LAW, STATE LAW, AND INSURANCE LITIGATION

Master File No.:
08 Civ. 11117 (TPG)

This document relates to: State Law Action 08 Civ. 11183 (TPG)

**ECF FILED**

**ORAL ARGUMENT REQUESTED**

**KPMG LLP'S MOTION TO DISMISS THE COMPLAINT OR ALTERNATIVELY TO COMPEL ARBITRATION AND TO STAY THE CONSOLIDATED STATE LAW ACTION**

For the reasons explained in the accompanying memorandum of law, KPMG LLP moves to dismiss the complaint with prejudice or, in the alternative, to compel arbitration and stay the action and for an order granting such other and further relief as the Court may deem just and proper.

KPMG LLP requests oral argument in this matter.

Dated: New York, New York
May 20, 2009

**HOWREY LLP**

By: /s/ Gregory G. Ballard
Gary F. Bendinger (GB 6728)
Gregory G. Ballard (GB 6073)
R. Corey Worcester (RW 6314)

Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022
Telephone: (212) 896-6500
Facsimile: (212) 896-6501
BendingerG@howrey.com
BallardG@howrey.com
Worcesterc@howrey.com

**WILLIAMS & CONNOLLY LLP**
John K. Villa (pro hac vice)
David A. Forkner (pro hac vice)
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
jvilla@wc.com
dforkner@wc.com

**Attorneys for defendant KPMG LLP**