UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br>------------------------------------------------------------<br>This Document Relates to Securities Action 08 Civ. 11212 (TPG) | **NOTICE OF MOTION**<br><br>Master File No. 08-Civ. 11117 (TPG)<br><br>ECF CASE<br>Electronically Filed |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law dated May 20, 2009 and all other pleadings filed in this action, defendant Oppenheimer Acquisition Corp. will move this Court before the Honorable Thomas P. Griesa, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a place and time to be set by the Court for an order dismissing with prejudice all claims against it contained in Plaintiffs' Consolidated and Amended Class Action Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
May 20, 2009

/s/ William K. Dodds
William K. Dodds
william.dodds@dechert.com
Robert W. Topp
robert.topp@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599

David A. Kotler
david.kotler@dechert.com
DECHERT LLP
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540
Tel.: (609) 955-3200
Fax: (609) 955-3259

*Attorneys for Defendant Oppenheimer Acquisition Corp.*