UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, AND INSURANCE LITIGATION | Master File No.: 08 Civ 11117 (TPG)<br>ORAL ARGUMENT REQUESTED |
| This Document Relates to: State Law Actions 08 Civ. 11183 (TPG) | Electronically Filed |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of this motion, and the annexed Declarations of Nicola Bueti and Richard Cashman, dated May 20, 2009, and the exhibits thereto, and upon the pleadings herein, defendant Ernst & Young LLP will move this Court, before The Honorable Thomas P. Griesa, United States District Judge, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice plaintiffs' First Consolidated and Amended Class Action and Derivative Complaint, and, should the complaint not be dismissed, for an order pursuant to 9 U.S.C. §3 staying this action as to defendant Ernst & Young LLP pending arbitration, and granting such other and further relief as the Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), opposition papers, if any, to defendant Ernst & Young LLP's motion, shall be served on undersigned counsel within ten (10) business days after service hereof.

Dated: New York, New York
May 20, 2009

GIBSON, DUNN & CRUTCHER LLP

By: s/Lawrence J. Zweifach

Lawrence J. Zweifach (LZ 8641)
lzweifach@gibsondunn.com

Richard Cashman (RC 4769)
rcashman@gibsondunn.com

200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Attorneys for Defendant,
Ernst & Young LLP