SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Seth M. Schwartz
Susan L. Saltzstein
Michael H. Gruenglas
Jason C. Vigna
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants
Tremont Partners, Inc.,
Tremont Group Holdings, Inc.,
Tremont Capital Management,
Rye Investment Management,
Robert Schulman, Rupert Allan and
Jim Mitchell

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, and INSURANCE LITIGATION | : | Master File No.: 08 Civ. 11117 (TPG) |
| | | **NOTICE OF MOTION** |
| This Document Relates to: Securities Actions 08 Civ. 11212 (TPG) | : | ECF CASE Electronically Filed |

PLEASE TAKE NOTICE that, upon the Consolidated and Amended Class Action Complaint, the accompanying memorandum of law, the Declaration of Jason C. Vigna, dated May 20, 2009, and the exhibits thereto, and all prior papers and proceedings herein, defendants Tremont Partners, Inc., Tremont Group Holdings, Inc., Tremont Capital Management, Rye Investment Management, Robert Schulman, Rupert Allan and Jim Mitchell will move this Court, before the Honorable Thomas P. Griesa, at the Daniel Patrick

Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order: (a) dismissing the Consolidated and Amended Class Action Complaint with prejudice pursuant to Rules 9(b), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and Section 101(b) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(b)(2); and (b) for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
May 20, 2009

/s/ Seth M. Schwartz
Seth M. Schwartz
(seth.schwartz@skadden.com)
Susan L. Saltzstein
(susan.saltzstein@skadden.com)
Michael H. Gruenglas
(michael.gruenglas@skadden.com)
Jason C. Vigna
(jason.vigna@skadden.com)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants
Tremont Partners, Inc.,
Tremont Group Holdings, Inc.,
Tremont Capital Management,
Rye Investment Management,
Robert Schulman, Rupert Allan and
Jim Mitchell