UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, and INSURANCE LITIGATION | Master File No.: 08 Civ. 11117 (TPG) |
| This Document Relates to: Securities Actions 08 Civ. 11212 (TPG) | ECF CASE Electronically Filed |

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that upon the memorandum of law in support of Defendants Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P, Rye Select Broad Market XL Fund, L.P, and Tremont Market Neutral Fund, L.P.'s motion to dismiss, and all prior pleadings and proceedings had herein, Defendants will move this Court before the Hon. Thomas P. Griesa, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(2), dismissing the Consolidated Amended Class Action Complaint and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
May 20, 2008

Respectfully submitted:

/s/ Jamie B.W. Stecher
Jamie B.W. Stecher
Alex G. Patchen
TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP
900 Third Avenue
New York, NY 10022

Phone: (212) 508-6700
Fax: (212) 937-3621
*Attorneys for Defendants Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P, Rye Select Broad Market XL Fund, L.P, and Tremont Market Neutral Fund, L.P.*