SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Seth M. Schwartz
Susan L. Saltzstein
Michael H. Gruenglas
Jason C. Vigna
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Defendants
Tremont Partners, Inc.,
Tremont Group Holdings, Inc., Robert Schulman,
Harry Hodges and Jim Mitchell


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, | : | Master File No.: |
| STATE LAW, and INSURANCE | : | 08 Civ. 11117 (TPG) |
| LITIGATION | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x      **NOTICE OF MOTION**

| | | |
|---|---|---|
| - | : | |
| This Document Relates to:  State Law Actions | : | ECF CASE |
| 08 Civ. 11183 (TPG) | : | Electronically Filed |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that, upon the First Consolidated and Amended

Class Action and Verified Derivative Complaint, the accompanying memorandum of law,

the Declaration of Jason C. Vigna, dated May 20, 2009, and the exhibits thereto, the

Declaration of William James Tyre Bagnall, dated May 20, 2009, and the exhibits thereto,

and all prior papers and proceedings herein, defendants Tremont Partners, Inc., Tremont

Group Holdings, Inc., Robert Schulman, Harry Hodges and Jim Mitchell will move this

Court, before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United

States Courthouse, 500 Pearl Street, New York, New York  10007, for an Order:  (a)

dismissing the First Consolidated and Amended Class Action and Verified Derivative

Complaint with prejudice pursuant to Rules 12(b)(1), 12(b)(6) and 23.1 of the Federal Rules

of Civil Procedure; and (b) for such other and further relief as this Court may deem just and

proper.

Dated: New York, New York
       May 20, 2009

                                        /s/ Seth M. Schwartz
                                       Seth M. Schwartz
                                          (seth.schwartz@skadden.com)
                                       Susan L. Saltzstein
                                          (susan.saltzstein@skadden.com)
                                       Michael H. Gruenglas
                                          (michael.gruenglas@skadden.com)
                                       Jason C. Vigna
                                          (jason.vigna@skadden.com)
                                       SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP
                                       Four Times Square
                                       New York, New York  10036
                                       (212) 735-3000

                                       Attorneys for Defendants
                                       Tremont Partners, Inc.,
                                       Tremont Group Holdings, Inc., Robert
                                       Schulman, Harry Hodges and Jim Mitchell