USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 5/22/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

----------------------------------------x

This Document Relates to:
State Law Action, 08 Civ. 11183

----------------------------------------x

**ORDER**
08 Civ. 11117 (TPG)

In a letter dated May 20, 2009, received by this Court on May 21, 2009, counsel for defendants SS&C Technologies, Inc. and SS&C Fund Services (collectively "SS&C") requested a two week extension to file a response to the First Consolidated and Amended Class Action and Verified Derivative Complaint, which was served on SS&C on May 1, 2009.

Counsel has informed the Court that it was only retained by defendants this week, and therefore requires additional time to respond to the complaint.

Given these extenuating circumstances, the Court grants the request for a two week extension, and SS&C shall submit its response to the complaint by June 4, 2009.

Dated: New York, New York
May 22, 2009

SO ORDERED

Thomas P. Griesa
U.S.D.J.