UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No.: 08 Civ. 11117 (TPG) |
| | ECF Case |
| This Document Relates to: State Law Actions 08 Civ. 11183 (TPG) | **NOTICE OF MOTION** |
| | Oral Argument Requested |

PLEASE TAKE NOTICE that, upon the Declaration of James W. Weller, the exhibits attached thereto, the accompanying memorandum of law, and all prior pleadings and proceedings had herein, Defendants, SS&C Technologies Holdings, Inc. and SS&C Technologies, Inc., sued herein as SS&C Fund Services, (collectively, "SS&C"), by their attorneys, Nixon Peabody LLP, will move this Court, before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing the First Consolidated and Amended Class Action and Verified Derivative Complaint with prejudice pursuant to Rules 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure, together with such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that Defendants SS&C request oral argument.

PLEASE TAKE FURTHER NOTICE that answering papers shall be served and filed in accordance with Local Rule 6.1, or as otherwise ordered by the Court.

Dated: June 4, 2009
Jericho, New York

**NIXON PEABODY LLP**

s/ Joseph J. Ortego________________
By: Joseph J. Ortego (jortego@nixonpeabody.com)
James W. Weller (jweller@nixonpeabody.com)
Santo Borruso (sborruso@nixonpeabody.com)
Thomas M. Mealiffe (tmealiffe@nixonpeabody.com)
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 832-7500

*Attorneys for Defendants,*
*SS&C Technologies Holdings, Inc. and*
*SS&C Technologies, Inc. s/h/a SS&C Fund Services*