UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No.: 08 Civ. 11117 (TPG)<br>ECF Case<br>**NOTICE OF MOTION** |
| This Document Relates to: State Law Actions 08 Civ. 11183 | |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the accompanying affidavit of Thomas K. Cauley, Jr. in support of this motion, and the exhibits attached thereto, and any other submissions that shall be made in support of this motion, the undersigned, on behalf of Defendants Ronald C. Ward and FutureSelect Portfolio Management, Inc., will move this Court, before the Honorable Thomas P. Griesa, at the United States Courthouse, 500 Pearl Street, New York, New York, on such date and at such time as the Court directs, to dismiss the claims alleged in the Complaint against said Defendants pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, or, alternatively, to transfer those claims to the United States District Court for the Western District of Washington pursuant to 28 U.S.C. Section 1406(a).

Dated: New York, New York
June 24, 2009

Respectfully submitted,

SIDLEY AUSTIN LLP

By: ______________________
Nicholas K. Lagemann
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendants Ronald C. Ward And FutureSelect Portfolio Management, Inc.*

Of Counsel:

Thomas K. Cauley, Jr.
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036