UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, and INSURANCE LITIGATION | Master File No.: 08 Civ. 11117 (TPG) |
| This Document Relates to: Securities Actions 08 Civ. 11212 (TPG) | **NOTICE OF MOTION**<br>ECF CASE<br>Electronically Filed |

**PLEASE TAKE NOTICE** that upon Sandra L. Manzke's Memorandum of Law in Support of Her Motion to Dismiss, dated June 30, 2009, Ms. Manzke will move this Court before the Honorable Thomas P. Griesa, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007 at such a time as the Court hereafter determines, for an Order: (a) dismissing the Consolidated and Amended Class Action Complaint with prejudice pursuant to Rules 9(b), 12(b)(1) and 12(b)(6) of the Federal

Rules of Civil Procedure, and Section 101(b) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(b)(2); and (b) for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
June 30, 2009

KOBRE & KIM LLP

/s/ Jonathan D. Cogan

Michael S. Kim
Jonathan D. Cogan
Carrie A. Tendler
800 Third Avenue
New York, New York 10022
Telephone: 212.488.1200
Facsimile: 212.488.1220
Email: michael.kim@kobrekim.com
Email: jonathan.cogan@kobrekim.com
Email: carrie.tendler@kobrekim.com

*Of Counsel:*
Benjamin A. O'Neil
KOBRE & KIM LLP
1919 M Street NW
Washington DC 20036
Telephone: 202.664.1936
Facsimile: 202.664.1920
Email: benjamin.oneil@kobrekim.com

*Attorneys for Defendant Sandra L. Manzke*