Case 1:08-cv-11117-TPG Document 250-2 Filed 07/24/2009 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, and INSURANCE LITIGATION | Master File No.: 08 Civ. 11117 (TPG) |
| This Document Relates to: Insurance Action 09 Civ. 557 (TPG) | ECF CASE<br>Electronically Filed |

~~[PROPOSED]~~ ORDER

This 18th day of August, 2009,

The Court having considered the motion seeking leave, pursuant to Local Rule 1.4, for Alex G. Patchen to withdraw as counsel for Rye Select Broad Market Fund, L.P. and Rye Select Broad Market Insurance Portfolio, LDC (the "Rye Fund Defendants") in the within action,

And it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that Alex G. Patchen is granted leave to withdraw from his representation of the Rye Fund Defendants in this action and that such withdrawal is effective immediately.

Thomas P. Griesa
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/09

[861590-1]