UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, and INSURANCE LITIGATION | Master File No.: 08 Civ. 11117 (TPG) |
| This Document Relates to: Securities Action 08 Civ. 11212 (TPG) | ECF CASE Electronically Filed |

**~~[PROPOSED]~~ ORDER**

This 18th day of August, 2009,

The Court having considered the motion seeking leave, pursuant to Local Rule 1.4, for Alex G. Patchen to withdraw as counsel for Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., and Rye Select Broad Market XL Fund, L.P. (the "Rye Fund Defendants") and Tremont Market Neutral Fund, L.P. in the within action,

And it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that Alex G. Patchen is granted leave to withdraw from his representation of the Rye Fund Defendants and Tremont Market Neutral Fund, L.P. in this action and that such withdrawal is effective immediately.

Thomas P. Griesa
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 8/18/09

[861783-1]