UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, and INSURANCE LITIGATION | : | Master File No.: 08 Civ. 11117 (TPG) |
| This Document Relates to: State Law Action 08 Civ. 11183 (TPG) | : | ECF CASE Electronically Filed |

**~~[PROPOSED]~~ ORDER**

This 18th day of August, 2009,

The Court having considered the motion seeking leave, pursuant to Local Rule 1.4, for Alex G. Patchen to withdraw as counsel for Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market XL Fund, L.P. and Rye Select Broad Market Portfolio Limited (the "Rye Fund Defendants") in the within action,

And it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that Alex G. Patchen is granted leave to withdraw from his representation of the Rye Fund Defendants in this action and that such withdrawal is effective immediately.

Thomas P. Griesa
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/09

[861793-1]