USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 10/26/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------x

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

**ORDER**

09 md 2052

Master File No.:
08 Civ. 11117 (TPG)

-------------------------------------------x

This Document Relates to: State Law Actions 08 Civ. 11183 (TPG)

-------------------------------------------x

The 2005 Tomchin Family Charitable Trust's motion to intervene as filed is denied. Subject to the conditions stated on the record reflecting the agreement of the parties, The 2005 Tomchin Family Charitable Trust is permitted to intervene as a plaintiff in the State Law Actions.

SO ORDERED.

Dated: New York, New York
October 26, 2009

Thomas P. Griesa
U.S.D.J.