USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket No. 08-Civ-11117(TPG) |
| | CLASS ACTION |
| This Document Relates To: INSURANCE ACTION, 09-Civ-557. | ~~[PROPOSED]~~ ORDER IN CONNECTION WITH FINAL SETTLEMENT PROCEEDINGS |

WHEREAS, on October 15, 2009, the Court issued an Order granting Preliminary Approval of Partial Settlement (the "Order");

WHEREAS, the Order provides, among other things, that a Settlement fairness hearing be held on December 11, 2009 at 11:00 a.m. (the "Hearing") to: (a) determine whether the partial Settlement of the Insurance Action is fair, reasonable and adequate and in the best interest of the Settlement Class[1] and should be finally approved by the Court; (b) determine whether or not the Final Approval Order and Judgment, substantially in the form attached to the Settlement Stipulation as Exhibit F, should be entered in the Action, *inter alia,* dismissing the Insurance Action with prejudice as to the Argus Defendants and extinguishing and releasing all Released Claims as defined in the Stipulation; (c) finally certify the Settlement Class; (d) consider the application for an award of attorneys' fees and expenses to be paid by the Argus Defendants; and (e) hear and rule on such other matters as the Court may deem appropriate; and

1 Unless otherwise defined, all capitalized terms have the meaning ascribed to them in the Stipulation of Partial Settlement dated July 21, 2009 (the "Settlement Stipulation").

WHEREAS, on December 4, 2009, counsel for Plaintiffs and the Argus Defendants participated in a telephonic conference with the Court during which all parties agreed to adjourn the Hearing until a date to be set by the Court;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Hearing is hereby adjourned to December 23, 2009 at 11:00 a.m.;

2. On December 11, 2009 at 11:00 a.m., the Court and appropriate representatives of the parties will convene to determine whether any interested parties are in attendance and in order to resolve any additional unforeseen issues that may arise;

3. The papers in support of the Final Approval of Settlement will be filed no later than December 17, 2009, as prescribed in ¶15 of the Preliminary Approval Order; and

4. All other dates listed in the Notice of Pendency of Class Action and Proposed Partial Settlement and Settlement Fairness Hearing will remain unchanged, including the November 26, 2009 deadline for exclusions and the December 1, 2009 deadline for objections to the Settlement.

* * *

IT IS SO ORDERED.

DATED: 12/8/09

Thomas P. Griesa

THE HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE