USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

**ORDER**

09 md 2052

Master File No.:
08 Civ. 11117 (TPG)

This Document Relates to: Insurance Action 09 Civ. 557 (TPG)

On June 8, 2009, New York Life Insurance Company filed a motion to dismiss plaintiff F. Daniel Prickett's complaint (Docket No. 73). Because this complaint will be refashioned as part of a forthcoming consolidated complaint in line with the court's May 1, 2009 order of consolidation, New York Life Insurance Company's motion to dismiss is denied with leave to file a renewed motion if appropriate.

SO ORDERED.

Dated: New York, New York
February 4, 2010

Thomas P. Griesa
U.S.D.J.