UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
IN RE TREMONT SECURITIES LAW,    :     **ORDER**
STATE LAW AND INSURANCE          :
LITIGATION                       :     09 md 2052
:
:     Master File No.:
:     08 Civ. 11117 (TPG)
:
------------------------------------------------ x
This Document Relates to:  State Law
Actions 08 Civ. 11183 (TPG)
------------------------------------------------ x

The motions to dismiss filed by the Tremont Defendants (Docket No. 146 on 08 Civ. 11117), Oppenheimer Defendants (Docket No. 127 on 08 Civ. 11117), MassMutual Defendants (Docket No. 112 on 08 Civ. 11117), and Rye Defendants (Docket No. 153 on 08 Civ. 11117) are denied as moot.

KPMG's motion to dismiss (Docket No. 120 on 08 Civ. 11117) is granted because the claims against it are subject to mandatory arbitration.

FPM and Ward's motion to dismiss for improper venue (Docket No. 210 on 08 Civ. 11117) is granted due to the existence of a valid, mandatory forum-selection clause making jurisdiction in the state of Washington exclusive.

SO ORDERED.

Dated: New York, New York
       March 29, 2010

Thomas P. Griesa
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/30/10