UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
                                                 :

IN RE TREMONT SECURITIES LAW,       :    **ORDER**
STATE LAW AND INSURANCE
LITIGATION                                      :    09 md 2052
                                               :
                                               :    Master File No.:
                                               :    08 Civ. 11117 (TPG)
                                               :
------------------------------------------- x
This Document Relates to:  Securities Law
Action 08 Civ. 11212 (TPG)
------------------------------------------- x

The motions to dismiss filed by the Tremont Defendants (Docket No. 140 on 08 Civ. 11117), Oppenheimer Defendants (Docket No. 125 on 08 Civ. 11117), MassMutual Defendants (Docket No. 116 on 08 Civ. 11117), Rye Defendants (Docket No. 143 on 08 Civ. 11117), and Sandra L. Manzke (Docket No. 216 on 08 Civ. 11117) are denied as moot.

SO ORDERED.

Dated: New York, New York
         March 30, 2010

                                                          Thomas P. Griesa
                                                          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/30/10