**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TREMONT SECURITES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG)<br><br>ECF Case |

____________________________________/

**NOTICE OF MOTION BY DEFENDANT FUTURESELECT PRIME ADVISOR II LLC TO DISMISS THE DERIVATIVE CLAIMS BROUGHT ON ITS BEHALF BY PLAINTIFF JOHN DENNIS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the Memorandum submitted herewith, Nominal Defendant FutureSelect Prime Advisor II LLC ("Prime Advisor"), by their counsel, Thomas, Alexander & Forrester LLP, will move this Court before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, for an Order pursuant to Rule 12(b)(6), Rule 23.1 and Rule 12(b)(1) of the Federal Rules of Civil Procedure dismissing the derivative claims brought on its behalf by Plaintiff John Dennis.

Dated: August 27, 2010

THOMAS, ALEXANDER & FORRESTER LLP

Emily Alexander /RS

Emily Alexander, Esq. (Bar No. EA-3946)
14 27th Avenue
Venice, California 90291
Tel: (310) 961-2536
Fax: (310) 526-6852
Email: emilyalexander@tafattorneys.com

Attorneys for FutureSelect Prime Advisor II LLC