UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG)<br><br>ECF Case |

_____/

## CERTIFICATE OF SERVICE

I, Emily Alexander hereby certify that on August 27, 2010, I caused true and correct copies of the following materials to be filed electronically through the Southern District of New York's CM/ECF system:

a. Notice of Motion by Defendant FutureSelect Prime Advisor II LLC to Dismiss the Derivative Claims Brought on Its Behalf by Plaintiff John Dennis

b. Memorandum on Nominal Defendant FutureSelect Prime Advisor II LLC in Support of Its Motion to Dismiss the Derivative Claims Brought on Its behalf by Plaintiff John Dennis.

c. Notice of Appearance

Dated: August 27, 2010

THOMAS, ALEXANDER & FORRESTER LLP

_Emily Alexander /RCS_
Emily Alexander, Esq. (Bar No. EA-3946)
14 27th Avenue
Venice, California 90291
Tel: (310) 961-2536
Fax: (310) 526-6852
Email: emilyalexander@tafattorneys.com

Attorneys for FutureSelect Prime Advisor II LLC