UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) ECF Case |

_____/

## CERTIFICATE OF SERVICE

I, Emily Alexander hereby certify that on September 20, 2010, I caused true and correct copies of the following materials to be filed electronically through the Southern District of New York's CM/ECF system:

a. Reply Memorandum of Nominal Defendant FutureSelect Prime Advisor II LLC in Support of Its Motion to Dismiss the Derivative Claims Brought on Its behalf by Plaintiff John Dennis.

b. Declaration of Emily Alexander In Support of FutureSelect Prime Advisor II LLC's Reply Memorandum on Nominal Defendant FutureSelect Prime Advisor II LLC in Support of Its Motion to Dismiss the Derivative Claims Brought on Its behalf by Plaintiff John Dennis.

Dated:  September 20, 2010

THOMAS, ALEXANDER & FORRESTER LLP

_____
Emily Alexander, Esq. (Bar No. EA-3946)
14 27th Avenue
Venice, California 90291
Tel:  (310) 961-2536
Fax:  (310) 526-6852
Email:  emilyalexander@tafattorneys.com

Attorneys for FutureSelect Prime Advisor II LLC