**MEMO ENDORSED**

**Law Office of Vincent T. Gresham**
2870 Peachtree Road, #306
Atlanta, Georgia 30305
Tel: (404) 281-2762  Fax: (866) 618-3846

November 15, 2010

Via: Federal Express

The Honorable Thomas P. Griesa
United States District Judge
United States District Court
    for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1312
New York, NY 10007

RECEIVED NOV 16 2010 CHAMBERS OF JUDGE GRIESA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/10

Re: <u>In re Tremont Securities Law, State Law and Insurance Litigation</u>
<u>This Document Relates to:  All Actions:  08 Civ. 11117 (TPG)</u>

Dear Judge Griese:

Attached is a pleading filed in a California court of appeal by Massachusetts Mutual Life Insurance Company on September 16, 2010. It is being sent to you because in it they announce the existence of the settlement in <u>In re Tremont</u> and use the existence of the settlement to advance their legal arguments: "[T]wenty-two related cases have been filed in New York and consolidated in the Southern District of New York. *** Plaintiffs and the Tremont Defendants, MassMutual and Oppenheimer Acquisition Corp. have reached an agreement in principle to settle the cases, including all asserted derivative claims. MassMutual understands plaintiffs are preparing to submit a proposed settlement agreement to the Southern District for approval." (See page *7 as marked)

As you may recall, the alleged fact that the "Proposed Settlement which is the subject of the Proposed Order is not yet public" was the justification provided to you by Lead Counsel for not filing your most recent order on the ECF system. (See Mr. Haber's letter of September 30, 2010, also attached.)

Whatever the original justification secrecy, it no longer exists in light of the Defendants' September 16 public announcement of the settlement. Accordingly, the undersigned requests that all prior filings, communications and orders be entered on the Court's ECF website and you instruct all parties to use the ECF system for any future filings.

Respectfully,

_____
Vincent T. Gresham

cc: Counsel on Lead Counsels' email service list w/encl.

*Denied. So ordered.*
/s/ Thomas P. Griesa
USDJ
11/19/10