UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IN RE TREMONT SECURITIES LAW, STATE
LAW AND INSURANCE LITIGATION

Master File No.:
08 Civ. 11117 (TPG)

-----------------------------------------------------------X

This Document Relates to: All Actions

-----------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

☒ I have cases pending         ☐ I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Gregory G. Ballard

☒ Attorney

    ☒ I am a United States District Court, Southern District of New York attorney.
       My SDNY Bar Number is: GB-6073 ; My State Bar Number is: 2575397

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ Law Firm/Government Agency Association

    From: Howrey LLP

    To: Sidley Austin LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ Address: 787 Seventh Avenue
               New York, NY 10019

☒ Telephone No.: 212-839-5662

☒ Fax No.: 212-839-5599

☒ E-Mail Address: gballard@sidley.com

Dated: December 23, 2010

ATTORNEY'S SIGNATURE