UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
MERIDIAN HORIZON FUND, LP et al.,
                                    Plaintiffs,         Master File No.:
          -against-                                     09 Civ. 03708 (TPG)

TREMONT GROUP HOLDINGS, INC. ET AL.,
                                    Defendants.
------------------------------------------------------------ X

NOTICE OF CHANGE OF ADDRESS

☒  I have cases pending                    ☐  I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:   Gary Bendinger

☒  Attorney

   ☒  I am a United States District Court, Southern District of New York attorney.
       My SDNY Bar Number is: GB-6728  ; My State Bar Number is: 4437703

   ☐  I am a Pro Hac Vice attorney

   ☐  I am a Government Agency attorney

☒  Law Firm/Government Agency Association

   From:   Howrey LLP

   To:     Sidley Austin LLP

   ☒  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   ☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒  Address:         787 Seventh Avenue

                    New York, NY  10019

☒  Telephone No.:   212-839-5387

☒  Fax No.:         212-839-5599

☒  E-Mail Address:  gbendinger@sidley.com

Dated:

_____
ATTORNEY'S SIGNATURE