UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:<br><br>STATE LAW ACTION, 09-Civ-11183 | **Master Docket No. 08-Civ-11117 (TPG)**<br>**and**<br>**MDL Docket No. 09-md-02052 (TPG)**<br><br>CLASS ACTION |

## NOTICE OF APPEARANCE

To the Clerk of Court and All Parties of Record:

      Please enter my appearance in this case as counsel for Plaintiffs, The William Kretschmar Revocable Trust and Inch of Gold, Inc. PSP, relating to the action captioned *The William Kretschmar Revocable Trust and Inch of Gold, Inc. PSP, Individually and on behalf of all others similarly situated, v. Rye Select Broad Market Fund, L.P., Et Al,* former Docket No. 09-cv-5440-TPG, and subsequently consolidated with the "State Law Action" under docket number 09-cv-11183-TPG, by order dated September 25, 2009 by the Honorable Thomas P. Griesa, United States District Judge.

      I certify that I am admitted to practice in this Court.

BERMAN DEVALERIO

By:  /s/ Jeffrey C. Block
Jeffrey C. Block (JCB 0387)
One Liberty Square
Boston, MA  02109
617-542-8300 (telephone)
617-542-1194 (fax)

Dated:  February 8, 2011      jblock@bermandevalerio.com

Counsel for Plaintiffs,
The William Kretschmar Revocable Trust
and Inch of Gold, Inc. PSP