UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TREMONT INSURANCE PLAINTIFFS' LITIGATION TRUST, <br><br> **Plaintiff,** <br><br> v. <br><br> KPMG LLP, KPMG (CAYMAN ISLANDS), KPMG INTERNATIONAL COOPERATIVE, BANK OF NEW YORK MELLON, AND SHL CAPITAL, LTD., <br><br> **Defendants.** | 1:10-cv-09274-TPG <br><br><br> ECF Case |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Demet Basar of the law firm of WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP hereby enters her appearance as counsel of record on behalf of plaintiff The Tremont Insurance Plaintiffs' Litigation Trust in the above captioned Action. On January 28, 2011, this action was accepted as related to *In re Tremont Securities Law, State Law and Insurance Litigation*, Master File No. 08 CV 11117, pending before this Court, but the Court has not entered a consolidation order.

I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         February 9, 2011

                              **WOLF HALDENSTEIN ADLER
                               FREEMAN & HERZ LLP**

                    By:     _____/s/ Demet Basar_____
                              Demet Basar *(basar@whafh.com)*
                              270 Madison Avenue
                              New York, New York 10016
                              Tel.: (212) 545-4600
                              Fax: (212) 545-4653

\650518

*Counsel for Plaintiffs The Tremont
Insurance Plaintiffs' Litigation Trust*

\650518