**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **THE TREMONT INSURANCE PLAINTIFFS' LITIGATION TRUST**, <br><br> **Plaintiff,** <br><br> v. <br><br> **KPMG LLP, KPMG (CAYMAN ISLANDS), KPMG INTERNATIONAL COOPERATIVE, BANK OF NEW YORK MELLON, AND SHL CAPITAL, LTD.,** <br><br> **Defendants.** | 1:10-cv-09274-TPG <br><br><br> ECF Case |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Kate M. McGuire of the law firm of WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP hereby enters her appearance as counsel of record on behalf of plaintiff The Tremont Insurance Plaintiffs' Litigation Trust in the above captioned Action.  On January 28, 2011, this action was accepted as related to *In re Tremont Securities Law, State Law and Insurance Litigation*, Master File No. 08 CV 11117, pending before this Court, but the Court has not entered a consolidation order.

I certify that I am admitted to practice in this Court.

Dated:     New York, New York
              February 9, 2011

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP

By:     _____/s/ Kate M. McGuire_____
          Kate M. McGuire *(mcguire@whafh.com)*
          270 Madison Avenue
          New York, New York 10016
          Tel.: (212) 545-4600
          Fax: (212) 545-4653

\650518

*Counsel for Plaintiffs The Tremont*
*Insurance Plaintiffs' Litigation Trust*

\650518