UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
IN RE TREMONT SECURITIES LAW, STATE LAW
AND INSURANCE LITIGATION,
----------------------------------------X  Master File No.:
This Document Relates to: ALL ACTIONS             08 Civ. 11117 (TPG)

----------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for plaintiff JOHN D. CASE in the Securities Action (08 Civ. 11212) in the above-entitled proceeding and requests that a copy of all notices and other papers in this proceeding be served at the address given below.

Dated: Uniondale, New York
       February 11, 2011

                                      Respectfully submitted,

                                      RUSKIN MOSCOU FALTISCHEK, P.C.

                                      By:_____
                                          Mark S. Mulholland
                                          *Attorney for Plaintiffs*
                                          *Ronald Gallatin, M. Kenneth Witover, The*
                                          *2001 Frederick DeMatteis Revocable Trust*
                                          *and DeMatteis FLP Assets, LLC*
                                          1425 RXR Plaza
                                          East Tower, 15th Floor
                                          Uniondale, New York 11556
                                          (516) 663-6600
                                          mmulholland@rmfpc.com