IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | MASTER FILE NO.:<br>08 CIV. 11117 (TPG) |

## NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs Arthur E. Lange Revocable Trust, Arthur C. Lange, Neal J. Polan, HFM Charitable Remainder Trust, Eastham Capital Appreciation Fund LP, NPV Positive Corp., John Dennis, Daniel Jackson, Laborers Local Pension Plan 17, Richard Peshkin, Arthur M. Brainson (on behalf of the Arthur M. Brainson IRA R/O), Yvette Finkelstein, Group Defined Pension Plan & Trust, Chateau Fiduciaire, S.A., as Trustee of the Map Trust, The Geoffrey Rabie Credit Shelter Trust, the Joanne Brenda Rabie Credit Shelter Trust, the Harriet Rutter Klein Revocable Trust, and the Matthew L. Klein Irrevocable Family Trust will hereby move this Court on a date and at such a time as may be designated by the Court, for an Order granting preliminary approval of the partial settlement of the consolidated State Law Action, Securities Action, and Insurance Action (the "Actions"). In support of this Motion, Plaintiffs submit herewith a Memorandum of Law and Declaration of Andrew J. Entwistle, dated February 25, 2011.

Dated: February 25, 2011

ENTWISTLE & CAPPUCCI LLP

_/s/ Andrew J. Entwistle_
Andrew J. Entwistle
Richard W. Gonnello
280 Park Avenue, 26th Floor West
New York, NY 10017
212-894-7200
212-894-7272 (fax)

*Interim Co-Lead Counsel for the State Law Actions*

HAGENS BERMAN LLP

_/s/ Reed R. Kathrein_
Reed R. Kathrein
Lee Gordon
715 Hearst Avenue
Suite 202
Berkeley, CA 94710
(510) 725-3000
(510) 725-3001 (fax)

*Interim Co-Lead Counsel for the State Law Actions*

BERNSTEIN LIEBHARD LLP

_/s/ Stanley D. Bernstein_
Stanley D. Bernstein
Jeffrey M. Haber
Stephanie M. Beige
Jeffrey D. Lerner
10 East 40th Street
22nd Floor
New York, NY 10016
(212) 779-1414
(212) 779-3218 (fax)

*Lead Counsel for the Securities Action*

2

ROBBINS GELLER RUDMAN & DOWD LLP

*David R. Rosenfeld* /s/

David A. Rosenfeld
Edward Y. Kroub
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
(631) 367-1173 (fax)

*Interim Co-Lead Counsel for the Insurance Actions*


WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

*Daniel W. Krasner* /s/

Daniel W. Krasner
Demet Basar
270 Madison Avenue
New York, NY 10016
(212) 545-4600
(212) 545-4653 (fax)

*Interim Co-Lead Counsel for the Insurance Actions*


BERGER & MONTAGUE, P.C.

*Sherrie R. Savett* /s/

Sherrie Raiken Savett
Glen L. Abramson
1622 Locust Street
Philadelphia, PA 19103
(215)-875-3000
(215)-875-4604 (fax)

*Counsel for the Individual Settling Insurance Plaintiffs*

3