IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | MASTER FILE NO.:<br>08 CIV. 11117 (TPG) |

# DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Andrew J. Entwistle, an attorney duly admitted to practice before the Bar of this Court, hereby declares under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in the law firm of Entwistle & Cappucci LLP, co-lead counsel along with Hagens Berman LLP for the plaintiffs in the consolidated State Law Action. I respectfully submit this declaration to provide the Court with the documents that are cited in the memorandum of law in support of Plaintiffs' motion for preliminary approval of the settlement.

2. Attached hereto as Exhibit A is a true and correct copy of the Stipulation of Partial Settlement, dated February 25, 2011.

3. Attached hereto as Exhibit B are true and correct copies of Plaintiffs' Settlement Class Counsel's firm resumes.

4. Attached hereto as Exhibit C is a true and correct copy of the proposed Preliminary Approval Order Providing For Notice And Hearing In Connection With The Proposed Settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this February 25, 2011 in New York.

_____
Andrew J. Entwistle