UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) ECF Case |
| This Documents Relates to: State Law Actions 08 Civ. 11183 | MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan D. Berg, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of:

Applicant's Name: Kevin M. Flynn
Firm Name: Kevin M. Flynn & Associates
Address: 77 West Wacker Drive, Suite 4800
City/State/Zip: Chicago, IL 60601
Phone Number: (312) 456-0240
Fax Number: (312) 444-1028

Kevin M. Flynn is a member in good standing of the Bar of the States of Illinois. There are no pending disciplinary proceedings against Kevin M. Flynn in any State or Federal court.

Dated: February 23, 2011
City, State: New York, New York

Respectfully submitted,

Jonathan D. Berg, Esq. (JB4022)
jberg.esq@verizon.net
Lagemann Law Offices
300 East 42nd Street, 10th Floor
New York, NY 10017
Tel: (212) 599-0990
Fax: (212) 922-0518

*Attorneys for John Patience, individually and as Trustee for The John Patience Trust, dated June 23, 1993*

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Kevin Michael Flynn

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 3, 1978 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, February 03, 2011.

*Carolyn Taft Grosboll*

Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) ECF Case |
| This Documents Relates to: State Law Actions 08 Civ. 11183 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Upon the motion of Jonathan D. Berg, attorney for Plaintiff John Patience, individually and as Trustee for The John Patience Trust, dated June 23, 1993 and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Kevin M. Flynn
    Firm Name:    Kevin M. Flynn & Associates
    Address:    77 West Wacker Drive, Suite 4800
    City/State/Zip:    Chicago, IL 60601
    Phone Number:    (312) 456-0240
    Fax Number:    (312) 444-1028
    Email Address:    kevin@kmflynnlaw.com

is admitted to practice pro hac vice as counsel for Plaintiff John Patience, individually and as Trustee for The John Patience Trust, dated June 23, 1993 in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                            United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

Jonathan D. Berg, an attorney admitted to practice law in the State of New York, hereby certifies under penalty of perjury, that on February 23, 2011 I caused copies of the annexed Motion to be served upon the counsel listed below by First Class Mail.

David A. Kotler, Esq.  
Dechert, LLP  
Suite 500  
902 Carnegie Center  
Princeton, NJ 08540-6531  

Carol E. Head, Esq.  
Bingham McCutchen LLP  
One Federal Street  
Boston, MA 02110  

Jason C. Vigna, Esq.  
Skadden, Arps, Slate, Meagher & Flom LLP  
Four Times Square  
New York, NY 10036  

David Kanfer, Esq.  
Tannenbaum Helpern Syracuse & Hirschtritt LLP  
900 Third Avenue  
New York, NY 10022  

Dated: New York, New York  
       February 23, 2011

_____  
Jonathan D. Berg