UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) ECF Case |
| This Documents Relates to: State Law Actions 08 Civ. 11183 | MOTION TO ADMIT COUNSEL PRO HAC VICE |

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan D. Berg, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | James L. Kopecky |
| Firm Name: | Kopecky, Schumacher & Bleakley, P.C. |
| Address: | 203 N. LaSalle St. Ste. 1620 |
| City/State/Zip: | Chicago, IL 60601 |
| Phone Number: | (312) 380-6552 |
| Fax Number: | (312) 268-5031 |

James L. Kopecky is a member in good standing of the Bar of the States of Illinois. There are no pending disciplinary proceedings against James L. Kopecky in any State or Federal court.

Dated: February 23, 2011
City, State: New York, New York

Respectfully submitted,

Jonathan D. Berg, Esq. (JB4022)
jberg.esq@verizon.net
Lagemann Law Offices
300 East 42nd Street, 10th Floor
New York, NY 10017
Tel: (212) 599-0990
Fax: (212) 922-0518

*Attorneys for John Patience, individually and as Trustee for The John Patience Trust, dated June 23, 1993*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) ECF Case |
| This Documents Relates to: State Law Actions 08 Civ. 11183 | **AFFIDAVIT OF JONATHAN D. BERG IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York    )
                     )    ss:
County of New York   )

Jonathan D. Berg, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Lagemann Law Offices, counsel for Plaintiff John Patience, individually and as Trustee for The John Patience Trust, dated June 23, 1993 ("Patience"), relating to the action captioned <u>John Patience, individually and as Trustee for The John Patience Trust, dated June 23, 1993 v. Massmutual Holding LLC, et al.</u>, former Docket No. 10-cv-9251, and subsequently consolidated with the "State Law Actions" under Docket No. 08-cv-11183, by order dated February 10, 2011 by the Honorable Thomas P. Griesa, United States District Judge. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff Patience's motion to admit James L. Kopecky as counsel pro hac vice to represent Plaintiff Patience in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known James L. Kopecky since 2010.

4. Mr. Kopecky is a principal attorney in Kopecky, Schumacher and Bleakley, P.C. in Chicago, IL.

5. I have found Mr. Kopecky to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of James L. Kopecky, pro hac vice.

7. I respectfully submit a proposed order granting the admission of James L. Kopecky, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit James L. Kopecky, pro hac vice, to represent Plaintiff Patience in the above captioned matter, be granted.

Dated: February 23, 2011
City, State: New York, New York

Respectfully submitted,

_____
Jonathan D. Berg
SDNY Bar Code: JB4022

Subscribed and sworn to before me
this 23rd day of February, 2011.

_____
Notary Public

MARTHA M. DWYER
Notary Public, State of New York
No. 5008452
Qualified in New York County
Commission Expires February 22, 20__

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

James Leonard Kopecky

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 1994 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, February 03, 2011.

*Carolyn Taft Grosboll*

Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) <br> ECF Case |
| This Documents Relates to: State Law Actions 08 Civ. 11183 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Upon the motion of Jonathan D. Berg, attorney for Plaintiff John Patience, individually and as Trustee for The John Patience Trust, dated June 23, 1993 and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

      Applicant's Name:    James L. Kopecky
      Firm Name:    Kopecky, Schumacher & Bleakley, P.C.
      Address:    203 N. LaSalle St. Ste. 1620
      City/State/Zip:    Chicago, IL 60601
      Phone Number:    (312) 380-6552
      Fax Number:    (312) 268-5031
      Email Address:    jkopecky@ksblegal.com

is admitted to practice pro hac vice as counsel for Plaintiff John Patience, individually and as Trustee for The John Patience Trust, dated June 23, 1993 in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                              United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

Jonathan D. Berg, an attorney admitted to practice law in the State of New York, hereby certifies under penalty of perjury, that on February 23, 2011 I caused copies of the annexed Motion to be served upon the counsel listed below by First Class Mail.

David A. Kotler, Esq.
Dechert, LLP
Suite 500
902 Carnegie Center
Princeton, NJ 08540-6531

Carol E. Head, Esq.
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110

Jason C. Vigna, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

David Kanfer, Esq.
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022

Dated: New York, New York
       February 23, 2011

Jonathan D. Berg