UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, AND INSURANCE LITIGATION | Master File No.:<br>08 Civ. 11117 (TPG) |
| This document relates to: All Actions | ECF FILED |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE THAT the undersigned hereby withdraws as counsel to defendant KPMG LLP.  There is no prejudice to KPMG LLP because it is represented by other counsel.

Dated:  March 4, 2011

        **HOWREY LLP**

        By:     /s/ R. Corey Worcester
            R. Corey Worcester (RW 6314)

        Citigroup Center
        601 Lexington Avenue
        New York, NY 10022
        Telephone:  (212) 896-6500
        Facsimile:  (212) 896-6501
        Worcesterc@howrey.com