UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
IN RE TREMONT SECURITIES LAW, STATE LAW
AND INSURANCE LITIGATION,
------------------------------X  Master File No.:
This Document Relates to: ALL ACTIONS           08 Civ. 11117 (TPG)

------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for plaintiffs RONALD GALLATIN, JOHN D. CASE, M. KENNETH WITOVER, THE 2001 FREDERICK DeMATTEIS REVOCABLE TRUST AND DeMATTEIS FLP ASSETS, LLC in the Securities Action (08 Civ. 11212) in the above-entitled proceeding and requests that a copy of all notices and other papers in this proceeding be served at the address given below.

Dated: Uniondale, New York
       March 9, 2011

                                  Respectfully submitted,

                                  **RUSKIN MOSCOU FALTISCHEK, P.C.**

                                  By: _____
                                       Thomas A. Telesca
                                       *Attorney for Plaintiffs*
                                       *Ronald Gallatin, John D. Case, M. Kenneth Witover, The 2001 Frederick DeMatteis Revocable Trust and DeMatteis FLP Assets, LLC*
                                       1425 RXR Plaza
                                       East Tower, 15th Floor
                                       Uniondale, New York 11556
                                       (516) 663-6600
                                       ttelesca@rmfpc.com