UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/11

IN RE TREMONT SECURITIES LAW,
STATE LAW AND INSURANCE
LITIGATION

Master File No.
08 Civ. 11117 (TPG)
ECF Case

This Documents Relates to: State Law Actions
08 Civ. 11183

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Jonathan D. Berg, attorney for Plaintiff John Patience, individually and as Trustee for The John Patience Trust, dated June 23, 1993 and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Kevin M. Flynn |
| Firm Name: | Kevin M. Flynn & Associates |
| Address: | 77 West Wacker Drive, Suite 4800 |
| City/State/Zip: | Chicago, IL 60601 |
| Phone Number: | (312) 456-0240 |
| Fax Number: | (312) 444-1028 |
| Email Address: | kevin@kmflynnlaw.com |

is admitted to practice pro hac vice as counsel for Plaintiff John Patience, individually and as Trustee for The John Patience Trust, dated June 23, 1993 in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3/10/11
City, State: NY, NY

*Thomas P. Griesa*
United States District ~~Magistrate~~ Judge