UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |

"ECF Case"

## NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Richard W. Gonnello, of the firm Entwistle & Cappucci LLP, hereby moves for withdrawal of his appearance as interim co-counsel for the State Law Actions. Mr. Gonnello is leaving the employment of Entwistle & Cappucci LLP. Entwistle & Cappucci LLP remains as co-counsel for the State Law Actions.

Dated: March 8, 2011

New York, New York

By:   s/ Richard W. Gonnello
      Andrew J. Entwistle
      Richard W. Gonnello
      Entwistle & Cappucci LLP
      280 Park Avenue, 26th Floor West
      New York, New York 10017
      Telephone:  (212) 894-7200
      Facsimile:  (212) 894-7272

      *Interim Co-Lead Counsel for the State Law Actions*

EC.44334.1

SO ORDERED.

Dated: 3/16, 2011
New York, New York

_____
Honorable Thomas P. Griesa
United States District Judge
Southern District of New York