UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:<br>All Actions | )<br>)<br>) Master File No.<br>) 08 Civ. 11117 (TPG)<br>)<br>)<br>)<br>) |

## NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE that Robert A. Wallner of the law firm of Milberg LLP, One Pennsylvania Plaza, New York, New York, hereby appears as counsel for New Jersey Carpenters Annuity Fund, New Jersey Carpenters Pension Fund, and New Jersey Carpenters Welfare Fund ("Funds"), for the limited purpose of addressing the Stipulation of Partial Settlement filed in this action on February 25, 2011 (Dkt. 392). The Funds are plaintiffs in the action pending in this Court entitled *New Jersey Carpenters Annuity Fund, et al. v. Meridian Diversified Fund Management, LLC, et al.*, No. 10 Civ. 5738 (TPG).

Dated: March 23, 2011

/s/ Robert A. Wallner
Robert A. Wallner
MILBERG LLP
One Pennsylvania Plaza
New York, New York 10119
Tel.: (212) 594-5300
Fax: (212) 868-1229
rwallner@milberg.com

Attorneys for New Jersey Carpenters Annuity Fund, New Jersey Carpenters Pension Fund, and New Jersey Carpenters Welfare Fund

DOCS\551278v1