UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/11

------------------------------------------x

YALE M. FISHMAN 1998 INSURANCE TRUST,

            Plaintiff,

- against -

AGL LIFE INSURANCE COMPANY, ET AL.,

            Defendants.

------------------------------------------x

11 Civ. 1283 (TPG)

**ORDER**

YALE M. FISHMAN 1998 INSURANCE TRUST,

            Plaintiff,

- against -

GENERAL AMERICAN LIFE INSURANCE COMPANY, ET AL.,

            Defendants.

------------------------------------------x

11 Civ. 1284 (TPG)

**ORDER**

      Upon review of the complaints, this Court finds that these cases arise out of the same subject matter as the actions under 08 Civ. 11117.

      By Order dated March 26, 2009, this Court consolidated a number of actions that asserted claims against certain Tremont entities, certain Rye entities, and other defendants, alleging losses ultimately caused by Bernard Madoff. This Court first placed these cases under the master docket, 08 Civ. 11117. The cases were then divided into three groups: (1)

cases in which the primary claims are made under the federal securities laws (consolidated for pre-trial proceedings into one "Securities Action" with docket number 08 Civ. 11212), (2) cases in which the claims are based primarily on state law, charging improper investments by partnerships or hedge funds or similar entities (consolidated for pre-trial proceedings into one "State Law Action" with docket number 08 Civ. 11183), and (3) cases in which the claims are based primarily on state law, charging improper investments by insurance companies (consolidated for pre-trial proceedings into one "Insurance Action" with docket number 09 Civ. 557).

This Order concerns the above-captioned cases, which assert claims against certain Tremont entities, certain Rye entities, and other defendants, based solely on state law, and include allegations that an insurance company improperly invested plaintiff's life insurance. These cases should be consolidated for pre-trial proceedings with the cases charging improper investments by insurance companies. The Clerk of the Court is therefore directed to consolidate these cases with the Insurance Action under docket number 09 Civ. 557, and upon doing so, to close the docket in the above-captioned cases.

Any document hereinafter filed in connection with the above-captioned cases <u>must</u> be filed under the master docket, 08 Civ. 11117. The parties are directed to read this Court's Order and Memorandum, both dated March 26, 2009, which can be found under the master

docket. These documents prescribe the requirements for future submissions to this Court.

The deadline for defendants to answer, move or otherwise respond to plaintiffs' complaints is hereby adjourned until thirty days following the filing of an amended consolidated complaint in the Insurance Action.

Dated: New York, New York
       March 24, 2011

SO ORDERED

*[signature]*

Thomas P. Griesa
U.S.D.J.