UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
:
IN RE TREMONT SECURITIES LAW,      :      **ORDER**
STATE LAW AND INSURANCE            :
LITIGATION                         :      09 md 2052
:
:      Master File No.:
:      08 Civ. 11117 (TPG)
:
------------------------------------------x

There is currently pending on this docket a motion to dismiss the derivative claims brought by plaintiff John Dennis.

The Court is now engaged in procedures to approve a settlement that may dispose of these derivative claims. Therefore, the motion--listed as document 354 on this docket--is denied as moot with leave to refile if the settlement is not consummated.

SO ORDERED.

Dated: New York, New York
       March 31, 2011

_____
Thomas P. Griesa
U.S.D.J.