UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE TREMONT SECURITIES LAW, STATE LAW      Master File No.08-cv-11117 (TPG)
AND INSURANCE LITIGATION

**NOTICE OF APPEARANCE
AND DEMAND**

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that Ralph A. Siciliano of Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action and that the undersigned has been retained as attorney for Defendants Rye Select Broad Market Prime Fund L.P., Rye Select Broad Market Fund L.P., Rye Select Broad Market XL Fund L.P., Tremont Market Neutral Fund L.P., Rye Select Broad Market Portfolio Ltd., and hereby requests that service of all papers, and notices of all proceedings in said action, be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
       April 6, 2011

                                 TANNENBAUM HELPERN
                                 SYRACUSE & HIRSCHTRITT LLP

                                 By:    *s/ Ralph A. Siciliano*
                                       Ralph A. Siciliano
                                       900 Third Avenue
                                       New York, New York 10022
                                       (212) 508-6700
                                       Email – siciliano@thsh.com

                                       *Attorneys for Defendants Rye Select Broad Market Prime
                                       Fund L.P., Rye Select Broad Market Fund L.P., Rye
                                       Select Broad Market XL Fund L.P., Tremont Market Neutral
                                       Fund L.P., Rye Select Broad Market Portfolio Ltd.,*