UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
IN RE TREMONT SECURITIES LAW, : Master File No.:
STATE LAW and INSURANCE : 08 Civ. 11117 (TPG)
LITIGATION :
 :
 : ECF CASE
---------------------------------: Electronically Filed
This Document Relates To: :
ALL ACTIONS :
 :
---------------------------------x

# DECLARATION OF JASON C. VIGNA

I, Jason C. Vigna, declare pursuant to 28 U.S.C. § 1746 that I am a member of the bar of this Court, and that on the 7th day of March, 2011, I caused notice of settlement of the referenced actions to be mailed by Certified U.S. Mail to the federal and state officials identified on the annexed addendum in accordance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1711, *et seq.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of April, 2011, in New York, New York.

_____
Jason C. Vigna

# ADDENDUM

## Federal and State Officials Provided Notice of Proposed Settlement Pursuant to Class Action Fairness Act

Honorable Eric H. Holder
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Honorable Luther Strange
Attorney General of Alabama
Office of the Attorney General
State House
501 Washington Avenue
Montgomery, AL 36130

Honorable John J. Burns
Attorney General of Alaska
Office of the Attorney General
P.O. Box 110300
Diamond Courthouse
Juneau, AK 99811-0300

Honorable Tom Horne
Attorney General of Arizona
Office of the Attorney General
1275 West Washington Street
Phoenix, AZ 85007

Honorable Dustin McDaniel
Attorney General of Arkansas
Office of the Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201

Honorable Kamala D. Harris
Attorney General of California
c/o CAFA Coordinator
Office of the Attorney General
Consumer Law Section
110 West "A" Street, Suite 1100
San Diego, CA 92186-5266

Honorable Steve Bullock
Attorney General of Montana
Office of the Attorney General
Department of Justice
P.O. Box 201401
Helena, MT 59620-1401

Honorable Jon Bruning
Attorney General of Nebraska
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509

Honorable Catherine Cortez Masto
Attorney General of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717

Honorable Michael Delaney
Attorney General of New Hampshire
Office of the Attorney General
33 Capitol Street
Concord, NH 03301

Honorable Paula T. Dow
Attorney General of New Jersey
Office of the Attorney General
P.O. Box 080
Trenton, NJ 08625-0080

Honorable Gary King
Attorney General of New Mexico
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Honorable John W. Suthers
Attorney General of Colorado
Office of the Attorney General
Department of Law
1525 Sherman Street
Denver, CO 80203

Honorable George Jepsen
Attorney General of Connecticut
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

Honorable Joseph Biden, III
Attorney General of Delaware
Office of the Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

Honorable Pam Bondi
Attorney General of Florida
Office of the Attorney General
The Capitol PL 01
Tallahassee, FL 32399-1050

Honorable Sam Olens
Attorney General of Georgia
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300

Honorable David Louie
Attorney General of Hawaii
Office of the Attorney General
425 Queen Street
Honolulu, HI 96813

Honorable Eric T. Schneiderman
Attorney General of New York
Office of the Attorney General
The Capitol
Albany, NY 12224-0341

Honorable Roy Cooper
Attorney General of North Carolina
Office of the Attorney General
9001 Mail Service Center
Raleigh, NC 27699-9001

Honorable Wayne Stenehjem
Attorney General of North Dakota
Office of the Attorney General
State Capitol
600 East Boulevard Avenue
Dept. 125
Bismarck, ND 58505

Honorable Mike Dewine
Attorney General of Ohio
Office of the Attorney General
30 East Broad Street, 17th Floor
Columbus, OH 43215

Honorable Scott Pruitt
Attorney General of Oklahoma
Office of the Attorney General
313 NE 21st St.
Oklahoma City, OK 73105

Honorable John Kroger
Attorney General of Oregon
Office of the Attorney General
Oregon Department of Justice
1162 Court Street, N.E.
Salem, OR 97301-4096

Honorable Lawrence G. Wasden
Attorney General of Idaho
Office of the Attorney General
700 W. Jefferson Street
P.O. Box 83720
Boise, ID 83720-0010

Honorable Lisa Madigan
Attorney General of Illinois
Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601

Honorable Greg Zoeller
Attorney General of Indiana
Office of the Attorney General
Indiana Government Center South
302 West Washington Street, 5th Floor
Indianapolis, IN 46204

Honorable Tom Miller
Attorney General of Iowa
Office of the Attorney General
1305 E. Walnut Street
Des Moines, IA 50319

Honorable Derek Schmidt
Attorney General of Kansas
Office of the Attorney General
Memorial Hall, 2nd Floor
120 S.W. 10th Street
Topeka, KS 66612

Honorable Jack Conway
Attorney General of Kentucky
Office of the Attorney General
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

Honorable William H. Ryan, Jr.
Attorney General of Pennsylvania
Office of the Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Honorable Peter Kilmartin
Attorney General of Rhode Island
Office of the Attorney General
150 S. Main Street
Providence, RI 02903

Honorable Alan Wilson
Attorney General of South Carolina
Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211

Honorable Marty J. Jackley
Attorney General of South Dakota
Office of the Attorney General
1302 E. Hwy 14, Suite 1
Pierre, SD 57501-8501

Honorable Robert E. Cooper Jr.
Attorney General of Tennessee
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

Honorable Greg Abbott
Attorney General of Texas
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Honorable James D. Caldwell
Attorney General of Louisiana
Office of the Attorney General
P.O. Box 94005
Baton Rouge, LA 70804

Honorable William J. Schneider
Attorney General of Maine
Office of the Attorney General
6 State House Station
Augusta, ME 04333

Honorable Douglas F. Gansler
Attorney General of Maryland
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202

Honorable Martha Coakley
Attorney General of Massachusetts
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1518

Honorable Bill Schuette
Attorney General of Michigan
Office of the Attorney General
P.O. Box 30212
525 West Ottawa Street
Lansing, MI 48909

Honorable Lori Swanson
Attorney General of Minnesota
Office of the Attorney General
1400 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101-2131

Honorable Mark Shurtleff
Attorney General of Utah
Office of the Attorney General
P.O. Box 142320
Salt Lake City, UT 84114-2320

Honorable William H. Sorrell
Attorney General of Vermont
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001

Honorable Kenneth T. Cuccinelli
Attorney General of Virginia
Office of the Attorney General
900 East Main Street
Richmond, VA 23219

Honorable Rob McKenna
Attorney General of Washington
Office of the Attorney General
1125 Washington Street, SE
P.O. Box 40100
Olympia, WA 98504-0100

Honorable Irvin Nathan
Attorney General of District of Columbia
Office of the Attorney General
441 4th Street, NW
Washington, D.C. 20001

Honorable Darrell V. McGraw, Jr.
Attorney General of West Virginia
Office of the Attorney General
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305

Honorable Jim Hood
Attorney General of Mississippi
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205

Honorable J.B. Van Hollen
Attorney General of Wisconsin
Office of the Attorney General
P.O. Box 7857
Madison, WI 53707-7857

Honorable Chris Koster
Attorney General of Missouri
Office of the Attorney General
Supreme Court Building
207 West High Street
P.O. Box 899
Jefferson City, MO 65102

Honorable Bruce A. Salzburg
Attorney General of Wyoming
Office of the Attorney General
123 Capitol Building
200 W. 24th Street
Cheyenne, WY 82002