ADAM D. WHITE (N.Y. Bar No. 2390599)
LAW OFFICE OF ADAM D. WHITE
The Transportation Building
225 Broadway, Suite 2000
New York, NY 10007
Tel: (212) 577-9710
Fax: (212) 577-9715

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No.: 08 Civ. 11117 (TPG) |
| This Document Relates to: State Law Action, No. 08 Civ. 11183 (TPG) | |

**PLAINTIFF LAKEVIEW INVESTMENTS, LP'S NOTICE OF MOTION AND CORRECTED MOTION FOR REMAND OR PARTIAL REMAND PURSUANT TO 28 U.S.C. §1447(c) AND 15 U.S.C. §77p(d)(4) AND RELATED RELIEF**

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the March 10, 2011 order ("Order") (Document 16 in No. 1:11-cv-01851-TPG) that had been entered after the action of Plaintiff Lakeview Investments, LP ("Plaintiff") against Defendant in this action was removed from California state court, and in accordance with Plaintiff's concurrently filed objection to consolidation under paragraph 15 of this Court's March 26, 2009 Order on Consolidation (Document 44 in No. 1:08-cv-11117-TPG), Plaintiff hereby files its corrected motion for remand or partial remand pursuant to 28 U.S.C. §1447(c) and 15 U.S.C. §77p(d)(4) and related relief (the "Motion").  Although the Motion was served on defendants' counsel in No. 1:11-cv-01851-TPG on April 11, 2011, entries in the docket of that action indicate that that the Motion may not have been properly filed electronically due to formatting errors. The undersigned attorney attempted to re-file the Motion on April 13, 2011, but he could not do so because the docket in No. 1:11-cv-01851-TPG had been closed after the action was consolidated with this action.  S*ee* Document 25 in No. 1:11-cv-01851-TPG.  In an abundance of caution, Plaintiff is correcting its previously served motion for remand by filing this Motion.

The Motion will be based on the papers and pleadings filed in support thereof, argument of counsel, and such other evidence as may be brought before the Court.

Dated: April 14, 2011                              Respectfully submitted,

                                                              LAW OFFICE OF ADAM D. WHITE

                                                              By:   /s/ Adam D. White_____
                                                                      ADAM D. WHITE
                                                              The Transportation Building
                                                              225 Broadway, Suite 2000
                                                              New York, NY 10007
                                                              Tel: (212) 577-9710
                                                              Fax: (212) 577-9715

                                                              Attorneys for Plaintiff