UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

This Document Relates to:

State Law Action, 08 Civ. 11183

Securities Action, 08 Civ. 11212

---

Master File No.
08 Civ. 11117 (TPG)

**NOTICE OF APPEARANCE AND DEMAND**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** Marc D. Powers, of Baker & Hostetler LLP, hereby appears in the above-entitled actions and that the undersigned is appearing on behalf of Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, Debtor, Adv. Proc. No. 08-01789 (S.D.N.Y.) (BRL), as an interested party, and hereby requests that service of all papers, and notices of all proceedings in said action, be served upon the undersigned at the office and post office address listed below.

Date:  New York, New York
       April 22, 2011

BAKER & HOSTETLER LLP

By: _s/Marc D. Powers_
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc D. Powers
Email: mpowers@bakerlaw.com
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*