UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

IN RE TREMONT SECURITIES
LAW, et al.        Plaintiff,

Case No. 2008-CV-11117

   -against-

             Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]   I have cases pending              [ ]   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Robert A. Chapman**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____   My State Bar Number is  6191210

I am,

[ ]   An attorney
[ ]   A Government Agency attorney
[✓]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Chapman and Cutler, LLP
            FIRM ADDRESS: 111 West Monroe Street, Chicago, IL 60603
            FIRM TELEPHONE NUMBER: 312-630-9202
            FIRM FAX NUMBER: 312-630-9233

NEW FIRM:   FIRM NAME: Chapman Spingola, LLP
            FIRM ADDRESS: 77 West Wacker Drive, Suite 4800, Chicago, IL 60601
            FIRM TELEPHONE NUMBER: 312-630-9202
            FIRM FAX NUMBER: 312-630-9233

[✓]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
      was entered on _____ by Judge_____.

Dated: April 22, 2011

ATTORNEY'S SIGNATURE