UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE TREMONT SECURITIES LAW, STATE LAW, AND INSURANCE LITIGATION.

Master File No.
08 Civ.11117 (TPG)

---

This document relates to: Insurance Action 09 Civ. 557 (TPG)

**NOTICE OF APPEARANCE AND DEMAND**

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that Jamie B.W. Stecher of Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action and that the undersigned has been retained as attorney for Defendants Tremont Opportunity Fund III, L.P., and Tremont International Insurance Fund, L.P., and hereby requests that service of all papers, and notices of all proceedings in said action, be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
      May 3, 2011

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By:   *s/ Jamie B.W. Stecher*
     Jamie B.W. Stecher

900 Third Avenue
New York, New York 10022
(212) 508-6738
Email – stecher@thsh.com

*Attorneys for Defendants, Tremont Opportunity Fund III, L.P., and Tremont International Insurance Fund, L.P.*