# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



COURTESY COPY
RECEIVED JAN 0 8 2008 JUDGE SWEET CHAMBERS

---------------------------------------- x
In re LABRANCHE SECURITIES         :   Civil Action No. 03-CV-8201(RWS)
LITIGATION                         :
                                   :   CLASS ACTION
                                   :
This Document Relates To:          :   [PROPOSED] ORDER AWARDING LEAD
                                   :   PLAINTIFFS' COUNSEL'S ATTORNEYS'
   ALL ACTIONS.                    :   FEES AND EXPENSES AND
                                   :   REIMBURSEMENT OF LEAD
---------------------------------------- x   PLAINTIFFS' TIME AND EXPENSES





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/09

This matter having come before the Court on January 21, 2009, on the motion of Lead Plaintiffs' Counsel for an award of attorneys' fees and expenses incurred in the Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the Settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated September 18, 2008 (the "Stipulation"), and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Plaintiffs' Counsel attorneys' fees of 30% of the Settlement Fund, plus interest thereon as defined in the Stipulation, plus litigation expenses in the amount of $145,612.93, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The fees and expenses shall be allocated among all counsel representing the Class in a manner which, in Lead Plaintiffs' Counsel's good-faith judgment, reflects each such counsel's contribution to the institution, prosecution and resolution of the Litigation.

5. The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Lead Plaintiffs' Counsel subject to the terms, conditions and obligations of the Stipulation, and in particular ¶21 thereof which terms, conditions and obligations are incorporated herein.

6. The Court hereby awards the sum of $5,000 to each of the Lead Plaintiffs pursuant to 15 U.S.C. §77z-1(a)(4) of the Private Securities Litigation Reform Act of 1995.

SO ORDERED:

_____
THE HONORABLE ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE

1-21-09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
LIBERTY CAPITAL GROUP, INC., : Civil Action No. 1:04-CV-06746-SAS
Individually and On Behalf of All Others : **(Consolidated)**
Similarly Situated, :
: **ELECTRONICALLY FILED**
         Plaintiff, :
: CLASS ACTION
vs. :
: [PROPOSED] ORDER AWARDING
KONGZHONG CORPORATION, et al., : ATTORNEYS' FEES AND
: REIMBURSEMENT OF EXPENSES
         Defendants. :
:
------------------------------------------------------ x

THIS MATTER having come before the Court on April 14, 2006, on the application of Plaintiffs' Lead Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Litigation; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Litigation to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of November 9, 2005 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Plaintiffs' Lead Counsel attorneys' fees of 30% of the Settlement Fund and reimbursement of expenses in an aggregate amount of $27,606.59, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees shall be allocated by Plaintiffs' Lead Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution and resolution of the Litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Plaintiffs' Lead Counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms, conditions, and obligations of the Stipulation and in particular ¶6.2 thereof, which terms, conditions, and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: April 14, 2006

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

C:\DOCUME~1\yvetteg\LOCALS~1\Temp\MetaSave\ORDER FEE.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re PRESTIGE BRANDS HOLDINGS, INC. : Master File No. 7:05-cv-06924-CS
SECURITIES LITIGATION :
: **ELECTRONICALLY FILED**
———————————————————— :
: CLASS ACTION
This Document Relates To: :
:
ALL ACTIONS. :
:
———————————————————— x

[PROPOSED] ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES AND
EXPENSES

THIS MATTER having come before the Court on December 4, 2009, on the motion of Plaintiffs for an award of attorneys' fees and expenses incurred in this Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.  All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated July 24, 2009 (the "Stipulation").

2.  This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3.  The Court hereby awards Plaintiffs' Counsel attorneys' fees of 30% of the Settlement Fund, and expenses in the amount of $705,240.51, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be allocated among Plaintiffs' Counsel in a manner which, in Lead Counsel's good faith judgment, reflects each such Plaintiffs' Counsel's contribution to the institution, prosecution, and resolution of the Litigation.

4. The awarded attorneys' fees and expenses shall be paid to Lead Counsel immediately after the date this Order is executed subject to the terms, conditions, and obligations of the Stipulation and in particular ¶6.2 thereof, which terms, conditions, and obligations are incorporated herein.

IT IS SO ORDERED.

✓ DATED: 12/4/09

✓ _____
THE HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE

C:\DOCUME~1\discott\LOCALS~1\Temp\5\MetaSave\05cv06924CS Order Fee.doc

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2009, I submitted the foregoing to wpclerk@nysd.uscourts.gov and e-mailed to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 23, 2009.

 _s/ Ellen Gusikoff Stewart_
 ELLEN GUSIKOFF STEWART

 COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
 655 West Broadway, Suite 1900
 San Diego, CA 92101-3301
 Telephone: 619/231-1058
 619/231-7423 (fax)

 E-mail: elleng@csgrr.com

Manual List
*In re Prestige Brands Holdings, Inc. Sec. Litig.*
Master File No. 7:05-cv-06924-CS

Todd R. David
Alston & Bird, L.L.P.
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Teamsters Affiliates Pension Plan
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/08
```

---------------------------------------- x
In re TOMMY HILFIGER SECURITIES         :   Lead Case No. 1:04-CV-07678-SAS
LITIGATION                              :
                                        :   **ELECTRONICALLY FILED**
_____:
                                        :   CLASS ACTION
This Document Relates To:               :
                                        :
    ALL ACTIONS.                        :
                                        :
---------------------------------------- x

[PROPOSED] ORDER AWARDING LEAD PLAINTIFFS' COUNSEL'S ATTORNEY FEES
AND EXPENSES

This matter having come before the Court on October 15, 2008, on the motion of Lead Plaintiffs' Counsel for an award of attorney fees and expenses incurred in the Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the Settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated June 18, 2008 (the "Stipulation"), and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Plaintiffs' Counsel attorney fees of 25% of the Settlement Fund, plus interest thereon as defined in the Stipulation, plus litigation expenses in the amount of $195,189.94, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The fees and expenses shall be allocated among Plaintiffs' Counsel in a manner which, in Lead Plaintiffs' Counsel's good-faith judgment, reflects each such counsel's contribution to the institution, prosecution and resolution of the Litigation.

5.  The awarded attorney fees and expenses and interest earned thereon shall immediately be paid to Lead Plaintiffs' Counsel subject to the terms, conditions and obligations of the Stipulation, and in particular ¶6.1 thereof which terms, conditions and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: October 15, 2008

_____
THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

S:\Settlement\Tommy Hilfiger.set\ORD FEES 00054679.doc

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2008, I submitted the foregoing to orders and judgments@nysd.uscourts.gov and e-mailed to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 6, 2008.

                                        s/ Robert M. Rothman
                                        ROBERT M. ROTHMAN

                                        COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
                                        58 South Service Road, Suite 200
                                        Melville, NY  11747
                                        Telephone: 631/367-7100
                                        631/367-1173 (fax)

                                        E-mail:rrothman@csgrr.com