**EXHIBIT B**

Plaintiffs' State and Securities Law Settlement Class Counsels' requested fee of 30% is consistent with percentages commonly awarded in this Circuit and elsewhere:

| Case | Recovery | Percentage Awarded |
|---|---|---|
| *In re Flag Telecom Holdings, Ltd., Sec. Litig.*, No. 02-CV-3400 (CM) (PED), 2010 WL 4537550 (S.D.N.Y. Nov. 8, 2010) | $24.4 million | 30% |
| *In re Initial Pub. Offering Sec. Litig.*, 671 F. Supp. 2d 467 (S.D.N.Y. 2009) | $586 million | 33.33% |
| *In re Marsh ERISA Litig.*, 265 F.R.D. 128 (S.D.N.Y. 2010) | $35 million | 33.33% |
| *In re Bisys Sec. Litig.*, No. 04 CIV. 3840 (JSR), 2007 WL 2049726 (S.D.N.Y. July 16, 2007) | $65.87 million | 30% |
| *In re Priceline.com, Inc. Sec. Litig.*, No. 00-CV-1884 (AVC), 2007 WL 2115592 (D. Conn. July 20, 2007) | $80 million | 30% |
| *In re Ikon Office Solutions, Inc. Sec. Litig.*, 194 F.R.D. 166 (E.D. Pa. 2000) | $111 million | 30% |
| *Kurzweil v. Philip Morris Co.*, Nos. 94 CIV. 2373 (MBM), 94 CIV. 2546 (BMB), 1999 WL 1076105 (S.D.N.Y. Nov. 30, 1999) | $123 million | 30% |
| *Stefaniak v. HSBC Bank USA, N.A.*, No. 05-CV-720, 2008 WL 7630102 (W.D.N.Y. June 28, 2008) | $2.9 million | 33% |
| *In re Prestige Brands Holdings, Inc. Sec. Litig.*, No. 05-CV-06924-CS, slip op. (S.D.N.Y. Dec. 7, 2009) | $11 million | 30% |
| *In re Veeco Instruments, Inc. Sec. Litig.*, No. 05 MDL 01695 (CM), 2007 WL 4115808 (S.D.N.Y. Nov. 7, 2007) | $5.5 million | 30% |
| *Taft v. Ackermans*, No. 02 CIV. 7951 (PKL), 2007 WL 414493, (S.D.N.Y. Jan. 31, 2007) | $15.175 million | 30% |
| *Hicks v. Morgan Stanley*, No. 01 CIV. 10071 (RJH), 2005 WL 2757792 (S.D.N.Y. Oct. 24, 2005) | $10 million | 30% |

| | | |
|---|---|---|
| *Liberty Capital Group, Inc. v. KongZhong Corp.*, No. 04-CV-06746-SAS, slip op. (S.D.N.Y. Apr. 14, 2006) | $3.5 million | 30% |
| *Spann v. AOL Time Warner, Inc.*, No. 02 CIV. 8238 (DLC), 2005 WL 1330937 (S.D.N.Y. June 7, 2005) | $2.9 million | 33.33% |
| *Frank v. Eastman Kodak Co.*, 228 F.R.D. 174 (W.D.N.Y. 2005) | $125,000 | 40% |
| *Maley v. Del Global Tecs. Corp.*, 186 F. Supp. 2d. 358 (S.D.N.Y. 2002) | $11.5 million | 33% |

42124v2                                   2