UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION**<br><br>**This Document Relates To:**<br><br>**The Securities Action**<br>**08 Civ. 11212 (TPG)** | **MASTER FILE NO.:**<br>**08 CIV. 11117 (TPG)** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2011, I caused a true and correct copy of the Objection of Meridian Horizon Fund, LP, Meridian Horizon Fund II, LP, Meridian Diversified Fund, LP, Meridian Diversified Fund, Ltd., Meridian Diversified ERISA Fund, Ltd., Meridian Diversified Compass Fund, Ltd., and Meridian Absolute Return ERISA Fund, Ltd. to the Class Counsel's Request for Attorneys' Fees in the Amount of 3% of the Fund Distribution Account and to the Fairness of the Proposed Settlement, and Notice of Intention to Appear at the Fairness Hearing to be sent to all counsel of record through the Court's ECF system, as well as to the following addressees by first class mail:

| | |
|---|---|
| Clerk of the Court<br>United States District Court for the<br>  Southern District of New York<br>500 Pearl Street<br>New York, NY  10007-1312 | ENTWISTLE & CAPPUCCI LLP<br>Andrew J. Entwistle<br>Robert N. Cappucci<br>280 Park Avenue, 26th Floor West<br>New York, NY  10017 |

986933.1

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>Reed R. Kathrein<br>Lee Gordon<br>715 Hearst Avenue<br>Suite 202<br>Berkeley, CA  94710 | BERNSTEIN LIEBHARD LLP<br>Jeffrey M. Haber<br>10 East 40th Street<br>22nd Floor<br>New York, NY  10016 |
| MORRISON & FOERSTER LLP<br>Jack C. Auspitz<br>Gary S. Lee<br>1290 Avenue of the Americas<br>New York, NY  10104-0050 | SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>Seth M. Schwartz<br>Four Times Square<br>New York, NY  10036 |
| DECHERT LLP<br>William K. Dodds<br>1095 Avenue of the Americas<br>New York, NY  10036-6797 | BINGHAM MCCUTCHEN LLP<br>Joseph L. Kociubes<br>One Federal Street<br>Boston, MA  02110 |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP<br>Jamie B. W. Stecher<br>900 Third Avenue<br>New York, NY  10022 | ROBBINS GELLER RUDMAN & DOWD LLP<br>David A. Rosenfeld<br>Edward Y. Kroub<br>58 South Service Road, Suite 200<br>Melville, NY  11747 |
| WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>Daniel W. Krasner<br>Demet Basar<br>270 Madison Avenue<br>New York, NY  10016 | BERGER & MONTAGUE, P.C.<br>Sherrie Raiken Savett<br>Glen L. Abramson<br>1622 Locust Street<br>Philadelphia, PA  19103 |

986933.1

Dated:   New York, New York
            May 12, 2011

            /s/ Steven E. Frankel
            Steven E. Frankel (sfrankel@fklaw.com)
            FRIEDMAN KAPLAN SEILER &
              ADELMAN LLP
            7 Times Square
            New York, NY 10036-6516
            (212) 833-1100

*Attorneys for Meridian Horizon Fund, LP, Meridian Horizon Fund II, LP, Meridian Diversified Fund, LP, Meridian Diversified Fund, Ltd., Meridian Diversified ERISA Fund, Ltd., Meridian Diversified Compass Fund, Ltd., and Meridian Absolute Return ERISA Fund, Ltd.*

986933.1