IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | MASTER FILE NO.:<br><br>08 CIV. 11117 (TPG)<br><br>DISCLOSURE STATEMENT OF PHILADELPHIA FINANCIAL LIFE ASSURANCE COMPANY PURSUANT TO FED. R. CIV. P. 7.1 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Philadelphia Financial Life Assurance Company, formerly known as AGL Life Assurance Company, states that its parent corporation is Philadelphia Financial Group, Inc., and that no publicly held corporation owns more than 10% of the stock of either Philadelphia Financial Life Assurance Company or Philadelphia Financial Group, Inc.

Dated:   New York, New York
         May 12, 2011

                                OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

                                By:   /s/ Richard G. Haddad
                                      Richard G. Haddad
                                      A Member of the Firm
                                Attorneys for Philadelphia Financial Life Assurance Company
                                230 Park Avenue
                                New York, New York  10169
                                Tel. No.: (212) 661-9100
                                E-mail: rhaddad@oshr.com

1885865.1