IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION**<br><br>**This Document Relates to:**<br><br>**All Actions.** | **MASTER FILE NO.:**<br><br>**08 CIV. 11117 (TPG)** |

## CERTIFICATE OF SERVICE

I, Andrew S. Halpern, hereby certify as follows:

1. I am an attorney associated with the law firm of Otterbourg, Steindler, Houston & Rosen, P.C., the attorneys for Philadelphia Financial Life Assurance Company in this matter.

2. On May 11, 2011, I served true and correct copies of the Objection of Philadelphia Financial Life Assurance Company to Settling Class Plaintiffs' Motions for Approval of Stipulation of Partial Settlement Plans of Allocation, and the Notice of Philadelphia Financial Life Assurance Company's Intention to Appear and Present Evidence at Fairness Hearing to be Held with Respect to Settling Class Plaintiffs' Motions for Approval of Stipulation of Partial Settlement and Plans of Allocation, by first class mail upon the persons and entities referred to below, by depositing true copies of same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, enclosed in post-paid sealed envelopes properly addressed to each of the parties shown below, with postage affixed thereto:

1886434.1

Clerk of the Court
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York  10007

Andrew J. Entwistle, Esq.
Robert N. Cappucci, Esq.
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue
26th Floor West
New York, NY  10017

Reed R. Kathrein, Esq.
Lee Gordon, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710

Jeffrey M. Haber, Esq.
BERNSTEIN LIEBHARD LLP
10 East 40th Street
22nd Floor
New York, NY  10016

Jack C. Auspitz, Esq.
Gary S. Lee, Esq.
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104-0050

Seth M. Schwartz, Esq.
SKADDEN ARPS SLATE MEAGHER
  & FLOM LLP
Four Times Square
New York, NY  10036

Jamie B.W. Stecher, Esq.
TANNENBAUM HELPERN SYRACUSE
  & HIRSCHTRITT LLP
900 Third Avenue
New York, NY  10022

Joseph L. Kociubes, Esq.
BINGHAM MCCUTHEN LLP
One Federal Street
Boston, MA  02110

William K. Dodds, Esq.
DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036-6797

David A. Rosenfeld, Esq.
Edward Y. Kroub, Esq.
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road
Suite 200
Melville, NY  11747

Daniel W. Krasner, Esq.
Demet Basar, Esq.
WOLF HALDENSTEIN ADLER FREEMAN
  & HERZ LLP
270 Madison Avenue
New York, New York  10016

Sherrie Raiken Savett, Esq.
Glen L. Abramson, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103.

Dated:   New York, New York
         May 12, 2011

                                          /s/ Andrew S. Halpern
                                          Andrew S. Halpern