IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>**This Document Relates To:**<br><br>**All Actions** | Master File No.: 08 Civ. 11117(TPG) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2011, I caused a true and correct copy of the Notice of Intention to Appear at the Fairness Hearing and Objection by Spectrum Select II, L.P. and Spectrum Equities, L.P. to Fairness of Settlement, Plan of Allocation, and Requested Attorneys' Fees, or, Alternatively, Motion to Intervene (Document No. 462) to be sent to all counsel of record through the Court's ECF system, as well as to the following addressees by first class mail:

Clerk of the Court
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

The Honorable Thomas P. Griesa
United States District Judge
United States District Court
 Southern District of New York
500 Pearl Street
New York, NY 10007-1312

MORRISON & FOERSTER LLP
Jack C. Auspitz
Gary S. Lee
1290 Avenue of the Americas
New York, NY 10104-0050

BERNSTEIN LIEBHARD LLP
Jeffrey M. Haber
10 East 40th Street
22nd Floor
New York, NY 10016

TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP Jamie B. W. Stecher
900 Third Avenue
New York, NY 10022

DECHERT LLP
William K. Dodds
1095 Avenue of the Americas
New York, NY 10036-6797

| | |
|---|---|
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>Seth M. Schwartz<br>Four Times Square<br>New York, NY 10036 | BINGHAM MCCUTCHEN LLP<br>Joseph L. Kociubes<br>One Federal Street<br>Boston, MA 02110 |
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>Reed R. Kathrein<br>Lee Gordon<br>715 Hearst Avenue<br>Suite 202<br>Berkeley, CA 94710 | ENTWISTLE & CAPPUCCI LLP<br>Andrew J. Entwistle<br>Robert N. Cappucci<br>280 Park Avenue, 26th Floor West New York, NY 10017 |

Dated: May 13, 2011.

**ROSS & ORENSTEIN LLC**

By: ___/s/ John B. Orenstein___
Jeff Ross
John B. Orenstein
222 South Ninth Street, Suite 470
Minneapolis, MN 55402
Telephone: (612) 436-9801
Facsimile: (612) 436-9819

**FAEGRE & BENSON LLP**
James L. Volling
Michael F. Cockson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

**ATTORNEYS FOR SPECTRUM SELECT II, L.P. AND SPECTRUM EQUITIES, L.P.**