IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | MASTER FILE NO.:<br>08 CIV. 11117 (TPG)<br><br>ECF CASE<br>Electronically Filed |

### AFFIDAVIT OF SERVICE BY E-MAIL

STATE OF NEW YORK      )
                                           ) ss.:
COUNTY OF NEW YORK   )

**MADELINE B. GAYLE**, being duly sworn, deposes and says:

1. I am over eighteen years of age, not a party to the action and am employed by Entwistle & Cappucci LLP, 280 Park Avenue, 26th Floor, New York, NY 10017.

2. On May 27, 2011, I served a true and correct copy of the following documents:

- Reply Memorandum of Law in Further Support of Settling Class Plaintiffs' Motion for Final Approval of Partial Settlement, Class Certification and Derivative Findings;

- Joint Declaration of Andrew J. Entwistle, Reed R. Kathrein and Jeffrey M. Haber in Further Support of Partial Settlement, Class Certification and Derivative Findings;

- Reply Memorandum of Law in Further Support of Settling Class Plaintiffs' Motion for Final Approval of Plans of Allocation;

- Supplemental Joint Declaration of Andrew J. Entwistle, Reed R. Kathrein and Jeffrey M. Haber in Further Support of the Plans of Allocation;

- Plaintiffs' State and Securities Law Class Counsels' Reply Memorandum of Law in Further Support of Their Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to State Law and Securities Plaintiffs; and

EC.45370.1

- Joint Declaration of Andrew J. Entwistle, Reed R. Kathrein and Jeffrey M. Haber in Further Support of Plaintiffs' State and Securities Law Settlement Class Counsels' Motion for Attorneys' Fees, Reimbursement of Expenses, and Awards to State Law and Securities Plaintiffs.

by E-Mail upon:

Thomas A. Telesca, Esq.
Ruskin Moscou Faltischeck P.C.
1425 RX Plaza, East Tower, 15th Floor
Uniondale, NY 11556
ttlesca@rmfpc.com

John K. Villa, Esq.
David A. Forkner, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
jvilla@wc.com
dforkner@wc.com

Lee S. Shalov, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016
lshalov@mclaughlinstern.com

Lawrence J. Sweifach, Esq.
Sophia Khan, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193
lzweifach@gibsondunn.com
skhan@gibsondunn.com

S. Benjamin Rozwood, Esq.
Rozwood & Company APC
503 North Linden Drive
Beverly Hills, CA 90210
brozwood@rozcolaw.com

Scott Berman, Esq.
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036
sberman@fklaw.com

Christopher Harris, Esq.
Cameron Smith, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 1002
christopher.harris@lw.com
cameron.smith@lw.com

Robert Wallner, Esq.
Ken A. Bronson, Esq.
Kristi Stahnke McGregor, Esq.
Milberg LLP
One Penn Plaza
New York, NY 10119
rwallner@milberg.com
kbronson@milberg.com
kmcgregor@milberg.com

EC.45370.1

David E. Brodsky, Esq.
Marla A. Decker, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
dbrodsky@cgsh.com
mdecker@cgsh.com

Stephen A. Weiss, Esq.
James E. O'Brien, III, esq.
Christopher M. Van de Kieft, Esq.
Seeger Weiss LLP
One William Street
New York, NY 10004
sweiss@seegerweiss.com
jobrien@seegerweiss.com
cvandekieft@seegerweiss.com

Michael S. Feldberg, Esq.
Lanier Saperstein, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
michael.feldberg@allenovery.com
lanier.saperstein@allenovery.com

Albert G. Kroll, Esq.
Kroll Heineman, LLC
Metro Corporate Campus I
99 Wood Avenue South
Iselin, NJ 08830
akroll@krollfirm.com

David Swinton, Esq.
Belin McCormick, P.C.
666 Walnut Street, Suite 2000
DeMoines, IA 50309-3989
dmswinton@belinmccormick.com

Forrest S. Turkish, Esq.
Law Offices of Forrest S. Turkish
595 Broadway
Bayonne, NJ 07002
fsturkish@aol.com

Steven W. Thomas, Esq.
Emily Alexander, Esq.
Mark Forrester, Esq.
Thomas, Alexander & Forrester LLP
14 - 27th Avenue
Venice, CA 90291
steventhomas@tafattorneys.com
emilyalexander@tafattorneys.com
markforrester@tafattorneys.com

Richard G. Haddad, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
rhaddad@oshr.com

John M. Vassos, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
jvassos@morganlewis.com

Kelly Pierce, Esq.
Ross & Orenstein LLC
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402
kpierce@rossbizlaw.com

EC.45370.1

Vincent T. Gresham, Esq.
2870 Peachtree Road, #306
Atlanta, GA 30305
gresham05@comcast.net

Alan W. Sparer, Esq.
Marc Haber, Esq.
Sparer Law Group
100 Pine Street, 33rd Floor
San Francisco, CA 94111
asparer@sparerlaw.com
mhaber@sparerlaw.com

Gary F. Bendinger, Esq.
Gregory G. Ballard, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
gbendinger@sidley.com
gballard@sidley.com

Rebecca Silberstein & Glenn Fishman,
  as Trustees
930 Broadway
Woodmere, NY 11598
rfsilberstein@debevoise.com
glenn@fishmanassociates.com

Richard H. Dolan, Esq.
Schlam Stone & Dolan LLP
26 Broadway, 19th Floor
New York, NY 10004
rhd@schamstone.com

_____
Madeline B. Gayle

Sworn to before me this
27th day of May, 2011

_____
Notary Public

ADRIANA ARCE
Notary Public - State of New York
NO. 01AR6174975
Qualified in New York County
My Commission Expires 10/01/2011