IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | MASTER FILE NO.:<br>08 CIV. 11117 (TPG)<br><br>ECF CASE<br>Electronically Filed |

### AFFIDAVIT OF SERVICE BY E-MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

**MADELINE B. GAYLE**, being duly sworn, deposes and says:

1. I am over eighteen years of age, not a party to the action and am employed by Entwistle & Cappucci LLP, 280 Park Avenue, 26th Floor, New York, NY 10017.

2. On May 27, 2011, I served a true and correct copy of the following documents:

- Memorandum of Law in Opposition to Objection of Royal Bank of Scotland NV and in Further Support of Settlement; and

- Joint Declaration of Andrew J. Entwistle, Reed R. Kathrein and Jeffrey M. Haber in Response to Object of Royal Bank of Scotland NV and in Further Support of Partial Settlement, Class Certification and Derivative Findings

by E-Mail upon:

Thomas A. Telesca, Esq.
Ruskin Moscou Faltischeck P.C.
1425 RX Plaza, East Tower, 15th Floor
Uniondale, NY 11556
ttlesca@rmfpc.com

John K. Villa, Esq.
David A. Forkner, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
jvilla@wc.com
dforkner@wc.com

EC.45370.1

Lee S. Shalov, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016
lshalov@mclaughlinstern.com

S. Benjamin Rozwood, Esq.
Rozwood & Company APC
503 North Linden Drive
Beverly Hills, CA 90210
brozwood@rozcolaw.com

Christopher Harris, Esq.
Cameron Smith, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 1002
christopher.harris@lw.com
cameron.smith@lw.com

David E. Brodsky, Esq.
Marla A. Decker, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
dbrodsky@cgsh.com
mdecker@cgsh.com

Michael S. Feldberg, Esq.
Lanier Saperstein, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
michael.feldberg@allenovery.com
lanier.saperstein@allenovery.com

David Swinton, Esq.
Belin McCormick, P.C.
666 Walnut Street, Suite 2000
DeMoines, IA 50309-3989
dmswinton@belinmccormick.com

Lawrence J. Sweifach, Esq.
Sophia Khan, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193
lzweifach@gibsondunn.com
skhan@gibsondunn.com

Scott Berman, Esq.
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036
sberman@fklaw.com

Robert Wallner, Esq.
Ken A. Bronson, Esq.
Kristi Stahnke McGregor, Esq.
Milberg LLP
One Penn Plaza
New York, NY 10119
rwallner@milberg.com
kbronson@milberg.com
kmcgregor@milberg.com

Stephen A. Weiss, Esq.
James E. O'Brien, III, esq.
Christopher M. Van de Kieft, Esq.
Seeger Weiss LLP
One William Street
New York, NY 10004
sweiss@seegerweiss.com
jobrien@seegerweiss.com
cvandekieft@seegerweiss.com

Albert G. Kroll, Esq.
Kroll Heineman, LLC
Metro Corporate Campus I
99 Wood Avenue South
Iselin, NJ 08830
akroll@krollfirm.com

Forrest S. Turkish, Esq.
Law Offices of Forrest S. Turkish
595 Broadway
Bayonne, NJ 07002
fsturkish@aol.com

EC.45370.1

| | |
|---|---|
| Steven W. Thomas, Esq.<br>Emily Alexander, Esq.<br>Mark Forrester, Esq.<br>Thomas, Alexander & Forrester LLP<br>14 - 27th Avenue<br>Venice, CA 90291<br>steventhomas@tafattorneys.com<br>emilyalexander@tafattorneys.com<br>markforrester@tafattorneys.com | Richard G. Haddad, Esq.<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, NY 10169<br>rhaddad@oshr.com |
| John M. Vassos, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>jvassos@morganlewis.com | Kelly Pierce, Esq.<br>Ross & Orenstein LLC<br>100 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>kpierce@rossbizlaw.com |
| Vincent T. Gresham, Esq.<br>2870 Peachtree Road, #306<br>Atlanta, GA 30305<br>gresham05@comcast.net | Rebecca Silberstein & Glenn Fishman,<br>   as Trustees<br>930 Broadway<br>Woodmere, NY 11598<br>rfsilberstein@debevoise.com<br>glenn@fishmanassociates.com |
| Alan W. Sparer, Esq.<br>Marc Haber, Esq.<br>Sparer Law Group<br>100 Pine Street, 33rd Floor<br>San Francisco, CA 94111<br>asparer@sparerlaw.com<br>mhaber@sparerlaw.com | Richard H. Dolan, Esq.<br>Schlam Stone & Dolan LLP<br>26 Broadway, 19th Floor<br>New York, NY 10004<br>rhd@schamstone.com |

EC.45370.1

Gary F. Bendinger, Esq.
Gregory G. Ballard, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
gbendinger@sidley.com
gballard@sidley.com

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Madeline B. Gayle

Sworn to before me this

> ADRIANA ARCE
> Notary Public - State of New York
> NO. 01AR6174975
> Qualified in New York County
> My Commission Expires 10/01/2011

2i<sup>11</sup> day of May, 2011

_____
Notary Public

EC.45370.1