UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| | ECF Case |
| _____/ | NOTICE OF WITHDRAWAL OF FUTURESELECT PRIME ADVISOR II LLC'S MOTION TO DISMISS THE DERIVATIVE CLAIMS BROUGHT ON ITS BEHALF BY PLAINTIFF JOHN DENNIS |

By this Notice, FutureSelect Prime Advisor II LLC ("FutureSelect") withdraws its Motion to Dismiss the Derivative Claims Brought On Its Behalf By Plaintiff John Dennis [D.E. #354] as refiled on May 11, 2011 [D.E. #456].

On May 24, 2011, Plaintiffs filed a Notice of Dismissal of Claims Asserted by Plaintiff John Dennis which dismisses all derivative claims brought by Dennis with prejudice. [D.E. # 522]. In light of the dismissal of Dennis' claims, FutureSelect respectfully withdraws its Motion to Dismiss the Derivative Claims Brought On Its Behalf By Plaintiff John Dennis and will not appear at the June 1, 2011 Fairness Hearing.

DATED this 31th day of May, 2011.

    **THOMAS, ALEXANDER & FORRESTER LLP**
    Attorneys for FutureSelect Portfolio Management, Inc.,
    FutureSelect Prime Advisor II, The Merriwell Fund L.P.
    and Telesis IIW LLC

  By  *s/Emily Alexander*
    Emily Alexander (EA-3946)
    Steven Thomas
    Mark Forrester
    14 – 27th Avenue
    Venice, CA  90291
    Telephone:  (310) 961-2536
    Facsimile:  (310) 526-6852
    Email:  emilyalexander@tafattorneys.com

1