UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| | ECF Case |
| _____ / | **CERTIFICATE OF SERVICE** |

I, Emily Alexander hereby certify that on May 31, 2011, I caused true and correct copies of the following materials to be filed and served electronically through the Southern District of New York's CM/ECF system.

**NOTICE OF WITHDRAWAL OF FUTURESELECT PRIME ADVISOR II LLC'S MOTION TO DISMISS THE DERIVATIVE CLAIMS BROUGHT ON ITS BEHALF BY PLAINTIFF JOHN DENNIS**

Dated:  May 31, 2011

                      **THOMAS, ALEXANDER & FORRESTER LLP**
                      Attorneys for FutureSelect Portfolio Management, Inc.,
                      FutureSelect Prime Advisor II, The Merriwell Fund L.P.
                      and Telesis IIW LLC

                      By    */s/ Emily Alexander*
                          Emily Alexander  (NY Bar No. EA-3946)
                          Steven W. Thomas
                          Mark Forrester
                          14 – 27th Avenue
                          Venice, CA  90291
                          Telephone:  (310) 961-2536
                          Facsimile:  (310) 526-6852
                          Email:  steventhomas@tafattorneys.com
                          Email:  emilyalexander@tafattorneys.com
                          Email:  markforrester@tafattorneys.com