AO 458 (Rev. 10/95) Appearance

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re:                                              :       09 MD 2017 (LAK)

TREMONT SECURITIES LAW, STATE            :
LAW AND INSURANCE LITIGATION             :       **APPEARANCE**

This Document Applies to:                    :

*The State Law Action*                          :

------------------------------------------------------------X

To the Clerk of this court and all parties of record:

Enter my appearance as Attorney To Be Noticed in this case for:

**Laborers Local 17 Pension Plan; and
Daniel Jackson**

I certify that I am admitted to practice in this court.

**June 1, 2011**
Date                                                Signature

                                                    **Kenneth M. Rehns**          KR-9822
                                                    Print Name                    Bar No.

                                                    **Cohen Milstein Sellers & Toll, PLLC**
                                                    Firm

                                                    **88 Pine Street, 14th Floor**
                                                    Address

                                                    **New York**          **NY**          **10005**
                                                    City                State            Zip Code

                                                    **(212) 838-7797**               **(212) 838-7745**
                                                    Phone No.                        Fax. No.