# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION </br></br>This Document Relates To: </br></br>All Actions | Master File No.: 08 Civ. 11117(TPG) </br></br> **MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Jeff Ross, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Michael Frederick Cockson |
| Firm Name: | Faegre & Benson |
| Address: | 2200 Wells Fargo Center, 90 South Seventh Street |
| City/State/Zip: | Minneapolis, MN 55402 |
| Phone Number: | 612-766-8425 |
| Fax Number: | 612-766-1600 |

Michael F. Cockson is a member in good standing of the Bar of the State of Minnesota. There are no pending disciplinary proceedings against Michael F. Cockson in any State or Federal court.

Dated: May 19, 2011.
City, State: Minneapolis, Minnesota:

Respectfully submitted,

Jeff Ross (JR8248)
jross@rossbizlaw.com
Ross & Orenstein LLC
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Telephone: (612) 436-9801
Facsimile: (612) 436-9819
*Attorney for Spectrum Select II, L.P. and Spectrum Equities, L.P.*

fb.us.6820092.01

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No.: 08 Civ. 11117(TPG)<br><br>**AFFIDAVIT OF JEFF ROSS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of Minnesota      )
                        ) ss:
County of Hennepin      )

Jeff Ross, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Ross & Orenstein, and am co-counsel for Spectrum Select II, L.P. and Spectrum Equities, L.P. which are related to the above-captioned action as it relates to the Fairness of the Settlement, Plan of Allocation and Requested Attorneys' Fees. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Spectrum Select II, L.P. and Spectrum Equities, L.P.'s motion to admit Michael F. Cockson as counsel pro hac vice to represent Spectrum Select II, L.P. and Spectrum Equities, L.P. in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 13, 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Michael F. Cockson since 2009.

4. Michael F. Cockson is a partner in Faegre & Benson, in Minneapolis, Minnesota.

5. I have found Mr. Cockson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michel F. Cockson, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Michael F. Cockson, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Michael F. Cockson, pro hac vice, to represent Spectrum Select II, L.P. and spectrum Equities, L.P. in the above captioned matter, be granted.

Dated: May 19, 2011
City, State: Minneapolis, Minnesota

Respectfully submitted,

_____
Jeff Ross
SDNY Bar Code: JR8248

Subscribed and sworn to before me this 18th day of May, 2011.

_____
Notary Public

fb.us.6821755.01



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

This Document Relates To:

All Actions

Master File No.: 08 Civ. 11117(TPG)

ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Jeff Ross, attorney for Spectrum Select II, L.P. and Spectrum Equities, L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Michael Frederick Cockson
Firm Name: Faegre & Benson
Address: 2200 Wells Fargo Center, 90 South Seventh Street
City/State/Zip: Minneapolis, MN 55402
Phone Number: 612-766-8425
Fax Number: 612-766-1600
Email address: mcockson@faegre.com

Is admitted to practice pro hac vice as counsel for Spectrum Select II, L.P. and Spectrum Equities, L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
City, State: _____

_____
United States District/Magistrate Judge

fb.us.6820377.01

# Exhibit A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

MICHAEL FREDERICK COCKSON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

November 07, 1997

Given under my hand and seal of this court on

May 18, 2011

*Frederick K. Grittner*
Frederick K. Grittner
Clerk of Appellate Courts



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No.: 08 Civ. 11117(TPG)<br><br>ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Upon the motion of Jeff Ross, attorney for Spectrum Select II, L.P. and Spectrum Equities, L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael Frederick Cockson |
| Firm Name: | Faegre & Benson |
| Address: | 2200 Wells Fargo Center, 90 South Seventh Street |
| City/State/Zip: | Minneapolis, MN 55402 |
| Phone Number: | 612-766-8425 |
| Fax Number: | 612-766-1600 |
| Email address: | mcockson@faegre.com |

Is admitted to practice pro hac vice as counsel for Spectrum Select II, L.P. and Spectrum Equities, L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
City, State: _____

_____
United States District/Magistrate Judge

fb.us.6820377.01

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No.: 08 Civ. 11117(TPG)<br><br>ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Upon the motion of Jeff Ross, attorney for Spectrum Select II, L.P. and Spectrum Equities, L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael Frederick Cockson |
| Firm Name: | Faegre & Benson |
| Address: | 2200 Wells Fargo Center, 90 South Seventh Street |
| City/State/Zip: | Minneapolis, MN 55402 |
| Phone Number: | 612-766-8425 |
| Fax Number: | 612-766-1600 |
| Email address: | mcockson@faegre.com |

Is admitted to practice pro hac vice as counsel for Spectrum Select II, L.P. and Spectrum Equities, L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
City, State: _____

_____
United States District/Magistrate Judge

fb.us.6820377.01

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No.: 08 Civ. 11117(TPG)<br><br>CERTIFICATE OF SERVICE |

I, Jeff Ross hereby certify that on May 23, 2011, I caused true and correct copies of the following materials to be filed and served by U.S. Mail to the attached service list:

Motion to Admit Counsel Pro Hac Vice

Affidavit of Jeff Ross in Support of Motion to Admit Counsel Pro Hac Vice

Dated: May 23, 2011

                                     ROSS & ORENSTEIN LLC

                                     /s/ Ross
                                     Jeff Ross (JR8248)
                                     jross@rossbizlaw.com
                                     Ross & Orenstein LLC
                                     100 South Fifth Street, Suite 1200
                                     Minneapolis, MN 55402
                                     Telephone: (612) 436-9801
                                     Facsimile: (612) 436-9819
                                     *Attorney for Spectrum Select II, L.P. and Spectrum Equities, L.P.*

1

SERVICE LIST

| | |
|---|---|
| Clerk of the Court<br>United States District Court<br>for the Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 | Joseph L. Kociubes<br>BINGHAM MCCUTHEN LLP<br>One Federal Street<br>Boston, MA 02110<br>joe.kociubes@bingham.com |
| Andrew J. Entwistle<br>Robert N. Cappucci<br>ENTWISTLE & CAPPUCCI LLP<br>280 Park Avenue, 26th Fl. W.<br>New York, NY 10017<br>aentwistle@entwistle-law.com | Jamie B. W. Stecher<br>TANNENBAUM HELPERN SYRACUSE<br>& HIRSCHTRITT LLP<br>900 Third Avenue<br>New York, NY 10022<br>stecher@thshlaw.com |
| Reed R. Kathrein<br>Lee Gordon<br>HAGENS BERMAN SOBOL SHAPITO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>reed@hbsslaw.com | William K. Dodds<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>william.dodds@dechert.com |
| Jeffrey M. Haber<br>BERNSTEIN LIEBHARD LLP<br>10 East 40th Street, 22nd Floor<br>New York, NY 10016<br>haber@bernlieb.com | David A. Rosenfeld<br>Edward Y. Kroub<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com |
| Jack C. Auspitz<br>Gary S. Lee<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-0050<br>jauspitz@mofo.com | Daniel W. Krasner<br>Demet Basar<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>270 Madison Avenue, #9<br>New York, NY 10016<br>basar@whafh.com |
| Seth M. Schwartz<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>seth.schwartz@skadden.com<br>ssavett@bm.net | Sherrie Raiken Savett<br>Glen L. Abramson<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 |

fb.us.6845752.01