UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No.: 08 Civ. 11117 (TPG) |
| This Document Relates to:<br><br>All Actions | |

**2005 TOMCHIN FAMILY CHARITABLE TRUST'S PARTIAL JOINDER IN LAKEVIEW INVESTMENT, LP'S RESPONSE TO THE PARTIES' PAPERS IN SUPPORT OF FINAL APPROVAL (DOCS. 512, 520)**

LEE S. SHALOV, ESQ.
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, New York 10016
Telephone: (212) 448-1100
Facsimile: (212) 448-0066

and

S. BENJAMIN ROZWOOD, ESQ.
503 North Linden Drive
Beverly Hills, CA  90210
Telephone:  (310) 246-1451
Facsimile: (310) 246-9756

Attorneys for 2005 Tomchin Family Charitable Trust

2005 Tomchin Family Charitable Trust ("Tomchin") hereby joins in plaintiff and objector Lakeview Investment, LP's Response (Doc. 534, 535) to the parties' further submissions (Doc. 512, 520) in support of Final Approval of the Proposed Settlement of class action and derivative claims pertaining to Rye Select Broad Market XL Fund, LP ("XL Fund"). On February 4, 2009, Tomchin filed its Derivative Complaint, derivatively on behalf of XL Fund, in the Supreme Court of the State of New York, County of New York, Case No. 09-600332. Among other reasons for its objection and partial joinder, the uncompensated release of XL Fund's derivative claims, especially its claims against swap counterparties, such as HSBC and Fortis (ABN AMRO Bank), is not fair, reasonable, or adequate. By virtue of its investments in swap transactions, XL Fund has highly valuable and unique not shared by other Tremont-managed funds. Rather than pursue these claims, plaintiffs have abandoned them to secure benefits, not shared by XL Fund, on behalf of other Settlement class members that invested in other funds, such as Rye Select Broad Market Fund, LP ("Market Fund" and Rye Select Broad Market Prime Fund, LP ("Prime Fund"). This is plainly improperly, and it precludes approval of the Proposed Settlement. *See*, *e.g.*, National Super Spuds, Inc. v. N.Y. Mercantile Exch., 660 F.2d 9, 19 (2d Cir. 1981) ("An advantage to the class, no matter how great, simply cannot be bought by the uncompensated sacrifice of claims of members, whether few or many"); TBK Partners, Ltd. v. W. Union Corp., 675 F.2d 456, 461 (2d Cir. 1982) ("special care must be taken to ensure that the release of a claim not asserted within a class action or not shared alike by all class members does not represent an "advantage to the class ... by the uncompensated sacrifice of claims of members, whether few or many.); Mirfashi v. Fleet Mortgage Corp., 356 F.3d 781, 783-785 (7th Cir. 2004) (Posner, J.) (vacating settlement where one of the classes "received absolutely nothing, while surrendering all of its claims"); Molski v. Gleich, 318 F.3d 937, 955 (9th Cir. 2003).

Tomchin is presently preparing to amend its Derivative Complaint to specifically plead the highly valuable derivative claims that it has against swap counterparties. These claims—which involve, *inter alia*, breach of contract, rescission based upon mutual mistake and negligent misrepresentation—are not shared by other Tremont-managed funds. They are unique to XL Fund and should be vigorously pursue, not traded away to obtain benefits for investors in other funds, especially where, as in this case, no named plaintiff has standing to pursue such claim on behalf of XL Fund, and the General Partner and other persons who control XL Fund are not competent to do so. *See*, *e.g.*, *Clark v. Lomas & Nettleton Fin. Corp.*, 625 F.2d 49, 52-54 (5th Cir. 1980) (in derivative case, vacating settlement negotiated between defendants and corporate directors after 18 months of discovery by shareholders derivatively representing corporation; where "directors stood 'in a dual relation [that] prevent[ed] an unprejudiced exercise of judgment,'" shareholders were the only proper representatives authorized to pursue claims derivatively under Rule 23.1, and corporation's directors "were incompetent themselves to compromise all of [shareholders'] derivative claims").

DATED:  June 1, 2011                    Respectfully submitted,

       /s S. Benjamin Rozwood
S. BENJAMIN ROZWOOD

503 North Linden Drive
Beverly Hills, CA  90210
Telephone: (310) 246-1451
Facsimile: (310) 246-9756

MCLAUGHLIN & STERN, LLP
LEE S. SSALOV
260 Madison Avenue
New York, New York 10016
Telephone: (212) 448-1100
Facsimile: (212) 448-0066

Attorneys for 2005 Tomchin
Family Charitable Trust

Case 1:08-cv-11117-TPG   Document 539   Filed 06/01/11   Page 4 of 6

## SERVICE LIST

Eric S. Waxman, Esq.
Thomas E. Haroldson, Esq.
Kevin D. Lloyd, Esq.
SKADDEN ARPS SLATE
MEAGHER & FLOM LLP
300 S. Grand Ave., Suite 3400
Los Angeles, CA  90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
*Attorneys for Petitioners*

Leanna M. Anderson, Esq.
Glenn Colton, Esq.
SNR Denton US LLP
601 S. Figueroa St., Suite 2500
Los Angeles, CA  90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
*Attorneys for Defendant*
*Barry Colvin*

Andrew M. Vogel, Esq.
Alan Jay Weil, Esq.
Gaims Weil West and Epstein
1875 Century Pk. East, Ste. 2100
Los Angeles, CA  90067
Telephone: (310) 407-4577
Facsimile: (310) 277-2133
*Attorneys for Defendant*
*Michael T. Rollings*

Christopher Kim, Esq.
John Lorenzo Jones, II, Esq.
Lim, Ruger & Kim LLP
1055 W. Seventh St. Suite 2800
Los Angeles, CA  90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511
*Attorneys for Defendants Sandra*
*Manzke and Suzanne Hammond*

Michael P. McNamara, Esq.
Kristen H. Spira, Esq.
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA  90067
Telephone: (310) 734-3240
Facsimile: (310) 734-3140
*Attorneys for Defendant*
*Rye Select Broad Market*
*Prime Fund, L.P.*

Susan L. Hoffman, Esq.
Karen Pazzani, Esq.
BINGHAM McCUTCHEN LLP
355 S. Grand Ave., Suite 4400
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
*Attorneys for Defendants*
*Massachusetts Mutual Life*
*Insurance Co. and MassMutual*
*Holding Co.*

Matthew L. Larrabee, Esq.
DECHERT LLP
One Maritime Plaza, Suite 2300
San Francisco, CA  94111-3513
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
*Attorneys for Defendants*
*Oppenheimer Acquisition Corp.,*
*John V. Murphy, and*
*Kurt Wolfgruber*

- 6 -