UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION )<br>)<br>)<br>)<br>) | Master File No.: 08-cv-11117(TPG) |
| This Document Relates to: ) | |
| State Law Action, 09 Civ. 11183 ) | |
| Securities Law Action, 08 Civ. 11212 ) | Dated: July 21, 2011 |

## DECLARATION OF BEN V. SEESSEL

I, BEN V. SEESSEL, declare as follows:

1. I am a member of the Connecticut Bar and the Florida Bar, and I am admitted to practice in this Court.

2. I am an attorney with the law firm Jorden Burt LLP, 175 Powder Forest Drive, Simsbury, CT 06089 and one of the attorneys representing objector John Hancock Life Insurance Company (U.S.A.) ("John Hancock") in connection with this matter.

3. I submit this declaration in support of John Hancock's Objections to Plaintiffs' Motion for Final Approval of Partial Settlement and Objections to Motion for Award of Attorneys' Fees.

4. On July 13, 2011, I spoke with Interim Co-Lead Counsel for the State Law Plaintiffs, Andrew Entwistle, by telephone for approximately 10-15 minutes.

5. The focus of our conversation was on what assets are to be distributed through the Fund Distribution Account.

1

6.   Mr. Entwistle informed me that all existing assets in the Tremont Opportunity Fund III, L.P. (the "Opportunity Fund III") are intended to be distributed through the "Fund Distribution Account process."

7.   Mr. Entwistle further stated that there will be no three percent attorneys' fee assessed with respect to amounts distributed through the Fund Distribution Account that are not attributable to the Opportunity Fund III's investments in the Rye Funds.  Mr. Entwistle represented that language to this effect appears in the proposed order approving Plaintiffs' counsels' fee award in this case.

8.   To date, to my knowledge, the proposed order referred to by Mr. Entwistle has not been filed or posted on the claims administrator's website.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on July 21, 2011.

_____
Ben V. Seessel

241428