IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | MASTER FILE NO.:<br><br>08 CIV. 11117 (TPG) |

## CERTIFICATE OF SERVICE

I, Andrew S. Halpern, hereby certify as follows:

1. I am an attorney associated with the law firm of Otterbourg, Steindler, Houston & Rosen, P.C., the attorneys for Philadelphia Financial Life Assurance Company in this matter.

2. On July 22, 2011, I caused true and correct copies of the Supplemental Objection of Philadelphia Financial Life Assurance Company to Settling Class Plaintiffs' Motions for Approval of Stipulation of Partial Settlement and Plans of Allocation to be filed and served electronically through the Court's CM/ECF system, and to be served by first class mail upon the following persons and entities:

> Clerk of the Court
> United States District Court
>   for the Southern District of New York
> 500 Pearl Street
> New York, New York  10007
>
> Andrew J. Entwistle, Esq.
> Robert N. Cappucci, Esq.
> ENTWISTLE & CAPPUCCI LLP
> 280 Park Avenue
> 26th Floor West
> New York, NY  10017

1886434.2

Reed R. Kathrein, Esq.
Lee Gordon, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

Jeffrey M. Haber, Esq.
BERNSTEIN LIEBHARD LLP
10 East 40th Street
22nd Floor
New York, NY 10016

Jack C. Auspitz, Esq.
Gary S. Lee, Esq.
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Seth M. Schwartz, Esq.
SKADDEN ARPS SLATE MEAGHER
  & FLOM LLP
Four Times Square
New York, NY 10036

Jamie B.W. Stecher, Esq.
TANNENBAUM HELPERN SYRACUSE
  & HIRSCHTRITT LLP
900 Third Avenue
New York, NY 10022

Joseph L. Kociubes, Esq.
BINGHAM MCCUTHEN LLP
One Federal Street
Boston, MA 02110

William K. Dodds, Esq.
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797

David A. Rosenfeld, Esq.
Edward Y. Kroub, Esq.
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road
Suite 200
Melville, NY 11747

Daniel W. Krasner, Esq.
Demet Basar, Esq.
WOLF HALDENSTEIN ADLER FREEMAN
  & HERZ LLP
270 Madison Avenue
New York, New York  10016

Sherrie Raiken Savett, Esq.
Glen L. Abramson, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103

Adam D. White, Esq.
LAW OFFICE OF ADAM D. WHITE
The Transportation Building
225 Broadway, Suite 2000
New York, New York  10007

Michael A. Valerio, Esq.
Ben V. Seessel, Esq.
JORDEN BURT, LLP
175 Powder Forest Drive
Simsbury, CT  06089

Lawrence J. Sweifach, Esq.
Sophia Kahn, Esq.
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue, 47th Floor
New York, NY  10166

John K. Villa, Esq.
David A. Forkner, Esq.
WILLIAMS CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

Lee S. Shalov, Esq.
MCLAUGHLIN STERN LLP
260 Madison Avenue
New York, NY  10016

S. Benjamin Rozwood, Esq.
ROZWOOD & COMPANY APC
503 North Linden Drive
Beverly Hills, CA  90210

Stephen A. Weiss, Esq.
James E. O'Brien, III, Esq.
Christopher Van de Kieft, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004

Albert G. Kroll, Esq.
KROLL HEINEMAN, LLC
Metro Corporate Campus I
99 Wood Avenue South
Iselin, NJ 08830

David Swinton, Esq.
BELIN MCCORMICK, P.C.
666 Walnut Street, Suite 2000
Des Moines IA 50309-3989

John M. Vassos, Esq.
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

Kelly Pierce, Esq.
ROSS & ORENSTEIN LLC
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402

Rebecca Silberstein & Glenn Fishman, as Trustees
930 Broadway
Woodmere, NY 11598

Forrest S. Turkish, Esq.
LAW OFFICES OF FORREST S. TURKISH
595 Broadway
Bayonne, NJ 07002.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        July 25, 2011

*/s/ Andrew S. Halpern*
Andrew S. Halpern