UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | MASTER FILE NO.: 08 civ. 11117 (TPG) |
| **This Document Relates To:** Securities and State Law Actions | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Collins Capital Investments, LLC:

> Hilary L. Preston
> Vinson & Elkins LLP
> 666 Fifth Avenue, 26th Floor
> New York, NY 10103-0040
> Tel: (212) 237-0129
> Fax: (212) 237-0100
> hpreston@velaw.com

In making this appearance, Collins Capital Investments, LLC does not waive, and expressly reserves, all rights, remedies and defenses, including, without limitation, all defenses based on lack of personal jurisdiction, in this or any jurisdiction.

Dated: August 5, 2011
         New York, New York

> VINSON & ELKINS L.L.P.
>
> */s/ Hilary L. Preston*
> Hilary L. Preston
> 666 Fifth Avenue, 26th Floor
> New York, NY 10103-0040
> Tel: (212) 237-0129
> Fax: (212) 237-0100
> hpreston@velaw.com
>
> *Attorneys for Collins Capital Investments, LLC*

US 1002397v.1