UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
IN RE TREMONT SECURITIES         :     08 Civ. 11117 (TPG)
LAW, STATE LAW AND INSURANCE     :
LITIGATION                       :
                                 :     **RULE 7.1 STATEMENT**
                                 :
                                 :
---------------------------------------------------------------

     Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Collins Capital Investments, LLC ("Collins Capital") certifies that Collins Capital has no parent company and that no publicly held corporation owns 10% or more of the interests of Collins Capital.

Dated: August 5, 2011

/s/ Hilary L. Preston
Hilary L. Preston
666 Fifth Avenue, 26th Floor
New York, New York 10103
Telephone: (212) 237-0000
Facsimile: (212) 237-0010

*Attorney for Collins Capital Investments, LLC*