# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | **MASTER FILE NO.:**<br>**08 CIV. 11117 (TPG)**<br><br>**ECF CASE**<br>**Electronically Filed** |

## AFFIDAVIT OF SERVICE BY E-MAIL

STATE OF NEW YORK      )
                           ) ss.:
COUNTY OF NEW YORK   )

**MADELINE B. GAYLE**, being duly sworn, deposes and says:

1.      I am over eighteen years of age, not a party to the action and am employed by

Entwistle & Cappucci LLP, 280 Park Avenue, 26th Floor, New York, NY 10017.

2.      On August 5, 2011, I served a true and correct copy of the following document:

- Response to Objection Filed by Collins Capital Investments, LLC.

by E-Mail upon:

| | |
|---|---|
| Thomas A. Telesca, Esq.<br>Ruskin Moscou Faltischeck P.C.<br>1425 RX Plaza, East Tower, 15th Floor<br>Uniondale, NY 11556<br>ttlesca@rmfpc.com | John K. Villa, Esq.<br>David A. Forkner, Esq.<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>jvilla@wc.com<br>dforkner@wc.com |

Lee S. Shalov, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016
lshalov@mclaughlinstern.com

S. Benjamin Rozwood, Esq.
Rozwood & Company APC
503 North Linden Drive
Beverly Hills, CA 90210
brozwood@rozcolaw.com

Christopher Harris, Esq.
Cameron Smith, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 1002
christopher.harris@lw.com
cameron.smith@lw.com

David E. Brodsky, Esq.
Marla A. Decker, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
dbrodsky@cgsh.com
mdecker@cgsh.com

Michael S. Feldberg, Esq.
Lanier Saperstein, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
michael.feldberg@allenovery.com
lanier.saperstein@allenovery.com

Lawrence J. Sweifach, Esq.
Sophia Khan, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193
lzweifach@gibsondunn.com
skhan@gibsondunn.com

Scott Berman, Esq.
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036
sberman@fklaw.com

Robert Wallner, Esq.
Ken A. Bronson, Esq.
Kristi Stahnke McGregor, Esq.
Milberg LLP
One Penn Plaza
New York, NY 10119
rwallner@milberg.com
kbronson@milberg.com
kmcgregor@milberg.com

Stephen A. Weiss, Esq.
James E. O'Brien, III, Esq.
Christopher M. Van de Kieft, Esq.
Seeger Weiss LLP
One William Street
New York, NY 10004
sweiss@seegerweiss.com
jobrien@seegerweiss.com
cvandekieft@seegerweiss.com

Albert G. Kroll, Esq.
Kroll Heineman, LLC
Metro Corporate Campus I
99 Wood Avenue South
Iselin, NJ 08830
akroll@krollfirm.com

David Swinton, Esq.
Belin McCormick, P.C.
666 Walnut Street, Suite 2000
DeMoines, IA 50309-3989
dmswinton@belinmccormick.com

Steven W. Thomas, Esq.
Emily Alexander, Esq.
Mark Forrester, Esq.
Thomas, Alexander & Forrester LLP
14 - 27th Avenue
Venice, CA 90291
steventhomas@tafattorneys.com
emilyalexander@tafattorneys.com
markforrester@tafattorneys.com

John M. Vassos, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
jvassos@morganlewis.com

Vincent T. Gresham, Esq.
2870 Peachtree Road, #306
Atlanta, GA 30305
gresham05@comcast.net

Alan W. Sparer, Esq.
Marc Haber, Esq.
Sparer Law Group
100 Pine Street, 33rd Floor
San Francisco, CA 94111
asparer@sparerlaw.com
mhaber@sparerlaw.com

Gary F. Bendinger, Esq.
Gregory G. Ballard, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
gbendinger@sidley.com
gballard@sidley.com

Forrest S. Turkish, Esq.
Law Offices of Forrest S. Turkish
595 Broadway
Bayonne, NJ 07002
fsturkish@aol.com

Richard G. Haddad, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
rhaddad@oshr.com

Kelly Pierce, Esq.
Ross & Orenstein LLC
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402
kpierce@rossbizlaw.com

Rebecca Silberstein & Glenn Fishman,
   as Trustees
930 Broadway
Woodmere, NY 11598
rfsilberstein@debevoise.com
glenn@fishmanassociates.com

Richard H. Dolan, Esq.
Schlam Stone & Dolan LLP
26 Broadway, 19th Floor
New York, NY 10004
rhd@schamstone.com

David Adam Kotler, Esq.
Robert Warren Topp, Esq.
Dechert, LLP (NJ)
902 Carnegie Center
Princeton, NJ 08540
david.kotler@dechert.com
robert.topp@dechert.com

William Kennedy Dodds, Esq.
Dechert, LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036-6797
william.dodds@dechert.com

Alex Gregg Patchen, Esq.
George Foulke du Pont, Esq.
Jamie Benjamin Walton Stecher, Esq.
Ralph A. Siciliano, Esq.
Tannenbaum Helpern Syracuse
 & Hirschtritt LLP
900 Third Avenue
New York, NY 10022
attorney@patchen.com
dupont@thshlaw.com
stecher@thshlaw.com
siciliano@thshlaw.com

Geoffrey J. Ritts, Esq.
Richard Joseph Bedell, Jr., Esq.
Jones Day (Cleveland )
901 Lakeside Avenue
Cleveland, OH 44114
gjritts@jonesday.com
rjbedell@jonesday.com

Carrie Ann Tendler, Esq.
Jonathan David Cogan, Esq.
Michael Sangyun Kim, Esq.
Kobre & Kim LLP
800 Third Avenue
6th Floor
New York, NY 10022
carrie.tendler@kobrekim.com
jonathan.cogan@kobrekim.com
michael.kim@kobrekim.com

Seth M. Schwartz, Esq.
Skadden, Arps, Slate, Meagher
 & Flom LLP (NYC)
Four Times Square
42nd Floor
New York, NY 10036
sschwartz@skadden.com

David Jeffrey Kanfer, Esq.
Talisman, Rudin & DeLorenz P.C.
499 Fulton Street
Brooklyn, NY 11201
kanfer@thshlaw.com

Harold Keith Gordon, Esq.
Jones Day (NYC)
222 East 41st Street
New York, NY 10017
hkgordon@jonesday.com

Lawrence Jay Zweifach, Esq.
Gibson, Dunn & Crutcher, LLP
144 W. Houston Street., Apt 3.
New York, NY 10012
lzweifach@gibsondunn.com

Jeffrey A. Rosenthal, Esq.
Cleary Gottlieb Steen & Hamilton, LLP (NYC)
One Liberty Plaza
New York, NY 10006
jrosenthal@cgsh.com

Ben V. Seessel, Esq.
Jeffrey L Williams, Esq.
Thomas J. Finn, Esq.
Jorden Burt LLP
175 Powder Forest Drive
Simsbury, CT 06089
bvs@jordenusa.com
jlw@jordenusa.com
tfinn@mmcarter.com

Gregory Thomas Lembrich, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
greg.lembrich@pillsburylaw.com

Kenneth William Taber, Esq.
Maria T. Galeno, Esq.
Pillsbury Winthrop Shaw Pittman, LLP (NY)
1540 Broadway
New York, NY 10036
kenneth.taber@pillsburylaw.com
maria.galeno@pillsburylaw.com

Kevin M. Harr, Esq.
406 Broadway St., Suite. 380H
Santa Monica, CA 90401
kevin_m_harr@yahoo.com

Michael Federick Cockson, Esq.
Faegre & Benson LLP (MN)
2200 Wells Fargo Center
90 South Seventh Street
mcockson@faegre.com

EC.45370.2

_____
MADELINE B. GAYLE

Sworn to before me this
5th day of August 2011

_____
NOTARY PUBLIC

ADRIANA ARCE
Notary Public - State of New York
NO. 01AR6174975
Qualified in New York County
My Commission Expires 8/22/2011

EC.45370.2