# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| This Document Relates to: State Law Action, No. 08 Civ. 11183 | |

**NOTICE OF *EX PARTE* MOTION AND *EX PARTE* MOTION FOR AN ORDER, PURSUANT TO FED. R. CIV. P. 24(d), (1) REQUIRING CORRECTIVE NOTICES TO BE SENT TO XL FUND AND PRIME FUND LIMITED PARTNERS REGARDING CERTAIN DEFENDANTS' UNAUTHORIZED AND MATERIALLY MISLEADING NOTICES REGARDING THE MADOFF TRUSTEE-TREMONT SETTLEMENT AND (2) GRANTING INJUNCTIVE AND OTHER RELATED RELIEF**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on August 8, 2011, at 3:00 PM, or as soon thereafter as counsel may be heard, in Department 26(B) of the Daniel Patrick Moynihan Courthouse, located at 500 Pearl Street, New York, New York 10007, Lakeview Investment, L.P. and Phoenix Lake Partners, L.P., as limited partners of Rye Select Broad Market XL Fund, L.P. ("XL Fund"), and Edward L. White, for himself and on behalf of White Trust dated May 3, 2002, and Rigdon O. Dees, III, as limited partners of Rye Select Broad Market Prime Fund, L.P. ("Prime Fund") (collectively, the "XL-Prime Limited Partners"), will move, and hereby do move, *ex parte* for entry of an order, pursuant to Fed. R. Civ. P. 24(d):

(1) requiring Defendants' Tremont Group Holdings, Inc. ("Tremont Holdings") and Bank of New York Mellon Corp. ("BNY") to send XL Fund and Prime Fund limited partners notices correcting certain materially misleading statements contained in the unauthorized notices that Tremont Holdings and BNY sent via email to XL Fund and Prime Fund limited partners on August 5, 2011, regarding the proposed settlement between the Madoff Trustee and defendants in *Picard, Trustee v. Tremont Holdings, et al.*, S.D.N.Y. Adv. Pro. No. 10-05310 (BRL) (the "Madoff Trustee-Tremont Settlement");

     (2) enjoining all defendants in this case from communicating directly with XL Fund and Prime Fund limited partners about the Madoff Trustee-Tremont Settlement, or the proposed settlement in this action, without court approval until a judgment is entered in this action and the time for appeal has expired; and

     (3) compelling defendants and interim class counsel to provide certain documents and information to XL-Prime Limited Partners so that they may prepare a suitable corrective disclosure for the Court's consideration and approval; and

     (4) briefly continuing the hearing on the proposed settlement, plans of allocation and requests for attorneys' fees in this action so that XL Fund and Prime Fund investors will be properly informed about the Madoff Trustee-Tremont Settlement at the time of the hearing on the proposed settlement in this case.

This motion is based on this *ex parte* notice and *ex parte* motion, the supporting memorandum of points and authorities, the supporting declarations of Joel Yanowitz, Edward L. White and Rigdon O. Dees, III, the pleadings and papers filed in this action, argument of counsel, and such other materials and information as may be brought before the Court.

Dated: August 8, 2011

By:   /s/  Benjamin Rozwood
    BENJAMIN ROZWOOD
ROZWOOD & COMPANY
503 North Linden Drive
Beverly Hills, CA 90210
Tel: (310) 246-1451
Fax: (310) 246-9786

Attorneys for Lakeview Investment, L.P.; Phoenix Lake Partners, L.P.; Edward L. White, for himself and on behalf of White Trust dated May 3, 2002, and Rigdon O. Dees, III