**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION**<br><br>**This Document Relates To:**<br><br>**All Actions** | **MASTER FILE NO.: 08 CIV. 11117 (TPG)**<br><br>**ECF CASE**<br>**Electronically Filed** |

**AFFIDAVIT OF SERVICE BY E-MAIL**

STATE OF NEW YORK      )
                                           )  ss.:
COUNTY OF NEW YORK   )

**MADELINE B. GAYLE**, being duly sworn, deposes and says:

1.      I am over eighteen years of age, not a party to the action and am employed by

Entwistle & Cappucci LLP, 280 Park Avenue, 26th Floor, New York, NY 10017.

2.      On August 8, 2011, I served a true and correct copy of the following documents:

- SETTLING CLASS PLAINTIFFS' NOTICE OF [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE REGARDING SETTLEMENT AND RULES 23 AND 23.1;

- [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE REGARDING SETTLEMENT AND RULES 23 AND 23.1;

- SETTLING CLASS PLAINTIFFS' NOTICE OF [PROPOSED] ORDER AND FINAL JUDGMENT GRANTING PLAINTIFFS' STATE AND SECURITIES LAW SETTLEMENT CLASS COUNSELS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO STATE LAW AND SECURITIES PLAINTIFFS; and

EC.45370.2

- [PROPOSED] ORDER AND FINAL JUDGMENT GRANTING PLAINTIFFS' STATE AND SECURITIES LAW SETTLEMENT CLASS COUNSELS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO STATE LAW AND SECURITIES PLAINTIFFS.

by E-Mail upon:

Thomas A. Telesca, Esq.
Ruskin Moscou Faltischeck P.C.
1425 RX Plaza, East Tower, 15th Floor
Uniondale, NY 11556
ttlesca@rmfpc.com

Lee S. Shalov, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016
lshalov@mclaughlinstern.com

S. Benjamin Rozwood, Esq.
Rozwood & Company APC
503 North Linden Drive
Beverly Hills, CA 90210
brozwood@rozcolaw.com

Christopher Harris, Esq.
Cameron Smith, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 1002
christopher.harris@lw.com
cameron.smith@lw.com

John K. Villa, Esq.
David A. Forkner, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
jvilla@wc.com
dforkner@wc.com

Lawrence J. Sweifach, Esq.
Sophia Khan, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193
lzweifach@gibsondunn.com
skhan@gibsondunn.com

Scott Berman, Esq.
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036
sberman@fklaw.com

Robert Wallner, Esq.
Ken A. Bronson, Esq.
Kristi Stahnke McGregor, Esq.
Milberg LLP
One Penn Plaza
New York, NY 10119
rwallner@milberg.com
kbronson@milberg.com
kmcgregor@milberg.com

David E. Brodsky, Esq.
Marla A. Decker, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
dbrodsky@cgsh.com
mdecker@cgsh.com

Stephen A. Weiss, Esq.
James E. O'Brien, III, Esq.
Christopher M. Van de Kieft, Esq.
Seeger Weiss LLP
One William Street
New York, NY 10004
sweiss@seegerweiss.com
jobrien@seegerweiss.com
cvandekieft@seegerweiss.com

Michael S. Feldberg, Esq.
Lanier Saperstein, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
michael.feldberg@allenovery.com
lanier.saperstein@allenovery.com

Albert G. Kroll, Esq.
Kroll Heineman, LLC
Metro Corporate Campus I
99 Wood Avenue South
Iselin, NJ 08830
akroll@krollfirm.com

David Swinton, Esq.
Belin McCormick, P.C.
666 Walnut Street, Suite 2000
DeMoines, IA 50309-3989
dmswinton@belinmccormick.com

Forrest S. Turkish, Esq.
Law Offices of Forrest S. Turkish
595 Broadway
Bayonne, NJ 07002
fsturkish@aol.com

Steven W. Thomas, Esq.
Emily Alexander, Esq.
Mark Forrester, Esq.
Thomas, Alexander & Forrester LLP
14 - 27th Avenue
Venice, CA 90291
steventhomas@tafattorneys.com
emilyalexander@tafattorneys.com
markforrester@tafattorneys.com

Richard G. Haddad, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
rhaddad@oshr.com

John M. Vassos, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
jvassos@morganlewis.com

Kelly Pierce, Esq.
Ross & Orenstein LLC
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402
kpierce@rossbizlaw.com

Vincent T. Gresham, Esq.
2870 Peachtree Road, #306
Atlanta, GA 30305
gresham05@comcast.net


Alan W. Sparer, Esq.
Marc Haber, Esq.
Sparer Law Group
100 Pine Street, 33rd Floor
San Francisco, CA 94111
asparer@sparerlaw.com
mhaber@sparerlaw.com


Gary F. Bendinger, Esq.
Gregory G. Ballard, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
gbendinger@sidley.com
gballard@sidley.com


William Kennedy Dodds, Esq.
Dechert, LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036-6797
william.dodds@dechert.com


Alex Gregg Patchen, Esq.
George Foulke du Pont, Esq.
Jamie Benjamin Walton Stecher, Esq.
Ralph A. Siciliano, Esq.
Tannenbaum Helpern Syracuse
 & Hirschtritt LLP
900 Third Avenue
New York, NY 10022
attorney@patchen.com
dupont@thshlaw.com
stecher@thshlaw.com
siciliano@thshlaw.com


Rebecca Silberstein & Glenn Fishman,
 as Trustees
930 Broadway
Woodmere, NY 11598
rfsilberstein@debevoise.com
glenn@fishmanassociates.com


Richard H. Dolan, Esq.
Schlam Stone & Dolan LLP
26 Broadway, 19th Floor
New York, NY 10004
rhd@schamstone.com


David Adam Kotler, Esq.
Robert Warren Topp, Esq.
Dechert, LLP (NJ)
902 Carnegie Center
Princeton, NJ 08540
david.kotler@dechert.com
robert.topp@dechert.com


Seth M. Schwartz, Esq.
Skadden, Arps, Slate, Meagher
 & Flom LLP (NYC)
Four Times Square
42nd Floor
New York, NY 10036
sschwartz@skadden.com


David Jeffrey Kanfer, Esq.
Talisman, Rudin & DeLorenz P.C.
499 Fulton Street
Brooklyn, NY 11201
kanfer@thshlaw.com

EC.45370.2

Geoffrey J. Ritts, Esq.
Richard Joseph Bedell, Jr., Esq.
Jones Day (Cleveland )
901 Lakeside Avenue
Cleveland, OH 44114
gjritts@jonesday.com
rjbedell@jonesday.com

Carrie Ann Tendler, Esq.
Jonathan David Cogan, Esq.
Michael Sangyun Kim, Esq.
Kobre & Kim LLP
800 Third Avenue
6th Floor
New York, NY 10022
carrie.tendler@kobrekim.com
jonathan.cogan@kobrekim.com
michael.kim@kobrekim.com

Jeffrey A. Rosenthal, Esq.
Cleary Gottlieb Steen & Hamilton, LLP (NYC)
One Liberty Plaza
New York, NY 10006
jrosenthal@cgsh.com

Gregory Thomas Lembrich, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
greg.lembrich@pillsburylaw.com

Kevin M. Harr, Esq.
406 Broadway St., Suite. 380H
Santa Monica, CA 90401
kevin_m_harr@yahoo.com

Harold Keith Gordon, Esq.
Jones Day (NYC)
222 East 41st Street
New York, NY 10017
hkgordon@jonesday.com

Lawrence Jay Zweifach, Esq.
Gibson, Dunn & Crutcher, LLP
144 W. Houston Street., Apt 3.
New York, NY 10012
lzweifach@gibsondunn.com

Ben V. Seessel, Esq.
Jeffrey L Williams, Esq.
Thomas J. Finn, Esq.
Jorden Burt LLP
175 Powder Forest Drive
Simsbury, CT 06089
bvs@jordenusa.com
jlw@jordenusa.com
tfinn@mmcarter.com

Kenneth William Taber, Esq.
Maria T. Galeno, Esq.
Pillsbury Winthrop Shaw Pittman, LLP (NY)
1540 Broadway
New York, NY 10036
kenneth.taber@pillsburylaw.com
maria.galeno@pillsburylaw.com

Michael Federick Cockson, Esq.
Faegre & Benson LLP (MN)
2200 Wells Fargo Center
90 South Seventh Street
mcockson@faegre.com

EC.45370.2

_____
**MADELINE B. GAYLE**

Sworn to before me this
9th day of August 2011

_____
NOTARY PUBLIC

```
ADRIANA ARCE
Notary Public - State of New York
NO. 01AR6174975
Qualified in New York County
My Commission Expires 00/11
```

EC.45370.2