USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

IN RE TREMONT SECURITIES LAW, STATE
LAW AND INSURANCE LITIGATION

08 Civ. 11117 (TPG)

**ORDER**

This document relates to: Securities Actions
08 Civ. 11212

------------------------------------------------------x

    For the reasons set forth on the record in the hearing of May 27, 2011, KPMG and Ernst & Young's joint motion for entry of judgment is granted.

    This disposes of the motion listed as document number 347 on this docket.

SO ORDERED.

Dated: New York, New York
        August 12, 2011

*Thomas P. Griesa*
Thomas P. Griesa
U.S.D.J.