IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | MASTER FILE NO.:<br>08 CIV. 11117 (TPG)<br><br>ECF CASE<br>Electronically Filed |

STIPULATION AND [PROPOSED] ORDER REGARDING
WITHDRAWAL OF OBJECTION AND EXCLUSION REQUEST BY
JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)

**WHEREAS**, on February 25, 2011, the Settling Class Plaintiffs, acting on behalf of themselves, the Settling Funds, the applicable subclasses and the present limited partners and/or shareholders of the Settling Funds, as the case may be, entered into a Stipulation of Partial Settlement dated February 25, 2011 (the "Stipulation") with the Settling Defendants; and

**WHEREAS**, on March 29, 2011, the Court having considered the proposed Settlement set forth in the Stipulation in light of the requirements of Rules 23, 23(a), 23(b)(3) and Rule 23.1 directed the Plaintiffs Settlement Class Counsel to cause the (1) Summary Notice of Pendency of Consolidated Actions, Motion for Final Approval of Settlement, Hearing on Proposed Settlement and Motion for Attorneys' Fees and Expenses; (2) Notice of Pendency of Consolidated Actions, Motion for Final Approval of Settlement, Hearing on Proposed Settlement and Motion for Attorneys' Fees and Expenses; and (3) Notice of Pendency of Class Action, Motion for Final Approval of Proposed Settlement of the Insurance Action, Hearing on Proposed Settlement and Motion for Attorneys' Fees and Expenses to be disseminated to limited partners and/or shareholders of the Settling Funds and members of the subclasses certified; and

EC.46170.1

**WHEREAS**, on May 11, 2011, John Hancock Life Insurance Company (U.S.A.) ("John Hancock") requested exclusion from the Settlement; and

**WHEREAS**, on June 28, 2011, the Court entered an Order approving issuance of the Supplemental Notice; and

**WHEREAS**, on July 21, 2011, John Hancock filed various objections, including to the Settlement; and

**WHEREAS**, on August 8, 2011 the Court stated on the record that it approved the Settlement and Request for Attorneys' Fees and Expenses as to the Gross Settlement Fund, took any findings regarding the Plans of Allocation under advisement, and overruled the objections filed by John Hancock.

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. John Hancock withdraws its objections to the extent they may not have been explicitly overruled on August 8, 2011, and waives any right to appeal the Court's determination overruling the objections and any right to appeal the approval of the Settlement and State and Securities Law Class Counsel's request for Attorneys' Fees and Expenses (except that none of John Hancock's rights with respect to objecting to any material modifications to the previously filed Plans of Allocation and the Plan of Distribution to be filed in the future by State and Securities Law Class Counsel with respect to the Fund Distribution Account are waived by this Stipulation).

2. John Hancock withdraws its request for exclusion from the Settlement Class and hereby opts into the Settlement Class.

3. As a member of the Settlement Class, upon submitting an executed Proof of Claim and Release form, John Hancock is entitled to receive a distribution from the Net

EC.46170.1

Settlement Fund based on its Recognized Claim in the manner of other similarly situated Settlement Class Members.

DATED:   August 23, 2011

                            **ENTWISTLE & CAPPUCCI LLP**

                            Andrew J. Entwistle
                            Robert N. Cappucci
                            280 Park Avenue, 26th Floor West
                            New York, New York 10017
                            Telephone: (212) 894-7200

                            **HAGENS BERMAN SOBOL & SHAPIRO LLP**

                            Reed S. Kathrein
                            Lee Gordon
                            715 Hearst Avenue, Suite 202
                            Berkeley, California 94710
                            Telephone: (510) 725-3000

                            *Co-Lead Counsel for the State Law Actions*

                            **BERNSTEIN LIEBHARD LLP**

                            Jeffrey M. Haber
                            Stephanie M. Beige
                            Jeffrey D. Lerner
                            10 East 40th Street, 22nd Floor
                            New York, New York 10016
                            Telephone: (212) 779-1414

                            *Lead Counsel for the Securities Action*

EC.46170.1

JORDEN BURT LLP

*[signature: Ben V. Seessel]*

Michael A. Valerio
Ben V. Seessel
175 Powder Forest Drive
Simsbury, CT 06089
Telephone: (860) 392-5000

*Counsel for John Hancock Life Insurance Company (U.S.A.)*

**So Ordered** this _____ day of _____, 2011

_____
Honorable Thomas P. Griesa
UNITED STATES DISTRICT JUDGE