

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:<br><br>INSURANCE ACTION, 09-Civ-557. | Master Docket No. 08-Civ-11117(TPG)<br><br>**CLASS ACTION** |

**[PROPOSED] ORDER EXTENDING THE DEADLINE FOR MEMBERS OF THE INSURANCE SUBCLASS TO SUBMIT CLAIMS AND APPROVING ISSUANCE OF SUPPLEMENTAL NOTICE TO MEMBERS OF THE INSURANCE SUBCLASS**

Having considered the letter request of Interim Co-Lead Counsel in the Insurance Action dated August 30, 2011, it is hereby ORDERED as follows:

1. The deadline for members of the Insurance Subclass to submit claims in the Insurance Action is extended until October 30, 2011; and

2. Interim Co-Lead Counsel in the Insurance Action shall provide notice to members of the Insurance Subclass notifying them of the October 30, 2011 deadline, consistent with the form of notice attached as an exhibit to the August 30, 2011 letter.

DATED: Sept. 7, 2011

THE HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE