UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Master File Number: 08-cv-11117-TPG

This Document Relates to: 08-cv-11212-TPG

ARTHUR M. BRAINSON, YVETTE FINKELSTEIN, and GROUP DEFINED PENSION PLAN & TRUST, et al,

          Plaintiffs,

vs.

KPMG LLP and ERNST & YOUNG LLP,

          Defendants.

**NOTICE OF APPEAL**

U.S. DISTRICT COURT FILED SEP 12 2011 D.S. S.D. OF N.Y.

Notice is hereby given that Lead Plaintiffs Arthur M. Brainson, Yvette Finkelstein, and Group Defined Pension Plan & Trust, on behalf of all class members in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 15th day of August, 2011 (ECF Docket #601 of Master Docket 08-cv-11117-TPG).

Dated: September 12, 2011

Jeffrey M. Haber, Esq.
**BERNSTEIN LIEBHARD LLP**
10 E. 40th Street, 22nd Floor
New York, NY 10016
(212) 779-1414 (tel)
(212) 779-3218 (fax)
haber@bernlieb.com

**Lead Counsel for Lead Plaintiffs in the Securities Actions**