UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| This Document Relates to: All Actions (including 11 Civ. 01851) | |

**LAKEVIEW INVESTMENT, LP.'S NOTICE OF MOTION AND MOTION, PURSUANT TO FED. R. CIV. P. 60(a), TO CORRECT FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE REGARDING SETTLEMENT AND RULE 23 AND 23.1**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Lakeview Investment, LP ("Lakeview") hereby moves, pursuant to Fed. R. Civ. P. 60(a), for entry of a corrected final judgment because the Final Judgment and Order of Dismissal With Prejudice Regarding Settlement and Rules 23 and 23.1 entered August 19, 2011 (Doc. No. 604 in 08 Civ. 11117; Doc. No. 33 in 11 Civ. 01851) inadvertently omits Exhibit 1 thereto, the names of all persons who are "excluded from the Settlement Class, [and] are not bound by th[e] Final Judgment (except with respect to the Fund Released Claims)...." Lakeview's motion is based on this notice and motion, the supporting memorandum filed herewith, the pleadings and papers filed in this action, and such other materials, information and argument as may be brought before the Court.

Dated: September 13, 2011

By:  /s/ S. Benjamin Rozwood
S. BENJAMIN ROZWOOD
ROZWOOD & COMPANY, APC
503 North Linden Drive
Beverly Hills, CA 90210
Tel: (310) 246-1451
Fax: (310) 246-9786

Attorneys for Lakeview Investment, LP