GRIESA/O

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
RONALD L. GALLATIN, M. KENNETH
WITOVER and JOHN D. CASE, on behalf of
themselves and Derivatively on behalf of
FOREDESTINE SERIES FUND, LLC-
BROAD MARKET SERIES and
FOREDESTINE SERIES FUND, LLC-
BROAD MARKET XL SERIES,

          Plaintiffs,

- against -

FOREDESTINE, LLC and ROBERT I.
SCHULMAN,

          Defendants,

FOREDESTINE SERIES FUND, LLC-
BROAD MARKET SERIES and
FOREDESTINE SERIES FUND, LLC-
BROAD MARKET XL SERIES,

          Nominal Defendants.
----------------------------------------X

Master File No. 08-cv-11117 (TPG)

No. 10-cv-9226 (TPG)

F.R.C.P. 41(a)(1)(A)(ii)
STIPULATION OF PARTIAL
DISMISSAL WITHOUT PREJUDICE
*(Electronically filed)*

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), plaintiff, John D. Case, hereby stipulates and agrees that his claims in the within action are hereby dismissed without prejudice and with each party bearing its own costs. This stipulation may be executed in counterparts and a facsimile or e-mail signature shall be as good as an original.

Dated: Uniondale, New York
      October 7, 2011

RUSKIN MOSCOU FALTISCHEK, P.C.
*Attorney for Plaintiffs*

By: _____
Thomas A. Telesca
1425 RXR Plaza, East Tower 15th Fl
Uniondale, New York 11556
(516) 663-6600

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
*Attorneys for Defendants Foredestine LLC
and Robert I. Schulman*

By: _____
Seth M. Schwartz, Esq.
Four Times Square
New York, New York 10036
(212) 735-3000

LAZARE POTTER &
GIACOVAS LLP
*Attorneys for Nominal Defendants*
*Foredestine Series Fund, LLC – Broad*
*Market Series and*
*Foredestine Series Fund, LLC – Broad*
*Market XL Series*

By: _____
Robert A. Giacovas, Esq.
950 Third Avenue
New York, New York 10022
(212) 758-9300

_____
Thomas P. Griesa
U.S.D.J.

2