UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:<br><br>09-cv-8571 (TPG) | **Master Docket No. 08-Civ-11117 (TPG)**<br>**and**<br>**MDL Docket No. 09-md-02052 (TPG)**<br><br>CLASS ACTION |

## NOTICE OF APPEARANCE OF PATRICK T. EGAN

To the Clerk of Court and All Parties of Record:

Please enter my appearance in this case as counsel for Plaintiff Lawrence J. Rothschild relating to the action of *Lawrence J. Rothschild v. Rye Select Broad Market XL Fund, L.P., Et Al.,* 09-cv-8571 (TPG), consolidated before this Court under the above-captioned MDL Docket No. 09-md-02052 (TPG), and subsequently consolidated under the above-captioned Master Docket No. 08-Civ-11117 (TPG), by order of the Honorable Thomas P. Griesa, United States District Judge.

I certify that I am admitted to practice in this Court.

BERMAN DEVALERIO

By: /s/ Patrick T. Egan
Patrick T. Egan (PTE 6812)
One Liberty Square
Boston, MA  02109
617-542-8300 (telephone)
617-542-1194 (fax)

Dated:  October 17, 2011         pegan@bermandevalerio.com

Counsel for Plaintiff
Lawrence J. Rothschild