UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION : Master File No. 08 Civ. 11117(TPG)

This Document Relates to:

ELENDOW FUND, LLC, : 10 Civ. 9061 (TPG)

Plaintiff,

- against - : **ANSWER AND AFFIRMATIVE DEFENSES**

RYE SELECT BROAD MARKET XL FUND, L.P, et al.

Defendants.

---------------------------------- x

Defendant Rye Select Broad Market XL Fund, L.P. (the "XL Fund"), by its attorneys, Tannenbaum Helpern Syracuse & Hirschtritt LLP, answer the complaint in this action (the "Complaint") as follows:

1. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint.

2. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of the Complaint.

3. The XL Fund denies the allegations contained in Paragraph 3 of the Complaint.

4. The XL Fund denies the allegations contained in Paragraph 4 of the Complaint.

5. Because the allegations contained in the first and second sentences of Paragraph 5 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that the allegations contained in the third sentence of Paragraph 5 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in the third sentence of Paragraph 5 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations contained therein.

6. To the extent that the allegations contained in Paragraph 6 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in Paragraph 6 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

7. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint, except admits that Plaintiff commenced this action and has asserted claims against, *inter alia*, Tremont Partners, Inc., Tremont Group Holdings, Inc. and certain executive officers of those entities.

8. The XL Fund denies the allegations contained in the first sentence of Paragraph 8 of the Complaint, except admits that Plaintiff is seeking to recover its alleged losses from, *inter alia*, from Massachusetts Life Insurance Company, Mass Mutual Holding Company, Oppenheimer Acquisition Corp., and OppenheimerFunds, Inc. Because the allegations contained in the second sentence of Paragraph 8 of the Complaint is not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

9. To the extent that the allegations contained in Paragraph 9 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in Paragraph 9 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations set forth therein.

10. The XL Fund denies the allegations of Paragraph 10 of the Complaint, except admits that this Court has subject matter jurisdiction over this action.

11. The XL Fund denies the allegations contained in Paragraph 11 of the Complaint, except admit that venue is proper in this District.

12. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint.

13. To the extent that the allegations contained in the first sentence of Paragraph 13 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or

Case 1:10-cv-09061-TPG Document 6 Filed 10/24/11 Page 4 of 44

information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in the first sentence of Paragraph 13 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations set forth therein. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained that Paragraph.

14. The XL Fund denies the allegations contained in Paragraph 14 of the Complaint, except admits that the XL Fund is a Delaware Limited Partnership that was organized on or about July 13, 2006.

15. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint, except admits the allegations contained in the first and fourth sentences thereof.

16. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint, except admits the allegations contained in the second sentence thereof.

17. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint, except admits the allegations contained in the first, third and fourth sentences thereof.

18. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint.

19. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of the Complaint.

20. The XL Fund admits the allegations contained in Paragraph 20 of the Complaint.

21. Because the allegations contained in Paragraph 21 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

22. Because the allegations contained in Paragraph 22 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

23. Because the allegations contained in Paragraph 23 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

24. The XL Fund admits the allegations contained in Paragraph 24 of the Complaint.

25. The XL Fund admits the allegations contained in Paragraph 25 of the Complaint.

26. Because the allegations contained in Paragraph 26 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

27. Because the allegations contained in Paragraph 27 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to

Case 1:10-cv-09061-MPG  Document 6  Filed 10/24/11  Page 6 of 44

answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

28. Because the allegations contained in Paragraph 28 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

29. Because the allegations contained in Paragraph 29 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

30. Because the allegations contained in Paragraph 30 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

31. The XL Fund admits the allegations contained in Paragraph 31 of the Complaint.

32. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first, second, third and sixth sentences of Paragraph 32 of the Complaint. The XL Fund denies the allegations contained in the fourth sentence of Paragraph 32 and admits the allegations contained in the fifth sentence thereof.

33. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of the Complaint and

further states that to the extent the allegations contained in Paragraph 33 paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of Madoff's plea allocution, the XL Fund respectfully refers this Court to that plea allocution for its terms, content, context and meaning.

34. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of the Complaint and further states that to the extent the allegations contained in Paragraph 34 paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of Madoff's plea allocution, the XL Fund respectfully refers this Court to that plea allocution for its terms, content, context and meaning.

35. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of the Complaint and further states that to the extent the allegations contained in Paragraph 35 paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of Madoff's plea allocution, the XL Fund respectfully refers this Court to that plea allocution for its terms, content, context and meaning.

36. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the Complaint.

37. Because the allegations contained in Paragraph 37 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

38. Because the allegations contained in Paragraph 38 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

39. Because the allegations contained in first and fifth sentence of Paragraph 39 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 39 of the Complaint.

40. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of the Complaint.

41. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of the Complaint.

42. The XL Fund denies the allegations contained in the first, second and third sentences of Paragraph 42 of the Complaint. Because the allegations contained in the remainder of Paragraph 42 are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

43. Because the allegations contained in Paragraph 43 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

44. Because the allegations contained in Paragraph 44 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

45. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of the Complaint.

46. Because the allegations contained in the first sentence of Paragraph 46 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 46.

47. Because the allegations contained in Paragraph 47 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

48. Because the allegations contained in Paragraph 48 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

49. To the extent that the allegations contained in Paragraph 49 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information

Case 1:10-cv-09061-TPG Document 6 Filed 10/24/11 Page 10 of 44

sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in Paragraph 49 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations set forth therein.

50. To the extent that the allegations contained in Paragraph 50 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in Paragraph 50 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations set forth therein.

51. Because the allegations contained in Paragraph 51 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

52. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of the Complaint and further states that to the extent the allegations contained in Paragraph 52 paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of an article appearing in the May 2001 MAR/Hedge by Michael Ocrant, the XL Fund respectfully refers this Court to that article for its terms, content, context and meaning.

53. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of the Complaint and further states that to the extent the allegations contained in Paragraph 53 paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of an

Case 1:10-cv-09061-TPG Document 6 Filed 10/24/11 Page 11 of 44

article appearing in the May 7, 2001 issue of Baron's by Erin E. Arvedlund, the XL Fund respectfully refers this Court to that article for its terms, content, context and meaning.

54. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of the Complaint and further states that to the extent the allegations contained in Paragraph 54 paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of a letter submitted to the SEC by Harry Markopolos on November 7, 2005, the XL Fund respectfully refers this Court to that article for its terms, content, context and meaning.

55. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of the Complaint and further states that to the extent the allegations contained in Paragraph 55 paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of a letter submitted to the SEC by Harry Markopolos on November 7, 2005, the XL Fund respectfully refers this Court to that article for its terms, content, context and meaning.

56. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of the Complaint.

57. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of the Complaint.

58. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of the Complaint and further states that to the extent the allegations contained in Paragraph 58 paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of a

December 13, 2008 article in the New York Times by Robert Rosenkranz, the XL Fund respectfully refers this Court to that article for its terms, content, context and meaning.

59. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 of the Complaint.

60. To the extent that the allegations contained in Paragraph 60 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in Paragraph 60 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations set forth therein.

61. To the extent that the allegations contained in Paragraph 61 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in Paragraph 61 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations set forth therein.

62. To the extent that the allegations contained in Paragraph 62 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in Paragraph 62 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations set forth therein.

63. Because the allegations contained in Paragraph 63 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

64. Because the allegations contained in Paragraph 64 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

65. To the extent that the allegations contained in Paragraph 65 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in Paragraph 65 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations set forth therein, except denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last sentence of that Paragraph.

66. To the extent that the allegations contained in Paragraph 66 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in Paragraph 66 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

Case 1:10-cv-09061-TPG Document 6 Filed 10/24/11 Page 14 of 44

67. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 of the Complaint.

68. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 of the Complaint.

69. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 of the Complaint and further states that to the extent the allegations contained in Paragraph 69 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of an affidavit from Edward H. Siedle submitted in a completely separate litigation, the XL Fund respectfully refers this Court to that document for its terms, content, context and meaning.

70. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 of the Complaint and further states that to the extent the allegations contained in Paragraph 70 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of an affidavit from Edward H. Siedle submitted in a completely separate litigation, the XL Fund respectfully refers this Court to that document for its terms, content, context and meaning.

71. The XL Fund denies the allegations contained in Paragraph 71 of the Complaint, except denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence thereof.

72. The XL Fund admits the allegations of Paragraph 72 of the Complaint.

73. To the extent that the allegations contained in Paragraph 73 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in Paragraph 73 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations set forth therein, except denies knowledge or information sufficient to form a belief as to the truth if the allegations contained in the second sentence of that Paragraph. .

74. Because the allegations contained in the first sentence of Paragraph 74 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second and third sentences of that Paragraph.

75. Because the allegations contained in Paragraph 75 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

76. Because the allegations contained in the first sentence of Paragraph 76 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. The XL Fund denies knowledge

or information sufficient to form a belief as to the truth of the allegations contained in the second sentence of that Paragraph.

77. Because the allegations contained in Paragraph 77 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

78. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 of the Complaint and further states that to the extent the allegations contained in Paragraph 78 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of the Tremont Group Holding's website, the XL Fund respectfully refers this Court to that website for its terms, content, context and meaning.

79. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 of the Complaint and further states that to the extent the allegations contained in Paragraph 79 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of the Form ADV filed by Tremont Partners with the SEC on or about January 1, 2006, the XL Fund respectfully refers this Court to that document for its terms, content, context and meaning.

80. Because the allegations contained in Paragraph 80 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

81. The XL Fund denies the allegations contained in Paragraph 81 of the Complaint.

82. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 of the Complaint.

83. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 of the Complaint and further states that to the extent the allegations contained in Paragraph 83 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of a Schedule 14A Proxy Statement filed by Tremont Advisors on or about August 20, 2001, the XL Fund respectfully refers this Court to that document for its terms, content, context and meaning.

84. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 of the Complaint.

85. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 of the Complaint and further states that to the extent the allegations contained in Paragraph 85 of the Complaint paraphrase, selectively quote, or otherwise reference the Tremont Advisors' Form 10-KSB for 2000, the XL Fund respectfully refers this Court to that document for its terms, content, context and meaning.

86. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 of the Complaint and further states that to the extent the allegations contained in Paragraph 85 of the Complaint paraphrase, selectively quote, or otherwise reference the Tremont Advisors' Form 10-

KSB for 2000, the XL Fund respectfully refers this Court to that document for its terms, content, context and meaning.

87. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 of the Complaint and further states that to the extent the allegations contained in Paragraph 87 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of a Schedule 14A Proxy Statement filed by Tremont Advisors on or about August 20, 2001, the XL Fund respectfully refers this Court to that document for its terms, content, context and meaning.

88. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 of the Complaint and further states that to the extent the allegations contained in Paragraph 88 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of a Schedule 14A Proxy Statement filed by Tremont Advisors on or about August 20, 2001, the XL Fund respectfully refers this Court to that document for its terms, content, context and meaning.

89. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 of the Complaint and further states that to the extent the allegations contained in Paragraph 89 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of a Schedule 14A Proxy Statement filed by Tremont Advisors on or about August 20, 2001, the XL Fund respectfully refers this Court to that document for its terms, content, context and meaning.

Case 1:10-cv-09061-TPG Document 6 Filed 10/24/11 Page 19 of 44

90. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 of the Complaint and further states that to the extent the allegations contained in Paragraph 90 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of a Schedule 14A Proxy Statement filed by Tremont Advisors on or about August 20, 2001, the XL Fund respectfully refers this Court to that document for its terms, content, context and meaning.

91. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 of the Complaint and further states that to the extent the allegations contained in Paragraph 91 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of a Schedule 14A Proxy Statement filed by Tremont Advisors on or about August 20, 2001, the XL Fund respectfully refers this Court to that document for its terms, content, context and meaning.

92. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 of the Complaint and further states that to the extent the allegations contained in Paragraph 92 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of a Schedule 14A Proxy Statement filed by Tremont Advisors on or about August 20, 2001, the XL Fund respectfully refers this Court to that document for its terms, content, context and meaning.

93. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 of the Complaint.

Case 1:10-cv-09061-TPG Document 6 Filed 10/24/11 Page 20 of 44

94. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 of the Complaint.

95. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 of the Complaint.

96. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 of the Complaint.

97. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 of the Complaint.

98. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 of the Complaint and further states that to the extent the allegations contained in Paragraph 98 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of a press release given on July 10, 2001, the XL Fund respectfully refers this Court to that press release for its terms, content, context and meaning.

99. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 of the Complaint and further states that to the extent the allegations contained in Paragraph 99 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of a press release given on July 10, 2001, the XL Fund respectfully refers this Court to that press release for its terms, content, context and meaning.

100. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 of the Complaint and further states that to the extent the allegations contained in Paragraph 100 of the

Case 1:10-cv-09061-TPG Document 6 Filed 10/24/11 Page 21 of 44

Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of a July 11, 2001 New York Times article, the XL Fund respectfully refers this Court to that article for its terms, content, context and meaning.

101. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 of the Complaint and further states that to the extent the allegations contained in Paragraph 101 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of a press release given on July 10, 2001, the XL Fund respectfully refers this Court to that press release for its terms, content, context and meaning.

102. The XL Fund denies the allegations contained in Paragraph 102 of the Complaint, except admit the allegations of the first sentence of that Paragraph.

103. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 of the Complaint and further states that to the extent the allegations contained in Paragraph 103 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of certain Tremont Advisors' marketing materials, the XL Fund respectfully refers this Court to those materials for their terms, content, context and meaning.

104. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 of the Complaint.

105. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 of the Complaint.

106. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 of the Complaint and

further states that to the extent the allegations contained in Paragraph 106 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of MassMutual's 2005 Annual Report, the XL Fund respectfully refers this Court to that report for its terms, content, context and meaning.

107. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 of the Complaint and further states that to the extent the allegations contained in Paragraph 107 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of MassMutual's 2005 Annual Report, the XL Fund respectfully refers this Court to that report for its terms, content, context and meaning.

108. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 of the Complaint and further states that to the extent the allegations contained in Paragraph 108 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of MassMutual's 2005 Annual Report, the XL Fund respectfully refers this Court to that report for its terms, content, context and meaning.

109. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 of the Complaint and further states that to the extent the allegations contained in Paragraph 109 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of MassMutual's 2005 Annual Report, the XL Fund respectfully refers this Court to that report for its terms, content, context and meaning.

110. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 of the Complaint and further states that to the extent the allegations contained in Paragraph 110 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of MassMutual's 2007 Annual Report, the XL Fund respectfully refers this Court to that report for its terms, content, context and meaning.

111. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 111 of the Complaint and further states that to the extent the allegations contained in Paragraph 111 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of MassMutual's 2007 Annual Report, the XL Fund respectfully refers this Court to that report for its terms, content, context and meaning.

112. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 112 of the Complaint and further states that to the extent the allegations contained in Paragraph 112 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of MassMutual's 2007 Annual Report, the XL Fund respectfully refers this Court to that report for its terms, content, context and meaning.

113. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 113 of the Complaint and further states that to the extent the allegations contained in Paragraph 113 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of 2008 MassMutual publication entitled "The Keys to Investment

Management," the XL Fund respectfully refers this Court to that publication for its terms, content, context and meaning.

114. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114 of the Complaint and further states that to the extent the allegations contained in Paragraph 114 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of MassMutual's 2008 Annual Report, the XL Fund respectfully refers this Court to that report for its terms, content, context and meaning.

115. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 115 of the Complaint and further states that to the extent the allegations contained in Paragraph 115 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of the Proxy Statement, the XL Fund respectfully refers this Court to that document for its terms, content, context and meaning.

116. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence Paragraph 116 of the Complaint. Because the remaining allegations contained in that Paragraph are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

117. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 117 of the Complaint.

Case 1:10-cv-09061-TPG Document 6 Filed 10/24/11 Page 25 of 44

118. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 118 of the Complaint.

119. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 119 of the Complaint.

120. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 120 of the Complaint.

121. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 121 of the Complaint.

122. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 of the Complaint.

123. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 of the Complaint.

124. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124 of the Complaint.

125. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 125 of the Complaint.

126. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 126 of the Complaint and further states that to the extent the allegations contained in Paragraph 126 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of the prospectuses for the Oppenheimer Tremont Market Neutral Fund, LLC and the Oppenheimer Tremont Opportunity Fund, LLC, the XL Fund respectfully refers this Court to those documents for their terms, content, context and meaning.

127. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 127 of the Complaint and further states that to the extent the allegations contained in Paragraph 127 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of the prospectuses for the Oppenheimer Tremont Market Neutral Fund, LLC and the Oppenheimer Tremont Opportunity Fund, LLC, the XL Fund respectfully refers this Court to those documents for their terms, content, context and meaning.

128. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 128 of the Complaint and further states that to the extent the allegations contained in Paragraph 128 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of the prospectuses for the Oppenheimer Tremont Market Neutral Fund, LLC and the Oppenheimer Tremont Opportunity Fund, LLC, the XL Fund respectfully refers this Court to those documents for their terms, content, context and meaning.

129. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129 of the Complaint and further states that to the extent the allegations contained in Paragraph 129 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of Statement of Additional Information for the Oppenheimer Tremont Market Neutral Fund, LLC and the Oppenheimer Tremont Opportunity Fund, LLC, the XL Fund respectfully refers this Court to those documents for their terms, content, context and meaning.

130. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 of the Complaint.

131. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 of the Complaint and further states that to the extent the allegations contained in Paragraph 131 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of a press release, the XL Fund respectfully refers this Court to that press release for its terms, content, context and meaning..

132. The XL Fund admits the allegations contained in Paragraph 132 of the Complaint.

133. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 of the Complaint.

134. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 of the Complaint and further states that to the extent the allegations contained in Paragraph 134 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of certain accounting and/or auditing rules or regulations, the XL Fund respectfully refers this Court to those rules or regulations for their terms, content, context and meaning.

135. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 of the Complaint and further states that to the extent the allegations contained in Paragraph 135 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize

Case 1:10-cv-09061-TPG Document 6 Filed 10/24/11 Page 28 of 44

the contents of certain accounting and/or auditing rules or regulations, the XL Fund respectfully refers this Court to those rules or regulations for their terms, content, context and meaning.

136. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 of the Complaint and further states that to the extent the allegations contained in Paragraph 136 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of certain accounting and/or auditing rules or regulations, the XL Fund respectfully refers this Court to those rules or regulations for their terms, content, context and meaning.

137. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 of the Complaint and further states that to the extent the allegations contained in Paragraph 137 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of certain accounting and/or auditing rules or regulations, the XL Fund respectfully refers this Court to those rules or regulations for their terms, content, context and meaning.

138. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 of the Complaint and further states that to the extent the allegations contained in Paragraph 138 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of certain accounting and/or auditing rules or regulations, the XL Fund

respectfully refers this Court to those rules or regulations for their terms, content, context and meaning.

139. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 of the Complaint and further states that to the extent the allegations contained in Paragraph 139 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of certain accounting and/or auditing rules or regulations, the XL Fund respectfully refers this Court to those rules or regulations for their terms, content, context and meaning.

140. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 of the Complaint and further states that to the extent the allegations contained in Paragraph 140 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of certain accounting and/or auditing rules or regulations, the XL Fund respectfully refers this Court to those rules or regulations for their terms, content, context and meaning.

141. Because the allegations contained in Paragraph 141 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

142. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 of the Complaint and further states that to the extent the allegations contained in Paragraph 142 of the

Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of certain accounting and/or auditing rules or regulations, the XL Fund respectfully refers this Court to those rules or regulations for their terms, content, context and meaning.

143. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 of the Complaint and further states that to the extent the allegations contained in Paragraph 143 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of certain accounting and/or auditing rules or regulations, the XL Fund respectfully refers this Court to those rules or regulations for their terms, content, context and meaning.

144. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 of the Complaint and further states that to the extent the allegations contained in Paragraph 144 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of certain accounting and/or auditing rules or regulations, the XL Fund respectfully refers this Court to those rules or regulations for their terms, content, context and meaning.

145. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 of the Complaint and further states that to the extent the allegations contained in Paragraph 145 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize

the contents of an AICPA publication, the XL Fund respectfully refers this Court to that publication for its terms, content, context and meaning.

146. Because the allegations contained in Paragraph 146 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

147. Because the allegations contained in Paragraph 147 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

148. Because the allegations contained in Paragraph 148 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. The XL Fund further states that to the extent the allegations contained in Paragraph 148 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of certain accounting and/or auditing rules or regulations, the XL Fund respectfully refers this Court to those rules or regulations for their terms, content, context and meaning.

149. The XL Fund denies the allegations contained in the second sentence of Paragraph 149 of the Complaint. Because the allegations contained in the remainder of Paragraph 149 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

150. Because the allegations contained in Paragraph 150 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

151. Because the allegations contained in Paragraph 151 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. The XL Fund further states that to the extent the allegations contained in Paragraph 151 of the Complaint paraphrase, selectively quote, or otherwise reference or purport to characterize the contents of certain accounting and/or auditing rules or regulations, the XL Fund respectfully refers this Court to those rules or regulations for their terms, content, context and meaning.

152. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 of the Complaint.

153. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 of the Complaint.

154. Because the allegations contained in Paragraph 154 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

155. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 of the Complaint.

156. The XL Fund denies the allegations contained in the first sentence of Paragraph 156 of the Complaint. The XL Fund denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in that Paragraph.

157. Because the allegations contained in Paragraph 157 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

158. In response to Paragraph 158 of the Complaint, the XL Fund incorporates by reference the responses contained in the prior paragraphs with the same force and effect as if set forth at length herein.

159. The XL Fund denies the allegations contained in Paragraph 159 of the Complaint, except admits that Count I of the Complaint attempts to allege a claim for violation of Section 10(b) of the Exchange Act and Rule 10b-5 of the Securities and Exchange Commission against all defendants except for KPMG and the Controlling Defendants.

160. To the extent that the allegations contained in Paragraph 160 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in the third sentence of Paragraph 160 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations contained therein.

161. To the extent that the allegations contained in Paragraph 161 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in the third sentence of Paragraph 161 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations contained therein.

162. To the extent that the allegations contained in Paragraph 162 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in the third sentence of Paragraph 162 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations contained therein.

163. To the extent that the allegations contained in Paragraph 163 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in the third sentence of Paragraph 163 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations contained therein.

164. In response to Paragraph 164 of the Complaint, the XL Fund incorporates by reference the responses contained in the prior paragraphs with the same force and effect as if set forth at length herein.

165. Because the allegations contained in Paragraph 165 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

166. Because the allegations contained in Paragraph 166 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

167. Because the allegations contained in Paragraph 167 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

168. In response to Paragraph 168 of the Complaint, the XL Fund incorporates by reference the responses contained in the prior paragraphs with the same force and effect as if set forth at length herein.

169. To the extent that the allegations contained in Paragraph 169 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in the third sentence of Paragraph 169 of the

Case 1:10-cv-09061-TPG Document 6 Filed 10/24/11 Page 36 of 44

Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations contained therein.

170. To the extent that the allegations contained in Paragraph 170 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in the third sentence of Paragraph 170 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations contained therein.

171. To the extent that the allegations contained in Paragraph 171 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in the third sentence of Paragraph 171 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations contained therein.

172. To the extent that the allegations contained in Paragraph 172 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in the third sentence of Paragraph 172 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations contained therein.

173. To the extent that the allegations contained in Paragraph 173 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in the third sentence of Paragraph 173 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations contained therein.

174. To the extent that the allegations contained in Paragraph 174 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in the third sentence of Paragraph 174 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations contained therein.

175. To the extent that the allegations contained in Paragraph 175 of the Complaint are addressed to any defendants other than the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein. To the extent that any of the allegations contained in the third sentence of Paragraph 175 of the Complaint are intended to be addressed to the XL Fund, the XL Fund denies the allegations contained therein.

Case 1:10-cv-09061-TPG Document 6 Filed 10/24/11 Page 38 of 44

176. In response to Paragraph 176 of the Complaint, the XL Fund incorporates by reference the responses contained in the prior paragraphs with the same force and effect as if set forth at length herein.

177. Because the allegations contained in Paragraph 177 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

178. Because the allegations contained in Paragraph 178 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

179. Because the allegations contained in Paragraph 179 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

180. Because the allegations contained in Paragraph 180 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

181. In response to Paragraph 181 of the Complaint, the XL Fund incorporates by reference the responses contained in the prior paragraphs with the same force and effect as if set forth at length herein.

182. Because the allegations contained in Paragraph 182 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

183. Because the allegations contained in Paragraph 183 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

184. Because the allegations contained in Paragraph 184 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

185. Because the allegations contained in Paragraph 185 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

186. In response to Paragraph 186 of the Complaint, the XL Fund incorporates by reference the responses contained in the prior paragraphs with the same force and effect as if set forth at length herein.

187. The XL Fund denies the allegations contained in Paragraph 187 of the Complaint.

188. Because the allegations contained in Paragraph 188 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to

Case 1:10-cv-09061-TPG Document 6-3 Filed 10/24/11 Page 40 of 44

answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

189. In response to Paragraph 189 of the Complaint, the XL Fund incorporates by reference the responses contained in the prior paragraphs with the same force and effect as if set forth at length herein.

190. The XL Fund neither admits nor denies the allegations set forth in Paragraph 190 of the Complaint because they purport to state a conclusion of law to which no response is required.

191. Because the allegations contained in Paragraph 191 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

192. Because the allegations contained in Paragraph 192 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

193. In response to Paragraph 193 of the Complaint, the XL Fund incorporates by reference the responses contained in the prior paragraphs with the same force and effect as if set forth at length herein.

194. Because the allegations contained in Paragraph 194 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

Case 1:10-cv-09061-TPG Document 6 Filed 10/24/11 Page 41 of 44

195. Because the allegations contained in Paragraph 195 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

196. Because the allegations contained in Paragraph 196 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

197. Because the allegations contained in Paragraph 197 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

198. In response to Paragraph 198 of the Complaint, the XL Fund incorporates by reference the responses contained in the prior paragraphs with the same force and effect as if set forth at length herein.

199. The XL Fund neither admits nor denies the allegations set forth in Paragraph 199 of the Complaint because they purport to state a conclusion of law to which no response is required.

200. Because the allegations contained in Paragraph 200 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

201. Because the allegations contained in Paragraph 201 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

202. Because the allegations contained in Paragraph 202 of the Complaint are not addressed to the XL Fund, the XL Fund respectfully declines to answer and, in the alternative, denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

**FIRST AFFIRMATIVE DEFENSE**

203. The Complaint fails to state a cause of action against the XL Fund.

**SECOND AFFIRMATIVE DEFENSE**

204. The Complaint is barred, in whole or in part, because any damages Plaintiff is alleged to have suffered are a direct result of Plaintiff's own negligence, malfeasance, improper actions or culpable conduct.

**THIRD AFFIRMATIVE DEFENSE**

205. Plaintiff's claims are barred, in whole or in part, because any injuries or damages sustained by Plaintiff were the result of the intervening or superseding conduct of third parties, including, but not limited to, the conduct of the Bernard L. Madoff or Bernard L. Madoff Investment Securities LLC.

**FOURTH AFFIRMATIVE DEFENSE**

206. The Complaint is barred, in whole or in part, by virtue of Plaintiff's assumption of risk.

**FIFTH AFFIRMATIVE DEFENSE**

207. The Complaint is barred, in whole or in part, by virtue of the equitable doctrines of unclean hands, estoppel, laches, and waiver.

**SIXTH AFFIRMATIVE DEFENSE**

208. The Complaint is barred, in whole or in part, by virtue of Plaintiff's failure to mitigate its damages.

**SEVENTH AFFIRMATIVE DEFENSE**

209. Plaintiff's claims are limited, in whole or in part, by virtue of Plaintiff's own contributory and/or comparative negligence.

**EIGHTH AFFIRMATIVE DEFENSE**

210. Plaintiff lacks standing to maintain one or more of the claims alleged in the complaint.

**RESERVATION OF ADDITIONAL AFFIRMATIVE DEFENSES**

The XL Fund gives notice that they intend to rely upon such other and further defenses as may become available during pretrial proceedings in this action and hereby reserves all rights to amend this Answer and all such defenses asserted herein.

Case 1:10-cv-09061-TPG Document 6 Filed 10/24/11 Page 44 of 44

WHEREFORE, The XL Fund demands judgment against Plaintiff as follows:

(a) Dismissing this action, in its entirety, with prejudice;

(b) Granting the XL Fund its reasonable costs, expenses and attorneys' fees; and

(c) Granting such other and further relief as this Court may deem just and proper.

Dated: October 24, 2011

Respectfully submitted,

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

/s/ Jamie B.W. Stecher
Jamie B.W. Stecher
(Stecher@thsh.com)
Ralph A. Siciliano
(siciliano@thsh.com)
David J. Kanfer
(kanfer@thsh.com)
900 Third Avenue
New York, New York 10022
(212) 508-6700

*Attorneys for Defendant*
*Rye Select Broad Market XL Fund, L.P.*