

**MEMO ENDORSED**



KESSLERTOPAZ
MELTZERCHECK LLP
ATTORNEYS AT LAW

Writer's Direct Dial:  (610) 822-0242
E-Mail: eciolko@ktmc.com

October 26, 2011

**VIA FEDEX**

Honorable Thomas P. Griesa
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

**RECEIVED OCT 27 2011 CHAMBERS OF JUDGE GRIESA**

Re: *Trustees of the Washington State Plumbing and Pipefitting Industry Pension Plan v. Tremont Partners, Inc.*,
**Master File No. 10-CV-0255**

Dear Judge Griesa:

Our firm represents the Trustees of the Washington State Plumbing and Pipefitting Industry Pension Plan in the above referenced litigation ("ERISA Action").  We write in response to the letter to Your Honor dated October 25, 2011 in which counsel for defendant Tremont Partners, Inc. ("Tremont") requests that all "Securities & State Law Actions" and "Insurance Actions" continue to be coordinated for pretrial purposes.

We agree with Tremont's counsel's representation that our suit is not among the "Security & State Law Actions" or the "Insurance Actions" that should be coordinated for pretrial purposes.  Instead, the Trustees of the Washington State Plumbing and Pipefitting Industry Pension Plan have brought unique ERISA claims and Tremont correctly notes that this ERISA Action is proceeding pursuant to a separate scheduling stipulation entered by the Court.

However, we seek to clarify our position that, because we have not yet exchanged any discovery with Tremont, we will not be in a position to determine whether it is necessary to amend our Complaint by the December 19, 2011 deadline proposed for the Securities & State Law Actions and the Insurance Actions.  Accordingly, we request that the Court instead set a deadline for the filing of amended pleadings in the ERISA Action no earlier than six (6) months after the Court's ruling on the Motion for Judgment on the Pleadings that Tremont has filed with the Court.

Approved
Thomas P. Griesa /USDJ/  11/14/11

280 King of Prussia Road, Radnor, Pennsylvania 19087  T. 610-667-7706  F. 610-667-7056  info@ktmc.com
580 California Street, Suite 1750, San Francisco, California 94104  T. 415-400-3000  F. 415-400-3001  info@ktmc.com
WWW.KTMC.COM



Honorable Thomas P. Griesa
October 26, 2011
Page 2 of 2



We have discussed our request with Tremont's counsel, and they take no position with respect to our request.

                Respectfully,

                KESSLER TOPAZ
                MELTZER & CHECK, LLP

                */s/ Edward W. Ciolko*

                Edward W. Ciolko

EWC/lal

cc:    Seth M. Schwartz, Esq. (via e-mail)
       Jason Vigna, Esq. (via e-mail)