```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/6/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— X

In re TREMONT SECURITIES LAW, STATE
LAW AND INSURANCE LITIGATION

Master Docket No. 08-Civ-11117(TPG)

———————————————————— X

YALE FISHMAN 1998 INSURANCE TRUST :
and GLENN AKIVA FISHMAN LIFE
INSURANCE TRUST, Individually and On
Behalf of All Others Similarly Situated,

            Plaintiff,

  vs.

GENERAL AMERICAN LIFE INSURANCE
COMPANY, et al.,

            Defendants.

———————————————————— X

Civil Action No. 11-cv-1284 (TPG)

<u>CLASS ACTION</u>

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE AMENDED
COMPLAINT, MOTION TO DISMISS AND
RELATED BRIEFING

WHEREAS, on August 19, 2011, this Court approved a partial settlement in *In re Tremont Securities Law, State Law and Insurance Litigation*, No. 08-Civ-11117 (TPG) (S.D.N.Y. 2009);

WHEREAS, on October 20, 2011, this Court held a status conference to determine how fourteen of the consolidated actions, including this consolidated action, should proceed;

WHEREAS, on November 14, 2011, the Court entered an Order, which, among other things, provided that: (i) Plaintiff shall file its amended complaint by December 19, 2011; (ii) Defendants shall respond to the amended complaint by January 31, 2012; (iii) in the event that Defendants move to dismiss the amended complaint, Plaintiff shall file its opposition by February 29, 2012; and (iv) Defendants shall file their reply brief by March 20, 2012;

WHEREAS, Plaintiff seeks a two-week extension of time to file and serve the amended complaint and to extend the schedule for the briefing on Defendants' anticipated motion to dismiss;

WHEREAS, Defendants do not oppose such request; and

WHEREAS, there have been no prior requests to extend the time for the filing of the amended complaint;

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, subject to the approval of the Court, as follows:

1. Plaintiff shall file its amended complaint by January 3, 2012;

2. Defendants shall file their response to the amended complaint forty five (45) days after the filing of the amended complaint;

3. Should Defendants move to dismiss the amended complaint, Plaintiff shall file its opposition to Defendants' motion to dismiss forty-five (45) days after Defendants' motion to dismiss is filed; and

4. Defendants shall file its reply brief twenty (20) days after the filing of Plaintiff's opposition.

DATED: December 15, 2011　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　　& DOWD LLP
　　　　　　　　　　　　　　　　　SAMUEL H. RUDMAN
　　　　　　　　　　　　　　　　　DAVID A. ROSENFELD
　　　　　　　　　　　　　　　　　EDWARD Y. KROUB

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DAVID A. ROSENFELD

　　　　　　　　　　　　　　　　　58 South Service Road, Suite 200
　　　　　　　　　　　　　　　　　Melville, NY 11747
　　　　　　　　　　　　　　　　　Telephone: 631/367-7100
　　　　　　　　　　　　　　　　　631/367-1173 (fax)

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

DATED: December ___, 2011　　　MCCARTER & ENGLISH LLP
　　　　　　　　　　　　　　　　　THOMAS J. FINN
　　　　　　　　　　　　　　　　　PAULA CRUZ CEDILLO


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THOMAS J. FINN

　　　　　　　　　　　　　　　　　City Place I
　　　　　　　　　　　　　　　　　185 Asylum Street
　　　　　　　　　　　　　　　　　Hartford, CT 06103
　　　　　　　　　　　　　　　　　Telephone: 860/275-6700

　　　　　　　　　　　　　　　　　*Attorneys for General American Life Insurance Company, GenAmerica Financial Corporation and Metropolitan Life Insurance Company*

DATED: December 15, 2011　　　SKADDEN, ARPS, SLATE, MEAGHER &
　　　　　　　　　　　　　　　　　FLOM, LLP
　　　　　　　　　　　　　　　　　SETH M. SCHWARTZ
　　　　　　　　　　　　　　　　　JASON C. VIGNA

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SETH M. SCHWARTZ

　　　　　　　　　　　　　　　　　Four Times Square
　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　Telephone: 212/735-3000

　　　　　　　　　　　　　　　　　*Attorneys for Tremont Defendants*

- 2 -

| | |
|---|---|
| DATED: December ___, 2011 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br>EDWARD Y. KROUB<br><br>_____<br>SAMUEL H. RUDMAN<br><br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br><br>*Attorneys for Plaintiffs* |
| DATED: December 15, 2011 | MCCARTER & ENGLISH LLP<br>THOMAS J. FINN<br>PAULA CRUZ CEDILLO<br><br>_____<br>THOMAS J. FINN<br><br>City Place I<br>185 Asylum Street<br>Hartford, CT 06103<br>Telephone: 860/275-6700<br><br>*Attorneys for General American Life Insurance Company, GenAmerica Financial Corporation and Metropolitan Life Insurance Company* |
| DATED: December ___, 2011 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>SETH M. SCHWARTZ<br>JASON C. VIGNA<br><br>_____<br>SETH M. SCHWARTZ<br><br>Four Times Square<br>New York, New York 10036<br>Telephone: 212/735-3000<br><br>*Attorneys for Tremont Defendants* |

- 2 -

* * *

**ORDER**

IT IS SO ORDERED.

DATED: 12/16/11

_____
THE HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE