PILLSBURY WINTHROP SHAW PITTMAN LLP
Maria T. Galeno
Greg T. Lembrich
1540 Broadway
New York, NY 10036-4039
Tel.: (212) 858-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket No. 08-Civ-11117 (TPG) |
| CUMMINS INC., <br><br> Plaintiff, <br><br> - against - <br><br> NEW YORK LIFE INSURANCE COMPANY, et al., <br><br> Defendants. | Civil Action No. 1:10-9252 (TPG) |

   PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Maria T. Galeno and exhibits thereto, Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation, by and through their undersigned counsel, will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff Cummins Inc.'s Amended Complaint filed with this

500970832v1

Court on December 19, 2011, for the reasons set forth in the accompanying memorandum, and for such other and further relief as the Court deems just and proper.

    PLEASE TAKE FURTHER NOTICE that, pursuant to an Order of the Court dated November 14, 2011, opposing papers, if any shall be served by February 29, 2012.

Dated: New York, New York
         January 30, 2012

                PILLSBURY WINTHROP SHAW PITTMAN LLP

            By:      s/ Maria T. Galeno
                Maria T. Galeno
                Greg T. Lembrich
                1540 Broadway
                New York, NY 10036
                Telephone: (212) 858-1000
                Fax: (212) 858-1500
                maria.galeno@pillsburylaw.com
                greg.lembrich@pillsburylaw.com

                *Attorneys for Defendants New York Life*
                *Insurance Company and New York Life*
                *Insurance and Annuity Corporation*