UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE TREMONT SECURITIES LAW, : 
STATE LAW AND INSURANCE : Master File No. 08 Civ. 11117 (TPG)
LITIGATION :
 :
This Document Relates to: :
 :
 : No. 10 Civ. 09252 (TPG)
CUMMINS, INC., as the authorized :
representative of the Cummins Inc. Grantor : **Electronically Filed**
Trust dated September 10, 2007, as amended, :
 :
 Plaintiff, :
 :
 -against- :
 :
NEW YORK LIFE INSURANCE :
COMPANY, ET AL., :
 :
 Defendants. :
 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION BY THE MASSMUTUAL DEFENDANTS
## TO DISMISS THE COMPLAINT

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, upon the Memorandum of Law submitted herewith, defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC ("MassMutual"), by their counsel, Bingham McCutchen LLP, will move this Court before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice plaintiffs' claims against MassMutual for fraud (Count II), negligent misrepresentation (Count III), unjust enrichment (count IV), and aiding and abetting fraud and breach of fiduciary

2

duty (Count VI).

   PLEASE TAKE FURTHER NOTICE that the last day to serve any opposition papers to this motion is February 29, 2012 pursuant to the Court's November 14, 2011 Order (Dkt. No. 8).

DATED:  January 31, 2012          **BINGHAM McCUTCHEN LLP**

                    /s/ Carol E. Head
                    Kenneth I. Schacter
                    399 Park Avenue
                    New York, NY  10022-4689
                    Tel.: 212.705.7000
                    Fax: 212.752.5378
                    kenneth.schacter@bingham.com

                    Joseph L. Kociubes*
                    joe.kociubes@bingham.com
                    Carol E. Head*
                    carol.head@bingham.com
                    One Federal Street
                    Boston, MA 02110
                    Tel.: 617.951.8000
                    Fax: 617.951.8736
                    *admitted pro hac vice

                    *Attorneys for Defendant*
                    *Massachusetts Mutual Life Insurance*
                    *Company and MassMutual Holding LLC*