UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | : | Master File No. 08 Civ. 11117(TPG) |
| This Document Relates to: | : | |
| LAKEVIEW INVESTMENT, LP | : | No. 11 Civ. 01851 (TPG) |
| Plaintiff, | : | **Electronically Filed** |
| - against - | : | |
| ROBERT SCHULMAN, et al. | : | |
| Defendants. | : | |

**NOTICE OF MOTION BY MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY FOR JUDGMENT ON THE PLEADINGS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, upon the Memorandum of Law submitted herewith, defendant Massachusetts Mutual Life Insurance Company ("MassMutual"), by their counsel, Bingham McCutchen LLP, will move this Court before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, for an Order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure dismissing with prejudice plaintiffs' claims against MassMutual for violation of California Corporations Coll. § 25504 III (Counts III and IV).

PLEASE TAKE FURTHER NOTICE that the last day to serve any opposition papers to this motion is February 29, 2012 pursuant to the Court's November 14, 2011 Order (Dkt. No. 54).

DATED: January 31, 2012

**BINGHAM McCUTCHEN LLP**

/s/ Carol E. Head

Kenneth I. Schacter
399 Park Avenue
New York, NY 10022-4689
Tel.: 212.705.7000
Fax: 212.752.5378
kenneth.schacter@bingham.com

Joseph L. Kociubes*
joe.kociubes@bingham.com
Carol E. Head*
carol.head@bingham.com
One Federal Street
Boston, MA 02110
Tel.: 617.951.8000
Fax: 617.951.8736
*admitted pro hac vice

*Attorneys for Defendant Massachusetts Mutual Life Insurance Company*