UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE TREMONT SECURITIES LAW, STATE : Master File No.
LAW AND INSURANCE LITIGATION        : 08 Civ. 11117 (TPG)
------------------------------------
This Document Relates to:           :

STATE LAW ACTION, 08 Civ. 11183 (TPG), :
and specifically to:
                                    :
LAKEVIEW INVESTMENT, LP, on Behalf of
Itself and All Other Similarly Situated Individuals : 11 Civ. 1851 (TPG)
and Entities Located in California,
                                    : ECF CASE
            Plaintiff,                Electronically Filed
                                    :
        - against -                   **DECLARATION OF**
                                    : **JASON C. VIGNA**
ROBERT SCHULMAN, et al.,
                                    :
            Defendants.
------------------------------------x

I, JASON C. VIGNA, declare pursuant to 28 U.S.C. § 1746 as follows:

1.   I am a member of the bar of this Court and am associated with the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendants Tremont Group Holdings, Inc., Tremont Partners, Inc., Robert Schulman, James V. Mitchell, Harry Hodges, Darren Johnston, Stuart Pologe and Patrick Kelly (collectively, the "Tremont Defendants") in this action.

2.   I submit this Declaration in support of the Tremont Defendants' Motion for Judgment on the Pleadings (the "Motion") and to place before the Court true and correct copies of the following documents referenced in the accompanying memorandum of law in support of the Motion:

| Exhibit | Document |
|---|---|
| A. | Complaint in <u>Picard v. Glantz</u>, Adv. Pro. No. 10-5394 (Bankr. S.D.N.Y.) |
| B. | Rye Select Broad Market Fund, L.P. Amended and Restated Limited Partnership Agreement, dated July 1, 2006 |
| C. | Rye Select Broad Market XL Fund, L.P. Confidential Private Placement Memorandum, dated, Feb. 1, 2007 |
| D. | Rye Select Broad Market XL Fund, LP Amended and Restated Limited Partnership Agreement, dated Nov. 1, 2007 |
| E. | Rye Select Broad Market Fund, L.P. Amended and Restated Confidential Private Placement Memorandum, dated Feb. 1, 2007. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of January, 2012, in New York, New York.

_____
Jason C. Vigna