UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
IN RE TREMONT SECURITIES LAW,           :
STATE LAW AND INSURANCE                 :   Master File No.
LITIGATION                              :   08 Civ. 11117 (TPG)
-----------------------------------------------------------:
This Document Relates to:               :
State Law Action, 08 Civ. 11183 (TPG),  :
Specifically to:                        :
                                        :
LAKEVIEW INVESTMENT, LP, on Behalf of   :   11 Civ. 1851 (TPG)
Itself and All Other Similarly Situated Individuals :
and Entities Located in California,     :   ECF Case
                                        :   Electronically Filed
                      Plaintiff,        :
                                        :
           - against -                  :   NOTICE OF MOTION
                                        :
ROBERT SCHULMAN, et al.,                :
                                        :
                      Defendants.       :
-----------------------------------------------------------x
```

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law dated January 31, 2012, the Declaration of Arthur S. Gabinet dated January 31, 2012, and all other pleadings filed in this action, defendant Oppenheimer Acquisition Corp. will move this Court before the Honorable Thomas P. Griesa, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be designated by the Court, for an order (a) dismissing with prejudice all claims against it contained in Plaintiff's Complaint, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of

Civil Procedure, and (b) granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
January 31, 2012

          DECHERT LLP

          By: /s/ William K. Dodds
          William K. Dodds
          william.dodds@dechert.com
          David A. Kotler
          david.kotler@dechert.com
          1095 Avenue of the Americas
          New York, New York  10036
          Tel.: (212) 698-3500
          Fax: (212) 698-3599

          *Attorneys for Defendant*
          *Oppenheimer Acquisition Corp.*

14310299