UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket No. 08 Civ. 11117 (TPG) |
| This document relates to:<br>THE INSURANCE ACTION, 09 Civ. 557 (TPG), specifically to:<br><br>THE INTERNATIONAL DAD TRUST,<br><br>    Plaintiff,<br><br>    -against-<br><br>TREMONT OPPORTUNITY FUND III, L.P., et al.,<br><br>    Defendants. | 11 Civ. 1687 (TPG) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/12

### STIPULATION AND [PROPOSED] ORDER EXTENDING THE SCHEDULE FOR BRIEFING OF DEFENDANTS' ANTICIPATED MOTIONS TO DISMISS

WHEREAS, on August 19, 2011, this Court approved a partial settlement in *In re Tremont Securities Law, State Law and Insurance Litigation*, No. 08-Civ-11117 (TPG) (S.D.N.Y. 2009);

WHEREAS, on October 20, 2011, the Court held a status conference to determine how several cases that remain pending in the above-referenced litigation should proceed;

WHEREAS, on November 14, 2011, the Court entered an Order that, among other things, provided as follows: (i) Plaintiffs shall determine whether they wish to file amended or consolidated complaints in their respective actions, and if they elect to do so, their amended or consolidated complaints shall be filed by December 19, 2011; (ii) Defendants shall file motions to dismiss or answers to the complaints in each action by January 31, 2012; (iii) Plaintiffs shall

[954539-1]

file opposition papers to the motions by February 29, 2012; and (iv) Defendants shall file replies by March 20, 2012;

WHEREAS, Plaintiff The International DAD Trust ("International DAD") filed its Amended Complaint on December 19, 2011;

WHEREAS, Defendants seek a two-week extension of the schedule for the briefing on Defendants' anticipated motion to dismiss;

WHEREAS, Plaintiff does not oppose Defendants' request; and

WHEREAS, Defendants have made no prior requests to extend the schedule for the briefing on Defendants' anticipated motion to dismiss;

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, without waiving any rights, defenses, or arguments they may assert, except as set forth below, and subject to the approval of the Court, as follows:

1. Defendants shall file their response to Plaintiff International DAD's Complaint by February 14, 2012;

2. Should Defendants, or any of them, move to dismiss the Amended Complaint, Plaintiff International DAD shall file its opposition to Defendants' motions to dismiss thirty (30) days after Defendants' motion to dismiss is filed; and

3. Defendants shall file any reply briefs twenty (20) days after the filing of Plaintiff International DAD's opposition.

[954539-1]

January ___, 2012          By: _____
                               L**OPER REED & McGRAW PC
                               James D. MacIntyre
                               Ralph C. Perry-Miller
                               1601 Elm St Ste 4600
                               Dallas, TX 75201
                               214.237.6348

                               *Attorneys for The International DAD Trust*

January 27, 2012           By: _____
                               TANNENBAUM HELPERN SYRACUSE
                               & HIRSCHTRITT LLP
                               Jamie B.W. Stecher
                               Ralph A. Siciliano
                               David J. Kanfer
                               900 Third Avenue
                               New York, NY 10022
                               212.508.6700

                               *Attorneys for Tremont Opportunity Fund III,
                               L.P. and Tremont International Insurance
                               Fund LP*

January ___, 2012          By: _____
                               SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM LLP
                               Seth M. Schwartz
                               Jason C. Vigna
                               Four Times Square
                               New York, NY 10036
                               212.735.3000

                               *Attorneys for Tremont Group Holdings, Inc.
                               and Tremont Partners, Inc.*

[954539-1]

January ___, 2012          By:    _____
                                  LOOPER REED & McGRAW PC
                                  James D. MacIntyre
                                  Ralph C. Perry-Miller
                                  1601 Elm St Ste 4600
                                  Dallas, TX 75201
                                  214.237.6348

                                  *Attorneys for The International DAD Trust*

January 27, 2012           By:    _____
                                  TANNENBAUM HELPERN SYRACUSE
                                  & HIRSCHTRITT LLP
                                  Jamie B.W. Stecher
                                  Ralph A. Siciliano
                                  David J. Kanfer
                                  900 Third Avenue
                                  New York, NY 10022
                                  212.508.6700

                                  *Attorneys for Tremont Opportunity Fund III,*
                                  *L.P. and Tremont International Insurance*
                                  *Fund LP*

January 27, 2012           By:    _____
                                  SKADDEN, ARPS, SLATE, MEAGHER &
                                  FLOM LLP
                                  Seth M. Schwartz
                                  Jason C. Vigna
                                  Four Times Square
                                  New York, NY 10036
                                  212.735.3000

                                  *Attorneys for Tremont Group Holdings, Inc.*
                                  *and Tremont Partners, Inc.*

[954539-1]

| | | |
|---|---|---|
| January 27, 2012 | By: | /s/ David A. Kotler |
| | | DECHERT LLP |
| | | William K. Dodds |
| | | David A. Kotler |
| | | 1095 Avenue of the Americas |
| | | New York, NY 10036 |
| | | 212.698.3500 |

*Attorneys for Oppenheimer Acquisition Corp.*

| | | |
|---|---|---|
| January 27, 2012 | By: | /s/ Carol E. Head |
| | | BINGHAM McCUTCHEN LLP |
| | | Carol Elisabeth Head |
| | | Joseph L. Kociubes |
| | | One Federal Street |
| | | Boston, MA 02110 |
| | | 617.951.8831 |

*Attorneys for Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC*

SO ORDERED:

_____  2/3/12
Hon Thomas P. Griesa, United States District Judge

GRIESA

[954539-1]