UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
IN RE TREMONT SECURITIES LAW, STATE : Master File No.
LAW AND INSURANCE LITIGATION : 08 Civ. 11117 (TPG)
----------------------------------
This Document Relates to: :

YALE M. FISHMAN 1998 INSURANCE :
TRUST, Individually and on Behalf of All Others   11 Civ. 1283 (TPG)
Similarly Situated and Derivatively on Behalf of :
the Nominal Defendants,
 :
          Plaintiff,
 :
    - against -

PHILADELPHIA FINANCIAL LIFE :
ASSURANCE COMPANY F/K/A AGL LIFE :
ASSURANCE COMPANY, et al.
 :
         Defendants.
---------------------------------:
YALE M. FISHMAN 1998 INSURANCE
TRUST, et al., Individually and on Behalf of All :
Others Similarly Situated and Derivatively on   11 Civ. 1284 (TPG)
Behalf of the Nominal Defendants,
 :
    - against -   : ECF CASES
                      Electronically Filed
GENERAL AMERICAN LIFE INSURANCE :
COMPANY, et al.,
 :
         Defendants.
---------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/12

### STIPULATION AND ORDER
### OF DISMISSAL OF DEFENDANT TIMOTHY BIRNEY

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs and defendant Timothy Birney, that defendant Timothy Birney shall be and hereby is dismissed from the above-captioned actions pursuant to

Rule 41 of the Federal Rules of Civil Procedure, without prejudice, with each party to bear its or his own costs.

Dated: January 30, 2012

_____
David A. Rosenfeld
drosenfeld@rgrdlaw.com
ROBBINS GELLER
  RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Tel.: 631-367-7100
Fax: 631-367-1173

*Counsel for Plaintiffs*

_____
Seth M. Schwartz
Seth.Schwartz@Skadden.com
Jason C. Vigna
Jason.Vigna@Skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel.: 212-735-3000
Fax: 212-735-2000

*Counsel for Defendant Timothy Birney*

SO ORDERED:
_____
U.S.D.J.

2/3/12