UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket 08-Civ-11117 (TPG) |
| CUMMINS INC., as the authorized representative of the Cummins Inc. Grantor Trust dated September 10, 2007, as amended, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK LIFE INSURANCE COMPANY, NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, TREMONT CAPITAL MANAGEMENT, INC., RYE INVESTMENT MANAGEMENT, MASSMUTUAL HOLDING LLC, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORP., RYE SELECT BROAD MARKET PRIME FUND L.P., RYE SELECT BROAD MARKET XL FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT OPPORTUNITY FUND III, L.P., TREMONT (BERMUDA) LTD., TREMONT GROUP HOLDINGS, INC., and TREMONT PARTNERS, INC., <br><br> Defendants. | 10 Civ. 9252 (TPG) <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 2/3/12 |

## STIPULATION AND [PROPOSED] ORDER EXTENDING THE SCHEDULE FOR BRIEFING OF DEFENDANTS' ANTICIPATED MOTIONS TO DISMISS

WHEREAS, on August 19, 2011, this Court approved a partial settlement in *In re Tremont Securities Law, State Law and Insurance Litigation*, No. 08-Civ-11117 (TPG) (S.D.N.Y. 2009);

[954552-1]

WHEREAS, on October 20, 2011, the Court held a status conference to determine how several cases that remain pending in the above-referenced litigation should proceed;

WHEREAS, on November 14, 2011, the Court entered an Order that, among other things, provided as follows: (i) Plaintiffs shall determine whether they wish to file amended or consolidated complaints in their respective actions, and if they elect to do so, their amended or consolidated complaints shall be filed by December 19, 2011; (ii) Defendants shall file motions to dismiss or answers to the complaints in each action by January 31, 2012; (iii) Plaintiffs shall file opposition papers to the motions by February 29, 2012; and (iv) Defendants shall file replies by March 20, 2012;

WHEREAS, Plaintiff Cummins Inc. ("Cummins") filed its Amended Complaint on December 19, 2011;

WHEREAS, Defendants, Rye Select Broad Market Prime Fund L.P., Rye Select Broad Market XL Fund L.P, Tremont Opportunity Fund III, L.P., ("Defendants") seek a two-week extension of the schedule for the briefing on Defendants' anticipated motion to dismiss;

WHEREAS, Plaintiff does not oppose Defendants' request; and

WHEREAS, Defendants have made no prior requests to extend the schedule for the briefing on Defendants' anticipated motion to dismiss;

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, without waiving any rights, defenses, or arguments they may assert, except as set forth below, and subject to the approval of the Court, as follows:

1. Defendants shall file their response to Plaintiff Cummins' Amended Complaint by February 14, 2012;

[954552-1]

2. Should Defendants move to dismiss the Amended Complaint, Plaintiff Cummins shall file its opposition to Defendants' motion to dismiss thirty (30) days after Defendants' motion to dismiss is filed; and

3. Defendants shall file any reply briefs twenty (20) days after the filing of Plaintiff Cummins' opposition.

January 28, 2012    By: _____
KEVIN M. FLYNN & ASSOCIATES
Kevin M. Flynn, Esq.
77 West Wacker Drive Ste 4800
Chicago, IL 60601
312.456.0240

*Attorneys for Cummins Inc.*

January 27, 2012    By: _____
TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP
Jamie B.W. Stecher
Ralph A. Siciliano
David J. Kanfer
900 Third Avenue
New York, NY 10022
212.508.6700

*Attorneys for Tremont Opportunity Fund III, L.P. Rye Select Broad Market Prime Fund L.P., and Rye Select Broad Market XL Fund L.P*

SO ORDERED:
_____ 2/3/12
Hon Thomas P. Griesa, United States District Judge

GRIESA

[954552-1]