IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
IN RE TREMONT SECURITIES LAW,            :    Master File No.
STATE LAW AND INSURANCE                  :    08 Civ. 11117 (TPG)
LITIGATION                               :
-------------------------------------------------------------:
This Document Relates to:                :
                                         :
                                         :
ELENDOW FUND, LLC,                       :    10 Civ. 9061 (TPG)
                                         :
              Plaintiff,                 :
                                         :    ECF Case
      -against-                          :    Electronically Filed
                                         :
RYE SELECT BROAD MARKET XL FUND,         :
L.P., et al.,                            :    NOTICE OF MOTION
                                         :
              Defendants.                :
                                         :
-------------------------------------------------------------x
```

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law dated February 8, 2012 and all other pleadings filed in this action, defendant Oppenheimer Acquisition Corp. will move this Court before the Honorable Thomas P. Griesa, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be designated by the Court, for an order (a) dismissing with prejudice all claims against it contained in Plaintiff's Amended Complaint, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil

Procedure, and (b) granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
      February 8, 2012

                            DECHERT LLP

                            By: /s/ William K. Dodds
                            William K. Dodds
                            william.dodds@dechert.com
                            David A. Kotler
                            david.kotler@dechert.com
                            1095 Avenue of the Americas
                            New York, New York  10036
                            Tel.: (212) 698-3500
                            Fax: (212) 698-3599

                            *Attorneys for Defendant*
                            *Oppenheimer Acquisition Corp.*

14327085