UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | : | |
| This Document Relates to: INSURANCE ACTION, 09 Civ. 557 (TPG), and specifically to: THE INTERNATIONAL DAD TRUST, Plaintiff, -against- TREMONT OPPORTUNITY FUND III, L. P., ET AL, Defendants. | : | Master File No. 08 Civ. 11117 (TPG)<br>11 Civ. 1687 (TPG)<br>**Electronically Filed** |

**NOTICE OF MOTION BY THE MASSMUTUAL DEFENDANTS TO DISMISS THE COMPLAINT**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, upon the Memorandum of Law submitted herewith, defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC ("MassMutual"), by their counsel, Bingham McCutchen LLP, will move this Court before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice plaintiff's claims against MassMutual for violation of TEX. REV. CIV. STAT. ANN. ART. 581-33(F)(1) (Second Cause of Action) and violation of TEX. REV. CIV. STAT. ANN. ART. 581-33(F)(2) (Third Cause of Action).

PLEASE TAKE FURTHER NOTICE that the last day to serve any opposition papers to

this motion is March 15, 2012 pursuant to the stipulation of the parties.

DATED: February 14, 2012

**BINGHAM McCUTCHEN LLP**

/s/ Carol E. Head
Kenneth I. Schacter
399 Park Avenue
New York, NY 10022-4689
Tel.: 212.705.7000
Fax: 212.752.5378
kenneth.schacter@bingham.com

Joseph L. Kociubes*
joe.kociubes@bingham.com
Carol E. Head*
carol.head@bingham.com
One Federal Street
Boston, MA 02110
Tel.: 617.951.8000
Fax: 617.951.8736
*admitted pro hac vice

*Attorneys for Defendant*
*Massachusetts Mutual Life Insurance*
*Company and MassMutual Holding LLC*