**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket 08 Civ. 11117 (TPG) |
| This Document Relates to :<br><br>INSURANCE ACTION, 09 Civ. 557 (TPG), And specifically to:<br><br>CUMMINS INC., as the authorized representative of the Cummins Inc. Grantor Trust dated September 10, 2007, as amended,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | 10 Civ. 9252 (TPG)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the Amended Complaint, the accompanying memorandum of law, and all prior papers and proceedings herein, defendants Tremont Opportunity Fund III, L.P., Rye Select Broad Market Prime Fund, L.P., and Rye Select Broad Market XL Fund L.P. will move this Court, before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order: (i) dismissing the Amended Complaint pursuant to Rules 9(b), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure; and (ii) for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
February 14, 2012

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: /s/ David J. Kanfer
Ralph A. Siciliano
siciliano@thsh.com
Jamie B.W. Stecher
stecher@thsh.com
David J. Kanfer
kanfer@thsh.com
900 Third Avenue
New York, New York 10022
(212) 508-6700

*Attorneys for Defendants*
*Rye Select Broad Market Prime Fund L.P.*
*Rye Select Broad Market XL Fund L.P.*
*Tremont Opportunity Fund III, L.P.*