UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

IN RE TREMONT SECURITIES LAW, : **ORDER**
STATE LAW AND INSURANCE :
LITIGATION : 08 Civ. 11117 (TPG)

------------------------------------------------x

In accordance with the order of the Second Circuit, dated November 16, 2011 (docket number 637 in this action), the court gives the parties permission to scan and file electronic versions of the documents requested by the Second Circuit, in .pdf format.

SO ORDERED.

Dated: New York, New York
February 14, 2012

Thomas P. Griesa
U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/12