(Griesa J)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE TREMONT SECURITIES LAW, STATE  : Master File No.
LAW AND INSURANCE LITIGATION         : 08 Civ. 11117 (TPG)
------------------------------------
This Document Relates to:            :

YALE M. FISHMAN 1998 INSURANCE       :
TRUST, Individually and on Behalf of All Others   11 Civ. 1283 (TPG)
Similarly Situated and Derivatively on Behalf of :
the Nominal Defendant,
                                     :
            Plaintiff,
                                     :
         - against -
                                     :
PHILADELPHIA FINANCIAL LIFE
ASSURANCE COMPANY F/K/A AGL LIFE     :
ASSURANCE COMPANY, et al.
                                     :
            Defendants.
------------------------------------ :
YALE M. FISHMAN 1998 INSURANCE
TRUST, at ano, Individually and on Behalf of All : 11 Civ. 1284 (TPG)
Others Similarly Situated and Derivatively on
Behalf of the Nominal Defendant,     :
                                       ECF CASES
         - against -                 : Electronically Filed

GENERAL AMERICAN LIFE INSURANCE      :
COMPANY, et al.,
                                     :
            Defendants.
------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/12
```

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, as follows:

1. The time for defendants to answer, move against or otherwise respond to plaintiffs' consolidated amended complaints shall be and hereby is adjourned from February

17, 2012, to March 9, 2012 (March 21, 2012 for Tremont Opportunity Fund III, L.P., Rye Select Broad Market Insurance Fund L.P., Rye Select Broad Market Prime Fund, L.P. and Rye Select Broad Market XL Fund, L.P. (the "Funds")).

2. Plaintiffs' time to oppose the defendants' motion(s) to dismiss the amended complaints, if any, shall be and hereby is adjourned from April 2, 2012, to May 10, 2012.

3. The defendants' time to file replies in further support of their motions to dismiss, if any, shall be and hereby is adjourned from April 23, 2012, to June 1, 2012 (June 7, 2012 for the Funds).

4. This stipulation does not constitute a waiver by defendants of any substantive or procedural defense to the consolidated amended complaints.

The Court has granted one previous adjournment in this action, totaling fifteen days.

Dated: New York, New York
February 16, 2012

*David Rosenfeld /qv*

David A. Rosenfeld
DRosenfeld@rgrdlaw.com
ROBBINS GELLER
  RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
631-367-7100

*Counsel for Plaintiffs*
*Yale M. Fishman 1998 Insurance Trust and*
*Glenn Akiva Fishman Life Insurance Trust*

*Seth M Schwartz /qv*

Seth M. Schwartz
Seth.Schwartz@Skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

*Attorneys for Defendants*
*Tremont Group Holdings, Inc.,*
*Tremont Partners, Inc.,*
*Tremont Capital Management, Inc.,*
*Rye Investment Management,*
*Robert Schulman, Rupert A. Allan,*
*Mark Santero, Cynthia J. Nicoll,*
*Ileana M. Lopez-Balboa,*
*John T. Matwey, Lynn O. Keeshan and*
*Barry H. Colvin*

*/s/ David A. Kotler /qv*

David A. Kotler
david.kotler@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

*Attorneys for Defendant*
*Oppenheimer Acquisition Corp.*

*/s/ Kenneth I. Schacter /qv*

Kenneth I. Schacter
kenneth.schacter@bingham.com
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022

*Attorneys for Defendants*
*Massachusetts Mutual Life Insurance*
*Company and MassMutual Holding LLC*

*/s/ Jonathan Cogan /qv*

Jonathan D. Cogan
jonathan.cogan@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, NY

*Attorneys for Defendants*
*Sandra L. Manzke and*
*Suzanne Hammond*

3

*[signature]*

Thomas J. Finn
tfinn@mccarter.com
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

*Attorneys for Defendants*
*General American Life Insurance*
*Company and Metropolitan Life*
*Insurance Company of New York*

*[signature]*

Hutson Smelley
hutson.smelley@emhllp.com
EDISON, McDOWELL &
  HETHERINGTON LLP
Phoenix Tower
3200 Southwest Freeway
Suite 3100
Houston, TX 77027

*Attorneys for Defendant*
*Philadelphia Financial Life Assurance*
*Company, F/K/A AGL Life Assurance*
*Company*

4

_Ralph Siciliano /qp_

Ralph A. Siciliano
siciliano@thsh.com
TANNENBAUM HELPERN
 SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, NY 10022

*Attorneys for Nominal Defendants
Tremont Opportunity Fund III, L.P.,
Rye Select Broad Market Insurance
Fund L.P., Rye Select Broad Market
Prime Fund, L.P. and Rye Select Broad
Market XL Fund, L.P.*

SO ORDERED

_Thomas P. Griesa_   2/17/12

Hon. Thomas P. Griesa
United States District Court Judge