UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket 08 Civ. 11117 (TPG) |
| This Document Relates to : <br><br> ELENDOW FUND, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RYE SELCT BROAD MARKET XL FUND, L.P., RYE INVESTMENT MANAGEMENT TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS, INC, TREMONT PARTNERS, INC., MASSACHUSETTS MUTUAL LIFE INSURANCE CO., MASSMUTUAL HOLDINGS LLC, OPPENHEIMER ACQUISITION CORPORATION, RUPERT ALLAN, JIM MITCHELL and ROBERT SCHULMAN, <br><br> Defendants. | 10 Civ. 9061 (TPG) <br><br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the Amended Complaint, the accompanying memorandum of law, and all prior papers and proceedings herein, defendant Rye Select Broad Market XL Fund L.P. will move this Court, before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be designated by the Court, for an Order: (i) striking certain paragraphs of the Amended Complaint pursuant to Rule 12(f) of the Federal Rules of Civil Procedure; (ii) dismissing the Amended Complaint pursuant to Rules 9(b), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and Section 101(b) of the Private Securities Litigation

Reform Act("PSLRA"), 15 U.S.C. § 78u-4(b)(2); and (iii) for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
February 21, 2012

                                    TANNENBAUM HELPERN
                                    SYRACUSE & HIRSCHTRITT LLP

                                    By: /s/ David J. Kanfer
                                        Ralph A. Siciliano
                                        siciliano@thsh.com
                                        Jamie B.W. Stecher
                                        stecher@thsh.com
                                        David J. Kanfer
                                        kanfer@thsh.com
                                        900 Third Avenue
                                        New York, New York 10022
                                        (212) 508-6700

                                    *Attorneys for Defendant*
                                    *Rye Select Broad Market XL Fund L.P.*