IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket No. 1:08-11117 (TPG) |
| CUMMINS INC., as the authorized representative of the Cummins Inc. Grantor Trust dated September 10, 2007, as amended,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, TREMONT CAPITAL MANAGEMENT, INC., RYE INVESTMENT MANAGEMENT, MASSMUTUAL HOLDING LLC, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORP., RYE SELECT BROAD MARKET PRIME FUND L.P., RYE SELECT BROAD MARKET XL FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT OPPORTUNITY FUND III, L.P., TREMONT (BERMUDA) LTD., TREMONT GROUP HOLDINGS, INC., and TREMONT PARTNERS, INC.,<br><br>Defendants. | Civil Action No. 1:10-9252 (TPG)<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/27/2012 |

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE SCHEDULE FOR BRIEFING OF PLAINTIFF CUMMINS, INC.'S RESPONSES IN OPPOSITION TO DEFENDANTS' RESPECTIVE MOTIONS TO DISMISS**

Whereas, plaintiff Cummins Inc. ("Cummins") filed its Amended Complaint in the above captioned matter on December 19, 2011;

Whereas, defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation (collectively, "NYL") filed their Motion to Dismiss Cummins' Amended Complaint on January 30, 2012 (*See* Dkt. No. 647);

Whereas, defendant Oppenheimer Acquisition Corp. ("Oppenheimer") filed its Motion to Dismiss Cummins' Amended Complaint on January 31, 2012 (*See* Dkt. No. 660);

Whereas, defendants Tremont Group Holdings, Tremont Partners, Inc., Tremont (Bermuda) Ltd., Tremont Capital Management, Inc., and Rye Investment Management (collectively, "Tremont") filed their Motion to Dismiss Cummins' Amended Complaint on January 31, 2012 (*See* Dkt. No. 654);

Whereas, defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC (collectively, "MassMutual") filed their Motion to Dismiss Cummins' Amended Complaint on January 31, 2012 (Dkt. No. 650);

Whereas defendants Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market Fund XL, L.P., and Tremont Opportunity Fund III, L.P. ("Rye Defendants," and collectively with NYL, Oppenheimer, Tremont, and MassMutual, "Defendants") filed their Motion to Dismiss Cummins' Amended Complaint on February 14, 2012 (*See* Dkt. No. 686);

Whereas, pursuant to this Court's order dated November 14, 2011 Order (*See* Dkt. No. 636), Cummins is required to file response briefs in opposition to these pending Motions to Dismiss (the "Responses") on or before February 29, 2012;

Whereas, in light of Cummins' briefing of five motions to dismiss simultaneously, in addition to the busy litigation schedule and long-standing intervening family vacation plans of Cummins' counsel, Cummins seeks a 45 day extension of time, to April 13, 2012, tile file its Responses;

Whereas, Defendants do not oppose Cummins' request; and

Whereas, Cummins Inc. has made no prior requests to extend the schedule for its preparation and filing of its Responses;

IT IS HEREBY STIPULATED, by and between undersigned counsel for the parties, without waiving any rights, defenses, or arguments they may assert, except as set forth below, and subject to the approval of the Court, as follows:

1. Cummins shall have until April 13, 2012 to file its Responses in opposition to Defendants' respective Motions to Dismiss Cummins' Amended Complaint.

2. Defendants shall files their respective Replies in support of their respective Motions to Dismiss on or before May 3, 2012.

February 22, 2012

KEVIN M. FLYNN & ASSOCIATES
~~Kevin M. Flynn~~ Sara Siegall
77 West Wacker, Suite 4800
Chicago, Illinois 60601
312-456-0240
*Attorney for Cummins, Inc.*

February 22, 2012

BINGHAM McCUTCHEN LLP
Carol E. Head
One Federal Street
Boston, MA 02110
617-951-8000
*Attorney for Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC*

February 21, 2012

PILLSBURY WINTHROP SHAW PITTMAN, LLP
Maria T. Galeno
1540 Broadway
New York, NY 10036
212-858-1500
*Attorney for New York Life Insurance Company and New York Life Insurance and Annuity Corporation*

3

February 21, 2012

*(signature)*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Seth M. Schwartz
Four Times Square
New York, NY 10036
212-735-3000
*Attorney for Tremont Group Holdings, Tremont Partners, Inc., Tremont (Bermuda) Ltd., Tremont Capital Management, Inc., and Rye Investment Management*

February 22, 2012

*David J. Kanfer (signature)*
TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
David J. Kanfer
900 Third Ave.
New York, NY 10022
212-508-6700
*Attorney for Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market Fund XL, L.P., and Tremont Opportunity Fund III, L.P.*

February 22, 2012

*David A. Kotler (signature)*
DECHERT LLP
~~William K. Dodds~~ David A. Kotler
1095 Ave. of the Americas
New York, NY 10036
212-698-3500
*Attorney for Oppenheimer Acquisition Corp.*

So Ordered:

*/s/ Thomas P. Griesa*
Hon. Thomas P. Griesa, United States District Court Judge

2/27/12

4