UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | : | Master File No. 08 Civ. 11117(TPG) |
| _____ | : | |
| This Document Relates to: | | **NOTICE OF APPEARANCE** |
| ALL CASES | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that David A. Kotler, admitted to practice before this Court, of the law firm of DECHERT LLP hereby enters his appearance as counsel of record on behalf of OppenheimerFunds, Inc., defendant in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that David A. Kotler also remains as counsel for defendant Oppenheimer Acquisition Corp. ("OAC") in this matter.

Dated: Princeton, New Jersey
       February 28, 2012

DECHERT LLP

By:   /s/ David A. Kotler
David A. Kotler
david.kotler@dechert.com
902 Carnegie Center, Suite 500
Princeton, New Jersey  08540
Tel.: (609) 955-3200
Fax: (609) 955-3259
*Attorneys for Defendants*
*Oppenheimer Acquisition Corp. and*
*OppenheimerFunds, Inc.*

14340623