PILLSBURY WINTHROP SHAW PITTMAN LLP
Maria T. Galeno
Greg T. Lembrich
1540 Broadway
New York, NY 10036-4039
Tel.: (212) 858-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket No. 08-Civ-11117 (TPG) |
| F. DANIEL PRICKETT,<br><br>Plaintiff,<br><br>- against -<br><br>NEW YORK LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | Civil Action No. 1:09-03137 (TPG) |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Maria T. Galeno and exhibits thereto, Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation, by and through their undersigned counsel, will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff F. Daniel Prickett's Amended Complaint filed with

this Court on December 19, 2011, for the reasons set forth in the accompanying memorandum, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to an Order of the Court dated January 25, 2012, opposing papers, if any, shall be served by March 30, 2012.

Dated: New York, New York
       February 28, 2012

                    PILLSBURY WINTHROP SHAW PITTMAN LLP

By:     s/ Maria T. Galeno
        Maria T. Galeno
        Greg T. Lembrich
        1540 Broadway
        New York, NY  10036
        Telephone: (212) 858-1000
        Fax: (212) 858-1500
        maria.galeno@pillsburylaw.com
        greg.lembrich@pillsburylaw.com

*Attorneys for Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation*