UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | : Master File No. 08 Civ. 11117(TPG) |
| _____ : | |
| This Document Relates to: | |
| : | |
| F. DANIEL PRICKETT | No. 09 Civ. 03137 (TPG) |
| : | |
| Plaintiff, | **Electronically Filed** |
| : | |
| - against - | |
| : | |
| NEW YORK LIFE INSURANCE COMPANY, et al. | |
| : | |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION BY THE MASSMUTUAL DEFENDANTS
TO DISMISS THE COMPLAINT**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that, upon the Memorandum of Law submitted herewith, defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC ("MassMutual"), by their counsel, Bingham McCutchen LLP, will move this Court before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice plaintiffs' claims against MassMutual for fraud (Count I), negligent misrepresentation (Count II), unjust enrichment (Count III), and aiding and abetting fraud and breach of fiduciary duty (Count V).

A/74780810.1

PLEASE TAKE FURTHER NOTICE that the last day to serve any opposition papers to this motion is March 30, 2012 pursuant to the Court's January 25, 2012 Order (Dkt. No. 18).

| | |
|---|---|
| DATED:  February 29, 2012 | **BINGHAM McCUTCHEN LLP** |
| | /s/ Carol E. Head |
| | Kenneth I. Schacter |
| | 399 Park Avenue |
| | New York, NY  10022-4689 |
| | Tel.: 212.705.7000 |
| | Fax: 212.752.5378 |
| | kenneth.schacter@bingham.com |
| | |
| | Joseph L. Kociubes* |
| | joe.kociubes@bingham.com |
| | Carol E. Head* |
| | carol.head@bingham.com |
| | One Federal Street |
| | Boston, MA 02110 |
| | Tel.: 617.951.8000 |
| | Fax: 617.951.8736 |
| | *admitted pro hac vice |
| | |
| | *Attorneys for Defendant Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC* |

2

A/74780810.1