| XL Fund Limited Partners | Counsel | AMOUNT |
|---|---|---|
| Lakeview Investment, LP | Rozco | $25,150,000 |
| Phoenix Lake Partners, L.P. | R&R | $4,300,000 |
| 2005 Tomchin Family Charitable Trust | Rozco | $1,600,000 |
| Elendow Fund, LLC | Shalov | $5,875,000 |
| FutureSelect Prime Advisor II LLC | TAF | $48,022,961 |
| The Merriwell Fund Limited Partnership | TAF | $12,336,213 |
| Meridian Horizon Fund, LP | Berman | $25,000,000 |
| Meridian Horizon Fund II, LP | Berman | $4,255,000 |
| Meridian Diversified Fund, LP | Berman | $13,800,000 |
| Spectrum Equities, L.P. | R&O | $14,110,000 |
| Spectrum Select, L.P. | R&O | $12,050,000 |
| Spectrum Select II, L.P. | R&O | $1,200,000 |
| Securion I, LP (DE limited partnership) | AMAJIE | $2,673,341 |
| Lawrence J. Rothschild | Berman | $1,057,680 |
| Penni Fromm / Fromm IRA | R&O | $1,500,000 |
| PEF Associates, Inc. | R&O | $215,000 |
| Brian Gaines | R&O | $500,000 |
| John Johnson IRA | R&O | $ |
| Dr. David & Rand Swartzwald | R&O | $ |
| Jerry Weiss & Donna Weiss Trust | R&O | $670,000 |
| Paula Zitrin Trust / Paula Zitrin IRA | R&O | $1,411,000 |
| Dr. Jaron Zitrin & Paula Zitrin | R&O | $100,000 |
| Rachel Zitrin & Paula Zitrin | R&O | $100,000 |
| Dr. Roger Zitrin IRA / Roth IRA | R&O | $446,000 |
| Carrsworld Partnership | R&O | $2,860,000 |
| William Charlton / Pension Plan | R&O | $2,700,000 |
| Dataman Group, Inc. | R&O | $247,265 |
| Dale Filhaber & Edward Filhaber | R&O | $250,000 |
| Mayfair Associates, Roger Schwab | R&O | $470,000 |
| Allen Meisels | R&O | $1,200,000 |
| John Paluska Revocable Trust | R&O | $215,000 |
| SBM Investments LLP | R&O | $3,000,000 |
| Roger L Schwab Revocable Trust | R&O | $300,000 |
| Walter L Schwab Revocable Trust | R&O | $2,672,845 |
| Ed Trimas | R&O | $ |
| Bryan and Sharon Faith | T. Karen | $500,000 |
| **Sub-Total - XL Fund opt-outs** | | $190,787,305 |
| | | |
| *XL Fund LPs in the Settlement Class* | | |
| Jerry Heller | Rozco | $5,000,000 |
| Judah Werkin | Rozco | $1,000,000 |
| | | |
| *Total Unaffiliated XL Fund LPs* | | $196,787,305 |