May 11, 2011

**Via First Class Mail – Return Receipt Requested**

In re Tremont Securities Law and State Law Litigation Claim Forms
c/o Notice and Claims Administrator
P.O. Box 9675
Dublin, Ohio  43017-4975

   Re: *In re Tremont Securities Law, State Law, and Insurance Litigation*
     Civ. No. 08-11117 (TPG)
     Request for Exclusion from Settlement Class

To Whom It May Concern:

This request for exclusion from the Settlement Class in the above-referenced action is made by and on behalf of Lakeview Investment, LP ("Lakeview"), c/o Vista Mgmt., Co., 100 Smith Ranch Road, Suite 116, San Rafael, California, 94903, (415) 492-3414.

Lakeview requests exclusion from the Settlement Class with respect to its investment in Rye Select Broad Market XL Fund, L.P. ("XL Fund"). Lakeview initially contributed $22,950,000 in capital to XL Fund on July 31, 2007, and made additional capital contributions to XL Fund on May 1, 2008, in the amount of $1,000,000, and on October 1, 2008, in the amount of $1,200,000. Lakeview never received a distribution of capital from XL Fund. As of October 31, 2008, the amount of Lakeview's capital account balance in XL Fund, as reported by XL Fund and its agents and affiliates, was $28,036,768.11. Lakeview did not contribute to or withdraw capital from XL Fund in November 2008. The amount of Lakeview's capital account balance in XL Fund as of November 30, 2008, based on reports prepared by XL Fund and its agents and affiliates, is $29,312,441.06.

Please let me know right away if you require any further information.

Lakeview Investment, LP

By: _____
Richard M. Glantz
President of General Partner
Vista Management, Co.