**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| OMB APPROVAL |
|---|
| OMB NUMBER: 3235-0076 |
| Expires: April 30, 2008 |
| Estimated average burden hours per response....... 16.00 |

# FORM D

## NOTICE OF SALE OF SECURITIES PURSUANT TO REGULATION D, SECTION 4(6), AND/OR UNIFORM LIMITED OFFERING EXEMPTION

| SEC USE ONLY |  |
|---|---|
| Prefix | Serial |
| DATE RECEIVED | |

Name of Offering  (☐ check if this is an amendment and name has changed, and indicate change.)
**Rye Select Broad Market XL Fund, L.P. – Offering of Limited Partnership Interests**

Filing Under (Check box(es) that apply):   ☐ Rule 504   ☐ Rule 505   ☒ Rule 506   ☐ Section 4(6)   ☐ ULOE
Type of Filing:   ☒ New Filing   ☐ Amendment

RECEIVED
MAR 1 0 2008
Department of Corporations
Los Angeles

### A. BASIC IDENTIFICATION DATA

1. Enter the information requested about the issuer

Name of Issuer  (☐ check if this is an amendment and name has changed, and indicate change.)
**Rye Select Broad Market XL Fund, L.P.**

| Address of Executive Offices  (Number and Street, City, State, Zip Code) | Telephone Number (Including Area Code) |
|---|---|
| c/o Tremont Partners, Inc. 555 Theodore Fremd Avenue, Suite C-300, Corporate Center at Rye, Rye, NY 10580 | (914) 925-1140 |
| Address of Principal Business Operations   (Number and Street, City, State, Zip Code) (if different from Executive Offices)   Same as above | Telephone Number (Including Area Code) Same as above |

Brief Description of Business: **Investments in Swap Transactions**

Type of Business Organization
☐ corporation             ☒ limited partnership, already formed          ☐ other (please specify):
☐ business trust          ☐ limited partnership, to be formed

Actual or Estimated Date of Incorporation or Organization:   Month [0][7]   Year [0][6]   ☐ Actual   ☒ Estimated
Jurisdiction of Incorporation or Organization: (Enter two-letter U.S. Postal Service abbreviation for State: [D][E]
CN for Canada; FN for other foreign jurisdiction)

### GENERAL INSTRUCTIONS

**Federal:**

*Who Must File:* All issuers making an offering of securities in reliance on an exemption under Regulation D or Section 4(6), 17 CFR 230.501 et seq. Or 15 U.S.C. 77d(6).

*When To File:* A notice must be filed no later than 15 days after the first sale of securities in the offering. A notice is deemed filed with the U.S. Securities and Exchange Commission (SEC) on the earlier of the date it is received by the SEC at the address given below or, if received at that address after the date on which it is due on the date it was mailed by United States registered or certified mail to that address.

*Where to File:* U.S. Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549.

*Copies Required:* Five (5) copies of this notice must be filed with the SEC, one of which must be manually signed. Any copies not manually signed must be photocopies of the manually signed copy or bear typed or printed signatures.

*Information Required:* A new filing must contain all information requested. Amendments need only report the name of the issuer and offering, any changes thereto, the information requested in Part C, and any material changes from the information previously supplied in Parts A and B. Part E need not be filed with the SEC.

*Filing Fee:* There is no federal filing fee.

**State:**
This notice shall be used to indicate reliance on the Uniform Limited Offering exemption (ULOE) for sales of securities in those state that have adopted ULOE and that have adopted this form. Issuers relying on ULOE must file a separate notice with the Securities Administrator in each state where sales are to be, or have been made. If a state requires the payment of a fee as a precondition to the claim for the exemption, a fee in the proper amount shall accompany this form. This notice shall be filed in the appropriate states in accordance with state law. The Appendix to the notice constitutes a part of this notice and must be completed.

— **ATTENTION** —

**Failure to file notice in the appropriate states will not result in a loss of the federal exemption. Conversely, failure to file the appropriate federal notice will not result in a loss of an available state exemption unless such exemption is predicated on the filing of a federal notice.**

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid **OMB** control number.

SEC 1972 (2-97) 1 of 8

746671v1

## A. BASIC IDENTIFICATION DATA

2. Enter the information requested for the following:
   - Each promoter of the issuer, if the issuer has been organized within the past five years;
   - Each beneficial owner having the power to vote or dispose, or direct the vote or disposition of, 10% or more of a class of equity securities of the issuer;
   - Each executive officer and director of corporate issuers and of corporate general and managing general partners of partnership issuers; and
   - Each general and managing partner of partnership issuers.

| Check Box(es) that Apply: | ☒ Promoter | ☐ Beneficial Owner | ☐ Executive Officer | ☐ Director | ☒ General and/or Managing Partners |

Full Name (Last name first, if individual)
**Tremont Partners, Inc.**

Business or Residence Address (Number and Street, City, State, Zip Code)
**555 Theodore Fremd Avenue, Suite C-300, Corporate Center at Rye, Rye, NY 10580**

| Check Box(es) that Apply: | ☐ Promoter | ☐ Beneficial Owner | ☒ Executive Officer | ☒ Director | ☐ General and/or Managing Partners |

Full Name (Last name first, if individual)
**Schulman, Robert I.**

Business or Residence Address (Number and Street, City, State, Zip Code)
**c/o Tremont Partners, Inc. 555 Theodore Fremd Avenue, Suite C-300, Corporate Center at Rye, Rye, NY 10580**

| Check Box(es) that Apply: | ☐ Promoter | ☐ Beneficial Owner | ☒ Executive Officer | ☐ Director | ☐ General and/or Managing Partners |

Full Name (Last name first, if individual)
**Pologe, Stuart**

Business or Residence Address (Number and Street, City, State, Zip Code)
**c/o Tremont Partners, Inc. 555 Theodore Fremd Avenue, Suite C-300, Corporate Center at Rye, Rye, NY 10580**

| Check Box(es) that Apply: | ☐ Promoter | ☐ Beneficial Owner | ☒ Executive Officer | ☐ Director | ☐ General and/or Managing Partners |

Full Name (Last name first, if individual)
**Kelly, Patrick**

Business or Residence Address (Number and Street, City, State, Zip Code)
**c/o Tremont Partners, Inc. 555 Theodore Fremd Avenue, Suite C-300, Corporate Center at Rye, Rye, NY 10580**

| Check Box(es) that Apply: | ☐ Promoter | ☐ Beneficial Owner | ☒ Executive Officer | ☐ Director | ☐ General and/or Managing Partners |

Full Name (Last name first, if individual)
**Silleta, John**

Business or Residence Address (Number and Street, City, State, Zip Code)
**c/o Tremont Partners, Inc. 555 Theodore Fremd Avenue, Suite C-300, Corporate Center at Rye, Rye, NY 10580**

| Check Box(es) that Apply: | ☐ Promoter | ☐ Beneficial Owner | ☐ Executive Officer | ☐ Director | ☐ General and/or Managing Partners |

Full Name (Last name first, if individual)


Business or Residence Address (Number and Street, City, State, Zip Code)


| Check Box(es) that Apply: | ☐ Promoter | ☐ Beneficial Owner | ☐ Executive Officer | ☐ Director | ☐ General and/or Managing Partners |

Full Name (Last name first, if individual)


Business or Residence Address (Number and Street, City, State, Zip Code)


(Use blank sheet, or copy and use additional copies of this sheet, as necessary.)

## B. INFORMATION ABOUT OFFERING

|   | Yes | No |
|---|---|---|
| 1. Has the issuer sold, or does the issuer intend to sell, to non-accredited investors in this offering? | ☐ | ☒ |

Answer also in Appendix, Column 2, if filing under ULOE.

2. What is the minimum investment that will be accepted from any individual?      $500,000*

\* The General Partner may accept a lesser amount in its sole discretion

|   | Yes | No |
|---|---|---|
| 3. Does the offering permit joint ownership of a single unit? | ☒ | ☐ |

---

4. Enter the information requested for each person who has been or will be paid or given, directly or indirectly, any commission or similar remuneration for solicitation of purchasers in connection with sales of securities in the offering. If a person to be listed is an associated person of a broker or dealer registered with the SEC and/or with a state or states, list the name of the broker or dealer. If more than five (5) persons to be listed are associated person of such a broker or dealer, you may set forth the information for that broker or dealer only. **N/A**

Full Name (Last name first, if individual)

Business or Residence Address    (Number and Street, City, State, Zip Code)

Name of Associated Broker or Dealer

States in Which Person Listed has Solicited or Intends to Solicit Purchasers
(Check "All States" or check individual States).......................................................................................................... ☐All States

| [AL] | [AK] | [AZ] | [AR] | [CA] | [CO] | [CT] | [DE] | [DC] | [FL] | [GA] | [HI] | [ID] |
| [IL] | [IN] | [IA] | [KS] | [KY] | [LA] | [ME] | [MD] | [MA] | [MI] | [MN] | [MS] | [MO] |
| [MT] | [NE] | [NV] | [NH] | [NJ] | [NM] | [NY] | [NC] | [ND] | [OH] | [OK] | [OR] | [PA] |
| [RI] | [SC] | [SD] | [TN] | [TX] | [UT] | [VT] | [VA] | [WA] | [WV] | [WI] | [WY] | [PR] |

Full Name (Last name first, if individual)

Business or Residence Address    (Number and Street, City, State, Zip Code)

Name of Associated Broker or Dealer

States in Which Person Listed has Solicited or Intends to Solicit Purchasers
(Check "All States" or check individual States).......................................................................................................... ☐All States

| [AL] | [AK] | [AZ] | [AR] | [CA] | [CO] | [CT] | [DE] | [DC] | [FL] | [GA] | [HI] | [ID] |
| [IL] | [IN] | [IA] | [KS] | [KY] | [LA] | [ME] | [MD] | [MA] | [MI] | [MN] | [MS] | [MO] |
| [MT] | [NE] | [NV] | [NH] | [NJ] | [NM] | [NY] | [NC] | [ND] | [OH] | [OK] | [OR] | [PA] |
| [RI] | [SC] | [SD] | [TN] | [TX] | [UT] | [VT] | [VA] | [WA] | [WV] | [WI] | [WY] | [PR] |

Full Name (Last name first, if individual)

Business or Residence Address    (Number and Street, City, State, Zip Code)

Name of Associated Broker or Dealer

States in Which Person Listed has Solicited or Intends to Solicit Purchasers
(Check "All States" or check individual States).......................................................................................................... ☐All States

| [AL] | [AK] | [AZ] | [AR] | [CA] | [CO] | [CT] | [DE] | [DC] | [FL] | [GA] | [HI] | [ID] |
| [IL] | [IN] | [IA] | [KS] | [KY] | [LA] | [ME] | [MD] | [MA] | [MI] | [MN] | [MS] | [MO] |
| [MT] | [NE] | [NV] | [NH] | [NJ] | [NM] | [NY] | [NC] | [ND] | [OH] | [OK] | [OR] | [PA] |
| [RI] | [SC] | [SD] | [TN] | [TX] | [UT] | [VT] | [VA] | [WA] | [WV] | [WI] | [WY] | [PR] |

(Use blank sheet, or copy and use additional copies of this sheet, as necessary.)

## C. OFFERING PRICE, NUMBER OF INVESTORS, EXPENSES AND USE OF PROCEEDS

1. Enter the aggregate offing price of securities included in this offering and the total amount already sold. Enter "0" if the answer is "none" or "zero". If the transaction is an exchange offering, check this box ☐ and indicate in the columns below the amounts of the securities offered for exchange and already exchanged.

| Type of Security | Aggregate Offering Amount | Amount Already Sold |
|---|---|---|
| Debt | $ | $ |
| Equity | $ | $ |
| ☐ Common   ☐ Preferred | | |
| Convertible Securities (including warrants) | $ | $ |
| Partnership Interests (issued in various classes) | $ 1,000,000,000 | $ 406,397,352 |
| Other - | $ | $ |
| Total | $ 1,000,000,000 | $ 406,397,352 |

Answer also in Appendix, Column 3, if filing under ULOE

2. Enter the number of accredited and non-accredited investors who have purchased securities in this offering and the aggregate dollar amounts of their purchases. For offerings under Rule 504, indicate the number of persons who have purchased securities and the aggregate dollar amount of their purchases on the total lines. Enter "0" if answer is "none" or "zero".

| | Number Investors | Aggregate Dollar Amount of Purchases |
|---|---|---|
| Accredited Investors | 137 | $ 406,397,352 |
| Non-accredited Investors | 0 | $ 0 |
| Total (for filings under Rule 504 only) | N/A | $ 0 |

Answer also in Appendix, Column 4, if filing under ULOE

3. If this filing is for an offering under Rule 504 or 505, enter the information requested for all securities sold by the issuer, to date, in offerings of the types indicated, in the twelve (12) months prior to the first sale of securities in this offering. Classify securities by type listed in Part C - Question 1.

| Type of offering | Type of Security | Dollar Amount Sold |
|---|---|---|
| Rule 505 | N/A | $ 0 |
| Regulation A | N/A | $ 0 |
| Rule 504 | N/A | $ 0 |
| Total | N/A | $ 0 |

4. a. Furnish a statement of all expenses in connection with the issuance and distribution of the securities in this offering. Exclude amounts relating solely to organization expenses of the issuer. The information may be given as subject to future contingencies. If the amount of an expenditure is not known, furnish an estimate and check the box to the left of the estimate.

| | | |
|---|---|---|
| Transfer Agent's Fees | ☐ | $ |
| Printing and Engraving Costs | ☐ | $ |
| Legal Fees | ☒ | $ 45,000 |
| Accounting Fees | ☒ | $ 20,000 |
| Engineering Fees | ☐ | $ |
| Sales Commissions (specify finder's fees separately) | ☐ | $ |
| Other Expenses (identify), Marketing Expenses | ☒ | $ 10,000 |
| Total | ☒ | $ 75,000 |

### C. OFFERING PRICE, NUMBER OF INVESTORS, EXPENSES AND USE OF PROCEEDS

b. Enter the difference between the aggregate offering price given in response to Part C - Question 1 and the total expenses furnished in response to Part C - Question 4.a. this difference is the "adjusted gross proceeds to the issuer"......................................................... $ 999,925,000

5. Indicate below the amount of the adjusted gross proceeds to the issuer used or proposed to be used for each of the purposes shown. If the amount for any purpose is not known, furnish an estimate and check the box to the left of the estimate. The total of the payments listed must equal the adjusted gross proceeds to the issuer set forth in response to Part C - Question 4.b above.

|  | Payments To Officers, Directors, & Affiliates | Payments To Others |
|---|---|---|
| Salaries and fees................................................................................... | ☐ $_____. | ☐ $_____. |
| Purchase of real estate........................................................................... | ☐ $_____. | ☐ $_____. |
| Purchase, rental or leasing and installation of machinery and equipment........ | ☐ $_____. | ☐ $_____. |
| Construction or leasing of plant buildings and facilities................................ | ☐ $_____. | ☐ $_____. |
| Acquisition of other businesses (including the value of securities involved in this offering that may be used in exchange for the assets or securities of another issuer pursuant to a merger).................................................................. | ☐ $_____. | ☐ $_____. |
| Repayment on indebtedness................................................................... | ☐ $_____. | ☐ $_____. |
| Working capital..................................................................................... | ☐ $_____. | ☐ $_____. |
| Other (specify): **Investments in Swap Transactions**0 | ☐ $_____. | ☒ $ 999,925,000 |
| Column Totals...................................................................................... | ☐ $_____. | ☒ $ 999,925,000 |
| Total Payments Listed (column totals added).......................................... | ☒ $999,925,000 | |

### D. FEDERAL SIGNATURE

The issuer has duly caused this notice to be signed by the undersigned duly authorized person. If this notice is filed under Rule 505, the following signature constitutes an undertaking by the issuer to furnish to the U.S. Securities Commission, upon written request of its staff, the information furnished by the issuer to any non-accredited investor pursuant to paragraph (b)(2) of Rule 502.

| Issuer (Print or Type) | Signature | Date |
|---|---|---|
| Rye Select Broad Market XL Fund, L.P. | *[signature]* | 3/4/08 |
| Name of Signer (Print or Type) By: Tremont Partners, Inc., General Partner By: Harry Hodges | Title of Signer (Print or Type) Vice President/Supervisor – Investor Services | |

RECEIVED
MAR 1 0 2008
Department of Corporations
Los Angeles

_____ **ATTENTION** _____
**Intentional misstatements or omissions of fact constitute federal criminal violations. (See 18 U.S.C. 1001.)**

## STATE SIGNATURE

1. Is any party described in 17 CFR 230.262 presently subject to any of the disqualification provisions of such rule?    No ☐   Yes ☐

   See Appendix, Column 5 for state response.    Not applicable.

2. The undersigned issuer hereby undertakes to furnish to any state administrator of any state in which this notice is filed, a notice on Form D (17 CFR 239.500) at such times as required by state law.    Not applicable.

3. The undersigned issuer hereby undertakes to furnish to the state administrators, upon written request, information furnished by the issuer to offerees.    Not applicable.

4. The undersigned issuer represents that the issuer is familiar with the conditions that must be satisfied to be entitled to the Uniform Limited Offering Exemption (ULOE) of the state in which this notice is filed and understands that the issuer claiming the availability of the exemption has the burden of establishing that these conditions have been satisfied.    Not applicable.

The issuer has read this notification and knows the contents to be true and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

| Issuer (Print or Type)<br><br>**Rye Select Broad Market XL Fund, L.P.** | Signature *[signed]* | Date 3/4/08 |
|---|---|---|
| Name of Signer (Print or Type)<br><br>By: Tremont Partners, Inc., General Partner<br>By: Harry Hodges | Title of Signer (Print or Type)<br><br>Vice President/Supervisor – Investor Services | |

RECEIVED
MAR 1 0 2008
Department of Corporations
Los Angeles

*Instruction:*
Print the name and title of the signing representative under his signature for the state portion of this form. One copy of every notice on Form D must be manually signed. Any copies not manually signed must be photocopies of the manually signed copy or bear typed or printed signatures.

# APPENDIX

| 1 | 2 | | 3 | 4 | | | | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Intend to sell to non-accredited investors in State (Part B-Item 1) | | Type of security and aggregate offering price offered in State (Part C-Item 1) | Type of investor and amount purchased in State (Part C-Item 2) | | | | | Disqualification under State ULOE (if yes, attach explanation of waiver granted) (Part E-Item 1) | |
| State | Yes | No | Limited Partnership Interests $500,000,000 | Number of Accredited Investors | Amount | Number of Non-Accredited Investors | Amount | | Yes N/A | No N/A |
| AL | | | | | | | | | | |
| AK | | | | | | | | | | |
| AZ | | | | | | | | | | |
| AR | | | | | | | | | | |
| CA | | X | X | 5 | $29,598,000 | 0 | 0 | | X | X |
| CO | | X | X | 2 | $1,800,000 | 0 | 0 | | X | X |
| CT | | X | X | 4 | $3,260,000 | 0 | 0 | | X | X |
| DE | | | | | | | | | | |
| DC | | | | | | | | | | |
| FL | | X | X | 48 | $69,858,043 | 0 | 0 | | X | X |
| GA | | | | | | | | | | |
| HI | | | | | | | | | | |
| ID | | | | | | | | | | |
| IL | | X | X | 5 | $14,282,484 | 0 | 0 | | X | x |
| IN | | | | | | | | | | |
| IA | | | | | | | | | | |
| KS | | | | | | | | | | |
| KY | | | | | | | | | | |
| LA | | | | | | | | | | |
| ME | | | | | | | | | | |
| MD | | | | | | | | | | |
| MA | | X | X | 7 | $7,328,000 | 0 | 0 | | X | X |
| MI | | | | | | | | | | |
| MN | | X | X | 3 | $9,600,000 | 0 | 0 | | X | X |
| MS | | | | | | | | | | |
| MO | | | | | | | | | | |

APPENDIX

| 1 | 2 | | 3 | 4 | | | | 5 | |
|---|---|---|---|---|---|---|---|---|---|
| | Intend to sell to non-accredited investors in State (Part B-Item 1) | | Type of security and aggregate offering price offered in State (Part C-Item 1) | Type of investor and amount purchased in State (Part C-Item 2) | | | | Disqualification under State ULOE (if yes, attach explanation of waiver granted) (Part E-Item 1) | |
| State | Yes | No | Limited Partnership Interests $500,000,000 | Number of Accredited Investors | Amount | Number of Non-Accredited Investors | Amount | Yes N/A | No N/A |
| MT | | | | | | | | | |
| NE | | | | | | | | | |
| NV | | | | | | | | | |
| NH | | X | X | 1 | $500,000 | 0 | 0 | X | X |
| NJ | | X | X | 7 | $35,635,000 | 0 | 0 | X | x |
| NM | | | | | | | | | |
| NY | | X | X | 36 | $131,489,179 | 0 | 0 | X | X |
| NC | | | | | | | | | |
| ND | | | | | | | | | |
| OH | | | | | | | | | |
| OK | | | | | | | | | |
| OR | | | | | | | | | |
| PA | | | | | | | | | |
| RI | | X | X | 1 | $2,065,535 | 0 | 0 | X | X |
| SC | | | | | | | | | |
| SD | | | | | | | | | |
| TN | | X | X | 3 | $35,969,595 | 0 | 0 | X | X |
| TX | | | | | | | | | |
| UT | | | | | | | | | |
| VT | | | | | | | | | |
| VA | | | | | | | | | |
| WA | | X | X | 6 | $51,000,000 | 0 | 0 | X | X |
| WV | | | | | | | | | |
| WI | | X | X | 8 | $13,511,516 | 0 | 0 | X | X |
| WY | | X | X | 1 | $500,000 | 0 | 0 | X | X |
| PR | | | | | | | | | |