UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket No. 08-Civ-11117 (TPG) |
| YALE M. FISHMAN 1998 INSURANCE TRUST, Individually and On Behalf of All Others Similarly Situated and Derivatively on Behalf of the Nominal Defendant, | Civil Action No. 11-cv-1283 (TPG) <br><br> CLASS ACTION |
| Plaintiff, | MOTION FOR ADMISSION PRO HAC VICE |
| vs. | |
| PHILADELPHIA FINANCIAL LIFE ASSURANCE COMPANY F/K/A AGL LIFE ASSURANCE COMPANY, et al. | |
| Defendants, | |
| -and- | |
| TREMONT OPPORTUNITY FUND III, L.P., et al. | |
| Nominal Defendants | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, DAVID T. MCDOWELL, hereby move this Court for an Order for admission to practice Pro Hac Vice to Appear as Counsel for PHILADELHIA FINANCIAL LIFE ASSURANCE COMPANY F/K/A AGL LIFE ASSURANCE COMPANY in the above captioned action.

I am in good standing of the bar(s) of the state(s) of Texas and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: 2/17/2012

Respectfully submitted,

By: _____
David T. McDowell

EDISON, MCDOWELL & HETHERINGTON LLP
Phoenix Tower
3200 Southwest Freeway, Suite 2100
Houston, Texas 77027
Telephone: 713-337-5580
Facsimile: 713-337-8850

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record by certified mail, return receipt requested, on this 17th day of February, 2012:

Samuel H. Rudman
David A. Rosenfeld
Edward Y. Kroub
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
Facsimile: 631/367-1173

Seth M. Schwartz
Jason C. Vigna
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Telephone: 212/735-3000

David A. Kotler
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: 212/698-3557

Kenneth Schacter
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022

Jonathan D. Cogan
KOBRE & KIM, LLP
800 Third Avenue
New York, NY 10022

Thomas Finn
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

Ralph A. Siciliano
TANNENBAUM HELPREN SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, NY 10022

_____
David T. McDowell

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

February 02, 2012

RE:   **Mr. David T. McDowell**
      State Bar Number - **00791222**

To Whom it May Concern:

This is to certify that Mr. David T. McDowell was licensed to practice law in Texas on November 04, 1994 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/pv



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket No. 08-Civ-11117 (TPG) |
| YALE M. FISHMAN 1998 INSURANCE TRUST, Individually and On Behalf of All Others Similarly Situated and Derivatively on Behalf of the Nominal Defendant, | Civil Action No. 11-cv-1283 (TPG) <br><br> <u>CLASS ACTION</u> |
| Plaintiff, <br><br> vs. <br><br> PHILADELPHIA FINANCIAL LIFE ASSURANCE COMPANY F/K/A AGL LIFE ASSURANCE COMPANY, et al. <br><br> Defendants, <br><br> -and- <br><br> TREMONT OPPORTUNITY FUND III, L.P., et al. <br><br> Nominal Defendants | ORDER FOR ADMISSION PRO HAC VICE |

The motion of DAVID T. MCDOWELL, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declares that he is a member in good standing of the bar of the state of Texas; and that his contact information is as follows:

> David T. McDowell
> Edison, McDowell & Hetherington, LLP
> 3200 Southwest Freeway, Suite 2100
> Houston, Texas 77027
> Telephone: (713)337-5580
> Facsimile: (713)337-8850

Applicant have requested admission Pro Hac Vice to appear for all purposes as counsel for PHILADELHIA FINANCIAL LIFE ASSURANCE COMPANY F/K/A AGL LIFE ASSURANCE COMPANY in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: _____

_____
THE HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE