UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
                                              :
IN RE TREMONT SECURITIES LAW,                 :     **ORDER**
STATE LAW AND INSURANCE                        :
LITIGATION                                     :     09 md 2052
                                              :
                                              :     Master File No.:
                                              :     08 Civ. 11117 (TPG)
                                              :
------------------------------------------------ x
This Document Relates to:
State Law Action: 08 Civ. 11113; Securities
Law Action: 08 Civ. 11212; Insurance
Action: 09 Civ. 557 (TPG);
09 Civ. 3137; 09 Civ. 3708; 10 Civ. 9061;
10 Civ. 9252; 11 Civ. 1283; 11 Civ. 1284;
11 Civ. 1851; 11 Civ. 1687
------------------------------------------------ x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/12
```

William Dodds of Dechert LLP, who represents Oppenheimer

Acquisition Corp. and OppenheimerFunds, Inc., has filed a request to

withdraw as counsel in all of the actions listed above.  The request is

granted.

        SO ORDERED.

Dated:  New York, New York
        March 13, 2012

                                        _____
                                        Thomas P. Griesa
                                        U.S. District Judge