UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket No. 08-Civ-11117 (TPG) |
| YALE M. FISHMAN 1998 INSURANCE TRUST, Individually and On Behalf of All Others Similarly Situated and Derivatively on Behalf of the Nominal Defendant,<br><br>            Plaintiff,<br><br>vs.<br><br>PHILADELPHIA FINANCIAL LIFE ASSURANCE COMPANY F/K/A AGL LIFE ASSURANCE COMPANY, et al.<br><br>            Defendants,<br><br>-and-<br><br>TREMONT OPPORTUNITY FUND III, L.P., et al.<br><br>            Nominal Defendants | Civil Action No. 11-cv-1283 (TPG)<br><br>CLASS ACTION<br><br>ORDER FOR ADMISSION PRO HAC VICE |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/12

The motion of HUTSON B. SMELLEY, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declares that he is a member in good standing of the bar of the state of Texas; and that his contact information is as follows:

> Hutson B. Smelley
> Edison, McDowell & Hetherington, LLP
> 3200 Southwest Freeway, Suite 2100
> Houston, Texas 77027
> Telephone: (713)337-5580
> Facsimile: (713)337-8850

Applicant have requested admission Pro Hac Vice to appear for all purposes as counsel for PHILADELHIA FINANCIAL LIFE ASSURANCE COMPANY F/K/A AGL LIFE ASSURANCE COMPANY in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: 3/13/12

_____
THE HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE