UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| This Document Relates to: THE INSURANCE ACTION, 09 Civ. 557 (TPG), specifically to: THE INTERNATIONAL DAD TRUST, Plaintiff, -against- TREMONT OPPORTUNITY FUND III, L.P., ET AL, Defendants. | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/16/12  11 Civ. 1687 (TPG) ECF Case  09 cv 557 Insurance Action |

## STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS IN PLAINTIFF'S FIRST AMENDED COMPLAINT

WHEREAS, on December 19, 2011, Plaintiff The International DAD Trust filed a First Amended Complaint; and

WHEREAS, on February 14, 2012, Defendants filed separate motions to dismiss the Plaintiff's First Amended Complaint with respect to the claims asserted against them;

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, and subject to the approval of the Court, as follows:

1.  Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff dismisses the following claims with prejudice and with each party bearing its own fees, costs and expenses:

STIPULATION AND [PROPOSED] ORDER – PAGE 1
996381.2

a.  the Second Cause of Action for violation of the Texas Securities Act article 581-33F(1) against all Defendants;

b.  the Third Cause of Action for violation of the Texas Securities Act article 581-33F(2) against all Defendants; and

c.  the Fifth Cause of Action for common-law negligence against Defendants Tremont Opportunity Fund III, L.P., Tremont International Insurance Fund, L.P., Tremont Partners, Inc., Rye Investment Management, and Tremont Group Holdings, Inc.

2.  Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff dismisses all claims against Defendants Massachusetts Mutual Life Insurance Company, MassMutual Holding LLC and Oppenheimer Acquisition Corp. with prejudice and with each party bearing its own fees, costs and expenses.

3.  All other claims asserted in Plaintiff's First Amended Complaint shall remain pending. Defendants Tremont Opportunity Fund III, L.P., Tremont International Insurance Fund, L.P., Tremont Partners, Inc., Rye Investment Management, and Tremont Group Holdings, Inc.'s Motions to Dismiss shall also remain pending, and the deadline for those Defendants to file any reply brief in support of their Motions to Dismiss shall be filed no later than twenty (20) days after Plaintiff files any memorandum in opposition as set forth in the Parties' stipulation ordered by the Court on February 3, 2012 (Dkt. Entry 666 in 08 Civ. 11117).

Dated: March 15, 2012.

        Respectfully submitted,

        LOOPER REED & McGRAW, PC

        By: /s/ Ralph C. Perry-Miller
            RALPH C. PERRY-MILLER
            Texas State Bar No. 15810300
            rperry-miller@lrmlaw.com
        1601 Elm Street, Suite 4600
        Dallas, Texas 75201
        Telephone: (214) 954-4135

        ATTORNEYS FOR PLAINTIFF


        TANNENBAUM HELPERN
        SYRACUSE & HIRSCHTRITT LLP


        By: /s/ David J. Kanfer (w/permission)
            DAVID J. KANFER
        900 Third Avenue
        New York, New York 10022
        Telephone: (212) 508-6700

        ATTORNEYS FOR TREMONT OPPORTUNITY
        FUND III, L.P., AND TREMONT INTERNATIONAL
        INSURANCE FUND

        SKADDEN, ARPS, SLATE,
        MEAGHER FLOM LLP

        By: /s/ Jason C. Vigna (w/permission)
            JASON C. VIGNA
        Four Times Square
        New York, New York 10036
        Telephone: (212) 735-3000

        ATTORNEYS FOR TREMONT GROUP HOLDINGS,
        INC., RYE INVESTMENT MANAGEMENT AND
        TREMONT PARTNERS, INC.

DECHERT LLP

By: /s/ David A. Kotler (w/permission)
DAVID A. KOTLER
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540
Telephone: (609) 955-3200

ATTORNEYS FOR OPPENHEIMER
ACQUISITION CORP.

BINGHAM MCCUTCHEN LLP

By: /s/ Carol E. Head (w/permission)
CAROL E. HEAD
One Federal Street
Boston, Massachusetts 02110
Telephone: (617) 951-8000

SO ORDERED:

/s/ Thomas P. Griesa  3/16/12
Hon. Thomas P. Griesa, United States District Judge

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this 15th day of March, 2012, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ Ralph C. Perry-Miller
RALPH C. PERRY-MILLER