USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
ELENDOW FUND, LLC,

               Plaintiff,

   -against-

RYE SELECT BROAD MARKET XL FUND,
L.P., RYE INVESTMENT MANAGEMENT,
TREMONT CAPITAL MANAGEMENT
INC., TREMONT GROUP HOLDINGS, INC.,
TREMONT PARTNERS, INC.,
MASSMUTUAL LIFE INSURANCE CO.,
MASSMUTUAL HOLDINGS LLC,
OPPENHEIMER ACQUISITION
CORPORATION, RUPERT ALLAN, JIM
MITCHELL and ROBERT SCHULMAN,

               Defendants.
------------------------------x

10 CV 9061 (TPG)

ECF CASE
Electronically Filed

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, as follows:

1. The time for Defendants Massachusetts Mutual Life Insurance Co., MassMutual Holding LLC, Oppenheimer Acquisition Corp., Tremont Group Holdings, Inc., Tremont Partners, Inc., Rye Investment Management, Tremont Capital Management, Inc., Robert Schulman, Rupert Allan and Jim Mitchell (the "Defendants") to answer, move against or otherwise respond to plaintiff's first amended complaint shall be and hereby is adjourned from February 6, 2012, to February 8, 2012.

2. Plaintiff's time to oppose the Defendants' motion(s) to dismiss the amended complaint, if any, shall be and hereby is adjourned from February 29, 2012, to March 2, 2012.

3.  The Defendants' time to file replies in further support of their motions to dismiss, if any, shall be and hereby is adjourned from March 20, 2012, to March 22, 2012.

The Court has granted one previous adjournment in this action, totaling four days.

Dated: New York, New York
February 6, 2012

_____
Lee S. Shalov, Esq.
lshalov@mclaughlinstern.com
McLLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, New York 10016
(212) 448-1100

*Attorneys for Plaintiff*
*Elendow Fund, LLC*

_____
Seth M. Schwartz
Seth.Schwartz@Skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants*
*Tremont Group Holdings, Inc.,*
*Tremont Partners, Inc.,*
*Rye Investment Management,*
*Tremont Capital Management, Inc.,*
*Robert Schulman, Rupert Allan and*
*Jim Mitchell*

_____
David A. Kotler
david.kotler@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500

*Attorneys for Defendant*
*Oppenheimer Acquisition Corp.*

*Carol Head/gs*

Carol E. Head
carol.head@bingham.com
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022

*Attorneys for Defendants*
*Massachusetts Mutual Life Insurance*
*Company and MassMutual Holding LLC*

SO ORDERED

*Thomas P. Griesa*  3/16/12

Hon. Thomas P. Griesa
United States District Court Judge