Griesa, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| This Document Relates to: | |
| YALE M. FISHMAN 1998 INSURANCE TRUST, Individually and on Behalf of All Others Similarly Situated and Derivatively on Behalf of the Nominal Defendant, Plaintiff, - against - PHILADELPHIA FINANCIAL LIFE ASSURANCE COMPANY F/K/A AGL LIFE ASSURANCE COMPANY, et al. Defendants. | 11 Civ. 1283 (TPG) |
| YALE M. FISHMAN 1998 INSURANCE TRUST, et ano, Individually and on Behalf of All Others Similarly Situated and Derivatively on Behalf of the Nominal Defendant, - against - GENERAL AMERICAN LIFE INSURANCE COMPANY, et al., Defendants. | 11 Civ. 1284 (TPG) ECF CASES Electronically Filed |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/12

**STIPULATION AND ~~[PROPOSED]~~ ORDER**

WHEREAS, on February 3, 2012, this Court entered a Stipulation and Order establishing a schedule for briefing defendants' contemplated motions to dismiss the consolidated amended complaints in these actions; and

WHEREAS, certain defendants hereto wish to extend the schedule for briefing all defendants' motions to dismiss and plaintiffs have agreed to that request;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, as follows:

1. The time for defendants to answer, move against or otherwise respond to plaintiffs' consolidated amended complaints shall be and hereby is adjourned from March 9, 2012, to March 16, 2012 (March 23, 2012 for Tremont Opportunity Fund III, L.P., Rye Select Broad Market Insurance Fund L.P., Rye Select Broad Market Prime Fund, L.P. and Rye Select Broad Market XL Fund, L.P. (the "Funds")).

2. Plaintiffs' time to file papers in opposition to the defendants' motion(s) to dismiss the consolidated amended complaints shall be and hereby is adjourned from May 10, 2012, to May 24, 2012.

3. The defendants' time to file reply papers in further support of their motions to dismiss shall be and hereby is adjourned from June 1, 2012, to June 15, 2012 (June 22, 2012 for the Funds).

4. This stipulation does not constitute a waiver by defendants of any

substantive or procedural defense to the consolidated amended complaints.

Dated: New York, New York
March 8, 2012

David Rosenfeld /gJ
David A. Rosenfeld
DRosenfeld@rgrdlaw.com
ROBBINS GELLER
RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
631-367-7100

*Counsel for Plaintiffs*
*Yale M. Fishman 1998 Insurance Trust and*
*Glenn Akiva Fishman Life Insurance Trust*

Seth M. Schwartz
Seth.Schwartz@Skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

*Attorneys for Defendants*
*Tremont Group Holdings, Inc.,*
*Tremont Partners, Inc.,*
*Tremont Capital Management, Inc.,*
*Rye Investment Management,*
*Robert Schulman, Rupert A. Allan,*
*Mark Santero, Cynthia J. Nicoll,*
*Ileana M. Lopez-Balboa,*
*John T. Matwey, Lynn O. Keeshan and*
*Barry H. Colvin*

David Kotler /gJ
David A. Kotler
david.kotler@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

*Attorneys for Defendant*
*Oppenheimer Acquisition Corp.*

Carol Head /s/

Carol E. Head
carol.head@bingham.com
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022

*Attorneys for Defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC*

Jonathan Cogan /s/

Jonathan D. Cogan
jonathan.cogan@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, NY

*Attorneys for Defendants Sandra L. Manzke and Suzanne Hammond*

Thomas Finn /s/

Thomas J. Finn
tfinn@mccarter.com
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

*Attorneys for Defendants General American Life Insurance Company and Metropolitan Life Insurance Company of New York*

Hutson Smelley /s/

Hutson Smelley
hutson.smelley@emhllp.com
EDISON, McDOWELL &
HETHERINGTON LLP
Phoenix Tower
3200 Southwest Freeway
Suite 3100
Houston, TX 77027

*Attorneys for Defendant Philadelphia Financial Life Assurance Company, F/K/A AGL Life Assurance Company*

Ralph Siciliano /s/

Ralph A. Siciliano
siciliano@thsh.com
TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, NY 10022

*Attorneys for Nominal Defendants Tremont Opportunity Fund III, L.P., Rye Select Broad Market Insurance Fund L.P., Rye Select Broad Market Prime Fund, L.P. and Rye Select Broad Market XL Fund, L.P.*

**SO ORDERED**

Thomas P. Griesa

Hon. Thomas P. Griesa
United States District Court Judge

3/13/12