UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| This Document Relates to: INSURANCE ACTION, 09 Civ. 557 (TPG), specifically to: YALE M. FISHMAN 1998 INSURANCE TRUST, Individually and on Behalf of All Others Similarly Situated and Derivatively on Behalf of the Nominal Defendant, Plaintiff, - against - PHILADELPHIA FINANCIAL LIFE ASSUANCE COMPANY F/K/A AGL LIFE ASSURANCE COMPANY, et al. Defendants. | No. 11 Civ. 1283 (TPG) |
| YALE M. FISHMAN 1998 INSURANCE TRUST and GLEN AKIVA FISHMAN LIFE INSURANCE TRUST, Individually and on Behalf of All Others Similarly Situated and Derivatively on Behalf of the Nominal Defendant, Plaintiff, - against - GENERAL AMERICAN LIFE INSURANCE COMPANY, et al. Defendants. | No. 11 Civ. 1284 (TPG)<br>**Electronically Filed** |

**<u>NOTICE OF CONSOLIDATED MOTION BY THE MASSMUTUAL DEFENDANTS TO DISMISS THE FISHMAN TRUSTS' AMENDED COMPLAINTS</u>**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, upon the Memorandum of Law submitted herewith,

defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC ("MassMutual"), by their counsel, Bingham McCutchen LLP, will move this Court before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice plaintiffs' claims against MassMutual for aiding and abetting breach of fiduciary duty (Count XV) in each of the above captioned matters.

PLEASE TAKE FURTHER NOTICE that the last day to serve any opposition papers to this motion is June 7, 2012 pursuant to the stipulation of the Parties.

DATED: March 23, 2012

**BINGHAM McCUTCHEN LLP**

/s/ Carol E. Head
Kenneth I. Schacter
399 Park Avenue
New York, NY 10022-4689
Tel.: 212.705.7000
Fax: 212.752.5378
kenneth.schacter@bingham.com

Joseph L. Kociubes*
joe.kociubes@bingham.com
Carol E. Head*
carol.head@bingham.com
One Federal Street
Boston, MA 02110
Tel.: 617.951.8000
Fax: 617.951.8736
*admitted pro hac vice

*Attorneys for Defendants*
*Massachusetts Mutual Life Insurance*
*Company and MassMutual Holding LLC*