UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| This Document Relates to: INSURANCE ACTION, 09 Civ. 557 (TPG), and specifically to: | |
| YALE M. FISHMAN 1998 INSURANCE TRUST, Plaintiff, - against - PHILADELPHIA FINANCIAL LIFE ASSURANCE COMPANY, et al., Defendants. | 11 Civ. 1283 (TPG)<br>ECF CASES<br>Electronically Filed<br>**NOTICE OF MOTION** |
| YALE M. FISHMAN 1998 INSURANCE TRUST, et ano, Plaintiffs, - against - GENERAL AMERICAN LIFE INSURANCE COMPANY, et al., Defendants. | 11 Civ. 1284 (TPG) |

PLEASE TAKE NOTICE that, upon the Amended Complaints, the accompanying memorandum of law, the Declaration of Jason C. Vigna, dated March 23, 2012, and the exhibits thereto, and all prior papers and proceedings herein, defendants Tremont Group Holdings, Inc., Tremont Partners, Inc., Rye Investment Management, Tremont Capital Management, Inc., Robert Schulman, Rupert A. Allan, Mark Santero, Cynthia J. Nicoll, Ileana M. López-Balboa, Stephen Clayton, John T. Matwey, Lynn O. Keeshan and Barry H. Colvin (the "Tremont Defendants") will move this Court, before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse,

500 Pearl Street, New York, New York 10007, for: (i) an Order dismissing the Amended Complaints as against the Tremont Defendants pursuant to Rules 9(b), 12(b)(1), 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure; and (ii) for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the stipulation submitted to this Court on March 16, 2012, plaintiffs' answering papers, if any, shall be served on the undersigned counsel on or before June 7, 2012.

Dated: New York, New York
March 23, 2012

/s/ Seth M. Schwartz

Seth M. Schwartz (Seth.Schwartz@skadden.com)
Jason C. Vigna (Jason.Vigna@skadden.com)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants
Tremont Group Holdings, Inc.,
Tremont Partners, Inc.,
Rye Investment Management,
Tremont Capital Management, Inc.,
Robert Schulman, Rupert A. Allan,
Mark Santero, Cynthia J. Nicoll,
Ileana M. López-Balboa, Stephen Clayton,
John T. Matwey, Lynn O. Keeshan
and Barry H. Colvin