IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| This Document Relates to: Insurance Action, 09 Civ. 557 (TPG), Specifically to: YALE M. FISHMAN 1998 INSURANCE TRUST, Plaintiff, - against - PHILADELPHIA FINANCIAL LIFE ASSURANCE COMPANY, et al., Defendants | 11 Civ. 1283 (TPG)<br>ECF Cases<br>Electronically Filed<br>**NOTICE OF MOTION** |
| YALE M. FISHMAN 1998 INSURANCE TRUST, and GLENN AKIVA FISHMAN LIFE INSURANCE TRUST, Plaintiff, - against - GENERAL AMERICAN LIFE INSURANCE COMPANY, et al., Defendants. | 11 Civ. 1284 (TPG) |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law dated March 23, 2012 and all other pleadings filed in this action, defendant Oppenheimer Acquisition Corp. will move this Court before the Honorable Thomas P. Griesa, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be designated by the Court, for an order (a) dismissing with prejudice all claims against it contained in Plaintiffs' Amended Complaints, pursuant to Rules

9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and (b) granting such other and further relief as the Court deems just and proper.

Dated: Princeton, New Jersey
March 23, 2012

DECHERT LLP

By: /s/ David A. Kotler
David A. Kotler
david.kotler@dechert.com
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540
Tel.: (609) 955-3200
Fax: (609) 955-3259

*Attorneys for Defendant Oppenheimer Acquisition Corp.*

14383015