UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket No. 08-Civ-11117 (TPG) |
| YALE M. FISHMAN 1998 INSURANCE TRUST, Individually and On Behalf of All Others Similarly Situated and Derivatively on Behalf of the Nominal Defendant,<br>Plaintiff,<br>vs.<br>PHILADELPHIA FINANCIAL LIFE ASSURANCE COMPANY F/K/A AGL LIFE ASSURANCE COMPANY, TREMONT CAPITAL MANAGEMENT, INC., TREMONT GROUP HOLDINGS, INC., TREMONT PARTNERS, INC., RYE INVESTMENT MANAGEMENT, TREMONT OPPORTUNITY FUND III, L.P., RYE SELECT BROAD MARKET INSURANCE FUND LP RYE SELECT BROAD MARKET PRIME FUND LP, RYE SELECT BROAD MARKET XL FUND LP, MASSMUTUAL HOLDING LLC, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORP., ROBERT SCHULMAN, SANDRA L. MANZKE, RUPERT A. ALLAN, SUZANNE HAMMOND, STEPHEN CLAYTON, MARK SANTERO, and TIMOTHY BIRNEY,<br>Defendants,<br>-and-<br>TREMONT OPPORTNITY FUND III, L.P., RYE SELECT BROAD MARKET INSURANCE FUND LP, RYE SELECT BROAD MARKET PRIME FUND LP, and RYE SELECT BROAD MARKET XL FUND LP,<br>Nominal Defendants | Civil Action No. 11-cv-1283 (TPG)<br><br>NOTICE OF MOTION TO DISMISS<br><br>**Electronically Filed** |

PLEASE TAKE NOTICE that, upon the Consolidated Direct and Verified Derivative Amended Complaint, the accompanying memorandum of law, the Declaration of Hutson Smelley, dated March 19, 2012, and the exhibits thereto, and all prior papers and proceedings herein, defendant Philadelphia Financial Life Assurance Company's f/ka AGL Life Assurance Company ("PFLAC") will move this Court, before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order: (i) dismissing the Consolidated Direct and Verified Derivative Amended Complaint pursuant to Rules 9(b), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure; and (ii) for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

Dated: March 23, 2012

EDISON, MCDOWELL & HETHERINGTON, LLP

By: /s/ Hutson B. Smelley
Thomas F. A. Hetherington*
David T. McDowell*
Hutson B. Smelley*

Phoenix Tower
3200 Southwest Freeway
Suite 2100
Houston, Texas 77027
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
*admitted pro hac vice

*Attorneys for Defendant Philadelphia Financial Life Assurance Company f/k/a AGL Life Assurance Company*