UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE TREMONT SECURITIES LAW, STATE : Master File No.
LAW AND INSURANCE LITIGATION        : 08 Civ. 11117 (TPG)
------------------------------------
This Document Relates to:           :

INSURANCE ACTION, 09 Civ. 557 (TPG), :
and specifically to:
                                    :
THE INTERNATIONAL DAD TRUST,
                                    : 11 Civ. 1687 (TPG)
         Plaintiff,
                                    : ECF CASE
       - against -                    Electronically Filed
                                    :
TREMONT OPPORTUNITY FUND III, L.P.,
et al.,                             :
                                      STIPULATION AND ORDER
         Defendants.                :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FIL[ED]
DOC #: _____
DATE FILED: 4/3/12

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto that the time for defendants to file reply briefs in further support of their motions to dismiss the amended complaint in this action shall be and hereby is adjourned from April 4, 2012, to April 25, 2012.

Dated: April 2, 2012

By: _____
LOOPER REED & McGRAW PC
James D. MacIntyre
Ralph C. Perry-Miller
1601 Elm St., Suite 4600
Dallas, TX 75201
214.237.6348

*Attorneys for Plaintiff*
*The International DAD Trust*

By: _____
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Seth M. Schwartz
Jason C. Vigna
Four Times Square
New York, NY 10036
212.735.3000

*Attorneys for Defendants*
*Tremont Group Holdings, Inc.,*
*Tremont Partners, Inc. and*
*Rye Investment Management*

By: _____
TANNENBAUM HELPERN
  SYRACUSE & HIRSCHTRITT LLP
David Kanfer
900 Third Avenue
New York, NY 10022
212.508.6700

*Attorneys for Defendants*
*Tremont Opportunity Fund III, L.P. and*
*Tremont International Insurance Fund,*
*L.P.*

SO ORDERED.  _____
_____
Thomas P. Griesa
U.S.D.J.

4/3/12