IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | ) ) ) ) | Master Docket No. 1:08-11117 (TPG) |
| CUMMINS INC., as the authorized representative of the Cummins Inc. Grantor Trust dated September 10, 2007, as amended,<br><br>        Plaintiff,<br><br>                v.<br><br>NEW YORK LIFE INSURANCE COMPANY, NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, TREMONT CAPITAL MANAGEMENT, INC., RYE INVESTMENT MANAGEMENT, MASSMUTUAL HOLDING LLC, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORP., RYE SELECT BROAD MARKET PRIME FUND L.P., RYE SELECT BROAD MARKET XL FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT OPPORTUNITY FUND III, L.P., TREMONT (BERMUDA) LTD.,TREMONT GROUP HOLDINGS, INC.,and TREMONT PARTNERS, INC.,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:10-9252 (TPG)<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

**NOTICE OF MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT *INSTANTER*__**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Sara Siegall dated April 13, 2012, the Exhibit thereto, and all prior papers and proceedings herein, Plaintiff Cummins, Inc., as the authorized representative of the Cummins, Inc. Grantor Trust dated September 10, 2007, as amended, will move this Court before the Honorable Judge Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York New York 10007, for an Order granting leave to file a Second Amended Complaint, *instanter*, pursuant to Federal Rule of Civil Procedure 15(a)(2).

**Dated:  April 13, 2012**

Respectfully submitted,

Plaintiff Cummins Inc., as the authorized representative of the Cummins Inc. Grantor Trust dated September 10, 2007

By: s/ Sara Siegall
       One of its attorneys

**Lead Counsel**

*(Admitted Pro Hac Vice )*

Kevin M. Flynn
Kevin M. Flynn & Associates
77 West Wacker, Suite 4800
Chicago, Illinois 60601
312-456-0240

Robert A. Chapman
Sara Siegall
Chapman Spingola, LLP
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
312-630-9202

**Local Counsel**

Jonathan D. Berg, Esq.
Lagemann Law Offices
300 East 42nd Street, 10th FL
New York, NY 10017
212-599-0990

2

## **CERTIFICATE OF SERVICE**

      I, Sara Siegall, an attorney, hereby certify that on April 13, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system, which will send a notice of electronic filing to counsel of record.

/s/ Sara Siegall