UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE TREMONT SECURITIES LAW, STATE  : Master File No.
LAW AND INSURANCE LITIGATION         : 08 Civ. 11117 (TPG)
------------------------------------
This Document Relates to:            :

INSURANCE ACTION, 09 Civ. 557 (TPG), :
and specifically to:
                                     :
F. DANIEL PRICKETT,
                                     : 09 Civ. 3137 (TPG)
             Plaintiff,
                                     : ECF CASE
         - against -                   Electronically Filed
                                     :
NEW YORK LIFE INSURANCE COMPANY,
et al.,                              :
                                       **STIPULATION AND ORDER**
             Defendants.             :
------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto that the time for defendants to file reply briefs in further support of their motions to dismiss the amended complaint in this action shall be and hereby is adjourned from April 19, 2012, to May 1, 2012 (from May 4, 2012, to May 11, 2012, in the case of defendants Rye Select Broad Market XL Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market Insurance Portfolio LDC and Tremont Opportunity Fund III, L.P.).

Dated: April 17, 2012

                                    By: /s/ William S. Norton
                                        MOTLEY RICE LLC
                                        William S. Norton
                                        28 Bridgeside Boulevard
                                        Mt. Pleasant, SC 29464
                                        1.800.768.4026

                                        *Attorneys for Plaintiff*
                                        *F. Daniel Prickett*

[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 4/20/12]

By: _____
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Seth M. Schwartz
Jason C. Vigna
Four Times Square
New York, NY 10036
212.735.3000

*Attorneys for Defendants*
*Tremont Group Holdings, Inc.,*
*Tremont Partners, Inc.,*
*Tremont (Bermuda) Limited,*
*Tremont Capital Management, Inc. and*
*Rye Investment Management*


By: _____
TANNENBAUM HELPERN
  SYRACUSE & HIRSCHTRITT LLP
David Kanfer
900 Third Avenue
New York, NY 10022
212.508.6700

*Attorneys for Defendants*
*Rye Select Broad Market XL Fund L.P.,*
*Rye Select Broad Market Prime Fund,*
*L.P., Rye Select Broad Market Insurance*
*Portfolio LDC and Tremont Opportunity*
*Fund III, L.P.*


By: _____
BINGHAM McCUTCHEN LLC
Carol E. Head (*admitted pro hac vice*)
One Federal Street
Boston, MA 02110
617.951.8000

*Attorneys for Defendants*
*MassMutual Holding LLC and*
*Massachusetts Mutual Life*
*Insurance Co.*

By: *David A. Kotler* /s/
DECHERT LLP
David A. Kotler
1095 Avenue of the Americas
New York, NY 10036
212.698.3500

*Attorneys for Defendant*
*Oppenheimer Acquisition Corp.*

By: *Maria J. Galeno* /s/
PILLSBURY WINTHROP SHAW
  PITTMAN LLP
Maria T. Galeno
Kenneth William Taber
Gregory Thomas Lembrich
1540 Broadway
New York, NY 10036
212.858.1833

*Attorneys for Defendants*
*New York Life Insurance Co. and*
*New York Life Insurance and Annuity*
*Corp.*

SO ORDERED.

_____
Thomas P. Griesa
U.S.D.J.

4/20/12

3