ATES DISTRICT COURT
DISTRICT OF NEW YORK

---------------------------------X

IN RE TREMONT SECURITIES LAW, STATE           Master File No.
LAW AND INSURANCE LITIGATION           :      08 Civ. 11117 (TPG)

---------------------------------

This Document Relates to:                     :

YALE M. FISHMAN 1998 INSURANCE                :
TRUST, Individually and on Behalf of All Others      11 Civ. 1283 (TPG)
Similarly Situated and Derivatively on Behalf of  :
the Nominal Defendant,
                                              ECF CASE
                                       :      Electronically Filed
              Plaintiff,

                                       :

        - against -                           **ORDER FOR ADMISSION**
                                       :      **PRO HAC VICE**
PHILADELPHIA FINANCIAL LIFE                   **ON WRITTEN MOTION**
ASSURANCE COMPANY F/K/A AGL LIFE       :
ASSURANCE COMPANY, et al.

                                       :

              Defendants.
---------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/12

Upon the motion of Carrie A. Tendler, attorney for Defendants Sandra L. Manzke and Suzanne Hammond, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>   Maggie Sklar
>   Kobre & Kim LLP
>   1919 M Street, NW
>   Washington, D.C. 20036
>   Tel: +1 202 664 1934
>   Fax: +1 202 664 1920
>   Maggie.sklar@kobrekim.com

is admitted to practice *pro hac vice* as counsel for Sandra L. Manzke and Suzanne Hammond in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 4/26/12

                                                Hon. Thomas P. Griesa