UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

Master File No. 08 Civ. 11117 (TPG)

------------------------------------

This Document Relates to:

YALE M. FISHMAN 1998 INSURANCE TRUST, at ano, Individually and on Behalf of All Others Similarly Situated and Derivatively on Behalf of the Nominal Defendant,

11 Civ. 1284 (TPG)

ECF CASE
Electronically Filed

- against -

GENERAL AMERICAN LIFE INSURANCE COMPANY, et al.,

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/12

Upon the motion of Carrie A. Tendler, attorney for Defendant Sandra L. Manzke and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Maggie Sklar
>Kobre & Kim LLP
>1919 M Street, NW
>Washington, D.C. 20036
>Tel: +1 202 664 1934
>Fax: +1 202 664 1920
>Maggie.sklar@kobrekim.com

is admitted to practice *pro hac vice* as counsel for the Sandra L. Manzke in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 4/26/12

_____
Hon. Thomas P. Griesa