PILLSBURY WINTHROP SHAW PITTMAN LLP
Maria T. Galeno, Esq.
Greg Lembrich, Esq.
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket No. 08-Civ-11117 (TPG) |
| F. DANIEL PRICKETT, <br><br> Plaintiff, <br><br> - against - <br><br> NEW YORK LIFE INSURANCE COMPANY, et al., <br><br> Defendants. | Civil Action No. 1:09-03137 (TPG) |

## DECLARATION OF MARIA T. GALENO

I, Maria T. Galeno, declare as follows:

1. I am a partner in the law firm Pillsbury Winthrop Shaw Pittman LLP, and counsel to Defendants New York Life Insurance Company ("New York Life") and New York Life Insurance and Annuity Corporation ("NYLIAC"). I make this declaration in support of the Reply Memorandum in Support of Motion to Dismiss the Amended Complaint.

2. Attached hereto as Exhibit H is a true and correct copy of the Participation Agreement for American Masters Opportunity Insurance Fund, L.P., which subsequently became known as Tremont Opportunity Fund III, L.P. ("TOF III").

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
May 1, 2012

*Maria T. Galeno*