IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket No. 1:08-11117 (TPG) |
| CUMMINS INC., as the authorized representative of the Cummins Inc. Grantor Trust dated September 10, 2007, as amended, Plaintiff, v. NEW YORK LIFE INSURANCE COMPANY, NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, TREMONT CAPITAL MANAGEMENT, INC., RYE INVESTMENT MANAGEMENT, MASSMUTUAL HOLDING LLC, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORP., RYE SELECT BROAD MARKET PRIME FUND L.P., RYE SELECT BROAD MARKET XL FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT OPPORTUNITY FUND III, L.P., TREMONT (BERMUDA) LTD., TREMONT GROUP HOLDINGS, INC., and TREMONT PARTNERS, INC., Defendants. | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/4/12  Civil Action No. ___  ECF CASE  JURY TRIAL DEMANDED |

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE SCHEDULE FOR DEFENDANTS' REPLIES TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

WHEREAS, Plaintiff Cummins Inc. ("Cummins") filed its Motion for Leave to File a Second Amended Complaint (the "Motion") in the above captioned matter on April 13, 2012;

WHEREAS, pursuant to Local Civil Rule 6.1(b), Defendants are required to respond to the Motion by April 30, 2012;

WHEREAS, Defendants seek an 11-day extension of time, to May 11, 2012, to file their responses to the Motion;

WHEREAS, Cummins does not oppose Defendants' request; and

WHEREAS, Defendants have made no prior requests to extend the schedule for their preparation and filing of their responses to the Motion;

IT IS HEREBY STIPULATED, by and between undersigned counsel for the parties hereto, without waiving any rights, defenses, or arguments they may assert, except as set forth below, and subject to the approval of the Court, as follows:

Defendants shall have until May 11, 2012 to file their responses to the Motion.

April __, 2012

_____
CHAPMAN SPINGOLA, LLP
Sara Siegall
77 West Wacker, Suite 4800
Chicago, Illinois 60601
312-630-9202
*Attorney for Cummins, Inc.*

April 26, 2012

_____
BINGHAM McCUTCHEN LLP
Carol E. Head
One Federal Street
Boston, MA 02110
617-951-8000
*Attorney for Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC*

2

April 26, 2012

*[signature]*
PILLSBURY WINTHROP SHAW
PITTMAN, LLP
Maria T. Galeno
Greg T. Lembrich
1540 Broadway
New York, NY 10036
212-858-1500
*Attorney for New York Life Insurance
Company and New York Life Insurance and
Annuity Corporation*

April 26, 2012

*[signature] Seth M. Schwartz /GTL*
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Seth M. Schwartz
Four Times Square
New York, NY 10036
212-735-3000
*Attorney for Tremont Group Holdings, Inc.,
Tremont Partners, Inc., Tremont (Bermuda)
Ltd., Tremont Capital Management, Inc., and
Rye Investment Management*

April 26, 2012

*[signature] David J. Kanfer /GTL*
TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP
David J. Kanfer
900 Third Ave.
New York, NY 10022
212-508-6700
*Attorney for Rye Select Broad Market Prime
Fund, L.P., Rye Select Broad Market Fund XL,
L.P., and Tremont Opportunity Fund III, L.P.*

April 26, 2012

*[signature] David A. Kotler /GTL*
DECHERT LLP
David A. Kotler
1095 Ave. of the Americas
New York, NY 10036
212-698-3500
*Attorney for Oppenheimer Acquisition Corp.*

3

SO ORDERED

*[signature]*

Honorable Thomas P. Griesa
United States District Judge

5/4/12