UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket 08 Civ. 11117 (TPG) |
| This Document Relates to : <br><br> INSURANCE ACTION, 09 Civ. 557 (TPG), And specifically to: <br><br> CUMMINS INC., as the authorized representative of the Cummins Inc. Grantor Trust dated September 10, 2007, as amended, <br><br>      Plaintiff, <br><br>      v. <br><br> NEW YORK LIFE INSURANCE COMPANY, et al., <br><br>      Defendants. | 10 Civ. 9252 (TPG) |

### THE FUNDS' JOINDER IN THE TREMONT DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

      Defendants Tremont Opportunity Fund III, L.P., Rye Select Broad Market Prime Fund, L.P., and Rye Select Broad Market XL Fund L.P. (collectively, the "Funds"), by their attorneys, Tannenbaum Helpern Syracuse & Hirschtritt LLP, respectfully join in the arguments set forth in The Tremont Defendants' Memorandum of Law In Opposition To Plaintiff's Motion For Leave To File A Second Amended Complaint (the "Tremont Opposition Brief"), which was filed on May 11, 2012 (Dkt. no. 766).

      In the interests of judicial economy, the Funds hereby adopt and incorporate the legal arguments and authorities set forth in the Tremont Opposition Brief, and respectfully request that this Court issue an order denying Cummins' Motion for leave to file a second amended complaint.

Dated: New York, New York
       May 11, 2012

                              TANNENBAUM HELPERN
                              SYRACUSE & HIRSCHTRITT LLP

                              By: /s/ David J. Kanfer
                                  Ralph A. Siciliano
                                  siciliano@thsh.com
                                  Jamie B.W. Stecher
                                  stecher@thsh.com
                                  David J. Kanfer
                                  kanfer@thsh.com
                                  900 Third Avenue
                                  New York, New York 10022
                                  (212) 508-6700

                              *Attorneys for Defendants*
                              *Rye Select Broad Market Prime Fund L.P.*
                              *Rye Select Broad Market XL Fund L.P.*
                              *Tremont Opportunity Fund III, L.P.*