IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION ) | Master Docket No. 1:08-11117 (TPG) |
| ) | |
| CUMMINS INC., as the authorized representative of the Cummins Inc. Grantor Trust dated September 10, 2007, as amended, ) | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/17/12 |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:10-9252 (TPG) |
| NEW YORK LIFE INSURANCE COMPANY, NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, TREMONT CAPITAL MANAGEMENT, INC., RYE INVESTMENT MANAGEMENT, MASSMUTUAL HOLDING LLC, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORP., RYE SELECT BROAD MARKET PRIME FUND L.P., RYE SELECT BROAD MARKET XL FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT OPPORTUNITY FUND III, L.P., TREMONT (BERMUDA) LTD.,TREMONT GROUP HOLDINGS, INC.,and TREMONT PARTNERS, INC., ) | ECF CASE<br><br>JURY TRIAL DEMANDED |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE SCHEDULE FOR PLAINTIFF CUMMINS, INC.'S FILING OF ITS REPLIES IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDENDED COMPLAINT**

Whereas, plaintiff Cummins Inc. ("Cummins") filed its Motion for Leave to File Second Amended Complaint in the above captioned matter on April 13, 2012 (Dkt. No 747);

Whereas, defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation (collectively, "NYL") filed their Memorandum of Law in Opposition

to Plaintiff's Motion for Leave to File Second Amended Complaint on May 10, 2012 ("NYL Response," (Dkt. No. 765);

Whereas, defendant Oppenheimer Acquisition Corp. ("Oppenheimer") filed its Joinder in the Tremont Defendants' and MassMutual's Oppositions to Plaintiff's Motion for Leave to File Second Amended Complaint on May 11, 2012 ("Oppenheimer Response," Dkt. No. 769);

Whereas, defendants Tremont Group Holdings, Tremont Partners, Inc., Tremont (Bermuda) Ltd., Tremont Capital Management, Inc., and Rye Investment Management (collectively, "Tremont") filed their Memorandum of Law in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint on May 11, 2012 ("Tremont Response," Dkt. No. 766);

Whereas, defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC (collectively, "MassMutual") filed their Opposition to Plaintiff Cummins Inc.'s Motion for Leave to File Second Amended Complaint on May 11, 2012 ("MassMutual Response," Dkt. No. 768);

Whereas defendants Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market Fund XL, L.P., and Tremont Opportunity Fund III, L.P. ("Rye Defendants," and collectively with NYL, Oppenheimer, Tremont, and MassMutual, "Defendants") filed their Joinder in the Tremont Defendants' Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint on May 11, 2012 ("Rye Response," Dkt. No. 767);

Whereas, pursuant to L. R. Civ. P. 6.1(b), Cummins is required to file its Replies in Support of Motion for Leave to File Second Amended Complaint (the "Replies") on or before May 17, 2012 (with respect to the NYL Response) and May 18, 2012 (with respect to the Oppenheimer Response, Tremont Response, Mass Mutual Response and Rye Response);

Whereas, in light of Cummins' briefing of multiple Replies simultaneously, in addition to the extraordinarily busy litigation schedule of Cummins' counsel, Cummins seeks a 28 day

extension of time, to June 15, 2012, to file its Replies in Support of Motion for Leave to File Second Amended Complaint;

Whereas, Defendants do not oppose Cummins' request;

IT IS HEREBY STIPULATED, by and between undersigned counsel for the parties, without waiving any rights, defenses, or arguments they may assert, except as set forth below, and subject to the approval of the Court, as follows:

Cummins shall have until June 15, 2012 to file its Replies in Support of Motion for Leave to File Second Amended Complaint.

May 15, 2012

/s/ Sara Siegall
SARA SIEGALL
Chapman Spingola, LLP
77 West Wacker, Suite 4800
Chicago, Illinois 60601
312-606-8665
*Attorney for Cummins, Inc.*

May 17, 2012

BINGHAM McCUTCHEN LLP
Carol E. Head
One Federal Street
Boston, MA 02110
617-951-8000
*Attorney for Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC*

May 17, 2012

PILLSBURY WINTHROP SHAW PITTMAN LLP
Greg T. Lembrich
1540 Broadway
New York, NY 10036
212-858-1500
*Attorney for New York Life Insurance Company and New York Life Insurance and Annuity Corporation*

3

May 15, 2012

*/s/ Seth M. Schwartz*
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Seth M. Schwartz
Four Times Square
New York, NY 10036
212-735-3000
*Attorney for Tremont Group Holdings,
Tremont Partners, Inc., Tremont (Bermuda)
Ltd., Tremont Capital Management, Inc., and
Rye Investment Management*

May 15, 2012

*/s/ David J. Kanfer*
TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP
David J. Kanfer
900 Third Ave.
New York, NY 10022
212-508-6700
*Attorney for Rye Select Broad Market Prime
Fund, L.P., Rye Select Broad Market Fund XL,
L.P., and Tremont Opportunity Fund III, L.P.*

May 15, 2012

*/s/ William K. Dodds*
DECHERT LLP
William K. Dodds
1095 Ave. of the Americas
New York, NY 10036
212-698-3500
*Attorney for Oppenheimer Acquisition Corp.*

Approved
Thomas P. Griesa
USDJ
5/15/12

4