UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x
In re TREMONT SECURITIES LAW, STATE : Master Docket No. 08-Civ-11117(TPG)
LAW AND INSURANCE LITIGATION :
 :
───────────────────────────────── :
YALE M. FISHMAN 1998 INSURANCE     x
TRUST, Individually and on Behalf of All : Civil Action No. 1:11-cv-1283(TPG)
Others Similarly Situated and Derivatively on :
Behalf of the Nominal Defendant, :
                    Plaintiff, : STIPULATION AND [PROPOSED] ORDER
    vs. :
PHILADELPHIA FINANCIAL LIFE :
ASSURANCE COMPANY F/K/A AGL LIFE :
ASSURANCE COMPANY, TREMONT :
CAPITAL MANAGEMENT, INC., :
TREMONT GROUP HOLDINGS, INC., :
TREMONT PARTNERS, INC., RYE :
INVESTMENT MANAGEMENT, :
TREMONT OPPORTUNITY FUND III, L.P., :
RYE SELECT BROAD MARKET :
INSURANCE FUND LP, RYE SELECT :
BROAD MARKET PRIME FUND LP, RYE :
SELECT BROAD MARKET XL FUND LP, :
MASSMUTUAL HOLDING LLC, :
MASSACHUSETTS MUTUAL LIFE :
INSURANCE CO., OPPENHEIMER :
ACQUISITION CORP., ROBERT :
SCHULMAN, SANDRA L. MANZKE, :
RUPERT A. ALLAN, SUZANNE :
HAMMOND, STEPHEN CLAYTON, MARK :
SANTERO, and TIMOTHY BIRNEY, :
                    Defendants, :
        -and- :
TREMONT OPPORTUNITY FUND III, L.P., :
RYE SELECT BROAD MARKET :
INSURANCE FUND LP, RYE SELECT :
BROAD MARKET PRIME FUND LP, and :
RYE SELECT BROAD MARKET XL :
FUND LP, :
                    Nominal Defendants. :
───────────────────────────────── x
Caption continued on following page

|  |  |
|---|---|
| YALE M. FISHMAN 1998 INSURANCE TRUST and GLENN AKIVA FISHMAN LIFE INSURANCE TRUST, Individually and on Behalf of All Others Similarly Situated and Derivatively on Behalf of the Nominal Defendant, | Civil Action No. 1:11-cv-1284(TPG) |

                    Plaintiffs,

     vs.

GENERAL AMERICAN LIFE INSURANCE COMPANY, METROPOLITAN LIFE INSURANCE COMPANY OF NEW YORK, TREMONT GROUP HOLDINGS, INC., TREMONT PARTNERS, INC., RYE INVESTMENT MANAGEMENT, OPPENHEIMER ACQUISITION CORP., MASSMUTUAL HOLDING LLC, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., SANDRA L. MANZKE, ROBERT SCHULMAN, RUPERT A. ALLAN, MARK SANTERO, TIMOTHY BIRNEY, CYNTHIA J. NICOLL, ILEANA M. LOPEZ-BALBOA, JOHN T. MATWEY, LYNNE O. KEESHAN, and BARRY H. COLVIN,

                    Defendants,

          -and-

TREMONT OPPORTUNITY FUND III, L.P., RYE SELECT BROAD MARKET INSURANCE FUND LP, RYE SELECT BROAD MARKET PRIME FUND LP, and RYE SELECT BROAD MARKET XL FUND LP,

                    Nominal Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, subject to the approval of the Court, as follows:

1. The time for plaintiffs to file papers in opposition to defendants' motions to dismiss the consolidated amended complaints filed in these actions shall be and hereby is extended from June 7, 2012, to June 19, 2012.

2. The time for defendants to file reply papers in further support of their motions to dismiss shall be and hereby is extended from July 13, 2012, to July 27, 2012 (August 7, 2012 for the Funds and Defendants Manzke and Hammonds).

3. Plaintiffs shall file one 75 page omnibus opposition brief in response to the 101 pages filed in support of defendants' motions to dismiss, in lieu of separate opposition briefs.

4. This stipulation does not constitute a waiver by defendants of any substantive or procedural defense to the consolidated amended complaints.

Dated: New York, New York
June 4, 2012

David A. Rosenfeld
DRosenfeld@rgrdlaw.com
ROBBINS GELLER
  RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
631-367-7100

*Counsel for Plaintiffs
Yale M. Fishman 1998 Insurance Trust and
Glenn Akiva Fishman Life Insurance Trust*

Seth M. Schwartz
Seth.Schwartz@Skadden.com
Jason Vigna
Jason.Vigna@Skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

*Attorneys for Defendants
Tremont Group Holdings, Inc.,
Tremont Partners, Inc.,
Tremont Capital Management, Inc.,
Rye Investment Management,
Robert Schulman, Rupert A. Allan,
Mark Santero, Cynthia J. Nicoll,
Ileana M. Lopez-Balboa,*

- 1 -

*John T. Matwey, Lynn O. Keeshan and
Barry H. Colvin*

/s/ David A. Kotler

David A. Kotler
david.kotler@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

*Attorneys for Defendant
Oppenheimer Acquisition Corp.*

/s/ Carol E. Head

Carol E. Head
carol.head@bingham.com
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022

*Attorneys for Defendants
Massachusetts Mutual Life Insurance
Company and MassMutual Holding LLC*

/s/ Carrie Tendler

Carrie Tendler
Carrie.Tendler@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, NY

*Attorneys for Defendants
Sandra L. Manzke and
Suzanne Hammond*

/s/ Penelope Taylor

Penelope Taylor
PTaylor@mccarter.com
McCARTER & ENGLISH, LLP
100 Mulberry St., Four Gateway Center
Newark, NY 07102
*Attorneys for Defendants
General American Life Insurance*

- 2 -

*Company and Metropolitan Life Insurance Company of New York*

*/s/ Hutson Smelley*
Hutson Smelley
hutson.smelley@emhllp.com
EDISON, McDOWELL &
   HETHERINGTON LLP
Phoenix Tower
3200 Southwest Freeway
Suite 3100
Houston, TX 77027

*Attorneys for Defendant Philadelphia Financial Life Assurance Company, F/K/A AGL Life Assurance Company*

*/s/ David J. Kanfer*
Ralph A. Siciliano
siciliano@thsh.com
David J. Kanfer
Kanfer@thsh.com
TANNENBAUM HELPERN
   SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, NY 10022

*Attorneys for Nominal Defendants Tremont Opportunity Fund III, L.P., Rye Select Broad Market Insurance Fund L.P., Rye Select Broad Market Prime Fund, L.P. and Rye Select Broad Market XL Fund, L.P.*

SO ORDERED
*/s/ Thomas P. Griesa*
Hon. Thomas P. Griesa
United States District Court Judge

6/7/12

- 3 -