# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

May 21, 2012

RECEIVED MAY 23 2012 CHAMBERS OF JUDGE GRIESA

**VIA FEDERAL EXPRESS**

Hon. Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/12

File No. 036012-0003

Re:  In re Tremont Securities Law, State Law and Insurance Litigation (08 Civ.11117)

Dear Judge Griesa:

    I have previously appeared and represented Defendant ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Solutions Bank (Ireland) Limited) (hereinafter "Defendant") in the above-referenced matter – along with my colleague, Christopher Harris. Following my upcoming departure from Latham & Watkins LLP, Mr. Harris – of Latham & Watkins LLP – will continue to act as primary counsel for the Defendant. As Latham & Watkins LLP will continue to represent the Defendant, my withdrawal will have no material effect on the schedule in this matter, nor will it cause prejudice to any party (including the Defendant).

    In light of the foregoing, I respectfully request that that the Court relieve the undersigned as counsel for Defendant ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Solutions Bank (Ireland) Limited), and that the official court docket be amended to reflect this change.

    Thank you for your attention to this request.

Respectfully submitted,

Cameron A. Smith, Esq.

**MEMO ENDORSED**

cc: All Counsel of Record

Approved
Thomas P. Griesa
USDJ  6/7/12