UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 25, 2012

------------------------------------- x
IN RE TREMONT SECURITIES LAW, STATE : Master File No.
LAW AND INSURANCE LITIGATION : 08 Civ. 11117 (TPG)
-------------------------------------
This Document Relates to: :

YALE M. FISHMAN 1998 INSURANCE :
TRUST, Individually and on Behalf of All Others   11 Civ. 1283 (TPG)
Similarly Situated and Derivatively on Behalf of :
the Nominal Defendant,
:
                Plaintiff,
:
        - against -
:
PHILADELPHIA FINANCIAL LIFE
ASSURANCE COMPANY F/K/A AGL LIFE :
ASSURANCE COMPANY, et al.
:
                Defendants.
------------------------------------- :
YALE M. FISHMAN 1998 INSURANCE
TRUST, et ano, Individually and on Behalf of All : 11 Civ. 1284 (TPG)
Others Similarly Situated and Derivatively on
Behalf of the Nominal Defendant, :
                                                  ECF CASES
        - against -                             : Electronically Filed

GENERAL AMERICAN LIFE INSURANCE :
COMPANY, et al.,
:
                Defendants.
------------------------------------- x

**STIPULATION AND ~~PROPOSED~~ ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the parties hereto, as follows:

1. The time for defendants to file reply papers in further support of their motions to dismiss plaintiffs' consolidated amended complaints, based upon a request from certain defendants, shall be and hereby is adjourned from July 27, 2012 to August 14, 2012 (August 27, 2012 for Tremont Opportunity Fund III, L.P., Rye Select Broad Market Insurance Fund L.P., Rye Select Broad Market Prime Fund, L.P. and Rye Select Broad Market XL Fund, L.P. (the "Funds") and defendants Manzke and Hammond).

2. This stipulation does not constitute a waiver by defendants of any substantive or procedural defenses to the consolidated amended complaints.

The Court has previously adjourned the reply deadlines in these actions twice, in connection with adjournments of other deadlines in the cases.

Dated: New York, New York
July 20, 2012

*David Rosenfeld /S/*
David A. Rosenfeld
DRosenfeld@rgrdlaw.com
Edward Y. Kroub
EKroub@rgrdlaw.com
ROBBINS GELLER
  RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Counsel for Plaintiffs*
*Yale M. Fishman 1998 Insurance Trust and*
*Glenn Akiva Fishman Life Insurance Trust*

Seth M. Schwartz
Seth.Schwartz@Skadden.com
Jason C. Vigna
Jason.Vigna@Skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

*Attorneys for Defendants*
*Tremont Group Holdings, Inc.,*
*Tremont Partners, Inc.,*
*Tremont Capital Management, Inc.,*
*Rye Investment Management,*
*Robert Schulman, Rupert A. Allan,*
*Mark Santero, Cynthia J. Nicoll,*
*Ileana M. Lopez-Balboa,*
*John T. Matwey, Lynn O. Keeshan and*
*Barry H. Colvin*

*David A. Kotler /S/*
David A. Kotler
david.kotler@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

*Attorneys for Defendant*
*Oppenheimer Acquisition Corp.*


*Carol Head /S/*
Carol E. Head
carol.head@bingham.com
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022

*Attorneys for Defendants*
*Massachusetts Mutual Life Insurance*
*Company and MassMutual Holding LLC*


*Jonathan Cogan /S/*
Jonathan D. Cogan
jonathan.cogan@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022

*Attorneys for Defendants*
*Sandra L. Manzke and*
*Suzanne Hammond*

3

*Gregory Hindy /SJ*
Gregory J. Hindy
GHindy@McCarter.com
McCARTER & ENGLISH, LLP
100 Mulberry Street, Four Gateway Center
Newark, NJ 07102

*Attorneys for Defendants*
*General American Life Insurance*
*Company and Metropolitan Life*
*Insurance Company of New York*


*Hutson Smelley /SJ*
Hutson Smelley
hutson.smelley@emhllp.com
EDISON, McDOWELL &
  HETHERINGTON LLP
Phoenix Tower
3200 Southwest Freeway
Suite 3100
Houston, TX 77027

*Attorneys for Defendant*
*Philadelphia Financial Life Assurance*
*Company, F/K/A AGL Life Assurance*
*Company*

4

*David Kanfer /SI*
Ralph A. Siciliano
siciliano@thsh.com
David J. Kanfer
kanfer@thsh.com
TANNENBAUM HELPERN
　SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, NY 10022

*Attorneys for Nominal Defendants
Tremont Opportunity Fund III, L.P.,
Rye Select Broad Market Insurance
Fund L.P., Rye Select Broad Market
Prime Fund, L.P. and Rye Select Broad
Market XL Fund, L.P.*

SO ORDERED
_____
United States District Court Judge    July 25, 2012

5