N.Y.S.D. Case #
08-cv-11117(TPG)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of August, two thousand and twelve.

In Re: Tremont Securities Law, State Law and Insurance Litigation

---

Arthur M. Brainson, Yvette Finkelstein, Group Defined Pension Plan & Trust, on behalf of themselves and all others similarly situated,

*Plaintiffs-Appellants,*

v.

Ernst & Young LLP, KPMG LLP,

*Defendants-Appellees.*

**STATEMENT OF COSTS**

Docket No. 11-3725-cv

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 16, 2012

IT IS HEREBY ORDERED that costs are taxed in the amount of $219.06 in favor of defendant-appellee KPMG LLP.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature]*

CERTIFIED COPY ISSUED ON 08/16/2012

DOCKETED AS #121507
A JUDGMENT
ON 8/16/12