UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | MDL Docket No: 09-md-2052(TPG)<br><br>Master Docket 08-CV-11117 (TPG) |
| This document relates to:<br><br>All Actions: 08 Civ. 11117 (TPG)<br>09-md-02052 (TPG) | |

# THE TREMONT AND RYE FUNDS' JOINDER
## IN THE TREMONT DEFENDANTS' OPPOSITION TO HAINES OBJECTORS' <u>MOTION FOR RELIEF UNDER RULE 60</u>

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP
Attorneys for Defendants/Appellees
The Tremont and Rye Funds
900 Third Avenue
New York, New York 10022
(212) 508-6700

Of Counsel:   Jamie B.W. Stecher, Esq.
Ralph A. Siciliano, Esq.
David J. Kanfer, Esq.

The Tremont and Rye Funds,[1] Defendants in this action, respectfully join in Tremont's[2] Opposition to the Haines Objectors' Motion for Relief Under Rule 60 of the Federal Rules of Civil Procedure (Dkt. No. 806). In the interests of judicial economy, the Tremont and Rye Funds hereby adopt and incorporate the legal arguments and authorities set forth in Tremont's Opposition Brief (the "Tremont Brief").

For the reasons set forth in the Tremont Brief, the Tremont and Rye Funds respectfully request that this Court deny the Haines Objectors' Motion.

Dated: New York, New York
September 18, 2012

                TANNENBAUM HELPERN
                SYRACUSE & HIRSCHTRITT LLP

                By:    /s/ Ralph A. Siciliano
                      Jamie B.W. Stecher
                      stecher@thsh.com
                      Ralph A. Siciliano
                      siciliano@thsh.com
                      David J. Kanfer
                      kanfer@thsh.com
                      900 Third Avenue
                      New York, New York 10022
                      (212) 508-6700

                      *Attorneys for The Tremont and Rye Funds*

---

[1] References herein to the "Tremont and Rye Funds" shall refer to all of the following entities: Tremont Market Neutral Fund L.P., Tremont Market Neutral Fund II, L.P., Tremont Market Neutral Fund Limited, Tremont Opportunity Fund Limited, Tremont Opportunity Fund II L.P., Tremont Opportunity Fund III L.P., Tremont Arbitrage Fund, L.P., Tremont Arbitrage Fund-Ireland, Tremont Strategic Insurance Fund, L.P., Rye Select Broad Market Fund, L.P., Rye Select Broad Market XL Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market Insurance Fund, L.P., Rye Select Broad Market Portfolio Limited.

[2] References herein to "Tremont" shall refer to all of the following entities: Tremont Capital Management, Tremont Group Holdings, Inc., Tremont Partners, Inc., Rye Investment Management, Tremont (Bermuda) Limited, Harry Hodges, James Mitchell, Robert I. Schulman, Rupert A. Allan, Lynn O. Keeshan, Patrick Kelly, Stephen Thomas Clayton, Stuart Pologe, Cynthia J. Nicoll, and Darren Johnston.