UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re TREMONT SECURITIES LAW, STATE : Master Docket No. 08 Civ. 11117 (TPG)
LAW AND INSURANCE LITIGATION :
———————————————————— : <u>CLASS ACTION</u>
:
This Document Relates To: : ECF CASES
:
: Electronically Filed
:
   State Law Actions, 08 Civ. 11183 (TPG); :
   Securities Actions, 08 Civ. 11212 (TPG); :
   Insurance Action, 09 Civ. 557 (TPG). :
———————————————————— x

## INSURANCE PLAINTIFFS' MEMORANDUM IN OPPOSITION TO RULE 60 MOTION TO VACATE THE FINAL JUDGMENT

| | |
|---|---|
| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 270 Madison Avenue | 58 South Service Road, Suite 200 |
| New York, NY  10016 | Melville, NY  11747 |
| Telephone: 212/545-4600 | Telephone: 631/367-7100 |
| 212/545-4653 (fax) | 631/367-1173 (fax) |

*Attorneys for Plaintiffs in the Insurance Subclass - Chateau Fiduciaire S.A., The Geoffrey Rabie Credit Shelter Trust, The Harriet Rutter Klein Revocable Trust, The Joanne Brenda Rabie Credit Shelter Trust, The Matthew L. Klein Irrevocable Family Trust*

Plaintiffs in the Insurance Subclass (the "Plaintiffs") hereby join in the Tremont Defendants' Memorandum of Law in Opposition (Dkt. 806) to the Rule 60 Motion to Vacate the Final Judgment filed by Objectors Madelyn Haines and Paul Zamrowski (collectively "Haines") (Dkt. 799-801).

In the interest of judicial economy, Plaintiffs hereby adopt and incorporate the legal arguments and authorities set forth in the Tremont Defendants' Memorandum of Law in Opposition (the "Tremont Memorandum") for the sole purpose of opposing Haines' motion. For the reasons set forth in the Tremont Memorandum, Plaintiffs respectfully submit that Haines' motion should be denied in all respects.

Dated: New York, New York
September 18, 2012

Respectfully submitted,

/s/ Demet Basar
Daniel W. Krasner (krasner@whafh.com)
Demet Basar (basar@whafh.com)
WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ, LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

David A. Rosenfeld (drosenfeld@rgrdlaw.com)
Edward Y Kroub (ekraub@rgrdlaw.com)
ROBBINS GELLER RUDMAN & DOWD
    LLP
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100

*Attorneys for Plaintiffs in the Insurance Subclass - Chateau Fiduciaire S.A., The Geoffrey Rabie Credit Shelter Trust, The Harriet Rutter Klein Revocable Trust, The Joanne Brenda Rabie Credit Shelter Trust,*

*The Matthew L. Klein Irrevocable Family Trust*