USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 4 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION : Master File No. 08 Civ. 11117 (TPG)

----------------------------------

This Document Relates to: :

INSURANCE ACTION, 09 Civ. 557 (TPG), and specifically to: :

:

CAYMAN NATIONAL TRUST COMPANY, LTD., AS TRUSTEE OF THE INTERNATIONAL DAD TRUST, : 11 Civ. 1687 (TPG)

:

Plaintiff, ECF CASE
: Electronically Filed

- against -

:

TREMONT OPPORTUNITY FUND III, L.P., et al., **STIPULATION AND ORDER**

:

Defendants. :
---------------------------------- x

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties hereto as follows:

1. The time for the defendants to answer, move against or otherwise respond to the second amended complaint (the "Complaint") shall be and hereby is adjourned from September 28, 2012 until October 18, 2012;

2. Should defendants or any of them move to dismiss the Complaint, plaintiff shall file its opposition to defendants' motions to dismiss by November 7, 2012;

3. Defendants shall file reply briefs in further support of their motions to dismiss, if any, by November 21, 2012.

1

This Court has not granted any prior adjournments of the defendants' time to answer, move against or otherwise respond to the Complaint.

Dated: September 28, 2012

_____
Ralph C. Perry-Miller
rperry-miller@lrmlaw.com
LOOPER, REED & McGRAW PC
1601 Elm Street, Suite 4600
Dallas, Texas 75201
(214) 237-6348

*Counsel for Plaintiff*
*Cayman National Trust Company, Ltd., as Trustee of The International DAD Trust*

_____
Seth M. Schwartz
Seth.Schwartz@Skadden.com
Jason C. Vigna
Jason.Vigna@Skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants*
*Tremont Group Holdings, Inc.,*
*Tremont Partners, Inc. and*
*Rye Investment Management*

David J. Kanfer /S/
_____
Ralph A. Siciliano
siciliano@thsh.com
David J. Kanfer
kanfer@thsh.com
Jamie B.W. Stecher
stecher@thsh.com
TANNENBAUM HELPERN
  SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022

(212) 508-6700

*Attorneys for Defendants*
*Tremont Opportunity Fund III, L.P. and*
*Tremont International Insurance Fund, L.P.*

SO ORDERED
_____
Thomas P. Griesa
United States District Court Judge

10/4/12

2