**MANDATE**

N.Y.S.D. Case #
08-cv-11117(TPG)

# UNITED STATES COURT OF APPEALS
## FOR THE
### SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of October, two thousand and twelve,

| | |
|---|---|
| IN RE:TREMONT SECURITIES LAW, MASTER FILE NO.:STATE LAW AND INSURANCE 08 CIV. 11117 (TPG) LITIGATION | **ORDER**<br>Docket No. 11-4022 |

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2012

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/24/2012