UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
THE INTERNATIONAL DAD TRUST,            :
:
Plaintiff,         :     11 Civ. 1687
:
v.                      :     Master File No.
:     08 Civ. 11117
TREMONT OPPORTUNITY FUND III, L.P.,     :
et al.,                                 :
:             **ORDER**
Defendants.        :
:
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 9, 2012

    Plaintiff, without opposition, moves to file an omnibus memorandum in opposition to defendants' motions to dismiss plaintiff's second amended complaint and further moves to extend the page limit of this memorandum to 28 pages. The motion is granted.

    This opinion resolves the motion listed as document number 48 on the docket of case 11 Civ. 1687.

So ordered.

Dated: New York, New York
November 9, 2012

/s/ Thomas P. Griesa
Thomas P. Griesa
U.S. District Judge