

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE TREMONT SECURITIES LAW, STATE : Master File No.
LAW AND INSURANCE LITIGATION         : 08 Civ. 11117 (TPG)
------------------------------------
This Document Relates to:            :

INSURANCE ACTION, 09 Civ. 557 (TPG), :
and specifically to:
                                     :
CAYMAN NATIONAL TRUST COMPANY,
LTD., AS TRUSTEE OF THE              :
INTERNATIONAL DAD TRUST,               11 Civ. 1687 (TPG)
                                     :
              Plaintiff,               ECF CASE
                                     : Electronically Filed
         - against -
                                     :
TREMONT OPPORTUNITY FUND III, L.P.,    **STIPULATION AND ORDER**
et al.,                              :

              Defendants.            :
------------------------------------x

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties hereto as follows:

1.   The time for defendants to file reply briefs in further support of their motions to dismiss the second amended complaint (the "Complaint") shall be and hereby is adjourned from November 21, 2012 until November 30, 2012.

This Court has granted one prior adjournment of the defendants' time to file reply briefs in further support of their motions to dismiss the Complaint.

Dated: November 14, 2012

*signature*

Ralph C. Perry-Miller
rperry-miller@lrmlaw.com
LOOPER, REED & McGRAW PC
1601 Elm Street, Suite 4600
Dallas, Texas 75201
(214) 237-6348

*Counsel for Plaintiff*
*Cayman National Trust Company, Ltd., as*
*Trustee of The International DAD Trust*

*signature*

Seth M. Schwartz
Seth.Schwartz@Skadden.com
Jason C. Vigna
Jason.Vigna@Skadden.com
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants*
*Tremont Group Holdings, Inc.,*
*Tremont Partners, Inc. and*
*Rye Investment Management*

*Ralph A. Siciliano/SD*
Ralph A. Siciliano
siciliano@thsh.com
David J. Kanfer
kanfer@thsh.com
Jamie B.W. Stecher
stecher@thsh.com
TANNENBAUM HELPERN
   SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022

(212) 508-6700

*Attorneys for Defendants*
*Tremont Opportunity Fund III, L.P. and*
*Tremont International Insurance Fund, L.P.*

SO ORDERED

*signature*

United States District Court Judge

11/16/12

2