UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION : Master File No. 08 Civ. 11117 (TPG)
------------------------------------
This Document Relates to: :

INSURANCE ACTION, 09 Civ. 557 (TPG), :
and specifically to:
  :
F. DANIEL PRICKETT,
  : 09 Civ. 3137 (TPG)
         Plaintiff,
  : ECF CASE
    - against -   Electronically Filed
  :
NEW YORK LIFE INSURANCE COMPANY, et al., : **DECLARATION OF JASON C. VIGNA**

        Defendants. :

------------------------------------x

    I, JASON C. VIGNA, declare pursuant to 28 U.S.C. § 1746 as follows:

    1.    I am a member of the bar of this Court and am associated with the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Tremont Group Holdings, Inc. and Tremont Partners, Inc. (collectively, the "Tremont Defendants") in this action.

    2.    I submit this Declaration in support of the Tremont Defendants' motion to dismiss the Second Amended Complaint (the "Motion") and to place before the Court copies of the following documents referenced in the accompanying memorandum of law in support of the Motion:

| Exhibit | Document |
|---|---|
| A. | American Masters Opportunity Insurance Fund, L.P. Amended and Restated Confidential Private Placement Memorandum, dated July 1, 2003. |
| B. | Tremont Opportunity Fund III, L.P. Second Amended and Restated Limited Partnership Agreement, dated August 1, 2008. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of November, 2012, in New York, New York.

_____
Jason C. Vigna