PILLSBURY WINTHROP SHAW PITTMAN LLP
Maria T. Galeno
Greg T. Lembrich
1540 Broadway
New York, NY 10036-4039
Tel.: (212) 858-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket No. 08-Civ-11117 (TPG) |
| F. DANIEL PRICKETT, <br><br> Plaintiff, <br><br> - against - <br><br> NEW YORK LIFE INSURANCE COMPANY, et al., <br><br> Defendants. | Civil Action No. 1:09-03137 (TPG) |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Maria T. Galeno and exhibits thereto, Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation, by and through their undersigned counsel, will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff F. Daniel Prickett's Second Amended Complaint filed with this Court on October 12, 2012, for the reasons set forth in the accompanying memorandum, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
December 5, 2012

        PILLSBURY WINTHROP SHAW PITTMAN LLP

By:    <u>s/ Maria T. Galeno</u>
      Maria T. Galeno
      Greg T. Lembrich
      1540 Broadway
      New York, NY  10036
      Telephone: (212) 858-1000
      Fax: (212) 858-1500
      maria.galeno@pillsburylaw.com
      greg.lembrich@pillsburylaw.com

*Attorneys for Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation*