IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
IN RE TREMONT SECURITIES LAW,            :
STATE LAW AND INSURANCE                  :    Master File No.
LITIGATION                               :    08 Civ. 11117 (TPG)
-------------------------------------------------------------:
This Document Relates to:                :
Insurance Action, 09 Civ. 557 (TPG),     :
Specifically to:                         :
                                         :
CUMMINS INC., as the authorized representative : 10 Civ. 9252 (TPG)
of the Cummins Inc. Grantor Trust dated  :
September 10, 2007, as amended,          :
                                         :    ECF Case
                        Plaintiff,       :    Electronically Filed
                                         :
        - against -                      :
                                         :    NOTICE OF MOTION
NEW YORK LIFE INSURANCE COMPANY, et      :
al.,                                     :
                                         :
                        Defendants.      :
-------------------------------------------------------------x
```

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law dated December 7, 2012 and all other pleadings filed in this action, defendant Oppenheimer Acquisition Corp. will move this Court before the Honorable Thomas P. Griesa, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be designated by the Court, for an order (a) dismissing with prejudice all claims against it contained in Plaintiff's Third Amended Complaint, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of

Civil Procedure, and (b) granting such other and further relief as the Court deems just and proper.

Dated: Princeton, New Jersey
December 7, 2012

        DECHERT LLP

        By: /s/ David A. Kotler
        David A. Kotler
        david.kotler@dechert.com
        902 Carnegie Center, Suite 500
        Princeton, New Jersey 08540
        Tel.: (609) 955-3200
        Fax: (609) 955-3259
        *Attorney for Defendants*
        *Oppenheimer Acquisition Corp.*

14767582