UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION : | Master File No. 08 Civ. 11117 (TPG) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
| This Document Relates to: : | |
| STATE LAW ACTION, 08 Civ. 11183 (TPG), and specifically to: : | |
| : | 12 Civ. 9057 (TPG) |
| SPECTRUM SELECT, L.P., | |
| : | ECF CASES |
| Plaintiff, | Electronically Filed |
| : | |
| - against - | |
| : | **NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS** |
| TREMONT GROUP HOLDINGS, INC., *et al.*, | |
| : | |
| Defendants. | |
| : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
| ALBERT ANIKSTEIN, *et al.*, : | |
| Plaintiffs, : | |
| - against - : | 12 Civ. 9058 (TPG) |
| TREMONT GROUP HOLDINGS, INC., *et al.*, : | |
| Defendants. : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
| MICHAEL BECKER., *et al.*, : | |
| Plaintiffs, : | |
| - against - : | 12 Civ. 9060 (TPG) |
| TREMONT GROUP HOLDINGS, INC., *et al.*, : | |
| Defendants. : | |
| [CAPTION CONTINUED ON NEXT PAGE] : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALAN BILGORE, et al.,                          :

                    Plaintiffs,                :

         - against -                           :   12 Civ. 9061 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,          :

                    Defendants.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KARASEL II, L.P.,                              :

                    Plaintiff,                 :

         - against -                           :   12 Civ. 9062 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,          :

                    Defendants.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SPECTRUM SELECT II, L.P. and SPECTRUM          :
EQUITIES, L.P.,
                                               :
                    Plaintiffs,
                                               :   12 Civ. 9063 (TPG)
         - against -
                                               :
TREMONT GROUP HOLDINGS, INC., et al.,
                                               :
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBERT COCCHI, et al.,                         :

                    Plaintiffs,                :

         - against -                           :   12 Civ. 9064 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,          :

                    Defendants.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

PLEASE TAKE NOTICE that, upon the complaints in the above-captioned actions (the "Complaints"), the accompanying memorandum of law, the declaration of Jason C. Vigna dated January 23, 2013, and the exhibits thereto, and all prior papers and proceedings herein, defendants Tremont Group Holdings, Inc. and Tremont Partners, Inc. will move this Court, before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order:  (i) dismissing the Complaints pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and Title I of the Securities Litigation Uniform Standards Act of 1998; and (ii) for such other and further relief as this Court may deem just and proper.

Dated:   New York, New York
         January 23, 2013

/s/ Seth M. Schwartz
Seth M. Schwartz (Seth.Schwartz@Skadden.com)
Jason C. Vigna (Jason.Vigna@Skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Defendants
  Tremont Group Holdings, Inc. and
  Tremont Partners, Inc.