UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
IN RE TREMONT SECURITIES LAW, STATE      Master File No.
LAW AND INSURANCE LITIGATION         :   08 Civ. 11117 (TPG)
------------------------------------x
This Document Relates to:            :

STATE LAW ACTION, 08 Civ. 11183 (TPG),:
and specifically to:
                                     :
SPECTRUM SELECT, L.P.,
                                     :   12 Civ. 9057 (TPG)
                  Plaintiff,
                                     :   ECF CASES
       - against -                       Electronically Filed
                                     :
TREMONT GROUP HOLDINGS, INC., et al.,
                                     :
                  Defendants.
                                     :
[CAPTION CONTINUED ON NEXT PAGE]
------------------------------------x
```

```
------------------------------------x
ALBERT ANIKSTEIN, et al.,            :
                                     :
              Plaintiffs,            :
                                     :
         - against -                 :   12 Civ. 9058 (TPG)
                                     :
TREMONT GROUP HOLDINGS, INC., et al.,:
                                     :
              Defendants.            :
------------------------------------x
MICHAEL BECKER., et al.,             :
                                     :
              Plaintiff,             :
                                     :
         - against -                 :   12 Civ. 9060 (TPG)
                                     :
TREMONT GROUP HOLDINGS, INC., et al.,:
                                     :
              Defendants.            :
------------------------------------x
ALAN BILGORE, et al.,                :
                                     :
              Plaintiffs,            :
                                     :
         - against -                 :   12 Civ. 9061 (TPG)
                                     :
TREMONT GROUP HOLDINGS, INC., et al.,:
                                     :
              Defendants.            :
------------------------------------x
KARASEL II, L.P.,                    :
                                     :
              Plaintiff,             :
                                     :
         - against -                 :   12 Civ. 9062 (TPG)
                                     :
TREMONT GROUP HOLDINGS, INC., et al.,:
                                     :
              Defendants.            :
[CAPTION CONTINUED ON NEXT PAGE]     :
------------------------------------x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SPECTRUM SELECT II, L.P. and SPECTRUM    :
EQUITIES, L.P.,
                                          :
                    Plaintiffs,
                                          :   12 Civ. 9063 (TPG)
          - against -
                                          :
TREMONT GROUP HOLDINGS, INC., et al.,
                                          :
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBERT COCCHI, et al.,                    :

                    Plaintiffs,           :

          - against -                     :   12 Civ. 9064 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,     :

                    Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## THE FUNDS' JOINDER IN THE BRIEF OF THE TREMONT DEFENDANTS

The Tremont and Rye Funds[1] respectfully join in Tremont's[2] Brief In Support Of Their Motion For Judgment On The Pleadings (the "Tremont Brief"), which was filed on January 23, 2013, and hereby adopt and incorporate the legal arguments and authorities set forth therein.

For the reasons set forth in the Tremont Brief, the Tremont and Rye Funds respectfully request that this Court issue an order, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, dismissing the Complaint against them.

---

[1] References to the "Tremont and Rye Funds" shall refer to all of the following entities: Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market XL Fund, L.P., Tremont Market Neutral Fund, II, L.P. and Tremont Opportunity Fund II, L.P.

[2] References to "Tremont" shall refer to all of the following entities: Tremont Group Holdings, Inc. and Tremont Partners, Inc.,

Dated: New York, New York
January 24, 2013

        TANNENBAUM HELPERN
        SYRACUSE & HIRSCHTRITT LLP

By:   /s/ David J. Kanfer
      Jamie B.W. Stecher
      Stecher@thsh.com
      Ralph A. Siciliano
      siciliano@thsh.com
      David J. Kanfer
      Kanfer@thsh.com
      900 Third Avenue
      New York, New York 10022
      (212) 508-6700

*Attorneys for Defendants
Rye Select Broad Market Fund, L.P., Rye
Select Broad Market Prime Fund, L.P., Rye
Select Broad Market XL Fund, L.P.,
Tremont Market Neutral Fund, II, L.P. and
Tremont Opportunity Fund II, L.P.*