## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | ) ) ) | Master Docket No. 1:08-11117 (TPG) |
| | ) | |
| CUMMINS INC., as the authorized representative of the Cummins Inc. Grantor Trust dated September 10, 2007, as amended, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:10-9252 (TPG) |
| NEW YORK LIFE INSURANCE COMPANY, NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, TREMONT CAPITAL MANAGEMENT, INC., RYE INVESTMENT MANAGEMENT, MASSMUTUAL HOLDING LLC, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORP., RYE SELECT BROAD MARKET PRIME FUND L.P., RYE SELECT BROAD MARKET XL FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT OPPORTUNITY FUND III, L.P., TREMONT (BERMUDA) LTD.,TREMONT GROUP HOLDINGS, INC.,and TREMONT PARTNERS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ECF CASE<br><br>JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

RECEIVED JAN 2 3 2013 CHAMBERS OF JUDGE GRIESA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 25, 2013

## STIPULATION AND [PROPOSED] ORDER CONCERNING
## THE SCHEDULE FOR PLAINTIFF CUMMINS, INC.'S FILING OF ITS
## RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS

Whereas, on October 4, 2012, the Court entered a briefing schedule for defendants' filing of motions to dismiss plaintiff Cummins Inc.'s ("Cummins") Third Amended Complaint in the above captioned matter (1:10-9252 (TPG), Dkt. No 47);

Whereas, defendants have timely filed their motions to dismiss (the "Motions");

Whereas, Cummins' responses to the Motions (the "Responses") are due on January 25, 2012;

Whereas, Cummins' counsel has been working diligently on the Responses, but requires an extension of time to complete the Responses due to the press of deadlines in other litigation matters and unanticipated travel; and

Whereas, defendants' counsel have no objection to Cummins' request for an extension of time to complete and file the Responses;

**IT IS HEREBY STIPULATED**, by and between undersigned counsel for the parties, without waiving any rights, defenses, or arguments they may assert, and subject to the approval of the Court, as follows:

Cummins shall have until March 1, 2013 to file its Responses to Defendants' Motions to Dismiss;

The New York Life, MassMutual, Oppenheimer and Tremont Defendants shall have until April 5, 2013 to file their Replies in Further Support of their respective Motions to Dismiss Cummins' Second Amended Complaint; and

The Funds shall have until April 19, 2013 to file their Reply in Further Support of their Motion to Dismiss Cummins' Second Amended Complaint.

2

January 22, 2013

SARA SIEGALL
Chapman Spingola, LLP
77 West Wacker, Suite 4800
Chicago, Illinois 60601
312-606-8665
*Attorney for Cummins, Inc.*

January 22, 2013

BINGHAM McCUTCHEN LLP
Carol E. Head
One Federal Street
Boston, MA 02110
617-951-8000
*Attorney for Massachusetts Mutual Life
Insurance Company and MassMutual Holding
LLC*

January 22, 2013

PILLSBURY WINTHROP SHAW
PITTMAN, LLP
Greg T. Lembrich
1540 Broadway
New York, NY 10036
212-858-1500
*Attorney for New York Life Insurance
Company and New York Life Insurance and
Annuity Corporation*

January 22, 2013

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Seth M. Schwartz
Four Times Square
New York, NY 10036
212-735-3000
*Attorney for Tremont Group Holdings,
Tremont Partners, Inc., Tremont (Bermuda)
Ltd., Tremont Capital Management, Inc., and
Rye Investment Management*

3

January 2, 2013

*David Kanfer*

TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP
David J. Kanfer
900 Third Ave.
New York, NY 10022
212-508-6700
*Attorney for Rye Select Broad Market Prime
Fund, L.P., Rye Select Broad Market Fund XL,
L.P., and Tremont Opportunity Fund III, L.P.*

January 2, 2013

*David Kotler*

DECHERT LLP
David A. Kotler
902 Carnegie Center, Suite 500
Princeton, New Jersey  08540
(609) 955-3200
*Attorneys for Defendant
Oppenheimer Acquisition Corp.*

*Approved:
Thomas P. Griesa
USDJ  1/25/13*