USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 12, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

Master Docket No. 08 Civ. 11117 (TPG)

---

This document relates to:

THE INSURANCE ACTION, 09 Civ. 557 (TPG), specifically to:

CAYMAN NATIONAL TRUST COMPANY, LTD., AS TRUSTEE OF THE INTERNATIONAL DAD TRUST,

    Plaintiff,

    -against-

TREMONT OPPORTUNITY FUND III, L.P., et al.,

    Defendants.

11 Civ. 1687 (TPG)

STIPULATION AND [~~PROPOSED~~] ORDER

---

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties hereto as follows:

1.    The time for the defendants, Tremont Opportunity Fund III, L.P. and Tremont International Insurance Fund, L.P. (the "Funds") to answer the second amended complaint (the "Complaint") shall be and hereby is adjourned from June 6, 2013 until ten (10) days after the Tremont Defendants[1] file their answer to the Complaint.

2.    This Court has not granted any prior adjournments of the Funds' time to answer the Complaint.

---

[1] The Tremont Defendants are Tremont Partners, Inc., Tremont Group Holdings, Inc. and Rye Investment Management.

1

Dated: June 5, 2012

Ralph C. Perry-Miller
rperry-miller@lrmlaw.com
Drew York
dyork@lrmlaw.com
LOOPER, REED & McGRAW PC
1601 Elm Street, Suite 4600
Dallas, Texas 75201
(214) 237-6348

*Counsel for Plaintiff*
*Cayman National Trust Company, Ltd., as Trustee of The International DAD Trust*

Ralph A. Siciliano
siciliano@thsh.com
David J. Kanfer
kanfer@thsh.com
Jamie B.W. Stecher
stecher@thsh.com
TANNENBAUM HELPERN
  SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022
(212) 508-6700

*Attorneys for Defendants*
*Tremont Opportunity Fund III, L.P, and Tremont International Insurance Fund, L.P.*

SO ORDERED

Thomas P. Griesa
United States District Court Judge

June 12, 2013

2