UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/27/2013

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, AND INSURANCE LITIGATION | Master File No.<br><br>08 Civ. 11117 |
| F. DANIEL PRICKETT,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, TREMONT PARTNERS, INC., ET AL.,<br><br>Defendants. | 09 Civ. 557<br><br>09 Civ. 3137<br><br>ORDER |

The court's order granting defendants' motion to dismiss, document number 70 in case number 09 Civ. 03137, also resolved the motion listed as document number 56 in case number 09 Civ. 03137.

So ordered.

Dated: New York, New York
August 27, 2013

_____
Thomas P. Griesa
United States District Judge