UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re: Tremont Securities Law, State Law, and
Insurance Litigation

Master File No.
**08 CIVIL** 11117 (TPG)

-----------------------------------------------------------X
ELENDOW FUNDS, LLC,

                     Plaintiff,

-against-

RYE SELECT BROAD MARKET XL FUND
TREMONT PARTNERS, INC., et al.,
                     Defendants.
-----------------------------------------------------------X

**10 CIVIL** 9061 (TPG)
**JUDGMENT**

      Defendants having moved to dismiss the complaint, and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on September 16, 2013, having rendered its Opinion granting defendants motion to dismiss the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated September 16, 2013, Defendants' motion to dismiss the complaint is granted and Elendow Fund's complaint is dismissed in its entirety.

**Dated:** New York, New York
        September 17, 2013

RUBY J. KRAJICK
Clerk of Court

BY:

Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____