USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

08 Civ. 11117

**ORDER**

On August, 8, 2011, this court found the proposed settlement in this class action to be fair, adequate, and reasonable. On August 19, 2011, this court dismissed the case and approved attorney's fees. Several objectors appealed these orders.

On October 25, 2013, the Court of Appeals remanded this case for the limited purpose of determining whether certain objectors' potential $80,000 claim, arising out of a related bankruptcy action, was released by the settlement and dismissal of the instant case.

The parties are ordered to brief this issue on an expedited basis. Defendants, who argued in the Court of Appeals that the appeal was moot based on the release, shall file a brief by November 12, 2013. Any other party joining defendants' position should also file a brief by that date. Any opposition to defendants' position should be filed by November 26, 2013. Any reply shall be filed by December 3, 2013.

1

So ordered.

Dated: New York, New York
       October 29, 2013

_____
Thomas P. Griesa
United States District Judge

2