UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION : | Master File No. 08 Civ. 11117 (TPG) |
| This Document Relates to: INSURANCE ACTION, 09 Civ. 557 (TPG), and specifically to: : | 11 Civ. 1283 (TPG) |
| YALE M. FISHMAN 1998 INSURANCE TRUST, : | |
| PHILADELPHIA FINANCIAL LIFE ASSURANCE COMPANY, : | |
| YALE M. FISHMAN 1998 INSURANCE TRUST, et ano, : | 11 Civ. 1284 (TPG) |
| Plaintiffs, : | **NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE** |
| GENERAL AMERICAN LIFE INSURANCE COMPANY, et al., : | |

------------------------------------------x

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ____ DATE FILED: 11/5/13]

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Kindly withdraw the appearance of Zev. F. Raben on behalf of Defendants Tremont Opportunity Fund III, L.P., Rye Select Broad Market Insurance Fund L.P., Rye Select Broad Market Prime Fund, L.P., and Rye Select Broad Market XL Fund L.P in connection with the above-captioned matter. Undersigned respectfully requests that his name, address and e-mail address be stricken from the CM-ECF service distribution list.

The Law Firm Tannenbaum Helpern Syracuse & Hirschtritt, LLP, will continue to represent these Defendants in this case.

Dated: New York, New York
October 21, 2013

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: s/ Zev F. Raben
Zev F. Raben

900 Third Avenue
New York, New York 10022
(212) 508-7548
Email – raben@thsh.com

*Attorneys for Defendants Tremont Opportunity Fund III, LP, Rye Select Broad Market Insurance Fund LP, Rye Select Broad Market Prime Fund, LP, and Rye Select Broad Market XL Fund LP*

SO ORDERED.

Dated: New York, New York
November 5, 2013

Thomas P. Greisa, U.S.D.J.