**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket 08 Civ. 11117 (TPG) |
| This Document Relates to: <br><br>INSURANCE ACTION, 09 Civ. 557 (TPG), And specifically to:<br><br>CUMMINS INC., as the authorized representative of the Cummins Inc. Grantor Trust dated September 10, 2007, as amended,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | 10 Civ. 9252 (TPG)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/13

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Kindly withdraw the appearance of Zev. F. Raben on behalf of Defendants Tremont Opportunity Fund III, L.P., Rye Select Broad Market Prime Fund L.P. and Rye Select Broad Market XL Fund L.P., in connection with the above-captioned matter. Undersigned respectfully requests that his name, address and e-mail address be stricken from the CM-ECF service distribution list.

The Law Firm Tannenbaum Helpern Syracuse & Hirschtritt, LLP, will continue to represent these Defendants in this case.

Dated: New York, New York
       October 31, 2013

                                      TANNENBAUM HELPERN
                                      SYRACUSE & HIRSCHTRITT LLP

                                      By: _s/ Zev F. Raben_____
                                          Zev F. Raben

900 Third Avenue
New York, New York 10022
(212) 508-7548
Email – raben@thsh.com

*Attorneys for Defendants Tremont Opportunity Fund III, L.P., Rye Select Broad Market Prime Fund L.P. and Rye Select Broad Market XL Fund L.P.*

SO ORDERED.

Dated: New York, New York
November 5, 2013

_____
Thomas P. Greisa, U.S.D.J.