**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket 08 Civ. 11117 (TPG) |
| ELENDOW FUND, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RYE SELECT BROAD MARKET XL FUND, L.P., RYE INVESTMENT MANAGEMENT TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS, INC, TREMONT PARTNERS, INC., MASSACHUSETTS MUTUAL LIFE INSURANCE CO., MASSMUTUAL HOLDINGS LLC, OPPENHEIMER ACQUISITION CORPORATION, RUPERT ALLAN, JIM MITCHELL and ROBERT SCHULMAN, <br><br> Defendants. | 10 Civ. 9061 (TPG) <br><br> **NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE** <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 11/5/13 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Kindly withdraw the appearance of Zev. F. Raben on behalf of Defendant Rye Select Broad Market XL Fund L.P., in connection with the above-captioned matter. Undersigned respectfully requests that his name, address and e-mail address be stricken from the CM-ECF service distribution list.

The Law Firm Tannenbaum Helpern Syracuse & Hirschtritt, LLP, will continue to represent this Defendant in this case.

Dated: New York, New York
       October 31, 2013

TANNENBAUM HELPERN
  SYRACUSE & HIRSCHTRITT LLP

By:  s/ Zev F. Raben
      Zev F. Raben

900 Third Avenue
New York, New York 10022
(212) 508-7548
Email – raben@thsh.com

*Attorneys for Defendant Rye Select Broad Market XL Fund L.P.*

SO ORDERED.

Dated: New York, New York
      November 5, 2013

_____
Thomas P. Greisa, U.S.D.J.

[989017-1]      2