**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket No. 08 Civ. 11117 (TPG) |
| This document relates to:<br><br>THE INSURANCE ACTION, 09 Civ. 557 (TPG), specifically to:<br><br>CAYMAN NATIONAL TRUST COMPANY, LTD., AS TRUSTEE OF THE INTERNATIONAL DAD TRUST,<br><br>    Plaintiff,<br><br>    -against-<br><br>TREMONT OPPORTUNITY FUND III, L.P., et al.,<br><br>    Defendants. | 11 Civ. 1687 (TPG)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/13

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Kindly withdraw the appearance of Zev. F. Raben on behalf of Defendants Tremont Opportunity Fund III, L.P., and Tremont International Insurance Fund LP in connection with the above-captioned matter. Undersigned respectfully requests that his name, address and e-mail address be stricken from the CM-ECF service distribution list.

The Law Firm Tannenbaum Helpern Syracuse & Hirschtritt, LLP, will continue to represent these Defendants in this case.

Dated: New York, New York
       October 31, 2013

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: _s/ Zev F. Raben_____
    Zev F. Raben

900 Third Avenue
New York, New York 10022
(212) 508-7548
Email – raben@thsh.com

*Attorneys for Defendants Tremont Opportunity Fund III, L.P., and Tremont International Insurance Fund LP*

SO ORDERED.

Dated: New York, New York
       November 5, 2013

_____
Thomas P. Greisa, U.S.D.J.

[954648-2]

2