**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re TREMONT GROUP HOLDINGS, INC. Securities Litigation | MDL No. 2052 |
| This document relates to: <br><br> In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION Master Docket No. 08 Civ. 11117 (TPG) specifically: <br><br> SPECTRUM SELECT, L.P., <br><br> Plaintiff, <br><br> -against- <br><br> TREMONT GROUP HOLDINGS, INC., TREMONT PARTNERS, INC., RYE SELECT BROAD MARKET FUND, L.P., RYE SELECT BROAD MARKET PRIME FUND, L.P., RYE SELECT BROAD MARKET XL FUND, L.P., MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, MASSMUTUAL HOLDING COMPANY, OPPENHEIMER ACQUISITION CORP., and KPMG LLP, <br><br> Defendants. | 12 Civ. 9057 (TPG) <br><br> **NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2013

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Kindly withdraw the appearance of Zev. F. Raben on behalf of Defendants Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., and Rye Select Broad Market XL Fund, L.P in connection with the above-captioned matter. Undersigned respectfully requests that his name, address and e-mail address be stricken from the CM-ECF service distribution list.

The Law Firm Tannenbaum Helpern Syracuse & Hirschtritt, LLP, will continue to represent these Defendants in this case.

Dated: New York, New York
       October 31, 2013

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: s/ Zev F. Raben
    Zev F. Raben

900 Third Avenue
New York, New York 10022
(212) 508-7548
Email – raben@thsh.com

*Attorneys for Defendants Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., and Rye Select Broad Market XL Fund, L.P.,*

SO ORDERED.

Dated: New York, New York
       November 5, 2013

_____
Thomas P. Greisa, U.S.D.J.