USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/13

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION |
| This Document Relates to: <br> INSURANCE ACTION, 09 Civ. 557 (TPG), and specifically to: <br> F. DANIEL PRICKETT, <br>                                       Plaintiff, <br> v. <br> NEW YORK LIFE INSURANCE COMPANY, et al., <br>                                       Defendants. |

Master Docket No. 1:08-11117

Civil Action No. 1:09-cv-03137 (TPG)

**NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Kindly withdraw the appearance of Zev. F. Raben on behalf of Defendant Tremont Opportunity Fund III, L.P, in connection with the above-captioned matter. Undersigned respectfully requests that his name, address and e-mail address be stricken from the CM-ECF service distribution list.

The Law Firm Tannenbaum Helpern Syracuse & Hirschtritt, LLP, will continue to represent this Defendant in this case.

Dated: New York, New York
            October 31, 2013

TANNENBAUM HELPERN
   SYRACUSE & HIRSCHTRITT LLP

By: s/ Zev F. Raben
       Zev F. Raben
       900 Third Avenue
       New York, New York 10022
       (212) 508-7548
       Email – raben@thsh.com

*Attorneys for Defendant Tremont Opportunity Fund III, L.P.*

SO ORDERED.

Dated: New York, New York
    November 5, 2013

_____
Thomas P. Greisa, U.S.D.J.