UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT GROUP HOLDINGS, INC. Securities Litigation | MDL No. 2052 |
| This document relates to:<br><br>In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION Master Docket No. 08 Civ. 11117 (TPG) specifically:<br><br>ALBERT ANIKSTEIN, BMC FUND, INC., BROYHILL ALL-WEATHER FUND, L.P., CARRSWOLD PARTNERSHIP, WILLIAM CHARLTON, WILLIAM CHARLTON III, DATAMAN GROUP, INC., DALE FILHABER, EDWARD FILHABER, FOURMIN ASSOCIATES, KARYL MARSIGLI as executrix of the estate of ADOLFO MARSIGLI, EDUARDO MARSIGLI, MAYFAIR ASSOCIATES, ALLEN MEISELS, JOHN PALUSKA, PHOENIX LAKE PARTNERS, L.P., SAMUEL PRIZANT, ROXY MANAGEMENT CORPORATION, INC., SBM INVESTMENTS L.L.P., ROGER SCHWAB, WALTER SCHWAB, RICHARD SKELLY, and ED TRIMAS,<br>                    Plaintiffs,<br><br>-against-<br><br>TREMONT GROUP HOLDINGS, INC., TREMONT PARTNERS, INC., RYE SELECT BROAD MARKET FUND, L.P., RYE SELECT BROAD MARKET PRIME FUND, L.P., RYE SELECT BROAD MARKET XL FUND, L.P., TREMONT MARKET NEUTRAL FUND II, L.P., TREMONT OPPORTUNITY FUND II, L.P., MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, MASSMUTUAL HOLDING COMPANY, OPPENHEIMER ACQUISITION CORP., and KPMG LLP,<br>                    Defendants. | 12 Civ. 9058 (TPG)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/13

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Kindly withdraw the appearance of Zev. F. Raben on behalf of Defendants Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market XL Fund, L.P., Tremont Market Neutral Fund II, LP, and Tremont Opportunity Fund II, LP, in connection with the above-captioned matter. Undersigned respectfully requests that his name, address and e-mail address be stricken from the CM-ECF service distribution list.

The Law Firm Tannenbaum Helpern Syracuse & Hirschtritt, LLP, will continue to represent these Defendants in this case.

Dated: New York, New York
      October 31, 2013

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: _s/ Zev F. Raben_
    Zev F. Raben

900 Third Avenue
New York, New York 10022
(212) 508-7548
Email – raben@thsh.com

*Attorneys for Defendants Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market XL Fund, L.P., Tremont Market Neutral Fund II, LP, and Tremont Opportunity Fund II, LP*

SO ORDERED.

Dated: New York, New York
      November 5, 2013

_____
Thomas P. Greisa, U.S.D.J.

[988978-1]                                2