UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT GROUP HOLDINGS, INC. Securities Litigation | MDL No. 2052 |
| This document relates to:<br><br>In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION Master Docket No. 08 Civ. 11117 (TPG) specifically:<br><br>MICHAEL BECKER, STEVEN BECKER, STEVEN BROWN, MAUREEN CHAVES, ROBERT CHAVES, CHARLES COHEN, LINDA COHEN, ROSE CRIBLEZ as executrix of the estate of GASTON CRIBLEZ, JEAN DECASTRO, ROSALYN DENSEN, FRANCINE FOGEL, STEPHEN FOGEL, MICHAEL GENSBERG, ZENA GENSBERG, GLORIA GOTTLIEB, JESSE GOTTLIEB, STEPHEN GREENSPAN, CALLA GUTTER, MARVIN GUTTER, ELIZABETH HOFFMAN, DAVID JAY, BRITTA LLEWELLYN, JARET LLEWELLYN, LRM INVESTMENT CORP., SHELDON MAY, EDIE MINKOFF, JEFFREY MINKOFF, JOSHUA PARKER, ALVIN POCK, ELINOR POCK, BEATRICE ROBINSON, DR. GARY ROSENBERG, RONALD RUBIN, JANET SHAVELSON, KENNETH SHAVELSON, PAULETTE SHERRILL, RONALD SHERRILL, MARLENE SHERMAN, STEVE SHERMAN, DR. STEVEN SILVERMAN, DR. ALAN SLOOTSKY, LESLIE STECKLER, ROBYN BARELL, ANTONIO VARELA, and THE VLT FAMILY,<br><br>     Plaintiffs,<br><br>    -against-<br><br>TREMONT GROUP HOLDINGS, INC., TREMONT PARTNERS, INC., RYE SELECT BROAD MARKET FUND, L.P., | <br><br>12 Civ. 9060 (TPG)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE** |

> RYE SELECT BROAD MARKET PRIME FUND, L.P., RYE SELECT BROAD MARKET XL FUND, L.P., MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, MASSMUTUAL HOLDING COMPANY, OPPENHEIMER ACQUISITION CORP., and KPMG LLP,
>
>     Defendants.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Kindly withdraw the appearance of Zev. F. Raben on behalf of Defendants Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., and Rye Select Broad Market XL Fund, L.P., in connection with the above-captioned matter. Undersigned respectfully requests that his name, address and e-mail address be stricken from the CM-ECF service distribution list.

The Law Firm Tannenbaum Helpern Syracuse & Hirschtritt, LLP, will continue to represent these Defendants in this case.

Dated: New York, New York
       October 31, 2013

                            TANNENBAUM HELPERN
                            SYRACUSE & HIRSCHTRITT LLP

                            By: _s/ Zev F. Raben_____
                               Zev F. Raben

                            900 Third Avenue
                            New York, New York 10022
                            (212) 508-7548
                            Email – raben@thsh.com

                            *Attorneys for Defendants Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., and Rye Select Broad Market XL Fund, L.P.,*

[972650-1]                         2

SO ORDERED.

Dated: New York, New York
        November 5, 2013

_____
Thomas P. Greisa, U.S.D.J.