UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In Re TREMONT SECURITIES LAW, STATE LAW    MASTER DOCKET
AND INSURANCE LITIGATION                                    08-CV-11117 (TPG)
------------------------------------------------------------------ x

## NOTICE OF APPEARANCE AND DEMAND

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, that Richard W. Trotter of Tannenbaum Helpern Syracuse & Hirschtritt LLP has been retained as an attorney for Defendants Tremont Opportunity Fund II, L.P., Rye Select Broad Market Prime Fund L.P., Rye Select Broad Market XL Fund L.P., Tremont Market Neutral Fund, II, L.P., and Rye Select Broad Market Fund L.P., appears in this action, and requests that service of all papers, and notices of all proceedings in this action, be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
November 12, 2013

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: s/ Richard W. Trotter
Richard W. Trotter

900 Third Avenue
New York, New York 10022
(212) 508-7542
Email – trotter@thsh.com

*Attorneys for Defendants Tremont Opportunity Fund III, L.P., Rye Select Broad Market Prime Fund L.P., Rye Select Broad Market XL Fund L.P. Tremont Market Neutral Fund, II, L.P., and Rye Select Broad Market Fund L.P.,*