UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW and INSURANCE LITIGATION | Master File No.: 08 Civ. 11117 (TPG) |
| This Document Relates To: | ECF CASES<br>Electronically Filed |
| State Law Actions, 08 Civ. 11183 (TPG)<br>Securities Actions, 08 Civ. 11212 (TPG)<br>Insurance Actions, 09 Civ. 557 (TPG) | **DECLARATION OF<br>JASON C. VIGNA** |

------------------------------x

I, JASON C. VIGNA, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of this Court and am associated with the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendants Tremont Partners, Inc., Tremont Group Holdings, Inc., Tremont (Bermuda) Limited, Tremont Capital Management, Inc., Rye Investment Management, Robert I. Schulman, Rupert A. Allan, Harry Hodges, James Mitchell, Lynn O. Keeshan, Patrick Kelly, Stephen Thomas Clayton, Stuart Pologe, Cynthia J. Nicoll and Darren Johnston (collectively, the "Tremont Defendants") in this action.

2. I submit this Declaration in support of the Tremont Defendants' Memorandum of Law on Remand from the Second Circuit (the "Memorandum") and to place before the Court copies of the following documents referenced in the Memorandum:

| Exhibit | Document |
|---|---|
| A. | May 8, 2012 letter from Seth M. Schwartz to Vincent T. Gresham, and enclosures thereto; |
| B. | May 18, 2012 letter from Vincent T. Gresham to Seth M. Schwartz, and enclosures thereto; |
| C. | Haines Appellants' Motion for Leave To File Surreply, <u>In re: Tremont Securities Law, State Law, and Insurance Litigation</u>, 11-3899-cv (2d Cir.) (Dkt. 475), dated August 25, 2012; |
| D. | Summary Order Remanding Appeal to the United States District Court for the Southern District of New York, <u>In re: Tremont Securities Law, State Law, and Insurance Litigation</u>, 11-4030-cv (2d Cir.) (Dkt. 356-1), dated October 25, 2013. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of November, 2013, in New York, New York.

_____
Jason C. Vigna