UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE TREMONT SECURITIES LAW, STATE  :  Master File No.
LAW AND INSURANCE LITIGATION         :  08 Civ. 11117 (TPG)
------------------------------------x
This Document Relates To:            :

State Law Actions, 08 Civ. 11183 (TPG)   :  ECF CASES
Securities Actions, 08 Civ. 11212 (TPG)     Electronically Filed
Insurance Actions, 09 Civ. 557 (TPG)     :

                                     :

                                     :

                                     :
------------------------------------x

## THE FUNDS' JOINDER IN THE BRIEF OF THE TREMONT DEFENDANTS

The Tremont and Rye Funds[1] respectfully join in Tremont's Memorandum of Law on Remand from the Second Circuit, which was filed on November 12, 2013 (ECF No. 889, the "Tremont Memorandum"), and hereby adopt and incorporate the legal arguments and authorities set forth therein.[2]

---

[1] References herein to the "Tremont and Rye Funds" shall refer to all of the following entities: Tremont Market Neutral Fund L.P., Tremont Market Neutral Fund II, L.P., Tremont Market Neutral Fund Limited, Tremont Opportunity Fund Limited, Tremont Opportunity Fund II L.P., Tremont Opportunity Fund III L.P., Tremont Arbitrage Fund, L.P., Tremont Arbitrage Fund-Ireland, Tremont Strategic Insurance Fund, L.P., Rye Select Broad Market Fund, L.P., Rye Select Broad Market XL Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market Insurance Fund, L.P., Rye Select Broad Market Portfolio Limited.

[2] Capitalized terms not otherwise defined herein shall have the sale meaning as given to them in the Tremont Memorandum.

For the reasons set forth in the Tremont Memorandum, the Tremont and Rye Funds respectfully request that this Court enter the stipulation and proposed order submitted by Tremont confirming the intent of the parties that the Release does not bar the $80,000 Claim.

Dated: New York, New York
November 12, 2013

                TANNENBAUM HELPERN
                SYRACUSE & HIRSCHTRITT LLP

By:   /s/ David J. Kanfer
      Jamie B.W. Stecher
      Stecher@thsh.com
      Ralph A. Siciliano
      siciliano@thsh.com
      David J. Kanfer
      Kanfer@thsh.com
      900 Third Avenue
      New York, New York 10022
      (212) 508-6700

*Attorneys for Defendants*
*Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market XL Fund, L.P., Tremont Market Neutral Fund, II, L.P. and Tremont Opportunity Fund II, L.P.*