IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
IN RE TREMONT SECURITIES LAW, :
STATE LAW AND INSURANCE : Master File No.
LITIGATION : 08 Civ. 11117 (TPG)
------------------------------------------------------------------ :
This Document Relates to: : ECF Cases
 : Electronically Filed
State Law Actions, 08 Civ. 11183 (TPG) :
Securities Actions, 08 Civ. 11212 (TPG) :
Insurance Actions, 09 Civ. 557 (TPG) :
------------------------------------------------------------------ x

### THE OPPENHEIMER DEFENDANTS' JOINDER IN TREMONT'S MEMORANDUM OF LAW ON REMAND FROM THE SECOND CIRCUIT

Defendants Oppenheimer Acquisition Corp. and OppenheimerFunds, Inc. (together, the "Oppenheimer Defendants") hereby join and incorporate by reference Tremont's Memorandum Of Law On Remand From The Second Circuit, filed November 12, 2013 (the "Tremont Brief").

For the reasons set forth in the Tremont Brief, the release contained in the Court's judgment approving the settlement of this action (the "Release") has no impact on the other settlement reached in bankruptcy court and signed in July 2011 (the "Trustee Settlement"). The Oppenheimer Defendants hereby respectfully join in Tremont's request that the Court enter Tremont's stipulation and proposed order, confirming that the Release does not operate to bar any challenge to the Trustee Settlement.

Dated: New York, NY
November 12, 2013

Respectfully Submitted,

/s/ David A. Kotler
David A. Kotler
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
david.kotler@dechert.com
*Attorneys for Defendants Oppenheimer Acquisition Corp. and OppenheimerFunds, Inc.*

15087028