UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW and INSURANCE LITIGATION : : : | Master File No.: 08 Civ. 11117 (TPG) |
| ------------------------------ : | |
| This Document Relates To: : | |
| State Law Actions, 08 Civ. 11183 (TPG) : | |
| Securities Actions, 08 Civ. 11212 (TPG) : | ECF CASES |
| Insurance Actions, 09 Civ. 557 (TPG) : | Electronically Filed |
| : | |

------------------------------ x

# PLAINTIFFS' JOINDER IN MEMORANDUM OF THE TREMONT DEFENDANTS ON REMAND FROM THE SECOND CIRCUIT

**ENTWISTLE & CAPPUCCI LLP**
280 Park Avenue, 26th Floor West
New York, NY 10017
(212) 894-7200

**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

Attorneys for Plaintiffs in the State Law Subclass - Arthur E. Lange Revocable Trust, Arthur C. Lange, Neal J. Polan, HFM Charitable Remainder Trust, Eastham Capital Appreciation Fund LP and NPV Positive Corp., and for the benefit of Nominal Defendants, and Daniel Jackson and Laborers Local Pension Plan 17

**BERNSTEIN LIEBHARD LLP**
10 East 40th Street
New York, NY 10016
(212) 779-1414

Attorneys for Plaintiffs in the Securities Subclass - Arthur M. Brainson, Yvette Finkelstein, and Group Defined Pension Plan & Trust

EC.53682.1

Plaintiffs in the Securities Subclass and the State Law Subclass (the "Plaintiffs") hereby join in and incorporate by reference "Tremont's[1] Memorandum of Law on Remand from the Second Circuit" dated November 12, 2013 (the "Tremont Memorandum" Dkt. 889), submitted pursuant to this Court's Order dated October 29, 2013 (Dkt. 875).

In the interest of judicial economy, Plaintiffs hereby adopt and incorporate the arguments set forth in the Tremont Memorandum. .

For the reasons set forth in the Tremont Memorandum, a potential $80,000 claim by certain objectors arising out of a related bankruptcy action was *not* barred by the release contained in this Court's judgment approving the settlement in this action.

Plaintiffs respectfully request that the Court enter the stipulation and proposed order submitted in connection with the Tremont Memorandum.

---

[1] The "Tremont" Defendants-Appellees are Tremont Partners, Inc., Tremont Group Holdings, Inc., Tremont (Bermuda) Limited, Tremont Capital Management, Inc., Rye Investment Management, Robert I. Schulman, Rupert A. Allan, Harry Hodges, James Mitchell, Lynn O. Keeshan, Patrick Kelly, Stephen Thomas Clayton, Stuart Pologe, Cynthia J. Nicoll and Darren Johnston.

Dated:  New York, New York
             November 12, 2013

Respectfully submitted,

| | |
|---|---|
| ENTWISTLE & CAPPUCCI LLP<br>*Counsel for Plaintiffs*<br>*in the State Law Subclass*<br>280 Park Avenue, 26th Floor West<br>New York, NY 10017<br>Telephone:  (212) 894-7200 | BERNSTEIN LIEBHARD LLP<br>*Counsel for Plaintiffs*<br>*in the Securities Subclass*<br>10 East 40th Street<br>New York, NY 10016<br>Telephone:  (212) 779-1414 |
| */s/ Andrew J. Entwistle*<br>Andrew J. Entwistle, Esq.<br>Arthur V. Nealon, Esq.<br>Robert N. Cappucci, Esq. | */s/ Jeffrey M. Haber*<br>Jeffrey M. Haber, Esq.<br>Stephanie M. Beige, Esq. |

HAGENS BERMAN SOBOL
  SHAPIRO LLP
*Counsel for Plaintiffs*
*in the State Law Subclass*
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000

*/s/ Reed R. Kathrein*
Reed R. Kathrein, Esq.
Lee Gordon, Esq.