UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW and INSURANCE LITIGATION | : : : : | Master File No.: 08 Civ. 11117 (TPG) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| This Document Relates To: | : : | ECF CASES Electronically Filed |
| State Law Actions, 08 Civ. 11183 (TPG) Securities Actions, 08 Civ. 11212 (TPG) Insurance Actions, 09 Civ. 557 (TPG) | : : : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MASSMUTUAL'S JOINDER IN TREMONT'S MEMORANDUM OF LAW ON REMAND FROM THE SECOND CIRCUIT**

Defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC (together, "MassMutual") hereby join and incorporate by reference Tremont's Memorandum Of Law On Remand From The Second Circuit, filed November 12, 2013 (the "Tremont Brief").

For the reasons set forth in the Tremont Brief, the release contained in the Court's judgment approving the settlement of this action (the "Release") has no impact on the other settlement reached in bankruptcy court and signed in July 2011 (the "Trustee Settlement"). MassMutual respectfully joins in Tremont's request that the Court enter Tremont's stipulation and proposed order.

Dated: November 12, 2013

BINGHAM McCUTCHEN LLP

   s/ Carol E. Head
Joseph L. Kociubes*
joseph.kociubes@bingham.com
Carol E. Head*
carol.head@bingham.com
One Federal Street
Boston, MA 02110
Tel.: (617) 951-8000
*admitted pro hac vice

Kenneth I. Schacter
399 Park Avenue
New York, NY 10022
Tel.: (212) 705-7000
kenneth.schacter@bingham.com

*Attorneys for Defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC*