UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW and INSURANCE LITIGATION | : Master File No.: <br> : 08 Civ. 11117 (TPG) <br> : |
| ------------------------------- | : |
| This Document Relates To: | : |
| State Law Actions, 08 Civ. 11183 (TPG) | : ECF CASES |
| Securities Actions, 08 Civ. 11212 (TPG) | : Electronically Filed |
| Insurance Actions, 09 Civ. 557 (TPG) | : |

------------------------------- x

**PLAINTIFFS' JOINDER IN REPLY MEMORANDUM OF THE TREMONT DEFENDANTS ON REMAND FROM THE SECOND CIRCUIT**

ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, NY 10017
(212) 894-7200

HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

Attorneys for Plaintiffs in the State Law Subclass -
Arthur E. Lange Revocable Trust, Arthur C. Lange, Neal J. Polan, HFM Charitable Remainder Trust, Eastham Capital Appreciation Fund LP and NPV Positive Corp., and for the benefit of Nominal Defendants, and Daniel Jackson and Laborers Local Pension Plan 17

BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, NY 10016
(212) 779-1414

Attorneys for Plaintiffs in
the Securities Subclass -
Arthur M. Brainson, Yvette Finkelstein, and Group Defined Pension Plan & Trust

EC.53946.1

Plaintiffs in the Securities Subclass and the State Law Subclass ("Plaintiffs") hereby join in and incorporate by reference "Tremont's[1] Reply Memorandum of Law on Remand From the Second Circuit" dated December 3, 2013 (the "Tremont Reply Memorandum" Dkt. 900), submitted pursuant to this Court's Order dated October 29, 2013 (Dkt. 875).

In the interest of judicial economy, Plaintiffs hereby adopt and incorporate the arguments set forth in the Tremont Reply Memorandum.

For the reasons set forth in the Tremont Reply Memorandum and in Tremont's Memorandum of Law on Remand From the Second Circuit ("Tremont's Opening Brief" Dkt. 889), the potential $80,000 claim by Objectors[2] arising out of a related bankruptcy action is *not* barred by the release contained in this Court's judgment approving the settlement in this action.

Plaintiffs respectfully request that the Court enter the stipulation and proposed order submitted in connection with Tremont's Opening Brief.

---

[1] The "Tremont" Defendants-Appellees are Tremont Partners, Inc., Tremont Group Holdings, Inc., Tremont (Bermuda) Limited, Tremont Capital Management, Inc., Rye Investment Management, Robert I. Schulman, Rupert A. Allan, Harry Hodges, James Mitchell, Lynn O. Keeshan, Patrick Kelly, Stephen Thomas Clayton, Stuart Pologe, Cynthia J. Nicoll and Darren Johnston.

[2] Capitalized terms not defined herein shall have the same meanings as ascribed to them in Tremont's Opening Brief.

EC.53946.1

Dated:  New York, New York
        December 3, 2013

Respectfully submitted,

| ENTWISTLE & CAPPUCCI LLP | BERNSTEIN LIEBHARD LLP |
|---|---|
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |
| *in the State Law Subclass* | *in the Securities Subclass* |
| 280 Park Avenue, 26th Floor West | 10 East 40th Street |
| New York, NY 10017 | New York, NY 10016 |
| Telephone:  (212) 894-7200 | Telephone:  (212) 779-1414 |
| | |
| */s/ Andrew J. Entwistle* | */s/ Jeffrey M. Haber* |
| Andrew J. Entwistle, Esq. | Jeffrey M. Haber, Esq. |
| Arthur V. Nealon, Esq. | Stephanie M. Beige, Esq. |
| Robert N. Cappucci, Esq. | |

HAGENS BERMAN SOBOL
  SHAPIRO LLP
*Counsel for Plaintiffs*
*in the State Law Subclass*
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000

*/s/ Reed R. Kathrein*

Reed R. Kathrein, Esq.
Lee Gordon, Esq.