UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| SPECTRUM SELECT, L.P.,<br><br>       Plaintiff,<br><br>   -against-<br><br>TREMONT GROUP HOLDINGS, INC., ET AL.,<br><br>       Defendants. | No. 12-cv-09057 (TPG) |
| ANIKSTEIN, ET AL.,<br><br>       Plaintiff,<br><br>   -against-<br><br>TREMONT GROUP HOLDINGS, INC., ET AL.,<br><br>       Defendants. | No.: 12-cv-09058 (TPG) |
| MICHAEL BECKER, ET AL.,<br><br>       Plaintiffs,<br><br>   -against-<br><br>TREMONT GROUP HOLDINGS, INC., ET AL.,<br><br>       Defendants. | No.: 12-cv-09060 (TPG) |
| BILGORE, ET AL.<br><br>       Plaintiff,<br><br>   -against-<br><br>TREMONT GROUP HOLDINGS, INC., ET AL.,<br><br>       Defendants. | No.: 12-cv-09061 (TPG) |

| | |
|---|---|
| KARASEL II, L.P.,<br><br>            Plaintiff,<br><br>      -against-<br><br>TREMONT GROUP HOLDINGS, INC., ET AL.,<br><br>            Defendants. | No. 12-cv-09062 (TPG) |
| SPECTRUM SELECT II, L.P., ET AL.<br><br>            Plaintiffs,<br><br>      -against-<br><br>TREMONT GROUP HOLDINGS, INC., ET AL.,<br><br>            Defendants. | No. 12-cv-09063 (TPG) |
| COCCHI, ET AL. ,<br><br>            Plaintiff,<br><br>      -against-<br><br>TREMONT GROUP HOLDINGS, INC., ET AL.,<br><br>            Defendants. | No. 12-cv-09064 (TPG)<br><br>ECF Case<br><br>**Electronically Filed** |

### NOTICE OF MOTION BY THE MASSMUTUAL DEFENDANTS TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, upon the Memorandum of Law submitted herewith, defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC ("MassMutual"), by their counsel, Bingham McCutchen LLP, will move this Court before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with

prejudice plaintiff's claims against MassMutual Holding for securities fraud (Count II) and against MassMutual for control person liability (Count III).

Dated: December 6, 2013 **BINGHAM MCCUTCHEN LLP**

By: /s/ Carol E. Head

    Kenneth I. Schacter
    kenneth.schacter@bingham.com
    Bingham McCutchen LLP
    399 Park Avenue
    New York, NY 10022
    Telephone:   212-705-7000
    Facsimile:    212-702-3622

    Joseph L. Kociubes (*pro hac vice*)
    joseph.kociubes@bingham.com
    Carol E. Head (*pro hac vice*)
    carol.head@bingham.com
    Bingham McCutchen LLP
    One Federal Street
    Boston, MA 02110-1726
    Telephone:   617-951-8000
    Facsimile:    617-951-8736

    *Attorneys for Defendants*
    *Massachusetts Mutual Life Insurance*
    *Company and MassMutual Holding LLC*