UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
IN RE TREMONT SECURITIES LAW, STATE LAW  :  Master File No.
AND INSURANCE LITIGATION                          :  08 Civ. 11117 (TPG)
------------------------------------------------ x
This Document Relates to:                         :

STATE LAW ACTION, 08 Civ. 11183 (TPG),             :
and specifically to:
                                                  :
SPECTRUM SELECT, L.P.,
                                                  :  12 Civ. 9057 (TPG)
                        Plaintiff,
                                                  :  ECF CASES
            - against -                              Electronically Filed
                                                  :
TREMONT GROUP HOLDINGS, INC., *et al.*,
                                                  :  **NOTICE OF MOTION**
                        Defendants.
                                                  :
[CAPTION CONTINUED ON NEXT PAGE]
------------------------------------------------ x

| | | |
|---|---|---|
| ALBERT ANIKSTEIN, *et al.*, | : | |
| Plaintiffs, | : | |
| - against - | : | 12 Civ. 9058 (TPG) |
| TREMONT GROUP HOLDINGS, INC., *et al.*, | : | |
| Defendants. | : | |
| ------------------------------------- | x | |
| MICHAEL BECKER., *et al.*, | : | |
| Plaintiff, | : | |
| - against - | : | 12 Civ. 9060 (TPG) |
| TREMONT GROUP HOLDINGS, INC., *et al.*, | : | |
| Defendants. | : | |
| ------------------------------------- | x | |
| ALAN BILGORE, *et al.*, | : | |
| Plaintiffs, | : | |
| - against - | : | 12 Civ. 9061 (TPG) |
| TREMONT GROUP HOLDINGS, INC., *et al.*, | : | |
| Defendants. | : | |
| ------------------------------------- | x | |
| KARASEL II, L.P., | : | |
| Plaintiff, | : | |
| - against - | : | 12 Civ. 9062 (TPG) |
| TREMONT GROUP HOLDINGS, INC., *et al.*, | : | |
| Defendants. | : | |
| [CAPTION CONTINUED ON NEXT PAGE] | : | |
| ------------------------------------- | x | |

```
------------------------------------ x
SPECTRUM SELECT II, L.P. and SPECTRUM :
EQUITIES, L.P.,
                                     :
                Plaintiffs,
                                     :  12 Civ. 9063 (TPG)
        - against -
                                     :
TREMONT GROUP HOLDINGS, INC., et al.,
                                     :
                Defendants.
------------------------------------ x
ROBERT COCCHI, et al.,               :

                Plaintiffs,          :

        - against -                  :  12 Civ. 9064 (TPG)

TREMONT GROUP HOLDINGS, INC., et al., :

                Defendants.          :
------------------------------------ x
```

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law dated December 6, 2013 and all other pleadings filed in this action, defendant Oppenheimer Acquisition Corp. will move this Court before the Honorable Thomas P. Griesa, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be designated by the Court, for an order (a) dismissing with prejudice all claims against it contained in Plaintiffs' Consolidated Amended Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and (b) granting such other and further relief as the Court deems just and proper.

Dated: New York, NY
       December 6, 2013

DECHERT LLP

By: /s/ David A. Kotler
David A. Kotler
david.kotler@dechert.com
1095 Avenue of the Americas
New York, NY 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for Defendant Oppenheimer Acquisition Corp.*