UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | : : : | Master File No. 08 Civ. 11117 (TPG) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This Document Relates to:                     :

SPECTRUM SELECT, L.P.,                    :

                          Plaintiff,       :       12 Civ. 9057 (TPG)

- against-                                              :       ECF CASES
                                                    Electronically Filed
                                          :

TREMONT GROUP HOLDINGS, INC., *et al.*,
                                          :       **NOTICE OF**
                      Defendants.      :       **TREMONT'S MOTION**
                                                     **FOR JUDGMENT**
                                                     **ON THE PLEADINGS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALBERT ANIKSTEIN, *et al.*,             :

                          Plaintiffs,      :

 - against-                                             :       12 Civ. 9058 (TPG)

TREMONT GROUP HOLDINGS, INC., *et al.*, :

                      Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICHAEL BECKER, *et al.*,                 :

                          Plaintiffs,    :

 - against-                                             :       12 Civ. 9060 (TPG)

TREMONT GROUP HOLDINGS, INC., *et al.*, :

                      Defendants.    :

     [Caption continued on next page]   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALAN BILGORE, et al.,                           :

                        Plaintiffs,             :

 - against-                                     :     12 Civ. 9061 (TPG)

TREMONT GROUP HOLDINGS, INC., et al., :

                        Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KARASEL II, L.P.,                               :

                        Plaintiff,              :

 - against-                                     :     12 Civ. 9062 (TPG)

TREMONT GROUP HOLDINGS, INC., et al., :

                        Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SPECTRUM SELECT II, L.P. and                    :
SPECTRUM EQUITIES, L.P.,
                                                :
                        Plaintiffs,
                                                :     12 Civ. 9063 (TPG)
 - against-
                                                :
TREMONT GROUP HOLDINGS, INC., et al.,
                                                :
                        Defendants.
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBERT COCCHI, et al.,                          :

                        Plaintiffs,             :

 - against-                                     :     12 Civ. 9064 (TPG)

TREMONT GROUP HOLDINGS, INC., et al., :

                        Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

PLEASE TAKE NOTICE that, upon the consolidated amended complaint ("complaint") in the above-captioned actions, the answer to the complaint of defendants Tremont Group Holdings, Inc. and Tremont Partners, Inc. ("Tremont"), the accompanying memorandum of law, the declaration of Jason C. Vigna dated December 6, 2013, and the exhibits thereto, and all prior papers and proceedings herein, Tremont will move this Court, before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order: (i) dismissing the Complaint pursuant to Rule 12(c) of the Federal Rules of Civil Procedure; and (ii) for such other and further relief as this Court may deem just and proper.

Dated:    New York, New York
          December 6, 2013

                          By:     /s/ Seth M. Schwartz
                                Seth M. Schwartz (Seth.Schwartz@Skadden.com)
                                Jason C. Vigna (Jason.Vigna@Skadden.com)
                                John Boyle (John.Boyle@Skadden.com)
                                SKADDEN, ARPS, SLATE,
                                  MEAGHER & FLOM LLP
                                Four Times Square
                                New York, New York 10036
                                (212) 735-3000

                                Attorneys for Defendants
                                  Tremont Group Holdings, Inc. and
                                  Tremont Partners, Inc.