USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 12/13/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

08 Civ. 11117

**ORDER**

Haines' motion to file a sur-reply declaration is granted.

So ordered.

Dated: New York, New York
December 13, 2013

Thomas P. Griesa
United States District Judge