CHAMBER'S COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE TREMONT SECURITIES LAW, STATE   :   Master File No.
LAW AND INSURANCE LITIGATION          :   08 Civ. 11117 (TPG)
------------------------------------
                                      :
SPECTRUM SELECT, L.P.,                :
                                      :   12 Civ. 9057 (TPG)
                Plaintiff,            :
                                      :   ECF CASES
     - against -                      :   Electronically Filed
                                      :
TREMONT GROUP HOLDINGS, INC., et al., :   **STIPULATION AND ORDER**
                                      :
                Defendants.           :
                                      :
------------------------------------
                                      :
ALBERT ANIKSTEIN, et al.,             :   12 Civ. 9058 (TPG)
                                      :
                Plaintiffs,           :
                                      :
     - against -                      :
                                      :
TREMONT GROUP HOLDINGS, INC., et al., :
                                      :
                Defendants.           :
                                      :
------------------------------------
                                      :
MICHAEL BECKER, et al.,               :   12 Civ. 9060 (TPG)
                                      :
                Plaintiffs,           :
                                      :
     - against -                      :
                                      :
TREMONT GROUP HOLDINGS, INC., et al., :
                                      :
                Defendants.           :
                                      :
[CAPTION CONTINUED ON NEXT PAGE]
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/13

```
------------------------------x
                              :
ALAN BILGORE, et al.,         :    12 Civ. 9061 (TPG)
                              :
            Plaintiffs,       :
                              :
      - against -             :
                              :
TREMONT GROUP HOLDINGS, INC., et al., :
                              :
            Defendants.       :
                              :
------------------------------
                              :
KARASEL II, L.P., et al.,     :    12 Civ. 9062 (TPG)
                              :
            Plaintiff,        :
                              :
      - against -             :
                              :
TREMONT GROUP HOLDINGS, INC., et al., :
                              :
            Defendants.       :
                              :
------------------------------
                              :
SPECTRUM SELECT LL, L.P. and SPECTRUM  :   12 Civ. 9063 (TPG)
EQUITIES, L.P.,               :
                              :
            Plaintiffs,       :
                              :
      - against -             :
                              :
TREMONT GROUP HOLDINGS, INC., et al., :
                              :
            Defendants.       :

[CAPTION CONTINUED ON NEXT PAGE]
------------------------------x
```

```
------------------------------------x
                                    :
ROBERT COCCHI, et al.,              :   12 Civ. 9064 (TPG)
                                    :
Plaintiff,                          :
                                    :
- against -                         :
                                    :
TREMONT GROUP HOLDINGS, INC., et al.,:
                                    :
            Defendants.             :
                                    :
------------------------------------x
```

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties hereto as follows:

1.  The time for Plaintiffs to file papers in opposition to the motions to dismiss Plaintiffs' Consolidated Amended Complaint by Defendants Oppenheimer Acquisition Corp., Massachusetts Mutual Life Insurance Company, and MassMutual Holding Company (the "Oppenheimer and MassMutual Defendants"), to the motion for judgment on the pleadings dismissing the Consolidated Amended Complaint by Defendants Tremont Group Holdings, Inc. and Tremont Partners, Inc. (the "Tremont Defendants"), and to the joinder to the Tremont Defendants' motion for judgment on the pleadings by Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market XL Fund, L.P., Tremont Market Neutral Fund II, L.P. and Tremont Opportunity Fund II, L.P. (the "Rye Funds") shall be and hereby is adjourned from December 23, 2013 until January 31, 2014.

2.  The time for the Oppenheimer, MassMutual, Tremont, and Rye Fund Defendants to file reply papers in further support of their motions to dismiss and for judgment on the pleadings shall be and hereby is adjourned from February 10, 2014 until February 28, 2014.

This Court has not granted any prior adjournments of the parties' time with respect to the papers in opposition or to the reply papers relating to the Oppenheimer, MassMutual, Tremont, and Rye Fund Defendants' motions to dismiss and for judgment on the pleadings.

Dated: December 20, 2013

_____
Jeff I. Ross
jross@rossbizlaw.com
Kelly K. Pierce
kpierce@rossbizlaw.com
ROSS & ORENSTEIN LLC
222 South Ninth Street, Suite 470
Minneapolis, Minnesota 55402
(612) 436-9800

*Counsel for Plaintiffs*

_____
Seth M. Schwartz
Seth.Schwartz@Skadden.com
Jason C. Vigna
Jason.Vigna@Skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants
Tremont Group Holdings, Inc. and
Tremont Partners, Inc.*

_____
David J. Kanfer
kanfer@thsh.com
TANNENBAUM HELPERN
  SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022
(212) 508-6700

*Attorneys for Defendants
Rye Select Broad Market Fund, L.P.,
Rye Select Broad Market Prime Fund, L.P.,
Rye Select Broad Market XL Fund, L.P.,
Tremont Market Neutral Fund II, L.P. and
Tremont Opportunity Fund II, L.P.*

4

*David Kotler /gsl*

David A. Kotler
david.kotler@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10018
(212) 698-3500

*Attorneys for Defendant*
*Oppenheimer Acquisition Corp.*

*Carol Head /gsl*

Carol E. Head
carol.head@bingham.com
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110
(617) 951-8000

*Attorneys for Defendants*
*Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC*

SO ORDERED

*Thomas P. Griesa*

United States District Court Judge

12/23/13

5