1:08-cv-11117-TPG

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of January, two thousand and fourteen.

_____

IN RE: TREMONT SECURITIES LAW, STATE LAW
AND INSURANCE LITIGATION

**ORDER**
Docket No.  11-3899(L)
             11-4030(CON)

_____

By Summary Order dated October 25, 2013, the Court remanded this matter to the district court pursuant to the procedure outlined in United States v. Jacobson, 15 F.3d 19, 22 (2d Cir. 1994), and permitted any party to restore jurisdiction to this Court within 30 days after the district court's decision by filing a letter with the Clerk's Office.  By letters dated December 16, 2013, and December 23, 2013, the parties informed the Court of the district court's decision on remand and in accordance with the Court's October 25, 2013 Summary Order sought restoration of this Court's jurisdiction.

IT IS HEREBY ORDERED that the mandate is recalled and the appeal is reinstated.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED: January 8, 2014 _____

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/08/2014