N.Y.S.D. Case #
08-cv-11117(TPG)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of January, two thousand and fourteen.

_____

IN RE: TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

ORDER
Docket No.  11-3899(L)
                    11-4030(CON)

_____

Appellants Madelyn Haines and Paul Zamrowski move to vacate the district court's final judgment and December 13, 2013 order.

IT IS HEREBY ORDERED that the motion is DENIED on the ground that all of the issues in this case, including Appellants' argument on subject matter jurisdiction, still await a final decision from this Court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 17, 2014

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/16/2014