UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TREMONT SECURITIES LAW,
STATE LAW AND INSURANCE
LITIGATION

Master File No. 08-cv-11117 (TPG)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC (sued incorrectly as MassMutual Holding Co.) in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

>    Michael D. Blanchard
>    BINGHAM McCUTCHEN LLP
>    One State Street
>    Hartford, CT 06103

Dated:  New York, New York
         February 28, 2014

**BINGHAM MCCUTCHEN LLP**

By:  s/ Michael D. Blanchard
     ───────────────────────
     Michael D. Blanchard
     michael.blanchard@bingham.com
     One State Street
     Hartford, CT 06103
     Phone: (860) 240-2700
     Fax: (860) 240-2800

*Attorneys for Defendants*
*Massachusetts Mutual Life Insurance Company*
*and MassMutual Holding LLC*

A/75941055.1