UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| SPECTRUM SELECT, L.P., Plaintiff, - against - TREMONT GROUP HOLDINGS, INC., *et al.*, Defendants. | 12 Civ. 9057 (TPG)<br>ECF CASES<br>Electronically Filed |
| ALBERT ANIKSTEIN, *et al.*, Plaintiffs, - against - TREMONT GROUP HOLDINGS, INC., *et al.*, Defendants. | 12 Civ. 9058 (TPG) |
| MICHAEL BECKER, *et al.*, Plaintiffs, - against - TREMONT GROUP HOLDINGS, INC., *et al.*, Defendants. | 12 Civ. 9060 (TPG) |

[CAPTION CONTINUED ON NEXT PAGE]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 3/10/14

| | |
|---|---|
| ALAN BILGORE, *et al.*,<br><br>Plaintiffs,<br><br>- against -<br><br>TREMONT GROUP HOLDINGS, INC., *et al.*,<br><br>Defendants. | 12 Civ. 9061 (TPG) |
| KARASEL II, L.P., *et al.*,<br><br>Plaintiffs,<br><br>- against -<br><br>TREMONT GROUP HOLDINGS, INC., *et al.*,<br><br>Defendants. | 12 Civ. 9062 (TPG) |
| SPECTRUM SELECT II, L.P. and SPECTRUM EQUITIES, L.P.,<br><br>Plaintiffs,<br><br>- against -<br><br>TREMONT GROUP HOLDINGS, INC., *et al.*,<br><br>Defendants.<br><br>[CAPTION CONTINUED ON NEXT PAGE] | 12 Civ. 9063 (TPG) |

| | |
|---|---|
| ROBERT COCCHI, *et al.*,<br>Plaintiffs,<br>- against -<br>TREMONT GROUP HOLDINGS, INC., *et al.*,<br>Defendants. | 12 Civ. 9064 (TPG) |

**ORDER TO SHOW CAUSE FOR REINSTATEMENT OF STATE LAW COMPLAINTS, WITHDRAWAL OF FEDERAL CLAIMS, AND REMAND**

THIS MATTER having been brought before the Court by counsel for Plaintiffs in the above-captioned matters seeking entry of an Order to Show Cause; and

The Court having considered Plaintiffs' application for this Order to Show Cause, including the Affidavit of Jeff I. Ross and Plaintiffs' Memorandum, and for good cause shown, it is

ORDERED, that the above named defendants show cause before a motion term of this Court, at Room 26B, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on April 11, 2014, at 11:30 o'clock in the morning ~~noon~~ thereof, or as soon thereafter as counsel may be heard, why an order should not be issued that

(1) Plaintiffs' operative complaints at the time of removal should be reinstated;

(2) Plaintiffs federal-law claims are withdrawn; and

(3) these matters are remanded to Florida state court in Palm Beach County.

IT IS FURTHER ORDERED THAT Defendants shall serve and file their papers in opposition to Plaintiffs' motion, if any, by March 24, 2014.

IT IS FURTHER ORDERED THAT Plaintiffs shall serve and file their reply papers, if any, by March 31, 2014.

DATED: New York, New York

March 10, 2014

Thomas P. Griesa

United States District Judge