UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION    :   Master File No.
08 Civ. 11117 (TPG)
------------------------------------
                                    :
SPECTRUM SELECT, L.P., *et al.*
                                    :   12 Civ. 9057 (TPG)
         Plaintiffs,
                                    :   ECF CASES
       - against -                      Electronically Filed
                                    :
TREMONT GROUP HOLDINGS, INC., *et al.*,
                                    :
         Defendants.
                                    :
------------------------------------
                                    :
ALBERT ANIKSTEIN, *et al.*,             12 Civ. 9058 (TPG)
                                    :
         Plaintiffs,
                                    :
       - against -
                                    :
TREMONT GROUP HOLDINGS, INC., *et al.*,
                                    :
         Defendants.
                                    :
------------------------------------
                                    :
MICHAEL BECKER, *et al.*,               12 Civ. 9060 (TPG)
                                    :
         Plaintiffs,
                                    :
       - against -
                                    :
TREMONT GROUP HOLDINGS, INC., *et al.*,
                                    :
         Defendants.
                                    :
[CAPTION CONTINUED ON NEXT PAGE]
------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/14

1

```
------------------------------------x
                                    :
ALAN BILGORE, et al.,               :    12 Civ. 9061 (TPG)
                                    :
              Plaintiffs,           :
                                    :
         - against -                :
                                    :
TREMONT GROUP HOLDINGS, INC., et al.,:
                                    :
              Defendants.           :
                                    :
------------------------------------
                                    :
KARASEL II, L.P., et al.,           :    12 Civ. 9062 (TPG)
                                    :
              Plaintiffs,           :
                                    :
         - against -                :
                                    :
TREMONT GROUP HOLDINGS, INC., et al.,:
                                    :
              Defendants.           :
                                    :
------------------------------------
                                    :
SPECTRUM SELECT LL, L.P. and SPECTRUM:    12 Civ. 9063 (TPG)
EQUITIES, L.P.,                     :
                                    :
              Plaintiffs,           :
                                    :
         - against -                :
                                    :
TREMONT GROUP HOLDINGS, INC., et al.,:
                                    :
              Defendants.           :

[CAPTION CONTINUED ON NEXT PAGE]
------------------------------------x
```

2

```
------------------------------------x
                                    :
ROBERT COCCHI, et al.,              :    12 Civ. 9064 (TPG)
                                    :
              Plaintiffs,           :
                                    :
- against -                         :
                                    :
TREMONT GROUP HOLDINGS, INC., et al.,:
                                    :
              Defendants.           :
                                    :
------------------------------------x
```

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Deborah A. Ellingboe for admission to practice Pro Hac Vice in this action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Minnesota; and that her contact information is as follows:

Deborah A. Ellingboe
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 766-7000
debbie.ellingboe@FaegreBD.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in this action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in this action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 13, 2014

Thomas P. Griesa
United States District Court Judge
Southern District of New York