UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREMONT GROUP HOLDINGS, INC. Securities Litigation | Master File No. 08- cv-11117 (TPG) |
| SPECTRUM SELECT, L.P., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>TREMONT GROUP HOLDINGS, INC., *et al.*,<br><br>    Defendants. | 12-cv-9057 (TPG)<br><br>**DECLARATION OF GREGORY G. BALLARD IN SUPPORT OF NON-PARTY KPMG LLP'S <u>MOTION TO INTERVENE</u>** |
| ALBERT ANIKSTEIN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>TREMONT GROUP HOLDINGS, INC., *et al.*,<br><br>    Defendants. | 12-cv-9058 (TPG) |
| MICHAEL BECKER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>TREMONT GROUP HOLDINGS, INC., *et al.*,<br><br>    Defendants. | 12-cv-9060 (TPG) |
| ALAN BILGORE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>TREMONT GROUP HOLDINGS, INC., *et al.*,<br><br>    Defendants. | 12-cv-9061 (TPG) |
| KARASEL II, L.P., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>TREMONT GROUP HOLDINGS, INC., *et al.*,<br><br>    Defendants.<br><br>[CAPTION CONTINUES ON NEXT PAGE] | 12-cv-9062 (TPG) |

| | |
|---|---|
| SPECTRUM SELECT II, L.P., *et al.*,<br>    Plaintiffs,<br>v.<br>TREMONT GROUP HOLDINGS, INC., *et al.*,<br>    Defendants. | 12-cv-9063 (TPG) |
| ROBERT COCCHI, *et al.*,<br>    Plaintiffs,<br>v.<br>TREMONT GROUP HOLDINGS, INC., *et al.*,<br>    Defendants. | 12-cv-9064 (TPG) |

I, GREGORY G. BALLARD, declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am a member of the bar of this Court and am a partner with the firm of Sidley Austin LLP, attorneys for non-party KPMG LLP ("KPMG").

2.    I am familiar with the matters set forth herein, either from personal knowledge or on the basis of documents that have been provided to me. I submit this declaration in support of KPMG's Motion and Memorandum of Law in Support of Non-Party KPMG LLP's Motion to Intervene Pursuant to FRCP 24(B) ("Motion to Intervene").

3.    Attached as Exhibit 1 is a true and correct copy of the Memorandum of Law in Opposition to Plaintiffs' Motion for Reinstatement of their State Law Complaints, Withdrawal of Consolidated Amended Complaint, and Remand that KPMG by its Motion to Intervene seeks leave to file in response to the Order to Show Cause for Reinstatement of State Law Complaints, Withdrawal of Federal Claims, and Remand, 08-cv-11117 (TPG), ECF No. 927, issued on March 10, 2014.

4. Attached as Exhibit 2 is a true and correct copy of the Declaration Gregory G. Ballard in Support of Non-Party KPMG LLP's Memorandum of Law in Opposition to Plaintiffs' Motion for Reinstatement of their State Law Complaints, Withdrawal of Consolidated Amended Complaint, and Remand along with the exhibits thereto that KPMG by its Motion to Intervene seeks leave to file in response to the Order to Show Cause for Reinstatement of State Law Complaints, Withdrawal of Federal Claims, and Remand, 08-cv-11117 (TPG), ECF No. 927, issued on March 10, 2014.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 24, 2014

Gregory G. Ballard