UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE TREMONT SECURITIES LAW, STATE    Master File No.
LAW AND INSURANCE LITIGATION    :   08 Civ. 11117 (TPG)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This Document Relates to:       :

STATE LAW ACTION, 08 Civ. 11183 (TPG),    :
and specifically to:

      :

SPECTRUM SELECT, L.P.,

      :   12 Civ. 9057 (TPG)

           Plaintiff,

      :   ECF CASES

     - against -      Electronically Filed

      :

TREMONT GROUP HOLDINGS, INC., *et al.*,

      :

           Defendants.

      :

[CAPTION CONTINUED ON NEXT PAGE]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
------------------------------------x
ALBERT ANIKSTEIN, et al.,                  :

                    Plaintiffs,            :

           - against -                     :    12 Civ. 9058 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,      :

                    Defendants.            :
------------------------------------x
MICHAEL BECKER., et al.,                   :

                    Plaintiff,             :

           - against -                     :    12 Civ. 9060 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,      :

                    Defendants.            :
------------------------------------x
ALAN BILGORE, et al.,                      :

                    Plaintiffs,            :

           - against -                     :    12 Civ. 9061 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,      :

                    Defendants.            :
------------------------------------x
KARASEL II, L.P.,                          :

                    Plaintiff,             :

           - against -                     :    12 Civ. 9062 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,      :

                    Defendants.            :

[CAPTION CONTINUED ON NEXT PAGE]           :
------------------------------------x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SPECTRUM SELECT II, L.P. and SPECTRUM   :
EQUITIES, L.P.,
                                        :
                      Plaintiffs,
                                        :   12 Civ. 9063 (TPG)
             - against -
                                        :
TREMONT GROUP HOLDINGS, INC., et al.,
                                        :
                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBERT COCCHI, et al.,                  :

                      Plaintiffs,       :

             - against -                :   12 Civ. 9064 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,   :

                      Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## THE FUNDS' JOINDER IN THE OPPOSITION
## BRIEF OF THE TREMONT DEFENDANTS

The Tremont and Rye Funds[1] respectfully join in Tremont's[2] Brief in Opposition to Plaintiffs' Second Motion to Remand (the "Tremont Brief"), which was filed on March 24, 2014, and hereby adopt and incorporate the legal arguments and authorities set forth therein.

For the reasons set forth in the Tremont Brief, the Tremont and Rye Funds respectfully request that Plaintiffs' Second Motion to Remand be denied.

---

[1] References to the "Tremont and Rye Funds" shall refer to all of the following entities:  Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market XL Fund, L.P., Tremont Market Neutral Fund, II, L.P. and Tremont Opportunity Fund II, L.P.

[2] References to "Tremont" shall refer to all of the following entities:  Tremont Group Holdings, Inc. and Tremont Partners, Inc.

Dated:  New York, New York
        March 25, 2014

                        TANNENBAUM HELPERN
                        SYRACUSE & HIRSCHTRITT LLP


                        By:      /s/ David J. Kanfer_____
                              Jamie B.W. Stecher
                              Stecher@thsh.com
                              Ralph A. Siciliano
                              siciliano@thsh.com
                              David J. Kanfer
                              Kanfer@thsh.com
                              900 Third Avenue
                              New York, New York 10022
                              (212) 508-6700

                              *Attorneys for Defendants*
                              *Rye Select Broad Market Fund, L.P., Rye*
                              *Select Broad Market Prime Fund, L.P., Rye*
                              *Select Broad Market XL Fund, L.P.,*
                              *Tremont Market Neutral Fund, II, L.P. and*
                              *Tremont Opportunity Fund II, L.P.*