USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 |
| SPECTRUM SELECT, L.P., Plaintiff, v. TREMONT GROUP HOLDINGS, INC., *et al.*, Defendants. | 12 Civ. 9057 |
| ALBERT ANIKSTEIN, *et al.*, Plaintiff, v. TREMONT GROUP HOLDINGS, INC., *et al.*, Defendants. | 12 Civ. 9058 |
| MICHAEL BECKER, *et al.*, Plaintiff, v. TREMONT GROUP HOLDINGS, INC., et al., Defendants. | 12 Civ. 9060 |

*Case caption continued on next page.*

| | |
|---|---|
| ALAN BILGORE, *et al.*,<br>Plaintiff,<br>v.<br>TREMONT GROUP HOLDINGS, INC., et al.,<br>Defendants. | 12 Civ. 9061 |
| KARASEL II, L.P., *et al.*,<br>Plaintiff,<br>v.<br>TREMONT GROUP HOLDINGS, INC., et al.,<br>Defendants. | 12 Civ. 9062 |
| SPECTRUM SELECT II, L.P. and SPECTRUM EQUITIES, L.P.,<br>Plaintiff,<br>v.<br>TREMONT GROUP HOLDINGS, INC., et al.,<br>Defendants. | 12 Civ. 9063 |
| ROBERT COCCHI, *et al.*,<br>Plaintiff,<br>v.<br>TREMONT GROUP HOLDINGS, INC., et al.,<br>Defendants. | 12 Civ. 9064<br><br>**ORDER** |

Non-party KPMG LLP moves to intervene so that it can oppose plaintiffs' motion to reinstate their state-law complaints. The state-law complaints named KPMG as a defendant, but

the current, operative complaint does not name KPMG as a defendant. Accordingly, KPMG has an interest in opposing plaintiffs' motion to reinstate the original complaints. KMPG's motion to intervene is granted.

So ordered.

Dated: New York, New York
April 9, 2014

Thomas P. Griesa
United States District Judge