UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | : : : | Master File No. 08 Civ. 11117 (TPG) |

------------------------------------x

This Document Relates to:  :

SPECTRUM SELECT, L.P.,  :

                Plaintiff,  :  12 Civ. 9057 (TPG)

- against-  :  ECF CASES
                                    Electronically Filed

TREMONT GROUP HOLDINGS, INC., *et al.*,

                Defendants.  :  **NOTICE OF TREMONT'S MOTION FOR CERTIFICATION OF <u>INTERLOCUTORY APPEAL</u>**

------------------------------------x

ALBERT ANIKSTEIN, *et al.*,  :

                Plaintiffs,  :

- against-  :  12 Civ. 9058 (TPG)

TREMONT GROUP HOLDINGS, INC., *et al.*, :

                Defendants.  :

------------------------------------x

MICHAEL BECKER, *et al.*,  :

                Plaintiffs,  :

- against-  :  12 Civ. 9060 (TPG)

TREMONT GROUP HOLDINGS, INC., *et al.*, :

                Defendants.  :

    [Caption continued on next page]  :

------------------------------------x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALAN BILGORE, et al.,                          :

                         Plaintiffs,           :

 - against-                                    :     12 Civ. 9061 (TPG)

TREMONT GROUP HOLDINGS, INC., et al., :

                         Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KARASEL II, L.P.,                              :

                         Plaintiff,            :

 - against-                                    :     12 Civ. 9062 (TPG)

TREMONT GROUP HOLDINGS, INC., et al., :

                         Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SPECTRUM SELECT II, L.P. and                   :
SPECTRUM EQUITIES, L.P.,
                                               :
                         Plaintiffs,
                                               :     12 Civ. 9063 (TPG)
 - against-
                                               :
TREMONT GROUP HOLDINGS, INC., et al.,
                                               :
                         Defendants.
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBERT COCCHI, et al.,                         :

                         Plaintiffs,           :

 - against-                                    :     12 Civ. 9064 (TPG)

TREMONT GROUP HOLDINGS, INC., et al., :

                         Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

PLEASE TAKE NOTICE that, upon this Court's Opinion dated April 14, 2014 (the "Opinion"), the accompanying memorandum of law in support of Tremont's Motion for Certification of Interlocutory Appeal, and upon all prior papers and proceedings herein, defendants Tremont Partners, Inc. and Tremont Group Holdings, Inc. ("Tremont") will move this Court, before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order, pursuant to 28 U.S.C. § 1292, certifying the Opinion for interlocutory review by the United States Court of Appeals for the Second Circuit with respect to this Court's ruling that the Securities Litigation Uniform Standards Act ("SLUSA"), 15 U.S.C. § 78bb(f)(2), does not preclude the state law claims asserted by plaintiffs in the complaints Tremont removed to federal court on September 7, 2012.

Dated:    New York, New York
          April 25, 2014

                              By:  /s/ Seth M. Schwartz
                                   Seth M. Schwartz (Seth.Schwartz@Skadden.com)
                                   Jason C. Vigna (Jason.Vigna@Skadden.com)
                                   SKADDEN, ARPS, SLATE,
                                     MEAGHER & FLOM LLP
                                   Four Times Square
                                   New York, New York 10036
                                   (212) 735-3000

                                   Attorneys for Defendants
                                     Tremont Partners, Inc. and
                                     Tremont Group Holdings, Inc.