UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No.<br>08 Civ. 11117 (TPG) |
| ------------------------------------x | |
| This Document Relates to: | : |
| | 12 Civ. 9057 (TPG) |
| SPECTRUM SELECT, L.P., *et al.*, | : 12 Civ. 9058 (TPG) |
| | 12 Civ. 9060 (TPG) |
| Plaintiffs, | : 12 Civ. 9061 (TPG) |
| | 12 Civ. 9062 (TPG) |
| - against - | : 12 Civ. 9063 (TPG) |
| | 12 Civ. 9064 (TPG) |
| TREMONT GROUP HOLDINGS, INC., *et al.*, | : |
| Defendants. | : |

------------------------------------x

## THE MASSMUTUAL DEFENDANTS' AND OPPENHEIMER ACQUISITION CORP.'S JOINDER IN TREMONT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL

Defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC (the "MassMutual Defendants") and Oppenheimer Acquisition Corp. ("OAC") hereby join in Tremont's Motion for Certification of Interlocutory Appeal pursuant to 28 U.S.C. § 1292 and accompanying memorandum of law, filed on April 25, 2014.

1

A/76004465.1

Dated: April 28, 2014

Respectfully Submitted,

/s/ Carol E. Head
Kenneth I. Schacter
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022
Tel.: (212) 705-7000
Fax: (212) 702-3622
kenneth.schacter@bingham.com

Joseph L. Kociubes (*pro hac vice*)
Michael D. Blanchard
Carol E. Head (*pro hac vice*)
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110-1726
Tel.: (617) 951-8000
Fax: (617) 951-8736
joseph.kociubes@bingham.com
michael.blanchard@bingham.com
carol.head@bingham.com
*Attorneys for Defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC*

/s/ David A. Kotler
David A. Kotler
DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
david.kotler@dechert.com
*Attorneys for Defendant Oppenheimer Acquisition Corp.*