UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION : Master File No. 08 Civ. 11117 (TPG)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
This Document Relates to: :

STATE LAW ACTION, 08 Civ. 11183 (TPG), and specifically to: :

:

SPECTRUM SELECT, L.P.,

: 12 Civ. 9057 (TPG)

        Plaintiff,

:

   - against -

:

TREMONT GROUP HOLDINGS, INC., *et al.*,

:

        Defendants.

:

[CAPTION CONTINUED ON NEXT PAGE]
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALBERT ANIKSTEIN, et al.,                  :

                    Plaintiffs,            :

        - against -                        :    12 Civ. 9058 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,      :

                    Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MICHAEL BECKER., et al.,                   :

                    Plaintiff,             :

        - against -                        :    12 Civ. 9060 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,      :

                    Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALAN BILGORE, et al.,                      :

                    Plaintiffs,            :

        - against -                        :    12 Civ. 9061 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,      :

                    Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KARASEL II, L.P.,                          :

                    Plaintiff,             :

        - against -                        :    12 Civ. 9062 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,      :

                    Defendants.            :

[CAPTION CONTINUED ON NEXT PAGE]           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SPECTRUM SELECT II, L.P. and SPECTRUM          :
EQUITIES, L.P.,
                                               :
                    Plaintiffs,
                                               :   12 Civ. 9063 (TPG)
         - against -
                                               :
TREMONT GROUP HOLDINGS, INC., et al.,
                                               :
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBERT COCCHI, et al.,                         :

                    Plaintiffs,                :

         - against -                           :   12 Civ. 9064 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,          :

                    Defendants.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**THE FUNDS' JOINDER IN THE
TREMONT DEFENDANTS' REPLY BRIEF**

The Tremont and Rye Funds[1] respectfully join in Tremont's[2] Reply Memorandum of Law in Further Support Its Motion for Certification of Interlocutory Appeal (the "Tremont Brief"), which was filed on May 19, 2014. In the interests of judicial economy, the Tremont and Rye Funds hereby adopt and incorporate the legal arguments and authorities set forth therein.

For the reasons set forth in the Tremont Brief, the Tremont and Rye Funds respectfully request that the Court enter an order certifying the issue set forth in the Tremont Brief for interlocutory review by the Second Circuit.

---

[1] References to the "Tremont and Rye Funds" shall refer to all of the following entities: Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market XL Fund, L.P., Tremont Market Neutral Fund, II, L.P. and Tremont Opportunity Fund II, L.P.

[2] References to "Tremont" shall refer to all of the following entities: Tremont Group Holdings, Inc. and Tremont Partners, Inc.

Dated: New York, New York
May 19, 2014

        TANNENBAUM HELPERN
        SYRACUSE & HIRSCHTRITT LLP

        By:    /s/ David J. Kanfer
            Jamie B.W. Stecher
            Stecher@thsh.com
            Ralph A. Siciliano
            siciliano@thsh.com
            David J. Kanfer
            Kanfer@thsh.com

        900 Third Avenue
        New York, New York 10022
        (212) 508-6700

*Attorneys for Defendants*
*Rye Select Broad Market Fund, L.P., Rye*
*Select Broad Market Prime Fund, L.P., Rye*
*Select Broad Market XL Fund, L.P.,*
*Tremont Market Neutral Fund, II, L.P. and*
*Tremont Opportunity Fund II, L.P.*