**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re TREMONT GROUP HOLDINGS, INC. Securities Litigation | Master File No. 08- cv-11117 (TPG) |
| SPECTRUM SELECT, L.P., *et al.*, Plaintiffs, v. TREMONT GROUP HOLDINGS, INC., *et al.*, Defendants. | **NOTICE OF MOTION** 12-cv-9057 (TPG) |
| ALBERT ANIKSTEIN, et al., Plaintiffs, v. TREMONT GROUP HOLDINGS, INC., *et al*., Defendants. | 12-cv-9058 (TPG) |
| MICHAEL BECKER, *et al*., Plaintiffs, v. TREMONT GROUP HOLDINGS, INC., *et al*., Defendants. | 12-cv-9060 (TPG) |
| ALAN BILGORE, *et al*., Plaintiffs, v. TREMONT GROUP HOLDINGS, INC., *et al*., Defendants. | 12-cv-9061 (TPG) |
| KARASEL II, L.P., *et al*., Plaintiffs, v. TREMONT GROUP HOLDINGS, INC., *et al*., Defendants. [CAPTION CONTINUES ON NEXT PAGE] | 12-cv-9062 (TPG) |

| | |
|---|---|
| SPECTRUM SELECT II, L.P., *et al.*,<br>    Plaintiffs,<br>v.<br>TREMONT GROUP HOLDINGS, INC., *et al.*,<br>    Defendants. | 12-cv-9063 (TPG) |
| ROBERT COCCHI, *et al.*,<br>    Plaintiffs,<br>v.<br>TREMONT GROUP HOLDINGS, INC., *et al.*,<br>    Defendants. | 12-cv-9064 (TPG) |

   PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support of this motion, and any other submissions that shall be made in support of this motion, and all prior proceedings had herein, the undersigned, on behalf of non-party KPMG LLP ("KPMG"), will move this Court, before the Honorable Thomas P. Griesa, at the United States Courthouse, 500 Pearl St., New York, New York, on a date and time to be determined by the Court to intervene in this action pursuant to Federal Rule of Civil Procedure 24(b), and for such other and further relief as the Court may deem just and proper.

   PLEASE TAKE FURTHER NOTICE that any answering papers shall be filed and served in accordance with Local Civil Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

Dated: May 30, 2014  
New York, New York

Of Counsel for non-party KPMG LLP:

WILLIAMS & CONNOLLY LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005

**SIDLEY AUSTIN LLP**

By: /s/ Gregory G. Ballard  
Gary F. Bendinger  
Gregory G. Ballard  
Gazeena K. Soni  
787 Seventh Avenue  
New York, NY 10019  
Telephone: (212) 839-5300  
Facsimile: (212) 839-5599  
gbendinger@sidley.com  
gballard@sidley.com  
gsoni@sidley.com

*Attorneys for non-party KPMG LLP*