UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | : : : | Master File No. 08 Civ. 11117 (TPG) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This Document Relates to:                 :

SPECTRUM SELECT, L.P.,                    :

                            12 Civ. 9057 (TPG)

              Plaintiff,     :

                            **TREMONT'S NOTICE OF**
- against-       :      **MOTION FOR (A) RELIEF**
                            **FROM THE ORDER OF THIS**
                            **COURT DATED APRIL 14,**
                       :      **2014, AND (B) LIMITED**
TREMONT GROUP HOLDINGS, INC., *et al.*,  **RELIEF FROM THE STAY**
                     :      <u>**ENTERED ON MAY 22, 2014**</u>
             Defendants.    

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :

ALBERT ANIKSTEIN, *et al.*,              :

                            :

            Plaintiffs,   :      12 Civ. 9058 (TPG)

- against-         :

TREMONT GROUP HOLDINGS, INC., *et al.*, :

             Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :

MICHAEL BECKER, *et al.*,                :

                            :

            Plaintiffs,   :
                       :      12 Civ. 9060 (TPG)

- against-         :

TREMONT GROUP HOLDINGS, INC., *et al.*, :

             Defendants.    :

     [Caption continued on next page]  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALAN BILGORE, et al.,                               :

                          Plaintiffs,               :

 - against-                                         :    12 Civ. 9061 (TPG)

TREMONT GROUP HOLDINGS, INC., et al., :

                          Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KARASEL II, L.P.,                                   :

                          Plaintiff,                :

 - against-                                         :    12 Civ. 9062 (TPG)

TREMONT GROUP HOLDINGS, INC., et al., :

                          Defendants.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SPECTRUM SELECT II, L.P. and                        :
SPECTRUM EQUITIES, L.P.,
                                                    :
                          Plaintiffs,
                                                    :    12 Civ. 9063 (TPG)
 - against-
                                                    :
TREMONT GROUP HOLDINGS, INC., et al.,
                                                    :
                          Defendants.
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBERT COCCHI, et al.,                              :

                          Plaintiffs,               :

 - against-                                         :    12 Civ. 9064 (TPG)

TREMONT GROUP HOLDINGS, INC., et al., :

                          Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the declaration of Jason C. Vigna dated June 3, 2014, and the exhibit thereto, and all prior papers and proceedings herein, defendants Tremont Partners, Inc. and Tremont Group Holdings, Inc. will move this Court, before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order:  (i) lifting the extant stay of these cases so that this Court may decide this motion; (ii) vacating this Court's Opinion dated April 14, 2014; and (iii) granting such other and further relief as this Court may deem just and proper.

Dated:      New York, New York
            June 3, 2014

                          By:      /s/ Seth M. Schwartz
                                Seth M. Schwartz (Seth.Schwartz@Skadden.com)
                                Jason C. Vigna (Jason.Vigna@Skadden.com)
                                SKADDEN, ARPS, SLATE,
                                  MEAGHER & FLOM LLP
                                Four Times Square
                                New York, New York 10036
                                (212) 735-3000

                                Attorneys for Defendants
                                  Tremont Group Holdings, Inc. and
                                  Tremont Partners, Inc.