UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
| This Document Relates to: | |
| | 12 Civ. 9057 (TPG) |
| STATE LAW ACTION, 08 Civ. 11183 (TPG), and specifically to: | **THE RYE FUNDS' JOINDER IN THE TREMONT DEFENDANTS' MOTION FOR RELIEF FROM THE OPINION OF THE COURT DATED APRIL 14, 2014 AND LIMITED RELIEF FROM THE STAY ENTERED ON MAY 22, 2014** |
| SPECTRUM SELECT, L.P., | |
| Plaintiff, | |
| - against - | |
| TREMONT GROUP HOLDINGS, INC., *et al.*, | |
| Defendants. | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
| ALBERT ANIKSTEIN, *et al.*, | |
| Plaintiffs, | |
| - against - | 12 Civ. 9058 (TPG) |
| TREMONT GROUP HOLDINGS, INC., *et al.*, | |
| Defendants. | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
| MICHAEL BECKER., *et al.*, | |
| Plaintiffs, | |
| - against - | 12 Civ. 9060 (TPG) |
| TREMONT GROUP HOLDINGS, INC., *et al.*, | |
| Defendants. | |
| [CAPTION CONTINUED ON NEXT PAGE] | |

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALAN BILGORE, et al.,                              :

                       Plaintiffs,                 :

       - against -                                 :    12 Civ. 9061 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,              :

                       Defendants.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KARASEL II, L.P.,                                  :

                       Plaintiff,                  :

       - against -                                 :    12 Civ. 9062 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,              :

                       Defendants.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SPECTRUM SELECT II, L.P. and SPECTRUM              :
EQUITIES, L.P.,
                                                   :
                       Plaintiffs,
                                                   :    12 Civ. 9063 (TPG)
       - against -
                                                   :
TREMONT GROUP HOLDINGS, INC., et al.,
                                                   :
                       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBERT COCCHI, et al.,                             :

                       Plaintiffs,                 :

       - against -                                 :    12 Civ. 9064 (TPG)

TREMONT GROUP HOLDINGS, INC., et al.,              :

                       Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

Defendants Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market XL Fund, L.P., Tremont Market Neutral Fund II, L.P. and Tremont Opportunity Fund II, L.P. (collectively, the "Rye Funds"), respectfully join in the Tremont Defendants'[1] Motion for (A) Relief From the Opinion of This Court Dated April 14, 2014, and (B) Limited Relief From the Stay Entered on May 22, 2014, and their memorandum of law in support thereof (the "Tremont Brief"), which was filed on June 3, 2014.  In the interests of judicial economy, the Rye Funds hereby adopt and incorporate the legal arguments and authorities set forth in Tremont's Brief.

For the reasons set forth in the Tremont Brief, the Rye Funds respectfully request that the Court lift the stay entered on May 22, 2014 and vacate its April 14, 2014 Order.

Dated: New York, New York
       June 4, 2014

>                                       TANNENBAUM HELPERN SYRACUSE
>                                       & HIRSCHTRITT LLP
>
>                                       /s/ David J. Kanfer_____
>                                       David J. Kanfer
>                                       kanfer@thsh.com
>                                       Ralph A. Siciliano
>                                       siciliano@thsh.com
>                                       Jamie B.W. Stecher
>                                       stecher@thsh.com
>
>                                       900 Third Avenue
>                                       New York, New York 10022
>                                       (212) 508-6700
>                                       *Attorneys for Defendants*
>                                       *Rye Select Broad Market Fund, L.P.,*
>                                       *Rye Select Broad Market Prime Fund, L.P.,*
>                                       *Rye Select Broad Market XL Fund, L.P.,*
>                                       *Tremont Market Neutral Fund II, L.P. and*
>                                       *Tremont Opportunity Fund II, L.P.*

---

[1] References herein to "Tremont Defendants" shall refer to defendants Tremont Group Holdings, Inc. and Tremont Partners, Inc.