UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE TREMONT SECURITIES LAW, STATE       :   Master File No.
LAW AND INSURANCE LITIGATION              :   08 Civ. 11117 (TPG)
------------------------------------x
This Document Relates to:                 :
                                              12 Civ. 9057 (TPG)
SPECTRUM SELECT, L.P., *et al.*,          :   12 Civ. 9058 (TPG)
                                              12 Civ. 9060 (TPG)
                    Plaintiffs,           :   12 Civ. 9061 (TPG)
                                              12 Civ. 9062 (TPG)
         - against -                      :   12 Civ. 9063 (TPG)
                                              12 Civ. 9064 (TPG)
TREMONT GROUP HOLDINGS, INC., *et al.*,   :

                    Defendants.           :
------------------------------------x

### THE MASSMUTUAL DEFENDANTS' AND OPPENHEIMER ACQUISITION CORP.'S JOINDER IN TREMONT'S MOTION FOR: (A) RELIEF FROM THE OPINION OF THIS COURT DATED APRIL 14, 2014, AND (B) LIMITED RELIEF FROM THE STAY ENTERED ON MAY 22, 2014

Defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC (the "MassMutual Defendants") and Oppenheimer Acquisition Corp. ("OAC") hereby join the Motion of Tremont Partners, Inc. and Tremont Group Holdings, Inc. ("Tremont") for: (a) Relief from the Opinion of this Court dated April 14, 2014, and (b) Limited Relief from the Stay Entered on May 22, 2014. (*See* Docket Nos. 960 and 961 in Civ. A. No. 08 Civ. 11117 (TPG).)

In an April 14, 2014 Opinion, the Court revisited its prior ruling dismissing plaintiffs' state law claims as barred by the Securities Litigation Uniform Standards Act ("SLUSA"), 15 U.S.C. § 78bb(f)(2), in light of the Supreme Court decision in *Chadbourne & Park LLP v. Troice*, 134 S. Ct. 1058 (2014). The Court held that plaintiffs state law claims were not barred by SLUSA, but acknowledged that "there is also a chance that the Second Circuit may decide the SLUSA preclusion issue differently." (*See* Docket No. 942 in Civ. A. No. 08 Civ. 11117 (TPG).) Shortly after the Court granted Tremont's motion to certify an interlocutory appeal of

1

the April 14 Opinion, the Second Circuit issued the decision, *In re Herald, Primeo & Thema*, Nos. 12-156-cv(L), 12-162-cv(Con), 2014 WL 2199774 (2d Cir. May 28, 2014), which declined to revisit its prior decision affirming that SLUSA precluded state law claims based on investments in funds with exposure to Bernard Madoff, claims substantially similar to those at issue in this litigation. *See In re Herald, Primeo & Thema*, 730 F.3d 112 (2d Cir. 2013). The Second Circuit concluded that *Troice* "confirms" the holding that SLUSA precludes state law claims, like those at issue here, arising from investments exposed to the Madoff Ponzi scheme. *Herald*, 2014 WL 2199774 at *1.

As explained more fully in Tremont's memorandum, which is incorporated by reference, the Second Circuit's rulings in *Herald* are virtually on all fours with the facts here. As an intervening change of controlling law, *Herald* warrants reconsideration of the April 14 Opinion and entry of an order setting it aside.

For these reasons, MassMutual and OAC respectfully requests that this Court lift the Stay and grant the motion to vacate the April 14 Opinion.

Dated: June 4, 2014                                          Respectfully Submitted,

/s/ Carol E. Head  
Joseph L. Kociubes (*pro hac vice*)  
Michael D. Blanchard  
Carol E. Head (*pro hac vice*)  
BINGHAM McCUTCHEN LLP  
One Federal Street  
Boston, MA 02110-1726  
Tel.: (617) 951-8000  
Fax: (617) 951-8736  
joseph.kociubes@bingham.com  
michael.blanchard@bingham.com  
carol.head@bingham.com  
*Attorneys for Defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC*

/s/ David A. Kotler  
David A. Kotler  
DECHERT LLP  
1095 Avenue of the Americas  
New York, New York 10036  
Tel.: (212) 698-3500  
Fax: (212) 698-3599  
david.kotler@dechert.com  
*Attorneys for Defendant Oppenheimer Acquisition Corp.*