UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, AND INSURANCE LITIGATION | **Master File No.** <br><br> **08 Civ. 11117** |
| SPECTRUM SELECT, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TREMONT GROUP HOLDINGS, INC., *et al.*, <br><br> Defendants. | 12 Civ. 9057 |
| ALBERT ANIKSTEIN, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> TREMONT GROUP HOLDINGS, INC., *et al.*, <br><br> Defendants. | 12 Civ. 9058 |
| MICHAEL BECKER, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> TREMONT GROUP HOLDINGS, INC., et al., <br><br> Defendants. | 12 Civ. 9060 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/14

*Caption continued on next page.*

| | |
|---|---|
| ALAN BILGORE, *et al.*,<br><br>               Plaintiff,<br><br>      v.<br><br>TREMONT GROUP HOLDINGS, INC., et al.,<br><br>               Defendants. | 12 Civ. 9061 |
| KARASEL II, L.P., *et al.*,<br><br>               Plaintiff,<br><br>      v.<br><br>TREMONT GROUP HOLDINGS, INC., et al.,<br><br>               Defendants. | 12 Civ. 9062 |
| SPECTRUM SELECT II, L.P. and SPECTRUM EQUITIES, L.P.,<br><br>               Plaintiff,<br><br>      v.<br><br>TREMONT GROUP HOLDINGS, INC., et al.,<br><br>               Defendants. | 12 Civ. 9063 |
| ROBERT COCCHI, *et al.*,<br><br>               Plaintiff,<br><br>      v.<br><br>TREMONT GROUP HOLDINGS, INC., et al.,<br><br>               Defendants. | 12 Civ. 9064<br><br>**ORDER** |

Because there is no opposition and for the reasons stated in its motion, non-party KPMG LLP's motion to intervene for purposes of interlocutory appeal is granted. See Fed. R. Civ. P. 24(b).

So ordered.

Dated:   New York, New York
         June 5, 2014

_____
Thomas P. Griesa
United States District Judge