UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- x
IN RE TREMONT SECURITIES LAW, STATE  : Master File No.
LAW AND INSURANCE LITIGATION         : 08-cv-11117 (TPG)
----------------------------------- x
This Document Relates to:            :

ALBERT ANIKSTEIN, et al.,            :
                                       12-cv-09058 (TPG)
              Plaintiffs,            :

      - against -                    :

TREMONT GROUP HOLDINGS, INC., et al., :

              Defendants.            :
----------------------------------- x

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Joseph L. Kociubes, partner with the law firm Bingham McCutchen LLP, hereby moves for withdrawal of his appearance for defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC (sued incorrectly as MassMutual Holding Company) and removal from service of any further pleadings in connection with the above-captioned matter.

Bingham McCutchen LLP remains as counsel for defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC and the appearances by any other Bingham

1

A/76219536.1

McCutchen LLP attorneys are unaffected by this request.

Dated: June 30, 2014                                    Respectfully Submitted,

                                                        /s/ Joseph L. Kociubes
                                                        Joseph L. Kociubes (*pro hac vice*)
                                                        BINGHAM McCUTCHEN LLP
                                                        One Federal Street
                                                        Boston, MA 02110-1726
                                                        Tel.: (617) 951-8000
                                                        Fax: (617) 951-8736
                                                        joseph.kociubes@bingham.com
                                                        *Attorney for Defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC*

SO ORDERED, on this __2__ day of __July__, 2014.

/s/ Thomas P. Griesa
U.S.D.J.

2

A/76219536.1