UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
IN RE TREMONT SECURITIES LAW, STATE　　:　Master File No.
LAW AND INSURANCE LITIGATION　　　　　　:　08-cv-11117 (TPG)
------------------------------x
This Document Relates to:　　　　　　　　　　:

SPECTRUM SELECT, II L.P., *et al.*,　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　12-cv-09063 (TPG)
　　　　　　　　Plaintiffs,　　　　　　　　　　:

　　　- against -　　　　　　　　　　　　　　　:

TREMONT GROUP HOLDINGS, INC., *et al.*,　　:

　　　　　　　　Defendants.　　　　　　　　　　:
------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/14

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Joseph L. Kociubes, partner with the law firm Bingham McCutchen LLP, hereby moves for withdrawal of his appearance for defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC (sued incorrectly as MassMutual Holding Company) and removal from service of any further pleadings in connection with the above-captioned matter.

Bingham McCutchen LLP remains as counsel for defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC and the appearances by any other Bingham

1

McCutchen LLP attorneys are unaffected by this request.

Dated: June 30, 2014                           Respectfully Submitted,

/s/ Joseph L. Kociubes
Joseph L. Kociubes (*pro hac vice*)
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110-1726
Tel.: (617) 951-8000
Fax: (617) 951-8736
joseph.kociubes@bingham.com
*Attorney for Defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC*

SO ORDERED, on this __2__ day of __July__, 2014.

_/s/ Thomas P. Griesa_
U.S.D.J.