UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
IN RE TREMONT SECURITIES LAW, STATE : Master File No.
LAW AND INSURANCE LITIGATION       : 08 Civ. 11117 (TPG)
----------------------------------
This Document Relates to:          :

YALE M. FISHMAN 1998 INSURANCE     :
TRUST, Individually and on Behalf of All Others   11 Civ. 1283 (TPG)
Similarly Situated and Derivatively on Behalf of  :
the Nominal Defendants,
                                   :
                    Plaintiff,     : ECF CASE
                                   : Electronically Filed
      - against -
                                   :
PHILADELPHIA FINANCIAL LIFE
ASSURANCE COMPANY F/K/A AGL LIFE   :
ASSURANCE COMPANY, et al.,
                                   :
                    Defendants.
---------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/14

## STIPULATION AND ORDER
## OF DISMISSAL OF DEFENDANT MARK SANTERO

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendant Mark Santero, that defendant Mark Santero shall be and hereby is dismissed from the above-captioned action pursuant to Rule 41 of the Federal Rules of Civil Procedure, without prejudice, with each party to bear its or his own costs.

Dated: July 25, 2014

David A. Rosenfeld
drosenfeld@rgrdlaw.com
ROBBINS GELLER
  RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747

(631) 367-7100

*Counsel for Plaintiff*

Seth M. Schwartz
Seth.Schwartz@Skadden.com
Jason C. Vigna
Jason.Vigna@Skadden.com
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

*Counsel for Defendant Mark Santero*

SO ORDERED:

Thomas P. Griesa
U.S.D.J.

7/25/2014