**MANDATE**

11-3899 (L)
In re: Tremont Securities Law, State Law, and Insurance Litigation        1:08-cv-11117-TPG

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

```
 1        At a stated term of the United States Court of Appeals
 2   for the Second Circuit, held at the Thurgood Marshall United
 3   States Courthouse, 40 Foley Square, in the City of New York,
 4   on the 3rd day of April, two thousand fourteen.
 5
 6   PRESENT: DENNIS JACOBS,
 7            SUSAN L. CARNEY,
 8            CHRISTOPHER F. DRONEY,
 9                 Circuit Judges.
10
11   - - - - - - - - - - - - - - - - - - - -x
12
13   IN RE: TREMONT SECURITIES LAW, STATE
14   LAW AND INSURANCE LITIGATION
15
16   Madelyn Haines and Paul Zamrowski,
17            Appellants,
18
19        -v.-                                              11-3899
20                                                          11-3923
21                                                          11-4022
22                                                          11-4030*
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug. 4, 2014

---

  * 11-4030 is currently the only open case number. The other case numbers have been determined by orders filed Mar. 13, 2013 (11-3899); Apr. 24, 2012 (11-3923); and Oct. 24, 2012 (11-4022).

1

Arthur E. Lange Revocable Trust,
Arthur C. Lange, Neal J. Polan, HFM
Charitable Remainder Trust, Eastham
Capital Appreciation Fund LP, NPV
Positive Corp., Daniel Jackson,
Laborers Local Pension Plan 17, Arthur
M. Brainson, Yvette Finkelstein, and
Group Defined Pension Plan & Trust,
Chateau Fiduciaire S.A., Matthew L.
Klein Irrevocable Family Trust,
Harriet Rutter Klein Revocable Trust,
Geoffrey Rabie Credit Shelter Trust,
and Joanne Brenda Rabie Credit Shelter
Trust,

<u>Plaintiff-Appellees</u>,

and

Massachusetts Mutual Life Insurance
Company, MassMutual Holding LLC,
Oppenheimer Acquisition Corp.,
Tremont Capital Management Inc.,
Tremont Group Holdings, Inc., Rye
Investment Management, Tremont
Partners, Inc., Tremont (Bermuda)
Limited, Harry Hodges, Robert
Schulman, Jim Mitchell, Rupert Allan,
Lynn O. Keeshan, Patrick Kelly,
Stephen Thomas Clayton, Stuart
Pologe, Cynthia J. Nicoll, Tremont
Market Neutral Fund L.P., Tremont
Market Neutral Fund II, L.P., Tremont
Market Neutral Fund Limited, Tremont
Opportunity Fund Limited, Tremont
Opportunity Fund II L.P., Tremont
Opportunity Fund III L.P., Tremont
Arbitrage Fund, L.P., Tremont
Arbitrage Fund-Ireland, Tremont
Strategic Insurance Fund, L.P., Rye
Select Broad Market Fund, L.P., Rye
Select Broad Market XL Fund, L.P.,
Rye Select Broad Market Prime Fund,
L.P., Rye Select Broad Market

```
Insurance Fund, L.P., and Rye Select
Broad Market Portfolio Limited,
     Defendant-Appellees.


- - - - - - - - - - - - - - - - - - - -X

FOR APPELLANTS:              VINCENT T. GRESHAM, Atlanta, Ga.

FOR PLAINTIFF-APPELLEES:     ANDREW J. ENTWISTLE (Arthur V.
                             Nealon and Robert N. Cappucci,
                             Entwistle & Cappucci LLP, New
                             York, N.Y., and Reed R. Kathrein
                             and Lee M. Gordon, Hagens Berman
                             Sobol Shapiro LLP, Berkeley,
                             Cal., on the brief), Entwistle &
                             Cappucci LLP, New York, N.Y.,
                             for appellees Arthur E. Lange
                             Revocable Trust, Arthur E.
                             Lange, Neal J. Polan, HFM
                             Charitable Remainder Trust,
                             Eastham Capital Appreciation
                             Fund LP, NPV Positive Corp., and
                             for the benefit of Nominal
                             Defendants, Daniel Jackson, and
                             Laborers Local Pension Plan 17.

                             JEFFREY M. HABER (Stephanie M.
                             Beige, on the brief), Bernstein
                             Liebhard LLP, New York, N.Y.,
                             for appellees Arthur M.
                             Brainson, Yvette Finkelstein,
                             and Group Defined Pension Plan &
                             Trust.

                             DEMET BASAR (Daniel W. Krasner, on
                             the brief), Wolf Haldenstein
                             Adler Freeman & Herz LLP, New
                             York, N.Y., for appellees
                             Chateau Fiduciaire S.A., Matthew
                             L. Klein Irrevocable Family
                             Trust, and Harriet Rutter Klein
                             Revocable Trust.

                             DAVID A. ROSENFELD, Robbins Geller
                             Rudman & Dowd LLP, Melville,
                             N.Y., for appellees Geoffrey
                             Rabie Credit Shelter Trust and
```

3

|  |  |
|---|---|
|  | Joanne Brenda Rabie Credit Shelter Trust. |
| **FOR DEFENDANT-APPELLEES:** | JOSEPH L. KOCIUBES (Carol E. Head, *on the brief*), Bingham McCutchen LLP, Boston, Mass., *for appellees* Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC. |
|  | DAVID A. KOTLER, Dechert LLP, Princeton, N.J., *for appellee* Oppenheimer Acquisition Corp. |
|  | SETH SCHWARTZ (Jason C. Vigna, *on the brief*), Skadden, Arps, Slate, Meagher & Flom LLP, New York, N.Y., *for appellees* Tremont Capital Management Inc., Tremont Group Holdings, Inc., Rye Investment Management, Tremont Partners, Inc., Tremont (Bermuda) Limited, Harry Hodges, Robert Schulman, Jim Mitchell, Rupert Allan, Lynn O. Keeshan, Patrick Kelly, Stephen Thomas Clayton, Stuart Pologe, and Cynthia J. Nicoll. |
|  | JAMIE B.W. STECHER (Ralph A. Siciliano, David J. Kanfer, Zev Feinstein Raben, *on the brief*), Tannenbaum Helpern Syracuse & Hirschtritt LLP, New York, N.Y., *for appellees* Tremont Market Neutral Fund L.P., Tremont Market Neutral Fund II, L.P., Tremont Market Neutral Fund Limited, Tremont Opportunity Fund Limited, Tremont Opportunity Fund II L.P., Tremont Opportunity Fund III L.P., Tremont Arbitrage Fund, L.P., Tremont Arbitrage Fund-Ireland, Tremont Strategic Insurance Fund, L.P., Rye Select Broad Market Fund, L.P., Rye |

|   |   |
|---|---|
|   | Select Broad Market XL Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market Insurance Fund, L.P., and Rye Select Broad Market Portfolio Limited. |

Appeal from a judgment of the United States District Court for the Southern District of New York (Griesa, <u>J.</u>).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the appeal is **DISMISSED**.

Madelyn Haines and Paul Zamrowski appeal from a judgment of the United States District Court for the Southern District of New York (Griesa, <u>J.</u>), approving a class action settlement over their objections. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

By summary order of October 25, 2013, we remanded this matter pursuant to the procedure outlined in <u>United States v. Jacobson</u>, 15 F.3d 19, 22 (2d Cir. 1994). See <u>In re Tremont Secs. Law, State Law & Ins. Litig.</u>, 542 F. App'x 43 (2d Cir. 2013). The purpose of the remand was to clarify whether the Settlement Agreement released the appellants' claims arising from the Trustee Settlement.

The district court responded in an order (dated December 13, 2013) stating that the claims arising out of the Trustee Settlement were not released in the Settlement Agreement. <u>In re Tremont Secs. Law, State Law & Ins. Litig.</u>, 08 Civ. 11117, ECF No. 914 (S.D.N.Y. Dec. 13, 2013). Pursuant to our previous summary order, therefore, we conclude that the appellants' appeal is moot.

For the foregoing reasons, and finding no merit in the appellants' other arguments, we hereby **DISMISS** the appeal as moot.

```
                                FOR THE COURT:
                                CATHERINE O'HAGAN WOLFE, CLERK
```



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit