UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, AND INSURANCE LITIGATION | Master File No.<br><br>08 Civ. 11117 |

Plaintiffs' motion for joinder in the reply memorandum of the Tremont Defendants is granted. This order resolves the motion listed as document number 902 in this case.

So ordered.

Dated: New York, New York
August 13, 2014

_____
Thomas P. Griesa
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/14
```