UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates to:<br>State Law Action, 08 Civ. 11183 | Master File No.:<br>08 Civ. 11117 (TPG) |
| THE LUGANO TRUST, THE HERMITAGE TRUST, THE JAYBEE TRUST, THE CONICK TRUST, THE SONICK TRUST, THE CLARICK TRUST, THE CALITHA TRUST, BRITTANY INVESTMENT INTERNATIONAL CORPORATION I, BRITTANY INVESTMENT INTERNATIONAL CORPORATION II, TRILOGY INVESTMENT HOLDING CORPORATION I, TRILOGY INVESTMENT HOLDING CORPORATION II, THE RAINBOW TRUST, IRREVOCABLE TRUST BETWEEN MARJORIE ALFUS AND JOEL LEVINE CPA, THE MAGNOLIA TRUST, THE INDIGO TRUST, THE SINCERITY TRUST, THE CORFU TRUST, THE CRETE TRUST, THE SPIRAL TRUST, THE JULIP TRUST, THE GRENOBLE TRUST, THE PROTEA TRUST, THE TRIESTE TRUST, THE LIFEGRO TRUST, THE MARIGOLD TRUST, THE FLAMENCO TRUST, THE MAMRE TRUST, THE SANDAN TRUST, and 2006 LIONEL LAPINER FAMILY TRUST,<br><br>              Plaintiffs,<br><br>    v.<br><br>TREMONT CAPITAL MANAGEMENT, INC., TREMONT PARTNERS, INC., TREMONT GROUP HOLDINGS, INC., TREMONT (BERMUDA) LIMITED,<br>                      *Caption continues* | 09 Civ. 6840 (TPG) |

| | |
|---|---|
| *Continued from prior page*<br><br>RYE INVESTMENT MANAGEMENT, INC., OPPENHEIMER ACQUISITION CORPORATION, MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, KPMG LLP, BANK OF NEW YORK MELLON, ERNST & YOUNG LLP, SANDRA L. MANZKE, ROBERT SCHULMAN, and SHL CAPITAL LTD.,<br><br>Defendants. | |
| THE TREMONT INSURANCE PLAINTIFFS' LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>KPMG LLP, KPMG (CAYMAN ISLANDS), KPGM INTERNATIONAL COOPERATIVE, BANK OF NEW YORK MELLON, and SHL CAPITAL LTD.,<br><br>Defendants. | 10 Civ. 9274 (TPG) |

**NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT BANK OF NEW YORK MELLON**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs in *The Lugano Trust et al. v. Tremont Capital Management, Inc.*, No. 09 Civ. 6840 (TPG) (S.D.N.Y.) (the "Lugano Action") and *Tremont Insurance Plaintiffs' Litigation Trust v. KPMG LLP*, No. 10 Civ. 9274 (TPG) (S.D.N.Y.) (the "Litigation Trust Action") (together with the Lugano Action, the "Actions") through their respective counsel, hereby agree and stipulate to the dismissal of all claims in the Actions against Defendant Bank of New York Mellon ("BNY"), with prejudice.

Plaintiffs in the Actions and BNY further stipulate that each party shall bear its own fees and costs.

**IN WITNESS WHEREOF**, the parties hereto have caused this Notice and Stipulation of Voluntary Dismissal to be executed, by their duly authorized attorneys, dated as of September 30, 2014.

| | |
|---|---|
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP** | **BERGER & MONTAGUE, P.C.** |
| Lewis J. Liman<br>Jeffrey A. Rosenthal<br>Members of the Firm<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>lliman@cgsh.com<br>jrosenthal@cgsh.com<br><br>*Attorneys for BNY Mellon* | Sherrie R. Savett<br>Glen L. Abramson<br>Russell D. Paul<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103<br>(215) 875-3000<br>gabramson@bm.net<br><br>*Attorneys for Plaintiffs in the Lugano Trust and Litigation Trust Action*<br><br>And on behalf of:<br><br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>Daniel W. Krasner<br>Demet Basar<br>270 Madison Avenue<br>New York, New York 10016<br>(212) 545-4600<br>basar@whafh.com<br><br>**ROBBINS GELLER RUDMAN & DOWD LLP**<br>58 South Service Road, Suite 200<br>Melville, New York 11747<br>(631) 367-7100<br>drosenfeld@rgrdlaw.com<br><br>*Attorneys for the Plaintiff in the Litigation Trust Action* |

-3-

THE COURT approves of the foregoing Stipulation and directs that it be entered as an Order of the Court:

SO ORDERED: _____
HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE

10/3/14