UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

In re Tremont Securities Law,   Case No. 08-Civ. 11117 (TPG)
State Law and ~~Plaintiff,~~
Insurance Litigation
~~against~~

~~Defendant~~

------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

This Document Relates to: All Actions
TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Carol Elisabeth Head
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____   My State Bar Number is __652170__

I am,
[ ] An attorney
[ ] A Government Agency attorney
[X] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Bingham McCutchen LLP
            FIRM ADDRESS: One Federal St., Boston, MA 02110
            FIRM TELEPHONE NUMBER: 617-951-8000
            FIRM FAX NUMBER: 617-951-8736

NEW FIRM:   FIRM NAME: Morgan Lewis & Bockius LLP
            FIRM ADDRESS: One Federal St., Boston, MA 02110
            FIRM TELEPHONE NUMBER: 617-951-8000
            FIRM FAX NUMBER: 617-951-8736

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:
Jan. 26, 2015

ATTORNEY'S SIGNATURE
Carol E. Head