UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION, | Case Number:<br><br>08-cv-11117 (TPG)<br><br>**<u>NOTICE OF WITHDRAWAL<br>OF ATTORNEY</u>** |

     PLEASE TAKE NOTICE that the appearance of Frances S. Cohen, formerly of Bingham McCutchen LLP, for the defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC should be withdrawn. Ms. Cohen left the firm and is no longer involved in the case. The MassMutual Defendants continue to be represented by Michael D. Blanchard, Kenneth I. Schacter and Carol E. Head of Morgan, Lewis & Bockius, LLP.

Dated:   January 23, 2015

                          **MORGAN LEWIS & BOCKIUS LLP**

                          By:  <u>s/ Michael D. Blanchard</u>
                                Michael D. Blanchard
                                One State Street
                                Hartford, CT  06103
                                Tel:  (860) 240-2700
                                michael.blanchard@morganlewis.com

                          *Attorneys for the MassMutual Defendants*

A/76610497.1