# ENTWISTLE & CAPPUCCI

Entwistle & Cappucci LLP
280 Park Avenue
26th Floor West
New York, NY 10017

(212) 894-7200 Main
(212) 894-7272 Fax
www.entwistle-law.com

January 29, 2015

**VIA ECF**

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:  *In re Tremont Sec. Law, State Law & Ins. Litig.*, No. 08 Civ. 11117 (TPG);
**Motion for Distribution of Net Settlement Fund**

Dear Judge Griesa:

We respectfully request modification of the current motion schedule for approval of Distribution of the Net Settlement Fund. (ECF No. 994, 987-1.)

The Net Settlement Fund Plan of Allocation was approved by your Honor by order dated December 22, 2014. (ECF No. 994.)

The Court-appointed Claims Administrator, the Garden City Group, Inc., has informed us that it will need an additional two (2) weeks in order to process the claims received.

Accordingly, we respectfully propose the following modified motion schedule:

| | |
|---|---|
| February 17, 2015 | Motion for Approval of Distribution of the Net Settlement Fund |
| March 17, 2015 | Any opposing papers |
| March 31, 2015 | Reply papers |

Respectfully submitted,

Andrew J. Entwistle

AJE/mbg

EC.57574.1