# ENTWISTLE & CAPPUCCI

Entwistle & Cappucci LLP
280 Park Avenue
26th Floor West
New York, NY 10017

(212) 894-7200 Main
(212) 894-7272 Fax
www.entwistle-law.com

February 17, 2015

**VIA ECF**

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  2/18/15
```

Re:   ***In re Tremont Sec. Law, State Law & Ins. Litig.*, No. 08 Civ. 11117 (TPG);
      Motion for Distribution of Net Settlement Fund**

Dear Judge Griesa:

    Due to administrative-related matters, we respectfully request modification of the current
motion schedule for approval of Distribution of the Net Settlement Fund. (ECF No. 999.)[1]

    The Court-appointed Claims Administrator, the Garden City Group, Inc., informs us that
it will need several additional days to finish its work.

    Accordingly, we respectfully propose the following modified motion schedule:

February 27, 2015    Motion for Approval of Distribution of the Net Settlement Fund

March 27, 2015       Any opposing papers

April 10, 2015       Reply papers

Respectfully submitted,

Andrew J. Entwistle

---

[1] The Net Settlement Fund Plan of Allocation was approved by your Honor by order
dated December 22, 2014. (ECF No. 994.) One prior modification of the motion schedule was
granted. (ECF No. 999) Defendants do not oppose this requested modification.

EC.57688.1

*approved-*  2/18/15
Thomas P. Griesa /USDJ