**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



IN RE TREMONT SECURITIES LAW,
STATE LAW AND INSURANCE
LITIGATION,

Case Number:

08-cv-11117 (TPG)

**NOTICE OF WITHDRAWAL OF ATTORNEY**

PLEASE TAKE NOTICE that the appearance of Frances S. Cohen, formerly of Bingham McCutchen LLP, for the defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC should be withdrawn. Ms. Cohen left the firm and is no longer involved in the case. The MassMutual Defendants continue to be represented by Michael D. Blanchard, Kenneth I. Schacter and Carol E. Head of Morgan, Lewis & Bockius, LLP.

Dated: January 23, 2015

**MORGAN LEWIS & BOCKIUS LLP**

By: s/ Michael D. Blanchard
Michael D. Blanchard
One State Street
Hartford, CT 06103
Tel: (860) 240-2700
michael.blanchard@morganlewis.com

*Attorneys for the MassMutual Defendants*

Approved: Thomas P. Griesa /TPG

USDJ  2/26/15

A/76610497.1