UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                          ECF CASE
-------------------------------------------------------x
IN RE TREMONT SECURITIES LAW,           :
STATE LAW AND INSURANCE                 :    **Master File No.:**
LITIGATION                              :    **08 Civ. 11117 (TPG)**
                                        :
-------------------------------------------------------x    **NOTICE OF MOTION BY SETTLING**
This Document Relates to:  All Actions  :    **CLASS PLAINTIFFS FOR APPROVAL**
                                        :    **OF DISTRIBUTION OF NET**
                                        :    **SETTLEMENT FUND**
-------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the accompanying affidavit with exhibits of Stephanie Amin-Giwner of The Garden City Group, Inc. ("GCG"), the Court-appointed Claims Administrator, sworn to on February 27, 2015 (the "Amin-Giwner Affidavit"), the Net Settlement Fund Plan of Allocation (ECF No. 988-1) approved by the Court in its Order dated December 22, 2014 (ECF No 994) and the Memorandum in Support of Motion for Approval of Distribution of Net Settlement Fund, and all prior proceedings herein, the Settling Class Plaintiffs by their undersigned counsel will move this Court, before the Honorable Thomas P. Griesa, at the United States Courthouse, 500 Pearl Street, Courtroom 26B, New York, New York 10007-1312, at a date and time to be determined by the Court, for an order substantially in the proposed form accompanying this Motion, pursuant to Fed. R. Civ. P. 23(e):

(i)  approving the proposed Distribution Plan for the Net Settlement Fund;

(ii) approving the proposed readmission to the Settlement Class of 146 additional parties (the "Settling Plaintiffs"), as in the best interest of the Settlement Class, as set forth in the Amin-Giwner Affidavit and a further affidavit to be submitted in support thereof;

(iii) approving the Initial Distribution, NSF Reserve (in order *inter alia* to address claims of the Settling Plaintiffs), Claims-in-Process Distribution and Second Distribution, as set forth in the Amin-Giwner Affidavit;

(iv) approving the administrative determinations by GCG with respect to eligibility of Proofs of Claim and calculation of Recognized Claims and Disbursements, as set forth in the Amin-Giwner Affidavit;

(v) approving payment to GCG of the sum of $555,461.23 from the Net Settlement Fund for fees and expenses incurred and to be incurred in connection with GCG's administration of the Settlement and Distribution Plan; and

(vi) such other and further relief as the Court deems appropriate.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order dated February 18, 2015 (ECF No. 1001), any opposing papers shall be served on or before March 27, 2015 and reply papers shall be served on or before April 10, 2015.

Dated: February 27, 2015
       New York, New York

**ENTWISTLE & CAPPUCCI LLP**

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
Arthur V. Nealon
Robert N. Cappucci
280 Park Avenue, 26th Floor West
New York, NY  10017
(212) 894-7200
(212) 894-7272 (fax)
aentwistle@entwistle-law.com

EC.57800.1

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Reed R. Kathrein*
Reed R. Kathrein
Lee Gordon
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
(510) 725-3000
(510) 725-3001 (fax)
reed@hbsslaw.com

*Co-Lead Counsel for the State Law Actions*

**BERNSTEIN LIEBHARD LLP**

*/s/ Jeffrey M. Haber*
Jeffrey M. Haber
Stephanie M. Beige
10 East 40th Street, 22nd Floor
New York, NY  10016
(212) 779-1414
(212) 779-3218 (fax)
haber@bernlieb.com

*Lead Counsel for the Securities Actions*

EC.57800.1