UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

: Master File No.:
: 08-cv-11117 (TPG)
:
:
: **NOTICE OF APPEARANCE**

This Document Relates To:  
All Actions

PLEASE TAKE NOTICE that David Gorvitz, Esq. of Orloff, Lowenbach, Stifelman & Siegel, P.A., appears in the above-captioned matter on behalf of class members Antonio Calabrese, Stephen Calabrese, and Calco Painting, Inc., and requests that copies of all notices and other papers in this case be sent to the address below.

Dated: March 26, 2015

ORLOFF, LOWENBACH, STIFELMAN & SIEGEL, P.A.  
101 Eisenhower Parkway - Suite 400  
Roseland, New Jersey  07068-1097  
Email: dg@olss.com  
(973) 622-6200

By:  /s/ David Gorvitz  
DAVID GORVITZ