UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

: Master File No.:
: 08-cv-11117 (TPG)
:
:
: **NOTICE OF APPEARANCE**

This Document Relates To:  
All Actions

    PLEASE TAKE NOTICE that David Gorvitz, Esq. of Orloff, Lowenbach, Stifelman & Siegel, P.A., appears in the above-captioned matter on behalf of class members Lawrence J. Rothschild, Richard A. Scherr, Family Swimmers, L.P., Richard Scherr, Trustee, Arthur Simons, Paul Funk, Joseph Ludwig, Judith Ludwig, Stuart Levey, Deborah Levey, Levey Fishman Trust, Stuart Levey, Trustee, Nicholas P. Kardasis IRA, Jean-Marc Chouraqui, and requests that copies of all notices and other papers in this case be sent to the address below.

Dated:  March 27, 2015

ORLOFF, LOWENBACH, STIFELMAN & SIEGEL, P.A.  
101 Eisenhower Parkway - Suite 400  
Roseland, New Jersey  07068-1097  
Email: dg@olss.com  
(973) 622-6200

By:   */s/ David Gorvitz*  
      DAVID GORVITZ