UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
IN RE TREMONT SECURITIES LAW  :
STATE LAW AND INSURANCE       :    Master File No.
LITIGATION                    :    08-11117 (TPG)
                              :
---------------------------------------------x
                              :
This Document Relates to:  All Actions  :    **"ECF CASE"**
                              :
---------------------------------------------x

# MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Paul Steven Singerman, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* (in the form attached hereto as Exhibit B) to appear as counsel for Austin Capital BMP Fund, LLC ("ACM"), in the event the Court schedules a hearing on the *Notice of Motion by Settling Class Plaintiffs for Approval of Distribution of Net Settlement Fund* [ECF No. 1003] (the "Second Notice/Motion for Distribution of NSF") filed on February 27, 2015 and the accompanying *Memorandum in Support of Motion for Approval of Distribution of Net Settlement Fund* [ECF No. 1004] for which ACM is filing, contemporaneously herewith, a response in opposition to the Second Notice/Motion for Distribution of NSF in the above-captioned action.

6293831-1

I am a member in good standing of the bar of the State of Florida and there are no pending disciplinary proceedings against me in any federal court.  *See* Certificate of Good Standing attached hereto as Exhibit A.

Dated: March 27, 2015

Respectfully submitted,

**BERGER SINGERMAN LLP**
*Counsel for Austin Capital BMP Fund, LLC*

<u>*/s/ Paul Steven Singerman*</u>
Paul Steven Singerman
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340
singerman@bergersingerman.com

**EXHIBIT A**
**(Certificate of Good Standing)**

6293831-1



# The Florida Bar

651 East Jefferson Street
Tallahassee, Florida 32399-2300

John F. Harkness, Jr.
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida     )

County of Leon       )

                           In Re:   378860
                                   Paul Steven Singerman
                                   Berger Singerman, LLP
                                   1450 Brickell Ave., Ste. 1900
                                   Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 28, 1983.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 19th day of March, 2015.

Pam Gerard
Member Services & Records Manager
The Florida Bar

PG/LK:ksw3:R10

# **EXHIBIT B**
**(Proposed form of Order)**

6293831-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
IN RE TREMONT SECURITIES LAW : 
STATE LAW AND INSURANCE : Master File No.
LITIGATION : 08-11117 (TPG)
------------------------------------------------x
 :
This Document Relates to:  All Actions : **"ECF CASE"**
 :
------------------------------------------------x

# ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Paul Steven Singerman, for admission to appear *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida; and that his/her contact information is as follows:

Paul Steven Singerman, Esq.
singerman@bergersingerman.com
Berger Singerman LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500/Facsimile: (305) 714-4340

Applicant has requested admission *Pro Hac Vice* to appear for all purposes as counsel for Austin Capital BMP Fund, LLP in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this court, including the Rules governing discipline of attorneys.

Dated: _____

_____
THE HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE

6293908-1