UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
IN RE TREMONT SECURITIES LAW    :
STATE LAW AND INSURANCE        :      Master File No.
LITIGATION                        :      08-11117 (TPG)
                                    :

------------------------------------------------x   **JURY TRIAL DEMANDED**
                                    :

This Document Relates to:  All Actions    :      **"ECF CASE"**
                                    :

------------------------------------------------x

## <u>RULE 7.1 STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for Austin Capital BMP Fund, LLC, certifies that the following

are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Dated:  March 27, 2015                      BERGER SINGERMAN LLP

                                        */s/ Paul Steven  Singerman*
                                        Paul Steven Singerman
                                        1450 Brickell Avenue, Ste. 1900
                                        Miami, FL  33131
                                        Telephone:  (305) 755-9500
                                        Facsimile:  (305) 714-4340
                                        singerman@bergersingerman.com

                                        Ilyse M. Homer
                                        1450 Brickell Avenue, Ste. 1900
                                        Miami, FL  33131
                                        Telephone: (305) 755-9500
                                        Facsimile: (305) 714-4340
                                        ihomer@bergersingerman.com

                                      *Counsel for Austin Capital BMP Fund, LLC*

6303550-1