UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE TREMONT SECURITIES LAW,            :    Master File No.:
STATE LAW and INSURANCE                  :    08 Civ. 11117 (TPG)
LITIGATION                               :
                                         :
------------------------------------:
This Document Relates To:                :    ECF CASES
                                         :    Electronically Filed
State Law Actions, 08 Civ. 11183 (TPG)   :
Securities Actions, 08 Civ. 11212 (TPG)  :
                                         :
------------------------------------x

## SETTLING DEFENDANTS' JOINDER IN
## MOTION FOR APPROVAL OF DISTRIBUTION OF NET SETTLEMENT FUND

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants
Tremont Partners, Inc.,
Tremont Group Holdings, Inc.,
Tremont (Bermuda) Limited,
Tremont Capital Management, Inc.,
Rye Investment Management,
Robert I. Schulman, Rupert A. Allan,
Harry Hodges, James Mitchell,
Lynn O. Keeshan, Patrick Kelly,
Stephen Thomas Clayton, Stuart Pologe,
Cynthia J. Nicoll and Darren Johnston

[Additional counsel appear on signature page]

The Settling Defendants[1] respectfully join in and support the motion of the Settling Class Plaintiffs (the "Class Distribution Motion," Dkt. No. 1003) for an Order (the "Distribution Order") authorizing the distribution of more than $75 million from the Net Settlement Fund ("NSF") established pursuant to the Court's Final Judgment entered on August 19, 2011 approving the partial settlement of the above-captioned consolidated litigation.  In addition to authorizing distribution from the NSF, the Distribution Order will, if entered by the Court, result in the stipulated resolution and dismissal of nine related cases on behalf of 146 plaintiffs, including seven actions that remain pending before this Court:  Anikstein v. Tremont Group Holdings, Inc., 12 Civ. 9058 (TPG), Becker v. Tremont Group Holdings, Inc., 12 Civ. 9060 (TPG), Bilgore v. Tremont Group Holdings, Inc., 12 Civ. 9061 (TPG), Cocchi v. Tremont Group Holdings, Inc., No. 12 Civ. 9064 (TPG), Karasel II, L.P. v. Tremont Group Holdings, Inc., 12 Civ. 9062 (TPG), Spectrum Select, L.P. v. Tremont Group Holdings, Inc., 12 Civ. 9057 (TPG), and Spectrum Select II, L.P. v. Tremont Group Holdings, Inc., 12 Civ. 9063 (TPG).

---

[1] The Settling Defendants are Tremont Partners, Inc., Tremont Group Holdings, Inc., Tremont (Bermuda) Limited, Tremont Capital Management, Inc., Rye Investment Management, Robert I. Schulman, Rupert A. Allan, Harry Hodges, James Mitchell, Lynn O. Keeshan, Patrick Kelly, Stephen Thomas Clayton, Stuart Pologe, Cynthia J. Nicoll, Darren Johnston, Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market XL Fund, L.P., Rye Select Broad Market Insurance Fund, L.P., Rye Select Broad Market Portfolio Ltd., Tremont Market Neutral Fund, L.P., Tremont Market Neutral Fund II, L.P., Tremont Market Neutral Fund Ltd.., Tremont Opportunity Fund Ltd., Tremont Opportunity Fund II, L.P., Tremont Opportunity Fund III, L.P., Tremont Arbitrage Fund, L.P., Tremont Arbitrage Fund-Ireland, Tremont Strategic Insurance Fund, L.P., Massachusetts Mutual Life Insurance Co., MassMutual Holding Trust I, MassMutual Holding Company, MassMutual Life Insurance Co., Oppenheimer Acquisition Corporation and OppenheimerFunds, Inc.

For these reasons and those set forth by the Settling Class Plaintiffs, the Settling Defendants respectfully submit that the Class Distribution Motion should be granted in all respects.

Dated: New York, New York
March 27, 2015

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

/s/ Seth M. Schwartz
Seth M. Schwartz (Seth.Schwartz@Skadden.com)
Jason C. Vigna (Jason.Vigna@Skadden.com)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants
Tremont Partners, Inc., Tremont Group Holdings, Inc.,
Tremont (Bermuda) Limited,
Tremont Capital Management, Inc.,
Rye Investment Management, Robert I. Schulman,
Rupert A. Allan, Harry Hodges, James Mitchell,
Lynn O. Keeshan, Patrick Kelly, Stephen Thomas Clayton,
Stuart Pologe, Cynthia J. Nicoll and Darren Johnston


MORGAN, LEWIS & BOCKIUS LLP

Carol Head /qv
Carol E. Head (Carol.Head@morganlewis.com)
Admitted pro hac vice
One Federal Street
Boston, Massachusetts 02110
(617) 341-7700

Attorneys for Defendants
Massachusetts Mutual Life Insurance Co.,
MassMutual Holding Trust I, MassMutual Holding
Company and MassMutual Life Insurance Co.

2

DECHERT LLP

*David Kotler /s/*
_____
David A. Kotler (David.Kotler@dechert.com)
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500

Attorneys for Defendants
Oppenheimer Acquisition Corporation and
OppenheimerFunds, Inc.


TANNENBAUM HELPERN SYRACUSE
  & HIRSCHTRITT LLP

*Jamie B.W. Stecher /s/*
_____
Jamie B.W. Stecher (stecher@thsh.com)
900 Third Avenue
New York, New York 10022
(212) 508-6700

Attorneys for Defendants
Rye Select Broad Market Fund, L.P., Rye Select Broad
Market Prime Fund, L.P., Rye Select Broad Market XL
Fund, L.P., Rye Select Broad Market Insurance Fund, L.P.,
Rye Select Broad Market Portfolio Ltd., Tremont Market
Neutral Fund, L.P., Tremont Market Neutral Fund II, L.P.,
Tremont Market Neutral Fund Ltd., Tremont Opportunity
Fund Ltd., Tremont Opportunity Fund II, L.P., Tremont
Opportunity Fund III, L.P., Tremont Arbitrage Fund, L.P.,
Tremont Arbitrage Fund-Ireland and Tremont Strategic
Insurance Fund, L.P.