UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------x

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW | : | |
| STATE LAW AND INSURANCE | : | Master File No. |
| LITIGATION | : | 08-11117 (TPG) |
| | : | |

----------------------------------------------x

| | | |
|---|---|---|
| This Document Relates to:  All Actions | : | ECF CASE |
| | : | |

----------------------------------------------x

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record,

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Meritage Capital, LLC.

March 27, 2015

/s/  Michael M. Munoz
Michael M. Munoz (MM 7877)
GOLENBOCK EISEMAN ASSOR
BELL & PESKOE
437 Madison Avenue
New York, New York 10022
Tel: (212) 907-7345
Fax: (212) 754-0777
mmunoz@golenbock.com

2248646.1