UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
IN RE TREMONT SECURITIES LAW       :
STATE LAW AND INSURANCE            :        Master File No.
LITIGATION                         :        08-11117 (TPG)
                                   :
-------------------------------------------------x

This Document Relates to:  All Actions     :        ECF CASE
                                           :
-------------------------------------------------x

**MERTIAGE CAPITAL, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges

and magistrate judges of the court to evaluate possible disqualification or recusal, the

undersigned counsel of record for private (non-governmental) party Meritage Capital, LLC

("Meritage Capital") certifies that Meritage Capital has no parent corporation, and that no

publicly held corporation own 10% or more of its stock.

Dated:   New York, New York          GOLENBOCK EISEMAN ASSOR BELL
         March 27, 2015              & PESKOE LLP

                                     By:  /s/  Michael M. Munoz
                                             Michael M. Munoz

                                     437 Madison Avenue
                                     New York, New York 10022
                                     Phone:  (212) 907-7345
                                     Fax:  (212) 754-0330
                                     mmunoz@golenbock.com

                                     *Attorneys for Settling Class Member*
                                     *Meritage Capital, LLC*

2249009.1