UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW STATE LAW AND INSURANCE LITIGATION | : : : : | Master File No. 08-cv-11117 (TPG) |
| | | **JURY TRIAL DEMANDED** |
| This Document Relates to:  All Actions | : : : | **"ECF CASE"** |

---

## **CORRECTED[1] RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Austin Capital BMP Fund, LLC, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. None.

Dated:  March 27, 2015

BERGER SINGERMAN LLP

*/s/ Christopher A. Jarvinen*
Christopher A. Jarvinen
cjarvinen@bergersingerman.com
Paul Steven Singerman
singerman@bergersingerman.com
Ilyse M. Homer
ihomer@bergersingerman.com
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340

*Counsel for Austin Capital BMP Fund, LLC*

6303550-1