UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No: 08 Civ. 11117 (TPG) **JURY TRIAL DEMANDED** |
| This Document Relates to: All Actions | "ECF Case" |

**[PROPOSED] ORDER DEFERRING CONSIDERATION OF DISTRIBUTION OF THE NET SETTLEMENT FUND UNTIL THE PLAN OF ALLOCATION FOR THE FUND DISTRIBUTION ACCOUNT IS FINALIZED, AND ESTABLISHING PROCEDURES FOR CLASS NOTICE, OBJECTIONS AND FAIRNESS HEARING**

Settling Class Plaintiffs filed a motion with this Court (the "Motion") for an order approving the Distribution of Net Settlement Fund pursuant to the Net Settlement Fund Plan of Allocation (ECF No. 1003), which is one of the two plans of allocation that must be decided before this case can be brought to a close.  The Motion was opposed by certain Tremont Fund Objectors who argued that both plans of allocation should be addressed at the same time and notice of both plans provided to the Class.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Consideration of Settling Class Plaintiffs' Motion regarding the Net Settlement Fund is deferred until the plan of allocation for the Fund Distribution Account is finalized.

2. At that time Lead Counsel for Plaintiffs shall submit both plans of allocation to the Court at the same time along with a proposed Class Notice describing both plans of allocation.

1

3.  Upon receipt of both plans of allocation and a proposed class notice, this Court will establish procedures for: notifying the class of both plans of allocation, allowing class members to object, and scheduling a fairness hearing for both plans of allocation.

SO ORDERED

Dated: New York, New York
_____, 2015

                        _____
                        HONORABLE THOMAS P. GRIESA
                        UNITED STATES DISTRICT JUDGE