UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------x
IN RE TREMONT SECURITIES LAW   :
STATE LAW AND INSURANCE        :   Master File No.
LITIGATION                     :   08-cv-11117 (TPG)
                               :
-----------------------------------------------x
                               :
This Document Relates to: All Actions  :   **"ECF CASE"**
                               :
-----------------------------------------------x

## CORRECTED MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Paul Steven Singerman, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* (in the form attached hereto as Exhibit B) to appear as counsel for Austin Capital BMP Fund, LLC ("ACM"), in the event the Court schedules a hearing on the *Notice of Motion by Settling Class Plaintiffs for Approval of Distribution of Net Settlement Fund* [ECF No. 1003] (the "Distribution Motion") filed on February 27, 2015 and the accompanying *Memorandum in Support of Motion for Approval of Distribution of Net Settlement Fund* [ECF No. 1004] for which ACM is preparing a response in opposition to the Distribution Motion in the above-captioned action.

6293831-1

I am a member in good standing of the bar of the State of Florida and there are no pending disciplinary proceedings against me in any federal court.  *See* Certificate of Good Standing attached hereto as Exhibit A.

Dated: April 6, 2015

Respectfully submitted,

**BERGER SINGERMAN LLP**
*Counsel for Austin Capital BMP Fund, LLC*

*/s/ Paul Steven  Singerman*
Paul Steven Singerman
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340
singerman@bergersingerman.com

**EXHIBIT A**
**(Certificate of Good Standing)**

6293831-1

# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### PAUL STEVEN SINGERMAN

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **October 28, 1983**, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this March 30, 2015.

_____
Clerk of the Supreme Court of Florida.

## EXHIBIT B
**(Proposed form of Order)**

6293831-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
IN RE TREMONT SECURITIES LAW   :
STATE LAW AND INSURANCE        :   Master File No.
LITIGATION                     :   08-cv-11117 (TPG)
---------------------------------------------x
                               :
This Document Relates to: All Actions   :   **"ECF CASE"**
                               :
---------------------------------------------x

# ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Paul Steven Singerman, for admission to appear *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida; and that his/her contact information is as follows:

Paul Steven Singerman, Esq.
singerman@bergersingerman.com
Berger Singerman LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500/Facsimile: (305) 714-4340

Applicant has requested admission *Pro Hac Vice* to appear for all purposes as counsel for Austin Capital BMP Fund, LLP in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this court, including the Rules governing discipline of attorneys.

Dated: _____

_____
THE HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE

6293908-1