UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
IN RE TREMONT SECURITIES LAW :
STATE LAW AND INSURANCE : Master File No.
LITIGATION : 08-cv-11117 (TPG)
----------------------------------------x
:
This Document Relates to: All Actions : "ECF CASE"
:
----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/15

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Ilyse M. Homer, for admission to appear *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida; and that his/her contact information is as follows:

Ilyse M. Homer, Esq.
ihomer@bergersingerman.com
Berger Singerman LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500/Facsimile: (305) 714-4340

Applicant has requested admission *Pro Hac Vice* to appear for all purposes as counsel for Austin Capital BMP Fund, LLP in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this court, including the Rules governing discipline of attorneys.

Dated: 4/7/15

_____
THE HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE

6303033-1