UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No: 08 Civ. 11117 (TPG) **JURY TRIAL DEMANDED** |
| This Document Relates to: All Actions | "ECF Case" |

# THE TREMONT FUND OBJECTORS' MOTION TO FILE A SUR-REPLY

The Tremont Fund Objectors[1] respectfully seek this Court's permission to file a short sur-reply addressing new facts and new arguments that Lead Counsel ("LC") disclosed and made for the first time in their Reply (ECF-1029) for the reasons set forth in the accompanying memorandum in support of this motion.

Dated: 4/12/2015            Respectfully submitted,

LAW OFFICE OF VINCENT T. GRESHAM

/s/ Vincent T. Gresham
Vincent T. Gresham
2870 Peachtree Road, #204
Atlanta, Georgia 30305
Tel: (404) 281-2762
gresham05@comcast.net
*Counsel for the Tremont Fund Objectors*

---

[1] The Tremont Fund Objectors are George Turner, Bindler Living Trust, Madelyn Haines, William J Millard Trust, Stella Ruggiano Trust, and Paul Zamrowski. Their objection is at ECF-1022.

1

**CERTIFICATE OF SERVICE**


I certify that a true and correct copy of the foregoing document was forwarded to all counsel of record through the Court's CM/ECF system on April 12, 2014.

/s/ Vincent T. Gresham
Vincent T. Gresham
