UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No: 08 Civ. 11117 (TPG) |
| | **JURY TRIAL DEMANDED** |
| This Document Relates to: All Actions | "ECF Case" |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/15

## [~~PROPOSED~~] ORDER ALLOWING SUR REPLY

This matter is before the Court on the *Motion for Leave to File Sur-Reply* (the "Motion") filed by George Turner, Bindler Living Trust, Madelyn Haines, William J Millard Trust, Stella Ruggiano Trust, and Paul Zamrowski (the "Tremont Fund Objectors") in this action.

Having fully considered the Motion, being duly advised as to the merits and for good cause shown,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Tremont Fund Objectors' Motion is granted; and

2. The Clerk of the Court shall enter Exhibit A to the Motion on the docket in this proceeding.

ORDERED

Dated: New York, New York
April 15, 2015

_____
HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE

1