UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | 08-cv-11117<br><br>**ORDER** |
|---|---|

The court will hold oral argument on May 28, 2015 at 2:00 PM, regarding the pending Motion for Approval of Distribution of Net Settlement Fund, Dkt. No. 1003.

SO ORDERED.

Dated: New York, New York
April 17, 2015

Thomas P. Griesa
United States District Judge