UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE TREMONT SECURITIES LAW,      :   Master File No.:
STATE LAW, and INSURANCE           :   08 Civ. 11117 (TPG)
LITIGATION                         :
                                   :   RULE 7.1 STATEMENT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :   ECF CASE
This Document Relates to:  All Actions  :   Electronically Filed
                                   :
                                   :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel hereby disclose that Lehman Brothers Finance AG in Liquidation, also known as Lehman Brothers Finance SA, in Liquidation ("LBF"), is being wound down in the course of bankruptcy proceedings and, thus, has no parent corporation that controls it, and no publicly-held corporation owns 10 percent or more of LBF's stock.

                                                                       Respectfully submitted,

Dated: April 17, 2015                     VENABLE LLP

                                    By:   /s/ Kostas D. Katsiris
                                              Kostas D. Katsiris
                                              Edward A. Smith
                                              Robert L. Meyerhoff
                                              1270 Avenue of the Americas
                                              New York, NY 10020
                                              kdkatsiris@venable.com
                                              easmith@venable.com
                                              rlmeyerhoff@venable.com
                                              Tel.:  (212) 307-5500
                                              Fax:  (212) 307-5598

                                              *Attorneys for Lehman Brothers Finance AG in Liquidation*