UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, and INSURANCE LITIGATION : : : : | Master File No.:<br>08 Civ. 11117 (TPG)<br><br>**NOTICE OF APPEARANCE** |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x : | |
| This Document Relates to:  All Actions   : : : : | ECF CASE<br>Electronically Filed |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

**PLEASE TAKE NOTICE** that Kostas D. Katsiris of the law firm VENABLE LLP, Rockefeller Center, 1270 Avenue of the Americas, 24th Floor, New York, New York 10020, hereby enters an appearance as counsel for Lehman Brothers Finance AG in Liquidation in the above-captioned matter.

Respectfully submitted,

Dated: April 17, 2015                           VENABLE LLP

By:   /s/ Kostas D. Katsiris
        Kostas D. Katsiris
        1270 Avenue of the Americas
        New York, NY 10020
        kdkatsiris@venable.com
        Tel.:  (212) 307-5500
        Fax:  (212) 307-5598