**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE TREMONT SECURITIES LAW,  :  Master File No.:
STATE LAW, and INSURANCE  :  08 Civ. 11117 (TPG)
LITIGATION  :
  :  **NOTICE OF APPEARANCE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  :  ECF CASE
This Document Relates to:  All Actions  :  Electronically Filed
  :
  :
  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      **PLEASE TAKE NOTICE** that Robert L. Meyerhoff of the law firm VENABLE LLP,

Rockefeller Center, 1270 Avenue of the Americas, 24th Floor, New York, New York 10020,

hereby enters an appearance as counsel for Lehman Brothers Finance AG in Liquidation in the

above-captioned matter.


      Respectfully submitted,

Dated: April 17, 2015       VENABLE LLP

      By:    /s/ Robert L. Meyerhoff_____
           Robert L. Meyerhoff
           1270 Avenue of the Americas
           New York, NY 10020
           rlmeyerhoff@venable.com
           Tel.:  (212) 307-5500
           Fax:  (212) 307-5598