UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE TREMONT SECURITIES LAW,      :    Master File No.:
STATE LAW, and INSURANCE           :    08 Civ. 11117 (TPG)
LITIGATION                         :
                                   :    NOTICE OF APPEARANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :    ECF CASE
This Document Relates to:  All Actions  :  Electronically Filed
                                   :
                                   :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

      **PLEASE TAKE NOTICE** that Edward A. Smith of the law firm VENABLE LLP, Rockefeller Center, 1270 Avenue of the Americas, 24th Floor, New York, New York 10020, hereby enters an appearance as counsel for Lehman Brothers Finance AG in Liquidation in the above-captioned matter.

                                                        Respectfully submitted,

Dated: April 20, 2015                   VENABLE LLP

                              By:    /s/ Edward A. Smith
                                     Edward A. Smith
                                     1270 Avenue of the Americas
                                     New York, NY 10020
                                     easmith@venable.com
                                     Tel.:  (212) 307-5500
                                     Fax:  (212) 307-5598