UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, and INSURANCE LITIGATION | : : : : | Master File No.: 08 Civ. 11117 (TPG) **NOTICE OF APPEARANCE** |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | ECF CASE |
| This Document Relates to:  All Actions | : : : : | Electronically Filed |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

**PLEASE TAKE NOTICE** that Edward A. Smith of the law firm VENABLE LLP, Rockefeller Center, 1270 Avenue of the Americas, 24th Floor, New York, New York 10020, hereby enters an appearance as counsel for Lehman Brothers Finance AG in Liquidation in the above-captioned matter.

|  |  | Respectfully submitted, |
|---|---|---|
| Dated: April 20, 2015 |  | VENABLE LLP |
|  | By: | /s/ Edward A. Smith<br>Edward A. Smith<br>1270 Avenue of the Americas<br>New York, NY 10020<br>easmith@venable.com<br>Tel.:  (212) 307-5500<br>Fax:  (212) 307-5598 |