UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW STATE LAW AND INSURANCE LITIGATION | : : : : | Master File No. 08-cv-11117 (TPG) |
| This Document Relates to:  All Actions | : : : : | **"ECF CASE"** |

---

## NOTICE OF WITHDRAWAL OF PLEADINGS

Austin Capital BMP Fund, LLC ("ACM"), through undersigned counsel, withdraws its *Response by ACM in Opposition to Motion for Approval of Distribution of Net Settlement Fund* [ECF No. 1011] and *Corrected Response by ACM in Opposition to Motion for Approval of Distribution of Net Settlement Fund* [ECF No. 1019] filed on March 27, 2015.

Dated: May 8, 2015                    Respectfully submitted,

**BERGER SINGERMAN LLP**
*Counsel for Austin Capital BMP Fund, LLC*

*/s/ Paul Steven Singerman*
   Paul Steven Singerman *(Admitted Pro Hac Vice)*
   singerman@bergersingerman.com
   Ilyse M. Homer *(Admitted to Pro Hac Vice)*
   ihomer@bergersingerman.com
   1450 Brickell Avenue, Ste. 1900
   Miami, FL  33131
   Telephone:  (305) 755-9500
   Facsimile:  (305) 714-4340

6397223-1