UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ------------------------------------------------x<br>IN RE TREMONT SECURITIES LAW<br>STATE LAW AND INSURANCE<br>LITIGATION<br><br>------------------------------------------------x<br><br>This Document Relates to:  All Actions<br><br>------------------------------------------------x | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Master File No.<br>08-11117 (TPG)<br><br><br>Judge Thomas P. Griesa<br><br>**JURY TRIAL DEMANDED**<br><br>ECF CASE |

## NOTICE OF WITHDRAWAL OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR APPROVAL OF DISTRIBUTION OF NET SETTLEMENT FUND BY SETTLING CLASS PLAINTIFFS AND SETTLING PLAINTIFFS

Collins Capital Investments LLC, Collins Capital Master Fund I, LP and Collins Capital Master Fund II, LP (together, "Collins Capital"), hereby withdraws its Memorandum of Law in Opposition to Motion for Approval of Distribution of Net Settlement Fund by Settling Class Plaintiffs and Settling Plaintiffs [ECF No. 1012].

Dated: May 8, 2015

Respectfully submitted,

**VINSON & ELKINS LLP**

*/s/ Hilary L. Preston*

Hilary L. Preston
666 Fifth Avenue, 26th Floor
New York, New York 10103
Tel: (212) 237-0000
hpreston@velaw.com

Armita S. Cohen
2200 Pennsylvania Ave., N.W.,
Ste 500 West
Washington, D.C., 20037
Tel: (202) 639-6500
acohen@velaw.com

*Attorneys for Collins Capital Investments LLC, Collins Capital Master Fund I, LP and Collins Capital Master Fund II, LP*

1