UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | : : : | Master File No. 08-Civ-11117 (TPG) |
| This Document Relates To: All Actions | : : : | ECF CASE |

-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that J. Elazar Fruchter, Esq. of Wohl & Fruchter LLP, appears as counsel in the above captioned case on behalf of class member Michael S. Martin.

Dated: May 22, 2015

                                                            WOHL & FRUCHTER LLP

                                                            By: */s/ J. Elazar Fruchter*
                                                            J. Elazar Fruchter
                                                            570 Lexington Avenue, 16th Floor
                                                            New York, NY 10022
                                                            Email: jfruchter@wohlfruchter.com
                                                            Telephone: (212) 758-4000
                                                           Fax: (212) 758-4004

                                                           *Attorneys for Michael S. Martin*