**Law Office of Vincent T. Gresham**
2870 Peachtree Road, #204
Atlanta, Georgia 30305
Tel:  (404) 281-2762  Fax:  (866) 618-3846

May 26, 2015

Via:  ECF

Honorable Thomas P. Griesa
United States District Court
Southern District Second Circuit Court of Appeals
40 Foley Square
New York, New York 10007

**Re:  In re Tremont Master File No.: 08 Civ. 11117 (TGP)**
<u>**Checks Were Not Tendered**</u>

Dear Judge Griesa:

In a *Supplemental Reply Memorandum* filed Thursday, May 21, 2015 (ECF-1050), Lead Counsel ("LC") represent that "Tremont has… now tendered to Tremont Fund Objectors… their Madoff-related net losses leaving them without standing to object and rendering their objection moot…"  They support this representation by attaching a letter by the Tremont Defendants' attorney, Seth Schwartz, allegedly sending me checks.

I am writing to inform you that I have not received any letter or any checks from Mr. Schwartz.  I have not spoken with him, corresponded with him or received any type of communication from him in months.  I do not have the checks that LC claim I do.

Accordingly, contrary to LCs' representation, no tender to the Tremont Fund Objectors has been made by Tremont or anyone else.

                                                         Respectfully,

                                                         */s/ Vincent T. Gresham*

                                                         Vincent T. Gresham

                                                         ***Attorney for the Tremont Fund Objectors***