# ENTWISTLE & CAPPUCCI

Entwistle & Cappucci LLP
280 Park Avenue
26th Floor West
New York, NY 10017

(212) 894-7200 Main
(212) 894-7272 Fax
www.entwistle-law.com

May 27, 2015

**VIA ECF**

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *In re Tremont Securities Law, State Law and Insurance Litigation*, **Master File No. 08 Civ. 11117 (TPG)**

Dear Judge Griesa:

We have been advised by counsel for Tremont Group Holdings, Inc. ("Tremont") that, as reflected in the attached confirmation, the tender was re-delivered to Mr. Gresham yesterday at noon. His address at 2870 Peachtree Road #204 is apparently a UPS Store mailbox. The attached receipt inexplicably references Suite 113, which does not exist. Counsel for Tremont further advised that they called the UPS Store and confirmed that Mr. Gresham picked up the package containing the checks.

Respectfully submitted,

Andrew J. Entwistle

Encl.

EC.58470.2



May 26, 2015

Dear Customer:

The following is the proof-of-delivery for tracking number **780692396763**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | R.CARICO | **Delivery location:** | 2870 PEACHTREE ROAD SUITE 113 |
| | | | Atlanta, GA 30305 |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | May 26, 2015 12:00 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |
| | No Signature Required | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 780692396763 | **Ship date:** | May 21, 2015 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Vincent T. Gresham, Esq.
Law Office of Vincent T. Gresham
2820 Peachtree Road, #204
Atlanta, GA 30305 US

**Reference**

**Shipper:**
Seth Schwartz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
24th Floor
New York, NY 10036 US
06077000017Seth Schwartz

Thank you for choosing FedEx.