UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No: 08 Civ. 11117 (TPG) |
| | **JURY TRIAL DEMANDED** |
| This Document Relates to: All Actions | "ECF Case" |

**THE TREMONT FUND OBJECTORS' MOTION FOR
ENTRY OF A JUDGMENT**

The Tremont Fund Objectors[1] respectfully seek the entry of a judgement in their favor in the amount needed to moot their claims in response to a new mooting argument Lead Counsel ("LC") disclosed and made for the first time in their Supplemental Reply (ECF-1050) filed on Thursday, 5/21/2015 based on a tender of checks not made until 5/26/2015 for the reasons set forth in the accompanying memorandum in support of this motion.

Dated: 5/28/2015            Respectfully submitted,

LAW OFFICE OF VINCENT T. GRESHAM

/s/ Vincent T. Gresham
Vincent T. Gresham
2870 Peachtree Road, #204
Atlanta, Georgia 30305
Tel: (404) 281-2762
gresham05@comcast.net
*Counsel for the Tremont Fund Objectors*

---

[1] The Tremont Fund Objectors are George Turner, Bindler Living Trust, Madelyn Haines, William J Millard Trust, Stella Ruggiano Trust, and Paul Zamrowski. Their original objection is at ECF-1022. In they filed a reply to the Rye Insider Objectors' objections at ECF-1033 and with the Court's permission (ECF-1035) filed a Sur-Reply at ECF-1033.

1