UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW STATE LAW AND INSURANCE LITIGATION | : : : : | Master File No. 08-11117 (TPG) |

------------------------------------------------x

| | | |
|---|---|---|
| This Document Relates to:  All Actions | : : | ECF CASE |

------------------------------------------------x

### NOTICE OF WITHDRAWAL OF MERITAGE CAPITAL, LLC'S JOINDER AND AMENDED JOINDER IN AUSTIN CAPITAL BMP FUND, LLC'S RESPONSE IN OPPOSITION TO THE FEBRUARY 27, 2015 MOTION BY SETTLING CLASS PLAINTIFFS FOR APPROVAL OF DISTRIBUTION OF NET SETTLEMENT FUND

Meritage Capital, LLC, by and through its undersigned counsel, Golenbock Eiseman Assor Bell & Peskoe LLP, hereby withdraws its joinder and its amended joinder in the Response by Austin Capital BMP Fund, LLC  in Opposition to the Motion by Settling Class Plaintiffs for Approval of Distribution of Net Settlement Fund [ECF Nos. 1017 and 1020].

| | |
|---|---|
| Dated:   New York, New York           May 28, 2015 | GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br><br>By:  /s/ Michael M. Munoz         <br>       Michael M. Munoz<br><br>437 Madison Avenue<br>New York, New York 10022<br>Phone:  (212) 907-7345<br>Fax:  (212) 754-0330<br>mmunoz@golenbock.com<br><br>*Attorneys for Settling Class Member*<br>*Meritage Capital, LLC* |

2248998.1