**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE TREMONT SECURITIES LAW,
STATE LAW ANSD INSURANCE
LITIGATION

Master File No.
08 Civ. 11117 (TPG)

ECF Case

_____/

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record,

Please enter my appearance in this case as counsel to class members Ronald Ward,

Dianne Ward and RCW Group, Inc.

My *Pro Hac Vice* Motion for Admission is pending.

Dated:  May 28, 2015

Respectfully Submitted,

THOMAS, ALEXANDER & FORRESTER LLP

_____*/s/ Mark Forrester*_____
Mark Forrester, Esq. (CA Bar No. 208097)
14 27th Avenue
Venice, California 90291
Tel:  (310) 961-2536
Fax:  (310) 526-6852
Email:  markforrester@tafattorneys.com

Attorneys for Ronald Ward, Dianne Ward and RCW
Group, Inc.