# Thomas, Alexander & Forrester LLP
14 27th Avenue Venice, CA 90291
Telephone: (310) 961-2536  Facsimile: (310) 526-6852

June 2, 2015

<u>*Via ECF*</u>

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re: *In re Tremont Sec. Law, Sate Law and Ins. Litig.*,
      Case No. 08 Civ. 11117 (TPG) (S.D.N.Y.)

Dear Judge Griesa:

  We represent Ronald Ward, Dianne Ward and The RCW Group, investors in the Rye Select Broad Market Prime Fund, L.P. and Rye Select Broad Market XL Fund, L.P., defendants in the above-captioned action.

  We write to request entry of a briefing schedule on any motion seeking approval of the Plan of Allocation ("POA") for the Fund Distribution Account ("FDA"). One such request was already received by the Court, *see* ECF 1054, and we would join in that request.

  Specifically, we ask that upon motion to approve the FDA POA, the Court allow **30 days for the filing of any objection to that motion to approve the POA**. We respectfully ask the Court to order a briefing schedule consistent with that request, and consistent with the briefing schedule approved by the Court for the *Motion for Approval of Distribution of the Net Settlement Fund, see* ECF 994.

  We are available at the Court's convenience for a conference concerning this matter.

                 Respectfully submitted,

                 */s/ Emily Alexander*
                 Emily Alexander

cc: All counsel via ECF