**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TREMONT SECURITES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| | ECF Case |
| _____ / | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record,

Please enter my appearance in this case as counsel to defendants Ronald Ward, Dianne Ward and RCW Group, Inc.

I certify that I am admitted to practice in this Court.

Dated:  June 5, 2015

                                          Respectfully Submitted,

                                          THOMAS, ALEXANDER & FORRESTER LLP

                                          */s/ Emily Alexander*
                                          Emily Alexander, Esq. (Bar No. EA-3946)
                                          14 27th Avenue
                                          Venice, California 90291
                                          Tel:  (310) 961-2536
                                          Fax:  (310) 526-6852
                                          Email:  emilyalexander@tafattorneys.com

                                          Attorneys for Ronald Ward, Dianne Ward and RCW Group, Inc.