**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/15
```

IN RE TREMONT SECURITIES LAW,
STATE LAW AND INSURANCE
LITIGATION

Master File No.
08 Civ. 11117 (TPG)

ECF Case

_____/

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Mark Forrester, hereby move this Court for an Order for admission to practice *pro hac vice* (in the form attached hereto as Exhibit B) to appear as counsel for FutureSelect Prime Advisor II LLC, The Merriwell Fund, L.P., and Telesis IIW, LLC.

I am a member in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any federal court. *See* Certificate of Good Standing attached hereto as Exhibit A.

Dated: June 10, 2015

Respectfully submitted,

THOMAS, ALEXANDER & FORRESTER LLP

_/s/ Mark Forrester_
Mark Forrester (CA Bar No. 208097)
14 27th Avenue
Venice, California 90291
Tel: (310) 961-2536
Fax: (310) 526-6852
Email: markforrester@tafattorneys.com

Attorneys for FutureSelect Prime Advisor II LLC, The Merriwell Fund, L.P., and Telesis IIW, LLC

Motion Granted: *Thomas P. Griesa* /TMP
USDJ   6/11/15