**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TREMONT SECURITES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG)  ECF Case |

_____/

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record,

Please enter my appearance in this case as counsel to FutureSelect Prime Advisor II, LLC, The Merriwell Fund, L.P., and Telesis IIW, LLC.

I certify that I am admitted to practice in this Court.

Dated:  June 25, 2015

                                        Respectfully Submitted,

                                        THOMAS, ALEXANDER & FORRESTER LLP

                                        */s/ Mark Forrester*
                                        Mark Forrester, Esq. (Bar No. CA 208097)
                                        14 27th Avenue
                                        Venice, California 90291
                                        Tel:  (310) 961-2536
                                        Fax:  (310) 526-6852
                                        Email:  markforrester@tafattorneys.com

                                        Attorneys for FutureSelect Prime Advisor II, LLC,
                                        The Merriwell Fund, L.P., and Telesis IIW, LLC