UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

Master File No.
08 Civ. 11117 (TPG)

ECF Case

---

**NOTICE BY FUTURESELECT PRIME ADVISOR II LLC,
THE MERRIWELL FUND L.P. AND TELESIS IIW, LLC'S MOTION CONCERNING
THE $1.5 BILLION FUND DISTRIBUTION ACCOUNT (FDA) TO
[1] CERTIFY FDA SUBCLASSES AND [2] APPOINT SEPARATE FDA SUBCLASS COUNSEL**

PLEASE TAKE NOTICE that upon this Notice of Motion and the accompanying Memorandum of Law in Support of FutureSelect Prime Advisor II LLC, The Merriwell Fund, L.P., and Telesis IIW, LLC's (collectively, "FutureSelect") Motion to [1] Certify Subclasses and [2] Appoint Separate Counsel for those Subclasses concerning the $1.5 billion Fund Distribution Account, and all prior pleadings and proceedings herein, FutureSelect will move before the Honorable Thomas P. Griesa, at the United States Courthouse, 500 Pearl Street, Courtroom 26B, New York, New York 10007, at a date and time to be determined by the Court, for an Order

designating subclasses and appointing separate counsel for those subclasses.

Dated: June 25, 2015

                                        Respectfully Submitted,

                                        THOMAS, ALEXANDER & FORRESTER LLP

                                        _/s/ Mark Forrester_
                                        Mark Forrester Esq. (admitted *pro hac vice*)
                                        14 27th Avenue
                                        Venice, California 90291
                                        Tel:  (310) 961-2536
                                        Fax:  (310) 526-6852
                                        Email:  markforrester@tafattorneys.com

                                        Attorneys for FutureSelect Prime Advisor II LLC, The Merriwell Fund, L.P., and Telesis IIW, LLC