# ENTWISTLE & CAPPUCCI

Entwistle & Cappucci LLP
280 Park Avenue
26th Floor West
New York, NY 10017

(212) 894-7200 Main
(212) 894-7272 Fax
www.entwistle-law.com

June 30, 2015

**VIA ECF**

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re: *In re Tremont Securities Law, State Law and Insurance Litigation*,
     **Master File No. 08 Civ. 11117 (TPG)**

Dear Judge Griesa:

  We write as Co-Lead Counsel in brief response to the June 30, 2015 letter filed by FutureSelect.[1] (ECF No. 1079).

  Our June 29 letter (ECF No. 1078) was sent with the dual goals of protecting the confidentiality of the mediation process and the interests of judicial efficiency. While the relief requested in our letter may not serve FutureSelect's self-interests, we believe our proposals serve the best interests of the Class as a whole.

  While we disagree with the contentions advanced in FutureSelect's letter, we do not see the necessity of addressing them further at this time absent a request from the Court to do so.

                  Respectfully submitted,

                  Andrew J. Entwistle

---

[1] FutureSelect Prime Advisor II LLC (a sub-feeder fund that invested in two Rye Funds -- Rye Select Broad Market Prime Fund, L.P. ("Prime") and Rye Select Broad Market XL Fund, L.P. ("XL")), the Merriwell Fund, L.P. and Telesis IIW, LLC (collectively, "FutureSelect").

Honorable Thomas P. Griesa
June 30, 2015
Page 2 of 2

                              Reed R. Kathrein
                              **HAGENS BERMAN SOBOL SHAPIRO LLP**

                              Jeffrey M. Haber
                              **BERNSTEIN LIEBHARD LLP**

cc (via e-mail):

    Mark Forrester
    Thomas, Alexander & Forrester LLP
    14 27th Avenue
    Venice, California 92091
    markforrester@tafattorneys.com

    Irwin H. Warren
    Weil, Gotshal & Manges LLP
    767 5th Avenue
    New York, NY 10153-0119
    irwin.warren@weil.com

EC.58843.1