**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE TREMONT SECURITIES LAW,
STATE LAW AND INSURANCE
LITIGATION

Master File No.
08 Civ. 11117 (TPG)

ECF Case

---

### NOTICE OF FUTURESELECT PRIME ADVISOR II LLC, THE MERRIWELL FUND L.P. AND TELESIS IIW, LLC'S MOTION FOR APPROVAL OF INVESTOR FUND DISTRIBUTION ACCOUNT PLAN OF ALLOCATION

PLEASE TAKE NOTICE that upon this Notice of Motion and the accompanying

Memorandum of Law in Support of FutureSelect Prime Advisor II LLC, The Merriwell Fund,

L.P., and Telesis IIW, LLC's (collectively, "FutureSelect") Motion For Approval of Investor

Fund Distribution Account Plan of Allocation and all prior pleadings and proceedings herein,

FutureSelect will move before the Honorable Thomas P. Griesa, at the United States Courthouse,

500 Pearl Street, Courtroom 26B, New York, New York 10007, at a date and time to be

determined by the Court, for an Order approving the Investor Fund Distribution Account Plan of

Allocation and to set a date for distribution to investors.

Dated:  July 5, 2015

Respectfully Submitted,

THOMAS, ALEXANDER & FORRESTER LLP


_____/s/ Mark Forrester_____

Mark Forrester Esq. (admitted *pro hac vice*)
14 27th Avenue
Venice, California 90291
Tel:  (310) 961-2536
Fax:  (310) 526-6852
Email:  markforrester@tafattorneys.com

Attorneys for FutureSelect Prime Advisor II LLC, The
Merriwell Fund, L.P., and Telesis IIW, LLC