UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| SPECTRUM SELECT, L.P., Plaintiff, -against- TREMONT GROUP HOLDINGS, INC., ET AL., Defendants. | No. 12-cv-09057 (TPG) |
| ANIKSTEIN, ET AL., Plaintiff, -against- TREMONT GROUP HOLDINGS, INC., ET AL., Defendants. | No.: 12-cv-09058 (TPG) |
| MICHAEL BECKER, ET AL., Plaintiffs, -against- TREMONT GROUP HOLDINGS, INC., ET AL., Defendants. | No.: 12-cv-09060 (TPG) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2015

A/76744688.1

| | |
|---|---|
| BILGORE, ET AL.<br><br>        Plaintiff,<br><br>    -against-<br><br>TREMONT GROUP HOLDINGS, INC., ET AL.,<br><br>        Defendants. | No.: 12-cv-09061 (TPG) |
| KARASEL II, L.P.,<br><br>        Plaintiff,<br><br>    -against-<br><br>TREMONT GROUP HOLDINGS, INC., ET AL.,<br><br>        Defendants. | No. 12-cv-09062 (TPG) |
| SPECTRUM SELECT II, L.P., ET AL.<br><br>        Plaintiffs,<br><br>    -against-<br><br>TREMONT GROUP HOLDINGS, INC., ET AL.,<br><br>        Defendants. | No. 12-cv-09063 (TPG) |

A/76744688.1

| | |
|---|---|
| COCCHI, ET AL., <br><br>        Plaintiff, <br><br>-against- <br><br>TREMONT GROUP HOLDINGS, INC., ET AL., <br><br>        Defendants. | No. 12-cv-09064 (TPG) <br><br>ECF Case <br><br>Electronically Filed |

### STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all plaintiffs (collectively, "Plaintiffs") in the captioned actions (the "Actions") and defendants Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market XL Fund, L.P., Tremont Opportunity Fund II, L.P., Tremont Market Neutral Fund II, L.P., Tremont Partners, Inc., Tremont Group Holdings, Inc., Oppenheimer Acquisition Corp., MassMutual Holding LLC and Massachusetts Mutual Life Insurance Company (collectively, the "Settling Defendants"), by the through their counsel of record, hereby stipulate and agree that all of Plaintiffs' claims against the Settling Defendants in the Actions shall be, and hereby are, dismissed with prejudice, with each settling party bearing its own costs and waiving all rights of appeal. Defendant KPMG LLP is not a party to this stipulation.

Dated: July 2, 2015
New York, New York

*[signature]*

Seth M. Schwartz
Jason C. Vigna
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000
seth.schwartz@skadden.com
jason.vigna@skadden.com

Attorneys for Defendants
Tremont Group Holdings, Inc.
and Tremont Partners, Inc.

*[signature]*

Ralph A. Siciliano
TANNENBAUM HELPERN
 SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, NY 10022
(212) 508-6700
siciliano@thsh.com

Attorneys for Defendants
Rye Select Broad Market Fund, L.P.,
Rye Select Broad Market Prime Fund, L.P.,
Rye Select Broad Market XL Fund, L.P.,
Tremont Opportunity Fund II, L.P., and
Tremont Market Neutral Fund II, L.P.

*[signature]*

Jeff Ross (*pro hac vice*)
ROSS ORENSTEIN & BAUDRY LLC
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402
(612) 436-9801
JRoss@rossbizlaw.com

Attorneys for Plaintiffs

*[signature]*

Carol E. Head (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
(617) 951-8000
carol.head@morganlewis.com

Attorneys for Defendants
Massachusetts Mutual Life Insurance Company
and MassMutual Holding LLC

*[signature]*

David A. Kotler
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3557
david.kotler@dechert.com

Attorneys for Defendant
Oppenheimer Acquisition Corp.

SO ORDERED this 8th day of July, 2015.

*Thomas P. Griesa* /MP

Thomas P. Griesa
United States District Court Judge