UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE TREMONT SECURITIES LAW, STATE     :
LAW AND INSURANCE LITIGATION            :   Master File No.:  08 Civ. 11117 (TPG)
                                        :
---------------------------------------------------------   x
This Document Relates to:  All Actions  :
                                        :
                                        :
------------------------------------------------------------------x

### PLAINTIFFS' SETTLEMENT CLASS COUNSEL'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY-FIVE PAGES IN SUPPORT OF MOTION FOR APPROVAL OF FUND DISTRIBUTION ACCOUNT PLAN OF ALLOCATION, DISTRIBUTION PROCEDURES, ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Plaintiffs' Settlement Class Counsel respectfully submit this motion for leave to file their forthcoming Memorandum of Law in Support of Motion for Approval of Fund Distribution Account Plan of Allocation, Distribution Procedures, Attorneys' Fees and Reimbursement of Expenses in excess of twenty-five pages, pursuant to the *Individual Practice Rules of Judge Thomas P. Griesa*, Rule 2.C.

Plaintiffs' Settlement Class Counsel seek to file a memorandum in excess of 25 pages, but no more than 40 pages, because they will be addressing three issues in a single memorandum:  (i) approval of a proposed plan of allocation; (ii) distribution procedures; and (iii) attorneys' fees and reimbursement of expenses.  Normally these issues may be dealt with in separate motions and memoranda of law, which would permit Plaintiffs' Settlement Class Counsel to file up to 75 pages of briefing.  However, in the interests of judicial efficiency and preserving the resources of Fund Distribution Claimants, Plaintiffs' Settlement Class Counsel anticipate filing a single motion and memorandum of law addressing these three issues.

EC.58878.1

Accordingly, Plaintiffs' Settlement Class Counsel respectfully request that this Court grant their motion for leave to file a memorandum exceeding 25 pages, but no more than 40 pages.

| | |
|---|---|
| Dated: July 8, 2015<br>New York, New York | **ENTWISTLE & CAPPUCCI LLP**<br><br>*/s/ Andrew J. Entwistle*<br>Andrew J. Entwistle<br>Arthur V. Nealon<br>Robert N. Cappucci<br>280 Park Avenue, 26th Floor West<br>New York, NY  10017<br>(212) 894-7200<br>(212) 894-7272 (fax)<br>aentwistle@entwistle-law.com<br><br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br><br>*/s/ Reed R. Kathrein*<br>Reed R. Kathrein<br>Lee Gordon<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA  94710<br>(510) 725-3000<br>(510) 725-3001 (fax)<br>reed@hbsslaw.com<br><br>*Co-Lead Counsel for the State Law Actions*<br><br>**BERNSTEIN LIEBHARD LLP**<br><br>*/s/ Jeffrey M. Haber*<br>Jeffrey M. Haber<br>Stephanie M. Beige<br>10 East 40th Street<br>New York, NY  10016<br>(212) 779-1414<br>(212) 779-3218 (fax)<br>haber@bernlieb.com<br><br>*Lead Counsel for the Securities Actions* |

EC.58878.1