UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE TREMONT SECURITIES LAW, STATE          :
LAW AND INSURANCE LITIGATION                  :       Master File No.:  08 Civ. 11117 (TPG)
                                              :
------------------------------------------------------   :
                                              x
This Document Relates to:  All Actions        :
                                              :
                                              :
                                              :
------------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/15
```

### PLAINTIFFS' SETTLEMENT CLASS COUNSEL'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY-FIVE PAGES IN SUPPORT OF MOTION FOR APPROVAL OF FUND DISTRIBUTION ACCOUNT PLAN OF ALLOCATION, DISTRIBUTION PROCEDURES, ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Plaintiffs' Settlement Class Counsel respectfully submit this motion for leave to file their

forthcoming Memorandum of Law in Support of Motion for Approval of Fund Distribution

Account Plan of Allocation, Distribution Procedures, Attorneys' Fees and Reimbursement of

Expenses in excess of twenty-five pages, pursuant to the *Individual Practice Rules of Judge*

*Thomas P. Griesa*, Rule 2.C.

Plaintiffs' Settlement Class Counsel seek to file a memorandum in excess of 25 pages,

but no more than 40 pages, because they will be addressing three issues in a single

memorandum:  (i) approval of a proposed plan of allocation; (ii) distribution procedures; and (iii)

attorneys' fees and reimbursement of expenses.  Normally these issues may be dealt with in

separate motions and memoranda of law, which would permit Plaintiffs' Settlement Class

Counsel to file up to 75 pages of briefing.  However, in the interests of judicial efficiency and

preserving the resources of Fund Distribution Claimants, Plaintiffs' Settlement Class Counsel

anticipate filing a single motion and memorandum of law addressing these three issues.

EC.58878.1

Accordingly, Plaintiffs' Settlement Class Counsel respectfully request that this Court grant their

motion for leave to file a memorandum exceeding 25 pages, but no more than 40 pages.


Dated: July 8, 2015                **ENTWISTLE & CAPPUCCI LLP**
        New York, New York

                                    */s/ Andrew J. Entwistle*
                                    Andrew J. Entwistle
                                    Arthur V. Nealon
                                    Robert N. Cappucci
                                    280 Park Avenue, 26th Floor West
                                    New York, NY 10017
                                    (212) 894-7200
                                    (212) 894-7272 (fax)
                                    aentwistle@entwistle-law.com


                                    **HAGENS BERMAN SOBOL SHAPIRO LLP**

                                    */s/ Reed R. Kathrein*
                                    Reed R. Kathrein
                                    Lee Gordon
                                    715 Hearst Avenue, Suite 202
                                    Berkeley, CA 94710
                                    (510) 725-3000
                                    (510) 725-3001 (fax)
                                    reed@hbsslaw.com


                                    *Co-Lead Counsel for the State Law Actions*

                                    **BERNSTEIN LIEBHARD LLP**

                                    */s/ Jeffrey M. Haber*
                                    Jeffrey M. Haber
                                    Stephanie M. Beige
                                    10 East 40th Street
                                    New York, NY 10016
                                    (212) 779-1414
                                    (212) 779-3218 (fax)
                                    haber@bernlieb.com


                                    *Lead Counsel for the Securities Actions*

Approved: Thomas P. Griesa /MP

                   2    USDJ    7/9/15

EC.58878.1