# WOHL & FRUCHTER LLP

570 LEXINGTON AVENUE, 16TH FLOOR
NEW YORK, NY 10022

T 212 758 4000
F 212 758 4004

www.wohlfruchter.com

July 13, 2015

**VIA ECF**

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/15

Re: *In re Tremont Sec. Law, State Law and Ins. Litig.*, No. 08 Civ. 11117 (TPG) (S.D.N.Y.)

Dear Judge Griesa:

We represent Michael Martin, an investor in the Tremont Opportunity Fund II, L.P. ("TOF II"), one of the defendant Funds in the above-captioned action. We write to respectfully request the Court's approval of the briefing schedule proposed in the Notice of Motion ("Martin Motion") that we filed earlier today via ECF on behalf of Mr. Martin and similarly-situated investors in TOF II and three other Tremont funds. (ECF 1093). The Martin Motion seeks, *inter alia*, approval of the Plan of Allocation ("POA") for the Fund Distribution Account ("FDA") proposed by Mr. Martin.

The Martin Motion was made returnable on August 24, 2015, the same day as the motion ("Class Counsel Motion") filed by Class Counsel on July 10, 2015, seeking, *inter alia*, approval of the FDA POA proposed by Class Counsel. The Martin Motion also provided for opposition to the Martin Motion to be filed by August 13, 2015, and reply papers to be filed by August 20, 2015, which is consistent with the briefing schedule for the Class Counsel Motion (and related pending motions) proposed in Class Counsel's letter dated July 7, 2015, and approved today by the Court. (ECF 1092).

As such, we respectfully request the Court's approval of the proposed briefing schedule for the Martin Motion set forth above, which will keep the Martin Motion on a parallel track with the Class Counsel Motion.

Respectfully submitted,

/s/ J. Elazar Fruchter

J. Elazar Fruchter

cc: All counsel via ECF

Approved: Thomas P. Griesa /mp
USDJ   7/14/15