# ENTWISTLE & CAPPUCCI

Entwistle & Cappucci LLP
280 Park Avenue
26th Floor West
New York, NY 10017

(212) 894-7200 Main
(212) 894-7272 Fax
www.entwistle-law.com

July 14, 2015

**VIA ECF**

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: ***In re Tremont Sec. Law, State Law & Ins. Litig.*, No. 08 Civ. 11117 (TPG); Request for Modified Briefing Schedule on Motion of Michael S. Martin for (I) Approval of Martin Fund Distribution Account Plan of Allocation, (II) Certification of Subclass With Independent Counsel, (III) Disclosure of All Agreements Made in Connection With the Plan of Allocation Submitted by Class Counsel, and (IV) Limited Post-Judgment Discovery and Evidentiary Hearing**

Dear Judge Griesa:

Class Counsel write briefly in connection with the motion filed last night by Michael S. Martin (ECF No. 1093) ("Martin Motion") and, more specifically, the scheduling letter (ECF No. 1096) from his counsel, Mr. Fruchter, that was just approved by the Court (ECF No. 1098).

In his letter asking the Court to order a briefing schedule, Mr. Fruchter represented that the dates designated in his Notice of Motion (August 13, 2015 for Opposition papers and August 20, 2015 for Reply papers) were consistent with the previously ordered briefing in connection with the FDA POA (ECF No. 1092). This is not the case. In fact, the dates Mr. Fruchter proposed would have the Court receiving reply papers by close of business the Thursday before the hearing, which is scheduled for the following Monday, August 24, 2015. I also note that Mr. Fruchter's schedule causes his reply to be filed three days after briefing will have been concluded on the FDA POA in all other respects.

We were not consulted about the application or the schedule by Mr. Fruchter, but it seems to us that the Martin Motion gives no reason to depart from the usual briefing schedule under the Federal Rules -- which, as it happens, will have Reply papers filed two full weeks before the hearing (a far more rational result for all concerned). Accordingly, we respectfully request that the Court shorten the briefing schedule on the Martin Motion to the usual time provided under the Federal Rules:

EC.58935.1

Honorable Thomas P. Griesa
July 14, 2015
Page 2

      July 30, 2015        Opposition papers

      August 10, 2015     Reply papers

Under the above schedule, the Martin Motion can be heard at the same time as any actual objections that may be filed to Class Counsel's FDA approval motion -- all at the approval hearing to be held on August 24, 2015.

Respectfully submitted,

Andrew J. Entwistle

Jeffrey M. Haber
**BERNSTEIN LIEBHARD LLP**

Reed R. Kathrein
**HAGENS BERMAN SOBOL SHAPIRO LLP**

EC.58935.1