# Thomas, Alexander & Forrester LLP

14 27th Avenue Venice, CA 90291
Telephone: (310) 961-2536  Facsimile: (310) 526-6852

July 14, 2015

*Via ECF*

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *In re Tremont Sec. Law, Sate Law and Ins. Litig.*,
Case No. 08 Civ. 11117 (TPG) (S.D.N.Y.)
Consolidated briefing schedule for FDA POAs

Dear Judge Griesa:

I write on behalf of FutureSelect regarding the briefing schedule for the three FDA POAs before the Court (the "Investor POA" submitted on June 25, 2015 by FutureSelect, the "Fortress POA" submitted July 10, 2015 by Class Counsel, and the "Martin POA" submitted July 13, 2015 by Michael Martin).

Presently, all three are scheduled to be heard on August 24, 2015. However, the Investor POA, Fortress POA and Martin POA have different briefing schedules (*see* ECF 1092 (endorsing proposed briefing schedule on Investor POA and Fortress POA motions) and ECF 1098 (endorsing proposed briefing schedule on Martin POA motion)), and there may be additional proposed POAs forthcoming for which there is no briefing schedule. Class Counsel has also requested that the Martin POA briefing schedule be changed. *See* ECF 1099.

For convenience and equity, I propose a single briefing and hearing schedule apply equally to all of the FDA POAs. Thus:

1. All FDA POAs due:  July 17, 2015
2. All Objections to FDA POAs:  August 13, 2015
3. All Replies to Objections:  August 20, 2015

1

This schedule—already approved for the Martin POA—would simplify briefing and provide all parties an adequate and equal opportunity to oppose and reply.

Thank you for your consideration.

Respectfully submitted,

*/s/ Mark Forrester*
Mark Forrester

cc: All counsel via ECF