# ENTWISTLE & CAPPUCCI

Entwistle & Cappucci LLP
280 Park Avenue
26th Floor West
New York, NY 10017

(212) 894-7200 Main
(212) 894-7272 Fax
www.entwistle-law.com

July 14, 2015

**VIA ECF**

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Re: ***In re Tremont Sec. Law, State Law & Ins. Litig.*, No. 08 Civ. 11117 (TPG); Briefing Schedule for Motion of Michael S. Martin for (I) Approval of Martin Fund Distribution Account Plan of Allocation, (II) Certification of Subclass With Independent Counsel, (III) Disclosure of All Agreements Made in Connection With the Plan of Allocation Submitted by Class Counsel, and (IV) Limited Post-Judgment Discovery and Evidentiary Hearing**

Dear Judge Griesa:

Class Counsel write briefly in connection with the scheduling letter filed today by Mr. Fruchter (ECF No. 1100) regarding the recent motion (ECF No. 1093) filed on behalf of his client, Michael S. Martin.

The salient takeaway from Mr. Fruchter's letter is that he concedes he has a month to respond to Class Counsel's motion to approve the consensus FDA POA (a document he has had in hand for the better part of two months already) (ECF No. 1050-2). We respectfully submit Mr. Fruchter's claim that he will suffer an "impossible burden" as a result of the timing of his own motion on behalf of his client, Mr. Martin (who is without standing as a result of the recent tender to him of all Madoff-impacted investments), should be of no moment here -- particularly given the fact, as noted above, that Mr. Fruchter has a month to draft an objection to the motion to approve the consensus FDA POA should he choose to do so.

The fact is the parties have been discussing these issues for the better part of two years. Mr. Martin nevertheless continues to seek redress under the FDA POA for claims that are not part of this lawsuit and, in fact, have never been brought by Mr. Martin in any court. These issues will all be fully discussed in our Opposition papers, but in the meantime, we ask that the Court follow the standard briefing schedule in the Federal Rules, making our Opposition papers due July 30, 2015 and Reply papers due August 10, 2015.

EC.58938.1

Honorable Thomas P. Griesa
July 14, 2015
Page 2

Respectfully submitted,

Andrew J. Entwistle

Jeffrey M. Haber
**BERNSTEIN LIEBHARD LLP**

Reed R. Kathrein
**HAGENS BERMAN SOBOL SHAPIRO LLP**

EC.58938.1