UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:  All Actions | Master File No.:<br>08-cv-11117 (TPG)<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that the undersigned attorney admitted to practice in this Court appears in the above-captioned action on behalf of Plaintiff Antonio Calabrese, and requests that copies of all papers in this case be served upon the undersigned at the address set forth below.

Dated: New York, New York
   July 20, 2015

                PRYOR CASHMAN LLP

         By:   /s/ Lisa M. Buckley
            Lisa M. Buckley (LB-5541)
            7 Times Square
            New York, New York  10036
            Tel: (212) 421-4100
            Fax: (212) 326-0806
            Email:  lbuckley@pryorcashman.com

            *Attorneys for Plaintiff Antonio Calabrese*