UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TREMONT SECURITIES LAW,
STATE LAW AND INSURANCE
LITIGATION

This Document Relates To:  All Actions

Master File No.:
08-cv-11117 (TPG)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney admitted to practice in this Court

appears in the above-captioned action on behalf of Plaintiff Antonio Calabrese, and requests that

copies of all papers in this case be served upon the undersigned at the address set forth below.

Dated:  New York, New York
        July 20, 2015

PRYOR CASHMAN LLP

By:      /s/ Erik T. Kindschi
         Erik T. Kindschi (EK-4014)
         7 Times Square
         New York, New York  10036
         Tel: (212) 421-4100
         Fax: (212) 326-0806
         Email:  ekindschi@pryorcashman.com

*Attorneys for Plaintiff Antonio Calabrese*