UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

    **PLEASE TAKE NOTICE** that Daniel R. Walfish of Milbank, Tweed, Hadley & McCloy LLP hereby appears in this action as counsel on behalf of class member BMIS Funding I, LLC.  I certify that I am admitted to practice before this Court and request that all future correspondence and papers in connection with this action are to be directed to me at the addresses indicated below.

Dated: New York, New York
       July 23rd, 2015

                                     By: /s/  Daniel R. Walfish

                                     Daniel R. Walfish
                                     MILBANK, TWEED, HADLEY & MCCLOY LLP
                                     28 Liberty Street
                                     New York, New York 10005
                                     Tel:  (212) 530-5000
                                     Fax:  (212) 530-5219
                                     dwalfish@milbank.com