UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |

## NOTICE OF APPEARANCE

Please take notice that Walter Rieman of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters an appearance as counsel of record for SPCP Group, LLC in the above-captioned action.

Dated:  New York, New York
        July 23, 2015

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  /s/ Walter Rieman
     Walter Rieman
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
wrieman@paulweiss.com

*Attorneys for SPCP Group, LLC*