UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE TREMONT SECURITIES LAW, STATE    :    Master File No.
LAW AND INSURANCE LITIGATION           :    No. 08 CV 11117 (TPG)
                                       :
                                       :    ECF CASE
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney admitted to practice in this Court appears in the above-captioned action on behalf of Interested Parties Dolos X LLC, Dolos XI LLC and Dolos XII LLC, and requests that copies of all papers in this case be served upon the undersigned at the address set forth below.

Dated: New York, New York
       July 23, 2015

                              WEIL GOTSHAL & MANGES LLP

                              By: _____
                                  Irwin H. Warren
                                  767 Fifth Avenue
                                  New York, NY 10153
                                  Tel: (212) 310-8000
                                  Fax: (212) 310-8007
                                  irwin.warren@weil.com

                              *Attorneys for Dolos X LLC, Dolos XI LLC and Dolos XII LLC*