UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TREMONT SECURITIES LAW, STATE
LAW AND INSURANCE LITIGATION

Master File No. 08 Civ. 11117 (TPG)

## NOTICE OF APPEARANCE

Please take notice that Daniel J. Juceam of the law firm Paul, Weiss, Rifkind,

Wharton & Garrison LLP hereby enters an appearance as counsel of record for SPCP Group,

LLC in the above-captioned action.

Dated:  New York, New York
July 23, 2015

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  /s/ Daniel J. Juceam
        Daniel J. Juceam
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
wrieman@paulweiss.com

*Attorneys for SPCP Group, LLC*