UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

The undersigned counsel states that SPCP Group, LLC is a limited liability company organized under the laws of the State of Delaware; that it is not a corporation; and that Federal Rule of Civil Procedure 7.1 therefore does not require any disclosure with respect to it.

Dated:  New York, New York
          July 23, 2015

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  /s/ Walter Rieman
          Walter Rieman
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
wrieman@paulweiss.com

*Attorneys for SPCP Group, LLC*