**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IN RE TREMONT SECURITIES LAW, STATE   :       Master File No.
LAW AND INSURANCE LITIGATION         :        No. 08 CV 11117 (TPG)
                                     :
                                     :        ECF CASE
-----------------------------------------------------------X


## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Dolos X LLC, Dolos XI LLC and Dolos XII LLC certifies that none of Dolos X

LLC, Dolos XI LLC or Dolos XII LLC is a corporation.  Moreover none of Dolos X LLC, Dolos

XI LLC or Dolos XII LLC have a parent corporation, and no publicly held corporation owns

10% or more of the stock of Dolos X LLC, Dolos XI LLC or Dolos XII LLC.


Dated:  New York, New York
        July 23, 2015


                Respectfully submitted,

                Irwin H. Warren
                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, NY 10153
                Tel: (212) 310-8000
                Fax: (212) 310-8007
                irwin.warren@weil.com

                *Counsel for Dolos X LLC, Dolos XI LLC and Dolos*
                *XII LLC*