UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of defendant HSBC Bank plc. The undersigned certifies that he is admitted to practice before this Court.

Dated: New York, New York
July 23, 2015

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Thomas J. Moloney

One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999

*Attorney for HSBC Bank plc*