UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE TREMONT SECURITIES LAW, STATE   :   Master File No.
 LAW AND INSURANCE LITIGATION          :   No. 08 CV 11117 (TPG)
                                        :
                                        :   ECF CASE
------------------------------------------------------------X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for BMIS Funding I, LLC certifies that BMIS Funding I, LLC is a limited liability company. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for SOLA Ltd, Solus Core Opportunities Master Fund Ltd, Solus Recovery Fund II Master LP, Solus Recovery LH Fund LP, Ultra Master Ltd, and Halcyon Loan Trading Fund LLC certify that none of the foregoing has any parent corporation, and no publicly held corporation owns 10% or more of any of their stock.

Dated: New York, New York
July 23, 2015

                                              Respectfully submitted,

| WILLKIE, FARR & GALLAGHER LLP | MILBANK, TWEED, HADLEY & McCLOY LLP |
|---|---|
| By: /s/ Joseph G. Minias | By: /s/ Daniel M. Perry |
| Joseph G. Minias<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Tel: 212-728-8200<br>(jminias@willkie.com) | Daniel M. Perry<br>Daniel R. Walfish<br>28 Liberty Street<br>New York, NY 10005<br>212-530-5000<br>(dperry@milbank.com) |
| *Counsel for SOLA Ltd, Solus Core Opportunities Master Fund Ltd, Solus Recovery Fund II Master LP, Solus Recovery LH Fund LP, Ultra Master Ltd and Halcyon Loan Trading Fund LLC* | *Counsel for BMIS Funding I, LLC* |