UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
IN RE TREMONT SECURITIES LAW, STATE         :        Master File No.
LAW AND INSURANCE LITIGATION                     :        No. 08 Civ. 11117 (TPG)
                                                                              :
                                                                              :        **NOTICE OF APPEARANCE**
---------------------------------------------------------------X


**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**


    **PLEASE TAKE NOTICE** that Joseph G. Minias of Willkie Farr & Gallagher LLP hereby appears in this action as counsel on behalf of class members *SOLA Ltd, Solus Core Opportunities Master Fund Ltd, Solus Recovery Fund II Master LP, Solus Recovery LH Fund LP, Ultra Master Ltd and Halcyon Loan Trading Fund LLC*.  I certify that I am admitted to practice before this Court and request all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated:   New York, New York
         July 28, 2015                        WILLKIE, FARR & GALLAGHER LLP


                                    By:   /s/ Joseph G. Minias
                                          Joseph G. Minias, Esq.
                                          787 Seventh Avenue
                                          New York, NY 10019-6099
                                          Tel: 212-728-8200
                                          Fax: 212-728-8111
                                          (jminias@willkie.com)


                                          *Counsel for SOLA Ltd, Solus Core Opportunities Master Fund Ltd, Solus Recovery Fund II Master LP, Solus Recovery LH Fund LP, Ultra Master Ltd and Halcyon Loan Trading Fund LLC*