# ENTWISTLE & CAPPUCCI

Entwistle & Cappucci LLP
280 Park Avenue
26th Floor West
New York, NY 10017

(212) 894-7200 Main
(212) 894-7272 Fax
www.entwistle-law.com

July 31, 2015

**VIA ECF**

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *In re Tremont Sec. Law, State Law & Ins. Litig.*, No. 08 Civ. 11117 (TPG); **Briefing Schedule for Reply Memorandum in Further Support of FutureSelect's Motion for Approval of Investor Fund Distribution Account Plan of Allocation**

Dear Judge Griesa:

As Class Counsel, we write briefly in connection with the pending motion ("Motion") filed by FutureSelect Prime Advisor II LLC, *et al.* ("FutureSelect") for approval of its Investor Fund Distribution Account ("FDA") Plan of Allocation (ECF No. 1082). Pursuant to the existing briefing schedule (ECF No. 1092), FutureSelect's reply papers in further support of its Motion are due on Monday, August 3, 2015. Class Counsel and FutureSelect have consulted and jointly request that FutureSelect's reply papers be due instead on Friday, August 7, 2015. We believe this adjustment to the schedule will not prejudice any of the parties.

Respectfully submitted,

Andrew J. Entwistle

Jeffrey M. Haber
**BERNSTEIN LIEBHARD LLP**

Reed R. Kathrein
**HAGENS BERMAN SOBOL SHAPIRO LLP**

EC.59021.1