**MotleyRice®**
ATTORNEYS AT LAW LLC

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000  f. 843.216.9450

**William S. Norton**
*Licensed in MA, NY, SC*
direct: 843.216.9195
bnorton@motleyrice.com

August 6, 2015

**VIA ECF**

The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 26B
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/15
```

Re:   *Prickett v. Massachusetts Holding LLC,* 09 Civ. 03137 (TPG) (S.D.N.Y)
(consolidated with *In re Tremont Securities Law, State Law and Insurance Litigation,* Master Docket No. 08 Civ. 11117 (TPG) (S.D.N.Y.))

Dear Judge Griesa:

We represented plaintiff F. Daniel Prickett in the above-referenced action, which was dismissed on September 25, 2013. Mr. Prickett is not a party to the remaining litigation. Accordingly, we respectfully request that attorneys James M. Hughes, William H. Narwold, John C. Duane, and William S. Norton be removed from the ECF service list for these matters.

We appreciate the Court's assistance. Please do not hesitate to contact me if you have any questions or concerns.

Respectfully submitted,

William S. Norton

WSN/kw

Approved: *Thomas P. Griesa* /MP
8/6/15   USDJ

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | NEW YORK, NY
MORGANTOWN, WV | WASHINGTON, DC | NEW ORLEANS, LA