# WOHL & FRUCHTER LLP

570 LEXINGTON AVENUE, 16TH FLOOR
NEW YORK, NY 10022

T 212 758 4000
F 212 758 4004

www.wohlfruchter.com

August 6, 2015



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/15

**VIA ECF**

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *In re Tremont Sec. Law, State Law and Ins. Litig.,* No. 08 Civ. 11117 (TPG) (S.D.N.Y.)

Dear Judge Griesa:

We represent Michael Martin, an investor in the Tremont Opportunity Fund II, L.P. ("TOF II"), one of the defendants in the above-captioned action. On July 13, 2015, Mr. Martin filed a motion requesting, *inter alia*, approval of his proposed Plan of Allocation for the Fund Distribution Account. (ECF 1093) ("Martin Motion").

The Court directed that opposition papers to the Martin Motion be filed by July 30, 2015, and reply papers be filed by August 10, 2015. (ECF 1105).

On July 30, 2015, Class Counsel, and entities holding interests in various Rye Funds ("Rye Investors"), filed memoranda of law opposing the Martin Motion ("Opposing Memoranda"). (ECF 1128, 1129, 1131, 1132, 1133 and 1134).

Earlier today, we proposed to Class Counsel and counsel for the Rye Investors to respond to the Opposing Memoranda via a single omnibus reply memorandum of law of no more than thirty (30) pages. Class Counsel and all counsel for the Rye Investors consented to this request.

Accordingly, pursuant to Rule 2.C of the *Individual Practice Rules of Judge Thomas P. Griesa*, we respectfully request leave to file a single omnibus reply memorandum of law of no more than thirty (30) pages in response to the Opposing Memoranda.

Respectfully submitted,

/s/ J. Elazar Fruchter
J. Elazar Fruchter

cc: All counsel via ECF

*Approved*
Thomas P. Griesa
8/7/15