UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | : | Master File No. 1:08-cv-11117 (TPG) |
| This Document Relates To All Actions | : | ECF Case |
| | : | ORAL ARGUMENT REQUESTED |

### NOTICE OF APPEARANCE AND DEMAND

**PLEASE TAKE NOTICE**, that the undersigned attorneys are appearing on behalf of New York Life Insurance and Annuity Corporation, Metropolitan Life Insurance Company, John Hancock Life Insurance Company (U.S.A.), Pacific Life Insurance Company, Security Life of Denver, AIG Life Insurance Company, Delaware Life Insurance Company (f/k/a Sun Life (SLF) Assurance Company of Canada (U.S.)), Pruco Life Insurance Company, Nationwide Life Insurance Company (collectively, the "<u>Insurers</u>"). We certify that we are admitted to practice in this Court.

Dated: New York, New York
August 10, 2015

MORGAN, LEWIS & BOCKIUS LLP

 _/s/ Mary C. Pennisi_____
John M. Vassos
jvassos@morganlewis.com
Mary C. Pennisi
mpennisi@morganlewis.com
101 Park Avenue
New York, New York 10178-0060
Tel:  (212) 309-6000
Fax: (212) 309-6001

*Attorneys for Insurers*

1