UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | MDL Docket No: 09-md-02052 (TPG)<br>Master Docket No: 08 Civ. 11117 (TPG) |
| This Document Relates to:<br>All Actions: 08 Civ. 11117 (TPG)<br>09-md-02052 (TPG) | |

## NOTICE OF APPEARANCE

Please take notice that Vincent T. Gresham of the law firm of the Law Office of Vincent T. Gresham hereby enters an appearance as counsel of record to the following group of investor objectors George Turner, Bindler Living Trust, Madelyn Haines, John Johnson, William J. Millard Trust, Stella Ruggiano Trust, West Trust, and Paul Zamrowski. I certify that I have been previously admitted to this Court pro-hac vice.

Dated: August 10, 2015

                                                        Respectfully Submitted,

                                                        Law Office of Vincent T. Gresham

                                                        /s/ Vincent T. Gresham

                                                        2870 Peachtree Road, #204
                                                        Atlanta, Georgia 30305
                                                        Tel: (404) 281-2762
                                                        Gresham05@comcast.net