# ENTWISTLE & CAPPUCCI

Entwistle & Cappucci LLP
280 Park Avenue
26th Floor West
New York, NY 10017

(212) 894-7200 Main
(212) 894-7272 Fax
www.entwistle-law.com

August 13, 2015

**VIA ECF**

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/14/15
```

Re: *In re Tremont Sec. Law, State Law & Ins. Litig.*, No. 08 Civ. 11117 (TPG);
Class Counsel's Request For Leave To File Reply Memorandum
In Excess Of Ten Pages In Further Support Of Motion For Fund Distribution
Account Plan Of Allocation, Distribution Procedures, Attorneys' Fees
And Reimbursement Of Expenses

Dear Judge Griesa:

Class Counsel respectfully request leave to file a Reply Memorandum of Law in further support of our Motion for Approval of Fund Distribution Account Plan of Allocation, Distribution Procedures, Attorneys' Fees and Reimbursement of Expenses (the "Motion") in excess of 10 pages, pursuant to Rule 2.C of the *Individual Practice Rules of Judge Thomas P. Griesa.*

Specifically, Class Counsel seek to file a reply memorandum in excess of 10 pages, but no more than 40 pages. We received five separate sets of objections to the Motion, which would normally permit Class Counsel to file up to a combined 50 pages of briefing on reply. In the interests of judicial efficiency and preserving the resources of Fund Distribution Claimants, Class Counsel plan to file a single reply memorandum of law addressing these five objections. Accordingly, Class Counsel respectfully request that the Court allow us to file a reply memorandum exceeding 10 pages, but no more than 40 pages.

Respectfully submitted,

Andrew J. Entwistle

Approved: /Thomas P. Griesa/ MP
USDJ
8/14/15

Jeffrey M. Haber
**BERNSTEIN LIEBHARD LLP**

Reed R. Kathrein
**HAGENS BERMAN SOBOL SHAPIRO LLP**

cc: All Counsel of Record (via ECF)