UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TREMONT SECURITIES LAW, STATE : Master File No.
LAW AND INSURANCE LITIGATION : 08-Civ-11117 (TPG)
 :
This Document Relates To: : ECF CASE
All Actions :
 :
-----------------------------------------------------------x

# [PROPOSED] ORDER AUTHORIZING THE FILING OF A SUR-REPLY

WHEREAS, Michael S. Martin has moved this Court (the "Sur-Reply Motion") for an order granting permission to Mr. Martin to file the sur-reply annexed to the Sur-Reply Motion as Exhibit B ("Martin Sur-Reply"), in response to the *Declaration of Layn R. Phillips In Support of Motion for Approval of Fund Distribution Account Plan of Allocation*, dated August 17, 2015 (ECF 1160); and

WHEREAS, the Court having considered all the submissions and arguments in support of the Sur-Reply Motion;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1. The Sur-Reply Motion is GRANTED.

2. Mr. Martin is hereby authorized to file the Martin Sur-Reply (annexed to the Sur-Reply Motion as Exhibit B).

SO ORDERED.

Dated: New York, New York

August 19, 2015

_____
HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE