UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No: 08 Civ. 11117 (TPG) |
| | **JURY TRIAL DEMANDED** |
| This Document Relates to: All Actions | "ECF Case" |

**THE TREMONT FUND OBJECTORS' MOTION TO FILE A SUR-REPLY**

The Tremont Fund Objectors[1] respectfully seek this Court's permission to file a short ___ page sur-reply addressing new facts and new arguments that Lead Counsel ("LC") disclosed and made for the first time in their 40-page Reply (ECF-1161) and the ten (10) new evidentiary declarations that they filed with their Reply (ECF-1158, ECF-1158-11, ECF-1158-12, ECF-1158-13, ECF-1158-14, ECF-1158-15, ECF-1158-16, ECF-1158-17, ECF-1159, ECF-1160) for the reasons set forth in the accompanying memorandum in support of this motion.

Dated: 8/19/2015              Respectfully submitted,

                              LAW OFFICE OF VINCENT T. GRESHAM

                              /s/ Vincent T. Gresham
                              Vincent T. Gresham
                              2870 Peachtree Road, #204
                              Atlanta, Georgia 30305
                              Tel: (404) 281-2762  gresham05@comcast.net
                              *Counsel for the Tremont Fund Objectors*

---

[1] The Tremont Fund Objectors are George Turner, Bindler Living Trust, Madelyn Haines, John Johnson, William J Millard Trust, Stella Ruggiano Trust, West Trust and Paul Zamrowski.

1