UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket No: 08 Civ. 11117 (TPG) |
| This Document Relates to: All Actions: | |

**DECLARATION OF VINCENT T. GRESHAM IN SUPPORT OF THE TREMONT FUND OBJECTORS' ADDITIONAL ORAL ARGUMENT OBJECTIONS AND RESPONDING TO THE ARGUMENTS IN LEAD COUNSELS' DECLARATION OF 8/20/2012 (ECF-1172)**

I, Vincent T. Gresham, declare under penalty of perjury, as follows:

1. I am counsel for Objectors Bindler Living Trust, Madelyn Haines, William J Millard Trust, Stella Ruggiano Trust, George Turner and Paul Zamrowski. I was admitted pro hac vice in this case on September 24, 2009. I make this declaration voluntarily based on my own personal knowledge and, if called upon to do so, would testify competently thereto.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of e-mails between one of lead counsel, Mr. Entwistle and myself dated Wednesday, August 19, 2015 which raise issues that I will address in oral argument at today's hearing.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of a projected list of attendees at the August 24, 2015 hearing.

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the case *Uforma/Shelby Bus. Forms v. NLRB*, 111 F.3d 1284, 1294 (6th Cir. 1997) which states in relevant part: "we hold that Rule 408 does not exclude evidence of alleged threats to retaliate for protected activity when the statements occurred during negotiations focused

1

2

on the protected activity and the evidence serves to prove liability either for making, or later acting upon, the threats."

     5.    Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the case *Ausherman v. Bank of Am. Corp.,* 212 F. Supp. 2d 435, 455 (D. Md. 2002) which states in relevant part: "For those who see within Evid. Rule 408 the reflection of their own ingenuity at having discovered a means to lie, threaten, or coerce with impunity to negotiate a settlement advantageous to their clients, the sanctuary they perceive is illusory. The rule itself, on its face and interpreted as it must be--under Evid.Rule 102 to obtain a fair and just result--allows no such use. Nor will the courts allow a rule intended to promote the fair resolution of disputes to be perverted by a use that would undermine the very reason for its existence."

    I declare under penalty of perjury, under the laws of the United States, that the foregoing information is true and correct.

    Executed in Atlanta, Georgia on 8/24/2015.

                                                               /s/ Vincent T. Gresham

                                                               Vincent T. Gresham