UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| **IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION** | : : : : : : : : | **MASTER FILE NO.: 08 CIV. 11117 (TPG)** |
| **This Document Relates To: Securities and State Law Actions** | | |

<u>**NOTICE OF APPEARANCE**</u>

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Geoffrey Brounell of Allen & Overy LLP, who is admitted to practice before this Court and is in good standing, hereby enters an appearance as counsel for The Royal Bank of Scotland, N.V. in the above-captioned consolidated actions and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with these actions be served on the undersigned.

Dated: New York, New York
       August 31, 2015

                                       Respectfully submitted,

                                       ALLEN & OVERY LLP

                                       By: /s/ Geoffrey Brounell
                                       Geoffrey Brounell
                                       1221 Avenue of the Americas
                                       New York, NY 10020
                                       Telephone: (212) 610-6300
                                       Facsimile:  (212) 610-6399
                                       Email: geoffrey.brounell@allenovery.com

                                       *Attorney for The Royal Bank of Scotland, N.V.*