UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE TREMONT SECURITIES LAW,       :
STATE LAW AND INSURANCE             :
LITIGATION                          :

------------------------------------------------------------x

This Document Relates to:  All Actions    :

------------------------------------------------------------x

**ECF CASE**

**Master File No.:**
**08 Civ. 11117 (TPG)**

# NOTICE OF APPEAL BY GEORGE TURNER, BINDLER LIVING TRUST, MADELYN HAINES, JOHN JOHNSON, WILLIAM J. MILLARD TRUST, STELLA RUGGIANO TRUST, WEST TRUST, AND PAUL ZAMROWSKI FROM THE JUDGEMENTS, OPINIONS AND ORDERS OF THE UNITED STATES DISTRICT COURT

NOTICE IS HEREBY GIVEN that George Turner, Bindler Living Trust, Madelyn Haines, John Johnson, William J. Millard Trust, Stella Ruggiano Trust, West Trust, and Paul Zamrowski (the "Tremont Fund Objectors") appeal to the United States Court of Appeals for the Second Circuit from the ORDER AND FINAL JUDGMENT GRANTING PLAINTIFFS' SETTLEMENT CLASS COUNSEL'S MOTION FOR APPROVAL OF FUND DISTRIBUTION ACCOUNT PLAN OF ALLOCATION, DISTRIBUTION PROCEDURES, ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES entered September 16, 2015 (Docket #1185), and from all underlying Opinions, Orders and rulings including, but not limited to, the following orders and rulings:  Oral rulings made in the August 24, 2015 hearing; Minute Entry entered on August 25, 2015; and Opinion entered September 14, 2015 (Docket #1184).

Dated September 22, 2019

       Respectfully submitted,

       /s/ Vincent T. Gresham
       Vincent T. Gresham (GA Bar #005290)

(admitted SDNY pro hac 9/24/2010)
(admitted Second Circuit 9/16/2011)

Law Office of Vincent T. Gresham
2870 Peachtree Road, #204
Atlanta, GA 30305
T (404) 281-2762
gresham05@comcast.net

Counsel for George Turner, Bindler Living Trust, Madelyn Haines, John Johnson, William J. Millard Trust, Stella Ruggiano Trust, West Trust, and Paul Zamrowski