UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | ECF CASE<br><br>Master File No.: 08 Civ. 11117 (TPG) |
| This Document Relates to:  All Actions | |

**NOTICE OF WITHDRAWAL**
**OF ATTORNEY APPEARANCE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Kindly withdraw the appearance of Christopher Lometti on behalf of Plaintiffs Laborers Local 17 Pension Plan and Daniel Jackson ("collectively, "Laborers Local 17") in connection with the above-captioned matter.  Undersigned respectfully request that his name, address and e-mail address be stricken from the CM-ECF service distribution list.

The law firm Cohen Milstein Sellers & Toll PLLC, will continue to represent these plaintiffs in this case.

Dated:  New York, New York
          September 23, 2015

                                    Respectfully submitted,

                                    By:      /s/ Christopher Lometti
                                    Christopher Lometti
                                    COHEN MILSTEIN SELLERS
                                      & TOLL PLLC
                                    88 Pine Street, 14th Floor
                                    New York, New York  10005
                                    Phone:  (212) 838-7797
                                    Fax:  (212-838-7745
                                    Email:  clometti@cohenmilstein.com

                                    *Attorneys for Plaintiffs Laborers Local 17*
                                    *Pension Plan and Daniel Jackson*

2047115.1

SO ORDERED.

Dated: New York, New York
       _____, 2015

                                              Thomas P. Greisa, U.S.D.J.

2047115.1