N.Y.S.D. Case #
08cv-11117(TPG)

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of March, two thousand and sixteen.

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED:** March 29, 2016

Before: Christopher F. Droney,
*Circuit Judge.*

---

In Re: Tremont Securities Law, State Law and Insurance Litigation

**ORDER**

Docket Nos. 15-3011(L); 15-3241(con); 15-3251(con)

---

Appellants Michael S. Martin and the Tremont Fund Objectors filed emergency motions seeking an order enjoining Class Counsel from proceeding on March 30, 2016 with a planned distribution from the Fund Distribution Account.

IT IS HEREBY ORDERED that the motions are DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

CERTIFIED COPY ISSUED ON MARCH 29, 2016