USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 4-4-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

08-cv-11117

**ORDER**

Before the court is Michael S. Martin's motion for an award of attorney's fees. This motion is not ripe for decision. Martin has appealed this court's Order and Final Judgment, dated September 16, 2015, which approved Class Counsel's plan of allocation for the Fund Distribution Account ("FDA"). Because that appeal is currently pending, the court denies without prejudice the motion for an award of attorney's fees. *See Tancredi v. Metro. Life Ins. Co.*, 378 F.3d 220, 226 (2d Cir. 2004). Should he so choose, Martin may file a new motion for attorney's fees within 14 days of the Second Circuit's resolution of the appeal. *See* Fed. R. Civ. P. 52(d)(2)(B). This order resolves the motion numbered 1192 on the docket.

SO ORDERED.

Dated: New York, New York
April 4, 2016

Thomas P. Griesa
U.S. District Judge