USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-10-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No.: 08 Civ. 11117 (TPG) |
| This Document Relates to: All Actions | ECF CASE Electronically Filed |

**[redacted] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before the Court is the Motion To Withdraw the appearance of Jason C. Vigna as a counsel of record for defendants Tremont Capital Management, Tremont Group Holdings, Inc., Tremont Partners, Inc., Rye Investment Management, Harry Hodges, James Mitchell, Lynn O. Keeshan, Patrick Kelly, Robert I. Schulman, Rupert A. Allan, Stephen Thomas Clayton, Stuart Pologe and Cynthia J. Nicoll (collectively, "Tremont") in the above-captioned consolidated cases. Having considered, the Motion, the Court is of the opinion that it should be granted.

IT IS on this 10th day of June, 2016, hereby ORDERED that Jason C. Vigna shall be deemed to have withdrawn as counsel for Tremont.

Thomas P. Griesa

Thomas P. Griesa, U.S.D.J.