**Law Office of Vincent T. Gresham**
2870 Peachtree Road, #204
Atlanta, Georgia 30305
Tel: (404) 281-2762 Fax: (866) 618-3846

March 18, 2019

Via ECF

Hon. Colleen McMahon
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

**Re:** *In re Tremont Sec. Law, State Law and Ins Litig.*, 08 Civ. 11117 (CM) (SDNY)

Dear Chief Judge McMahon:

As the attorney for the Tremont Fund Objectors ("TFO"), I am writing to request that this Court consider TFOs' reply brief to be filed today in reply to LCs' Response to TFOs' Objections to the Magistrate's Report and Recommendation filed on 3/11/2019. (ECF1285)

On 3/15/2019, this Court entered its Order overruling TFO's objections "for substantially the reasons articulated by Class Counsel in their Response to the Objections…" (ECF1286). Although perhaps TFO have inadvertently miscalculated, TFO believe in good faith that they had until today, 3/18/2019, to file this reply based on this Court's individual practices at §IV.G.

Finally, so that the record is crystal clear, TFO further request that this court withdraw its previous order and any judgement, and in such new order (regardless of outcome) explicitly state it received and reviewed TFO's reply. Such will avoid potential future confusion.

Respectfully,

*/s/ Vincent T. Gresham*

Vincent T. Gresham

cc: All counsel via ECF

MEMO ENDORSED

3/18/19 No Reply Briefs are acceptable on R+Rs. objections. I have nonetheless read your brief and find it unpersuasive – It is therefore not necessary to withdraw anything – As this letter and endorsement are part of the record should there be an appeal, the Court of Appeals will know that I read your brief. CM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/19