**Law Office of Vincent T. Gresham**
2870 Peachtree Road, #204
Atlanta, Georgia 30305
Tel: (404) 281-2762 Fax: (866) 618-3846

MEMO ENDORSED

March 19, 2019

Via ECF

Hon. Colleen McMahon
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

3/20/2019 TFO's motion for fees and expenses incurred in connection with its losing objections may be postponed until 30 days after the Second Circuit has ruled on its appeal. The Second Circuit's ruling decision of course will inform the decision. CM

**Re:** *In re Tremont Sec. Law, State Law and Ins. Litig.*, 08 Civ. 11117 (CM) (SDNY)

Dear Chief Judge McMahon:

I write to raise one last issue. TFO intends to appeal the judgment entered 3/18/2019 and move for fees and expenses. Objector fee petitions are typically not resolved until the underlying litigation is completely concluded. Among other reasons, this is because of the inefficiency of addressing those applications *seriatim*, or on an incomplete record, or both. With respect to a previous objector fee petition, Judge Griesa declined to rule until after the appeal was complete.

TFO does not believe its petition could be resolved currently because, for example, both the total amount of class benefit and time and expense incurred by objectors' counsel is unknown until after the Circuit rules. In short, anything done currently could potentially have to be redone after such ruling, thus wasting valuable judicial resources.

Rule 54(d)(2)(B) states that unless "a court order provides otherwise," motions for attorney's fees and expenses must be filed "no later than 14 days after the entry of judgment." Filing an appeal does not divest this Court of jurisdiction over "collateral matters, including claims for attorneys' fees." *Tancredi v. Metropolitan Life Ins. Co*, 378 F.3d 220, 225 (2d Cir. 2004).

Accordingly TFO requests that this Court "order otherwise" by ordering TFO to defer the filing of any motion for fees and expenses until within 14-days of entry on the Court's docket of the mandate of the Second Circuit withdrawing or resolving any appeal.

Respectfully,

*/s/ Vincent T. Gresham*

Vincent T. Gresham

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/19