**Law Office of Vincent T. Gresham**
2870 Peachtree Road, #204
Atlanta, Georgia 30305
Tel: (404) 281-2762 Fax: (866) 618-3846

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/19

MEMO ENDORSED

March 21, 2019

Via ECF

Hon. Colleen McMahon
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

**Re:** *In re Tremont Sec. Law, State Law and Ins. Litig.,* 08 Civ. 11117 (CM) (SDNY)

Dear Chief Judge McMahon:

Thank you for your ruling of 3/20/2019 that any Rule 54(d) motion relating to "losing objections" may be postponed.

I just wanted to clarify because a postponement for only "losing" objections suggests that you want TFO to immediately file a Rule 54(d) motion relating to "winning" objections. An example of a winning objection would be TFOs' work to persuade the Second Circuit that the 2015 time summaries were inadequate and to require new ones.

Because two separate proceedings would double the work for this Court, I just wanted to clarify that this was your intent before filing TFOs' petition.

If not then please revise the order so that it would read "TFOs' motion for fees and expenses incurred in connection with its objections may be postponed until 30 days after the Second Circuit has ruled on its appeal." Then all work relating to TFOs' objections would be postponed until after the appeal and no filing would be made currently.

Respectfully,

*/s/ Vincent T. Gresham*

Vincent T. Gresham

3/21/19

Mr. Gresham, I gave you your extension. Don't bother filing anything now.

Colleen McMahon